# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

CHARLES C. CARELLA
BRENDAN T. BYRNE
PETER G. STEWART
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

JAMES D. CECCHI (1933-1995)
JOHN G. GILFILLAN III (1936-2008)
ELLIOT M. OLSTEIN (1939-2014)

JAMES T. BYERS
DONALD F. MICELI
A. RICHARD ROSS
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
LINDSEY H. TAYLOR
CAROLINE F. BARTLETT

**5 BECKER FARM ROAD**
**ROSELAND, N.J. 07068-1739**
**PHONE (973) 994-1700**
**FAX (973) 994-1744**
www.carellabyrne.com

FRANCIS C. HAND
AVRAM S. EULE
CHRISTOPHER H. WESTRICK*
JAMES A. O'BRIEN III**
—————
OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
 NEW JERSEY AS A CIVIL TRIAL ATTORNEY
**MEMBER NY AND MA BARS ONLY

RAYMOND J. LILLIE
WILLIAM SQUIRE
STEPHEN R. DANEK
DONALD A. ECKLUND
MEGAN A. NATALE
ZACHARY S. BOWER+
MICHAEL CROSS
CHRISTOPHER J. BUGGY
JOHN V. KELLY III
MICHAEL A. INNES

+MEMBER FL BAR ONLY

July 19, 2017

*Via ECF and Federal Express*
Hon. Joseph A. Dickson, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

RE: *Celgene Corporation v. Hetero Labs Limited, et al.*
     <u>Civil Action No. 2:17-cv-03387 (ES)(JAD)</u>

Dear Judge Dickson:

This Firm, together with Taft Stettinius & Hollister LLP, represents Defendants Hetero Labs Limited, Hetero Labs Limited Unit V, Hetero Drugs Limited, Hetero USA, Inc., Apotex Inc. and Apotex Corp. (collectively, "Defendants"), in above-captioned matter.

Enclosed please find the following which have been electronically filed:

1. Declaration of Melissa E. Flax in Support of *Pro Hac Vice* Admission of Counsel.

2. Declaration of Andrew M. Alul in Support of *Pro Hac Vice* Admission of Counsel.

3. Declaration of Stephen R. Auten in Support of *Pro Hac Vice* Admission of Counsel.

4. Declaration of Richard T. Ruzich in Support of *Pro Hac Vice* Admission of Counsel.

5. Declaration of Brian P. Murray in Support of *Pro Hac Vice* Admission of Counsel.

6. Declaration of Roshan P. Shrestha in Support of *Pro Hac Vice* Admission of Counsel.

7. Proposed Consent Order for *Pro Hac Vice* Admission of Counsel.

Hon. Joseph A. Dickson, U.S.M.J.
July 19, 2017
Page 2

    As indicated in both my Declaration and the proposed Consent Order, Plaintiff has consented to the *pro hac vice* admission of counsel sought herein.

    If the enclosed meets with Your Honor's approval, it is respectfully requested that the Consent Order for *Pro Hac Vice* Admission of Counsel be filed on the Docket.

    Thank you for your attention to and consideration of this matter.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

*/s/ Melissa E. Flax*

MELISSA E. FLAX

MEF
Enclosures
cc:    Counsel of Record (via e-mail) (w/enclosures)