James E. Cecchi, Esq.
Melissa E. Flax, Esq.
Michael Cross, Esq.
CARELLA, BYRNE, CECCHI,
  OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068-1739
973-994-1700
jcecchi@carellabyrne.com
mflax@carellabyrne.com
mcross@carellabyrne.com

*Attorneys for Defendants*
*Hetero Labs Limited, Hetero Labs Limited Unit V, Hetero Drugs Limited,*
 *Hetero USA, Inc., Apotex Inc. and Apotex Corp.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CELGENE CORPORATION,<br><br>                    Plaintiff,<br><br>       v.<br><br>HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-V, HETERO DRUGS LIMITED, HETERO USA, INC., AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA USA, INC., AUROLIFE PHARMA LLC, EUGIA PHARMA SPECIALTIES LIMITED, APOTEX INC., APOTEX CORP., MYLAN PHARMACEUTICALS, INC., MYLAN INC., MYLAN, N.V., and BRECKENRIDGE PHARMACEUTICAL, INC.,<br><br>                    Defendants. | Case No. 2:17-cv-03387-ES-JAD<br><br>**DECLARATION OF MELISSA E. FLAX IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION OF COUNSEL** |

MELISSA E. FLAX, ESQ., of full age, upon her oath declares:

1.    I am an attorney of law in the State of New Jersey and a member of the firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.  Our office is local counsel for Defendants Hetero Labs

Limited, Hetero Labs Limited Unit V, Hetero Drugs Limited, Hetero USA, Inc., Apotex Inc. and Apotex Corp. (collectively, "Defendants"), in above-captioned matter.

2. I submit this declaration in support of the applications of Andrew M. Alul, Esq., Stephen R. Auten, Esq., Richard T. Ruzich, Esq., Brian P. Murray, Esq. and Roshan P. Shrestha, Esq. of the law firm Taft Stettinius & Hollister LLP, for admission *pro hac vice* pursuant to R. 101.1(c) of the Local Civil Rules for the District of New Jersey to appear and participate on behalf of Defendants.

3. I am a member in good standing of the Bar of the State of New Jersey and the United States District Court of New Jersey.

4. I have never been subject to a disciplinary action, suspension from the practice of law or disbarment.

5. I have informed Plaintiff's counsel of Messrs. Alul, Auten, Ruzich, Murray and Shrestha's request for *pro hac vice* admission in connection with this matter and have been advised by counsel that Plaintiffs consent to this request.

6. I agree that all pleadings, briefs and other papers filed with the Court shall be signed by me, a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, or any other attorney in the firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello and shall be held responsible for said papers and for the conduct of the case. I further agree that I shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this application;

7. I will ensure that *pro hac vice* counsel will comply with Local Civil Rule 101.1(c).

I declare under penalty of perjury that the foregoing is true and accurate. Executed on July 19, 2017.

                                                                     */s/ Melissa E. Flax*
                                                                     MELISSA E. FLAX