James E. Cecchi, Esq.
Melissa E. Flax, Esq.
Michael Cross, Esq.
CARELLA, BYRNE, CECCHI,
 OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068-1739
973-994-1700
jcecchi@carellabyrne.com
mflax@carellabyrne.com
mcross@carellabyrne.com

*Attorneys for Defendants*
*Hetero Labs Limited, Hetero Labs Limited Unit V, Hetero Drugs Limited,*
 *Hetero USA, Inc., Apotex Inc. and Apotex Corp.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELGENE CORPORATION,<br><br>                Plaintiff,<br><br>    v.<br><br>HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-V, HETERO DRUGS LIMITED, HETERO USA, INC., AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA USA, INC., AUROLIFE PHARMA LLC, EUGIA PHARMA SPECIALTIES LIMITED, APOTEX INC., APOTEX CORP., MYLAN PHARMACEUTICALS, INC., MYLAN INC., MYLAN, N.V., and BRECKENRIDGE PHARMACEUTICAL, INC.,<br><br>                Defendants. | Case No. 2:17-cv-03387-ES-JAD<br><br>**CONSENT ORDER FOR**<br>***PRO HAC VICE***<br>**ADMISSION OF COUNSEL** |

THIS MATTER having been brought before the Court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. (Melissa E. Flax, Esq.), attorneys for Defendants Hetero Labs Limited, Hetero Labs Limited Unit V, Hetero Drugs Limited, Hetero USA, Inc., Apotex Inc. and Apotex Corp.

(collectively, "Defendants") for an order allowing Andrew M. Alul, Esq., Stephen R. Auten, Esq., Richard T. Ruzich, Esq., Brian P. Murray, Esq. and Roshan P. Shrestha, Esq. to appear and participate *pro hac vice,* on notice to and with the consent of Saul Ewing (David L. Moses, Esq.), attorneys for Plaintiff Celgene Corporation, and the Court having considered Defendants' request and the supporting Declarations of Andrew M. Alul, Esq., Stephen R. Auten, Esq., Richard T. Ruzich, Esq., Brian P. Murray, Esq., Roshan P. Shrestha, Esq. and Melissa E. Flax, Esq.; and for good cause shown;

IT IS this _____ day of July, 2017 hereby

**ORDERED** that Andrew M. Alul, Esq., a member of the bar of Illinois (among others as set forth in the Declaration of Andrew M. Alul In Support of *Pro Hac Vice* Admission), be permitted to appear *pro hac vice* in the above captioned matter pursuant to L.Civ.R. 101.1(c), United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Melissa E. Flax, Esq., a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, or any other attorney in the firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that Stephen R. Auten, Esq., a member of the bar of Illinois (among others as more fully set forth in the Declaration of Stephen R. Auten in Support of *Pro Hac Vice* Admission), be permitted to appear *pro hac vice* in the above captioned matter pursuant to L.Civ.R. 101.1(c), United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Melissa E. Flax, Esq., a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, or any other attorney in the firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding,

unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that Richard T. Ruzich, Esq., a member of the bar of Illinois (among others as more fully set forth in the Declaration of Richard T. Ruzich in Support of *Pro Hac Vice* Admission), be permitted to appear *pro hac vice* in the above captioned matter pursuant to L.Civ.R. 101.1(c), United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Melissa E. Flax, Esq., a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, or any other attorney in the firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that Brian P. Murray, Esq., a member of the bar of Illinois (among others as more fully set forth in the Declaration of Brian P. Murray in Support of *Pro Hac Vice* Admission), be permitted to appear *pro hac vice* in the above captioned matter pursuant to L.Civ.R. 101.1(c), United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Melissa E. Flax, Esq., a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, or any other attorney in the firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that Roshan P. Shrestha, Esq., a member of the bar of Illinois, be permitted to appear *pro hac vice* in the above captioned matter pursuant to L.Civ.R. 101.1(c), United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Melissa E. Flax, Esq., a member in good standing of the Bar of the Supreme

Court of New Jersey and the Bar of this Court, or any other attorney in the firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that Andrew M. Alul, Esq., Stephen R. Auten, Esq., Richard T. Ruzich, Esq., Brian P. Murray, Esq. and Roshan P. Shrestha, Esq. shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of entry of this order; and it is further

**ORDERED** that Andrew M. Alul, Esq., Stephen R. Auten, Esq., Richard T. Ruzich, Esq., Brian P. Murray, Esq. and Roshan P. Shrestha, Esq. shall each make a payment of $150.00 on admission payable to the Clerk, USDC; and it is further

**ORDERED** that Andrew M. Alul, Esq., Stephen R. Auten, Esq., Richard T. Ruzich, Esq., Brian P. Murray, Esq. and Roshan P. Shrestha, Esq. shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L.Civ.R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L.Civ.R. 104.1, <u>Discipline of Attorneys</u>.

SO ORDERED:

_____
HON. JOSEPH A. DISCKSON, U.S.M.J.