# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| JOHN M. AGNELLO | MELISSA E. FLAX | www.carellabyrne.com | \_\_\_\_\_ | DONALD A. ECKLUND |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | | OF COUNSEL | MEGAN A. NATALE |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | | | ZACHARY S. BOWER+ |
| | BRIAN H. FENLON | | | MICHAEL CROSS |
| | LINDSEY H. TAYLOR | | | CHRISTOPHER J.  BUGGY |
| | CAROLINE F. BARTLETT | | | JOHN V. KELLY III |
| JAMES D. CECCHI (1933-1995) | | May 25, 2018 | | °MEMBER NY BAR ONLY |
| JOHN G. GILFILLAN III (1936-2008) | | | | +MEMBER FL BAR ONLY |
| ELLIOT M. OLSTEIN (1939-2014) | | | | |

*Via ECF*
Hon. Michael A. Hammer, U.S.M.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   *Celgene Corp. v. Par Pharm., Inc.*, C.A. No. 2:17-3159-ES-MAH
      *Celgene Corp. v. Hetero Labs Ltd.*, C.A. No. 2:17-3387-ES-MAH

Dear Judge Hammer:

    This firm, together with Taft Stettinius & Hollister LLP, represents Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex"), and Hetero Labs Limited, Hetero Labs Limited Unit-V, Hetero Drugs Limited, and Hetero USA, Inc. (collectively, "Hetero"), in the above-referenced 17-3387 action.  We write on behalf of Apotex and Hetero, Defendants  Mylan Pharmaceuticals Inc., Mylan Inc., and Mylan N.V. (collectively, "Mylan Defendants"), Teva Pharmaceuticals USA, Inc. ("Teva"), Aurobindo Pharma Limited, Aurobindo Pharma USA, Inc., Aurolife Pharma LLC, and Eugia Pharma Specialties Limited (collectively, "Aurobindo"), and Breckenridge Pharmaceutical, Inc. ("Breckenridge") (all defendants collectively, "Defendants"), and Plaintiff Celgene Corporation ("Celgene" or "Plaintiff") (all parties, collectively, "the Parties"), in connection with Apotex's and Hetero's request for leave to file for summary judgment of non-infringement of U.S. Patent No. 8,828,427 B2 ("'427 patent").

    At the May 11, 2018 status conference, this Court ordered:  (1) Apotex, Hetero, and Plaintiff to prepare and submit a joint letter concerning Apotex's and Hetero's request for leave to file for summary judgment of non-infringement of the '427 patent ("Joint Letter concerning summary judgment"); and (2) the Parties to submit a joint letter regarding entry of dates for substantial completion of document production as well as other dates that were left to be determined in the Court's Pretrial Scheduling Order (17-3159 ECF No. 65; 17-3387 ECF No. 123) ("Joint Letter concerning scheduling").  17-3387 ECF No. 165, Text Order.  The Parties have reached an agreement regarding preparation and submission of the Joint Letter concerning summary judgment, and have agreed to a short extension of the due date for submission of the Joint Letter concerning summary judgment and the Joint Letter concerning scheduling from May

Hon. Michael A. Hammer, U.S.M.J.
May 25, 2018
Page 2

25, 2018, to June 1, 2018. Enclosed herewith is a proposed order reflecting the Parties' agreement. If the proposed order meets with Your Honor's approval, we respectfully request that it be entered on the docket.

      Thank you for your attention to and consideration of this request.

                        Respectfully submitted,

                        CARELLA, BYRNE, CECCHI,
                      OLSTEIN, BRODY & AGNELLO

                          */s/ Melissa E. Flax*

                          MELISSA E. FLAX

Enclosure
Cc:    All Counsel of Record (w/enclsoure)(via email)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELGENE CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PAR PHARMACEUTICAL, INC., PAR PHARMACEUTICAL COMPANIES, INC., and TEVA PHARMACEUTICALS USA, INC.,<br><br>　　　　　　Defendants. | Civil Action No. 17-3159 (ES)(MAH)<br><br>**ORDER** |
| CELGENE CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-V, HETERO DRUGS LIMITED, HETERO USA, INC., AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA USA, INC., AUROLIFE PHARMA LLC, EUGIA PHARMA SPECIALTIES LIMITED, APOTEX INC., APOTEX CORP., MYLAN PHARMACEUTICALS, INC., MYLAN INC., MYLAN, N.V., and BRECKENRIDGE PHARMACEUTICAL, INC.,<br><br>　　　　　　Defendants. | Civil Action No. 17-3387 (ES)(MAH) |

