# EXHIBIT B

# FILED UNDER SEAL

# REDACTED IN ITS ENTIRETY