# EXHIBIT 1

# FILED UNDER SEAL

# REDACTED IN ITS ENTIRETY