# EXHIBIT 5

# FILED UNDER SEAL

# REDACTED IN ITS ENTIRETY