**EXHIBIT 6**

**FILED UNDER SEAL**

**REDACTED IN ITS ENTIRETY**