# EXHIBIT 7

# FILED UNDER SEAL

# REDACTED IN ITS ENTIRETY