

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

**VIA ECF**　　　　　　　　　　　　　　　　June 8, 2018

The Honorable Michael A. Hammer, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

　　　　　*Celgene Corporation v. Hetero Labs Limited*, et al.
　　　　　Civil Action No. 17-3387 (ES)(MAH)

Dear Judge Hammer:

　　　　This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP and Jones Day, represents plaintiff Celgene Corporation ("Celgene") in the above-captioned matter.

　　　　We write to respectfully request a two-week extension, from today until June 22, of the deadline for motions to amend pleadings or to join other parties with leave of Court (D.I. 123), solely with respect to Celgene's pleadings concerning Abbreviated New Drug Application ("ANDA") No. 210111. Celgene and defendant Breckenridge Pharmaceutical, Inc. ("Breckenridge") are currently conferring regarding a proposed amended complaint by Celgene that relates solely to ANDA No. 210111. To give Celgene and Breckenridge further time to confer and potentially agree to the amended complaint without the need for motion practice, Celgene and Breckenridge have agreed to a two-week extension of the deadline for motions to amend pleadings. We have conferred with the other defendants, and they do not object to this request as it relates only to an extension with respect to ANDA No. 210111. The requested extension will not result in any other changes to the schedule. If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

　　　　Thank you for Your Honor's kind attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　Respectfully yours,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Charles M. Lizza*

　　　　　　　　　　　　　　　　　　　　　　Charles M. Lizza

cc:　　All Counsel (via e-mail)

SO ORDERED:

_____
Hon. Michael A. Hammer, U.S.M.J.