Charles M. Lizza
William C. Baton
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff*
*Celgene Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CELGENE CORPORATION,**<br><br>          **Plaintiff,**<br><br>      **v.**<br><br>**HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-V, HETERO DRUGS LIMITED, HETERO USA, INC., AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA USA, INC., AUROLIFE PHARMA LLC, EUGIA PHARMA SPECIALTIES LIMITED, APOTEX INC., APOTEX CORP., MYLAN PHARMACEUTICALS, INC., MYLAN INC., MYLAN, N.V., BRECKENRIDGE PHARMACEUTICAL, INC., AND NATCO PHARMA LIMITED**<br><br>          **Defendants.** | **Civil Action No. 17-3387 (ES)(MAH)**<br><br>**CERTIFICATE OF SERVICE**<br><br><br>**(Filed Electronically)** |

DAVID L. MOSES, hereby certifies:

    1.    I am an attorney-at-law of the State of New Jersey and an associate at the law firm of Saul Ewing Arnstein & Lehr LLP, counsel for plaintiff Celgene Corporation in the above-captioned matter.

2.      On July 13, 2018, true and correct copies of (1) Celgene's First Amended Complaint for Patent Infringement; and (2) Certificate of Service were filed electronically with the Court, and copies of same were sent via e-mail to the following counsel:

James E. Cecchi
Melissa E. Flax
Michael Cross
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
jcecchi@carellabyrne.com
mflax@carellabyrne.com
mcross@carellabyrne.com

*Attorneys for Defendants*
*Apotex Inc., Apotex Corp., Hetero Labs*
*Limited, Hetero Labs Limited Unit V, Hetero*
*Drugs Limited, and Hetero USA, Inc.*

Arnold B. Calmann (acalmann@saiber.com)
Jakob B. Halpern (jhalpern@saiber.com)
Monvan Hu (mhu@saiber.com)
SAIBER LLC
One Gateway Center, Suite 1000
Newark, NJ 07102
973-622-3333

*Attorneys for Defendants*
*Mylan Pharmaceuticals Inc., Mylan Inc.,*
*and Mylan N.V.*

Joseph Schramm, III
FISHERBROYLES, LLP
100 Overlook Center, Second Floor
Princeton, NJ 08540
856-733-0220
joseph.schramm@fisherbroyles.com

*Attorneys for Defendants*
*Aurobindo Pharma Limited, Aurobindo*
*Pharma USA, Inc., Aurolife Pharma LLC, and*
*Eugia Pharma Specialties Limited*

Robert J. Fettweis
FLEMING RUVOLDT PLLC
250 Moonachie, NJ 07074
201-518-7878
rfettweis@flemingruvoldt.com

*Attorneys for Defendants*
*Breckenridge Pharmaceutical, Inc. and Natco*
*Pharma Limited*

3.      I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  July 13, 2018                    By: _____

                                              David L. Moses

-2-