

**WALSH PIZZI O'REILLY FALANGA**

ONE RIVERFRONT PLAZA
1037 Raymond Blvd., Suite 600
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

September 11, 2018

**VIA ECF AND FIRST-CLASS MAIL**
Honorable Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:   *Celgene Corp. v. Par Pharmaceutical, Inc., et al.*
            Civil Action No. 2:17-cv-03159 (ES)(MAH)

          *Celgene Corp. v. Hetero Labs Limited, et al.*
          Civil Action No. 17-3387 (ES)(MAH)

Dear Judge Hammer:

    This firm, together with Kirkland & Ellis LLP, represents Defendant Teva Pharmaceuticals USA, Inc. ("Teva") in connection with the above-referenced matter. We write on behalf of Defendants Apotex Inc., Apotex Corp. (collectively, "Apotex"), Aurobindo Pharma Limited, Aurobindo Pharma USA, Inc., Aurolife Pharma LLC, Eugia Pharma Specialties Limited (collectively, "Aurobindo"), Breckenridge Pharmaceutical, Inc. ("Breckenridge"), Hetero Labs Limited, Hetero Labs Limited Unit-V, Hetero Drugs Limited, and Hetero USA, Inc. (collectively, "Hetero"), (Apotex, Aurobindo, Breckenridge, and Hetero, together with Teva, collectively, "Defendants"). Defendants write, with Plaintiff's consent, to request a one week extension of the deadline for the motion to seal Exhibits A-E attached to Defendants' August 29, 2018 Letter to the Hon. Michael A. Hammer, U.S.M.J. (Civil Action No. 17-3159, D.E. 97 and Civil Action No. 17-3387, D.E. 210).

    The current deadline for the motion to seal is September 12, 2018. However, Defendants need additional time to confer about the motion and respectfully request an extension until Sept 19. 2018.

    If Your Honor approves of this request, we respectfully request that Your Honor "so order" this letter and have it entered on the dockets. We thank the Court for its consideration and are available should Your Honor or Your Honor's staff have any question.

Respectfully submitted,

s/Liza M. Walsh

Liza M. Walsh

**SO ORDERED**

  *s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date: 9/12/18