/s/ *Arnold B. Calmann*
Arnold B. Calmann (abc@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
SAIBER LLC
One Gateway Center, Suite 1000
Newark, New Jersey 07102-5311
Telephone: (973) 622-3333 Facsimile:
(973) 622-3349

Tung-On Kong (TKong@wsgr.com)
Kristina M. Hanson (thanson@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI One
Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105-1126 Telephone:
(415) 947-2016
Facsimile: (415) 947-2099
Elham Firouzi Steiner (esteiner@wsgr.com)
Jacqueline Altman (jacqueline.altman@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real, Suite 200
San Diego, California 92130
Telephone: (858) 350-2300

*Attorneys for Mylan Pharmaceuticals Inc.,*
*Mylan Inc., and Mylan N.V.*

/s/ *John W. Bateman*

Robert J. Fettweis
FLEMING RUVOLDT PLLC
250 Moonachie Road
Moonachie, NJ 07074
Telephone: (201) 518-7878
rfettweis@flemingruvoldt.com

Of Counsel:

C. Kyle Musgrove (admitted *pro hac vice*)
John W. Bateman (admitted *pro hac vice*)
Yifang Zhao (admitted *pro hac vice*)
HAYNES & BOONE, LLP
800 17th St. NW, Suite 500
Washington, D.C. 20006
Telephone: (202) 654-4500
kyle.musgrove@haynesboone.com
john.bateman@haynesboone.com
eva.zhao@haynesboone.com

Bruce D. DeRenzi, Esq.
BRECKENRIDGE PHARMACEUTICAL, INC.
60 East 42nd Street, Suite 2410
New York, NY 10165
Telephone: (646) 448-1308
bderenzi@bpirx.com

*Attorneys for Defendant*
*Breckenridge Pharmaceutical, Inc.*

/s/ *Gurpreet Singh Walia*
Gurpreet Singh Walia, M.D.
FisherBroyles, LLP
100 Duffy Street, Suite 510
Hicksville, New York 11801
Telephone: 516-595-3070
gurpreet.walia@fisherbroyles.com

Joseph Schramm, III
FisherBroyles, LLP
100 Overlook Center, Second Floor
Princeton, New Jersey 08540
Telephone: 856-733-0220
joseph.schramm@fisherbroyles.com

Gary Gongjun Ji (admitted *pro hac vice*)
Joseph Manak (admitted *pro hac vice*)
FisherBroyles, LLP
445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: 917-733-3963
gary.ji@fisherbroyles.com
joseph.manak@fisherbroyles.com

Gregory D. Miller
Jenna Z. Gabay
RIVKIN RADLER LLP
21 Main Street, Suite 158
Court Plaza South- West Wing
Hackensack, New Jersey 07601
Telephone: 201-287-2460
gregory.miller@rivkin.com

*Attorney for Defendants Aurobindo Pharma Limited, Aurobindo Pharma USA, Inc., Aurolife Pharma LLC, and Eugia Pharma Specialties Limited*

# Exhibit 15

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]