# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELGENE CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>PAR PHARMACEUTICAL, INC., PAR PHARMACEUTICAL COMPANIES, INC., and TEVA PHARMACEUTICALS USA, INC.,<br><br>          Defendants. | Civil Action No. 17-3159 (ES) (MAH)<br><br>**NOTICE OF CONSENT**<br>**<u>MOTION TO SEAL</u>**<br><br>***DOCUMENT FILED***<br>***ELECTRONICALLY***<br><br>Return Date: December 3, 2018 |
| CELGENE CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-V, HETERO DRUGS LIMITED, HETERO USA, INC., AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA USA, INC., AUROLIFE PHARMA LLC, EUGIA PHARMA SPECIALTIES LIMITED, APOTEX INC., APOTEX CORP., MYLAN PHARMACEUTICALS, INC., MYLAN INC., MYLAN, N.V., and BRECKENRIDGE PHARMACEUTICAL, INC.,<br><br>          Defendants. | Civil Action No. 17-3387 (ES) (MAH) |

**TO:**    All counsel of record

**PLEASE TAKE NOTICE** that on **December 3, 2018** at **10:00 a.m.**, or as soon thereafter as counsel may be heard, Defendants Teva Pharmaceuticals USA, Inc., Hetero Labs Limited, Hetero Labs Limited Unit-V, Hetero Drugs Limited, Hetero USA, Inc., Aurobindo Pharma Limited, Aurobindo Pharma USA, Inc., Aurolife Pharma LLC, Eugia Pharma Specialties Limited, Apotex Inc., Apotex Corp., Mylan Pharmaceuticals Inc., Mylan Inc., Mylan N.V. and Breckenridge Pharmaceutical, Inc. (collectively "Defendants") shall appear before the Honorable

Michael A. Hammer, U.S.M.J., at the Martin Luther King, Jr. Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey 07102, and shall move this Court, pursuant to Local Civil Rule 5.3(c), for an Order permanently sealing portions of the following, which were filed under temporary seal:

(1) Defendants' September 6, 2018 Letter Application Requesting Leave to Amend Non-Infringement Contentions (and exhibits thereto) (Dkt. No. 103 in Civil Action No. 17-3159; Dkt. No. 216 in Civil Action No. 17-3387);

(2) Plaintiff's October 4, 2018 Letter in Opposition to Defendants' Request for Leave to Amend Non-Infringement Contentions (and exhibits thereto) (Dkt. No. 108 in Civil Action No. 17-3159; Dkt. No. 226 in Civil Action No. 17-3387); and

(3) Defendants' October 11, 2018 Reply Letter in further support of their Request for Leave to Amend Non-Infringement Contentions (Dkt. No. 110 in Civil Action No. 17-3159; Dkt. No. 229 in Civil Action No. 17-3387).

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, Defendants shall rely upon the Declarations of Liza M. Walsh, Gurpreet Singh Walia, Roshan P. Shrestha, Robert J. Fettweis and Vinny Lee, and the accompanying Index.  A proposed form of Order, including Proposed Findings of Fact and Conclusions of Law, is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that plaintiff Celgene Corporation does not oppose the relief requested by Defendants' and instead consents to the same.

**PLEASE TAKE FURTHER NOTICE** that the proposed redacted versions of the above materials have been filed under Dkt. Nos. 111, 112 and 114 in Civil Action No. 17-3159, and Dkt. Nos. 231, 237 and 239 in Civil Action No. 17-3387, respectively.

Dated:  November 1, 2018                     Respectfully submitted,


                                            s/ Robert J. Fettweis
                                            Robert J. Fettweis
                                            FLEMING RUVOLDT PLLC
                                            250 Moonachie Road
                                            Moonachie, NJ 07074
                                            Telephone: (201) 518-7878
                                            rfettweis@flemingruvoldt.com

                                            C. Kyle Musgrove
                                            John W. Bateman
                                            Yifang Zhao
                                            HAYNES & BOONE, LLP
                                            800 17th St. NW, Suite 500
                                            Washington, D.C. 20006
                                            Telephone: (202) 654-4500
                                            kyle.musgrove@haynesboone.com
                                            john.bateman@haynesboone.com
                                            eva.zhao@haynesboone.com