　　　　WHEREAS, Defendants Apotex Inc. and Apotex Corp. ("Apotex"), and Hetero Labs Limited, Hetero Labs Limited Unit-V, Hetero Drugs Limited, and Hetero USA, Inc. ("Hetero"), indicated their intent to file a letter application seeking leave to file a motion for summary judgment of non-infringement of U.S. Patent No. 8,828,427 ("'427 patent");

　　　　WHEREAS, on May 11, 2018, during an in-person status conference, this Court ordered Apotex and Hetero and Plaintiff Celgene Corporation ("Plaintiff") to submit a joint letter concerning Apotex's and Hetero's request for leave to file a motion for summary judgment of

04841-00022/10152782.1

non-infringement of the '427 patent by May 25, 2018 (17-3159 ECF No. 89, Text Order; 17-3387 ECF No. 165, Text Order);

WHEREAS, Defendants Mylan Pharmaceuticals Inc., Mylan Inc., Mylan N.V., Teva Pharmaceuticals USA, Inc., Aurobindo Pharma Limited, Aurobindo Pharma USA, Inc., Aurolife Pharma LLC, Eugia Pharma Specialties Limited, and Breckenridge Pharmaceutical, Inc. (together with Apotex and Hetero, all defendants collectively, "Defendants") also seek to request leave to file for summary judgment of non-infringement of the '427 patent, and wish to join in the joint letter to be submitted by Apotex, Hetero, and Plaintiff (Defendants and Plaintiff collectively, "the Parties");

WHEREAS, on May 11, 2018, during an in-person status conference, this Court ordered the Parties to submit a joint letter regarding entry of dates for substantial completion of document production as well as other dates that were left to be determined in the Court's Pretrial Scheduling Order (*see*, 17-3159 ECF No. 65, Pretrial Scheduling Order at 5 n.1.; 17-3387 ECF No. 123, Pretrial Scheduling Order at 5 n.1; 17-3159 ECF No. 89, Text Order; 17-3387 ECF No. 165, Text Order);

WHEREAS the Parties request entry of an Order extending the deadline for submission of the joint letter concerning Defendants' request for leave to file a motion for summary judgment of non-infringement of '427 patent, and ordering certain deadlines for the preparation and submission of said joint letter, and extending the deadline for submission of a joint letter regarding entry of dates for substantial completion of document production as well as other dates that were left to be determined in the Court's Pretrial Scheduling Order (17-3159 ECF No. 65; 17-3387 ECF No. 123), and all parties having consented, and the Court having found good cause for entry of an order as follows;

**IT IS** on this _____ day of May, 2018,

**ORDERED** that the due date for the Parties' joint letter concerning Defendants' request for leave to file for summary judgment of the '427 patent be extended from May 25, 2018 to June 1, 2018, and that the Parties adhere to the following deadlines for preparation and submission of the joint letter:

| Event | Date |
| --- | --- |
| Defendants to provide their substantially complete portion of the joint letter | May 22, 2018, by 6:00 PM EDT |
| Plaintiff to provide its substantially complete portion of the joint letter | May 29, 2018, by 6:00 PM EDT |
| Defendants to provide their near-final edits to their portion of the letter | May 30, 2018, by 6:00 PM EDT |
| Plaintiff to provide its near-final edits to its portion of the letter | May 31, 2018, by 6:00 PM EDT |
| Final edits from both sides | June 1, 2018, by 2:00 PM EDT |
| Defendants file letter | June 1, 2018, by 6:00 PM EDT |

**ORDERED** that the due date for the Parties' joint letter regarding entry of dates for substantial completion of document production as well as other dates that were left to be determined in the Court's Pretrial Scheduling Order (17-3159 ECF No. 65; 17-3387 ECF No. 123) be extended from May 25, 2018 to June 1, 2018.

SO ORDERED on this _____ day of _____, 2018

                                                  _____
                                                  Hon. Michael A Hammer