                                            Bruce D. DeRenzi, Esq.
                                            BRECKENRIDGE PHARMACEUTICAL,
                                            INC.
                                            60 East 42nd Street, Suite 2410
                                            New York, NY 10165
                                            Telephone: (646) 448-1308
                                            bderenzi@bpirx.com


                                            *Attorneys for Defendant Breckenridge
                                            Pharmaceutical, Inc*


                                            /s Liza M. Walsh
                                            Liza M. Walsh
                                            Christine I. Gannon
                                            Eleonore Ofosu-Antwi
                                            WALSH PIZZI O'REILLY FALANGA LLP
                                            One Riverfront Plaza
                                            1037 Raymond Boulevard, Suite 600
                                            Newark, N.J. 07102
                                            Tel.: (973) 757-1100

                                            Jay P. Lefkowitz
                                            Jeanna M. Wacker
                                            Christopher T. Jagoe

3

Mark C. McLennan
KIRKLAND & ELLIS LLP
601 Lexington Avenue New York, NY 10022
Tel.: (212) 446-4800
lefkowitz@kirkland.com
jeanna.wacker@kirkland.com

Kristen P.L. Reichenbach
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel.: (415) 439-1400
kristen.reichenbach@kirkland.com

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*


/s Melissa Flax
Melissa Flax
Michael Cross
CARELLA, BYRNE, CECCHI, OLSTEIN,
  BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
973-994-1700
mflax@carellabyrne.com
mcross@carellabyrne.com

Andrew M. Alul
Richard T. Ruzich
Stephen R. Auten
Brian P. Murray
Roshan P. Shrestha, Ph.D.
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
312-527-4000
aalul@taftlaw.com
sauten@taftlaw.com
rruzich@taftlaw.com
bmurray@taftlaw.com
rshrestha@taftlaw.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

4

/s Melissa Flax
Melissa E. Flax
Michael Cross
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068-1739
973-994-1700
mflax@carellabyrne.com
mcross@carellabyrne.com

Stephen R. Auten
Andrew M. Alul
Richard T. Ruzich
Brian P. Murray
Roshan P. Shrestha, Ph.D.
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
312-527-4000
sauten@taftlaw.com
aalul@taftlaw.com
rruzich@taftlaw.com
bmurray@taftlaw.com
rshrestha@taftlaw.com

*Attorneys for Defendants*
*Hetero Labs Limited, Hetero Labs Limited*
*Unit-V, Hetero Drugs Limited, and Hetero*
*USA, Inc.*

/s Gurpreet Singh Walia
Gurpreet Singh Walia, M.D.
FisherBroyles, LLP
100 Duffy Avenue, Suite 510
Hicksville, NY 11801
(516) 996-1100
gurpreet.walia@fisherbroyles.com

Joseph Schramm, III
FisherBroyles, LLP
100 Overlook Center, Second Floor
Princeton, NJ 08540
 (856) 733-0220
joseph.schramm@fisherbroyles.com

Gongjun (Gary) Ji
FisherBroyles, LLP
445 Park Avenue, Ninth Floor
New York, NY 10022
 (917) 733-3963
gary.ji@fisherbroyles.com

Gregory D. Miller
Jenna Z. Gabay
RIVKIN RADLER LLP
21 Main Street, Suite 158
Court Plaza South- West Wing
Hackensack, NJ 07601
(201) 287-2460
gregory.miller@rivkin.com

*Attorneys for Defendants
Aurobindo Pharma Limited, Aurobindo
Pharma USA, Inc., Aurolife Pharma LLC, and
Eugia Pharma Specialties Limited*


/s Jakob B. Halpern
Arnold B. Calmann (ACalmann@saiber.com)
Jakob B. Halpern (JHalpern@saiber.com)
Monvan Hu (MHu@saiber.com)
SAIBER LLC
One Gateway Center, Suite 1000
Newark, New Jersey 07102
Telephone:  (973) 622-3333

Tung-On Kong (tkong@wsgr.com)
Kristina Hanson (thanson@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI P.C.
One Market Street
Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000

Elham Firouzi Steiner (esteiner@wsgr.com)
Nathan Scharn (nschanrn@wsgr.com)
Sarah Siedlak (ssiedlak@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI P.C.
12235 El Camino Real
San Diego, California 92130
Telephone: (858) 350-2300

*Attorneys for Defendants*
*Mylan Pharmaceuticals Inc., Mylan N.V., and*
*Mylan Inc.*