# EXHIBIT A - PART 2 OF 7

| | C87 | CELGENE CORPORATION, "Celgene corporation reports record operating performance in third quarter as total revenue increases 117% and profits rise," Press Release, October 2003 |
|---|---|---|
| | C88 | CELGENE CORPORATION, "Celgene corporation advances ACTIMID™ (CC-4047) into phase II trial for prostate cancer," Press Release, October 2003 |
| | C89 | CELGENE CORPORATION, "Additional clinical data presented on Revimid™ in myelodysplastic sydromes at the American Society of Hematology 45th annual meeting," Press Release, December 2003 |
| | C90 | CELGENE CORPORATION, "Celgene corporation reviews 2003 achievements and announces 2004 financial outlook," Press Release, January 2004 |
| | C91 | CELGENE CORPORATION, "Revlimid™ receives orphan drug designation from the European commission for multiple myeloma," Press Release, February 2004 |
| | C92 | CELGENE CORPORATION, "Revlimid™ receives orphan drug designation from the European commission for myelodysplastic sydromes," Press Release, March 2004 |
| | C93 | CELGENE CORPORATION, "Celgene corporation reports record operating performance in first quarter with strong revenue growth and profits," Press Release, April 2004 |
| | C94 | CELGENE CORPORATION, "Celgene announces plans to stop phase III trials in melanoma due to lack of efficacy," Press Release, April 2004 |
| | C95 | DALGLEISH, et al., "New thalidomide analogues; anti-cancer, anti-angiogenic and immunostimulatory," British Journal of Cancer, 2001, 85 (1)25 |
| | C96 | DALGLEISH et al., "Thalidomide analogues CC-5013 and CC-4047 induce T cell activation and IL-12 production in patients with both solid tumours and relapsed and refractory multiple myeloma," British Journal of Cancer, 2003, 88(Suppl I), S25-S54 |
| | C97 | DATABASE PHARMAML XP002369094 retrieved from STN. Database accession no. 1659300, & MARKETLETTER, October 9, 2001 |
| | C98 | DATABASE NLDB XP002369095 retrieved from STN. Database accession no. 2002:35280, & MARKETLETTER, June 18, 2001. |
| | C99 | DAVIES et al., "Thalidomide (Thal) and immunomodulatory derivatives (IMiDs) augment natural killer (NK) cell cytotoxicity in multiple myeloma(MM))," Abstract # 3617, American Society of Hematology, December 1-5, 2000 |
| | C100 | DAVIES et al., "Thalidomide (Thal) and immunomodulatory derivatives (IMiDs) augment natural killer (NK) cell cytotoxicity in multiple myeloma ~MM)," Abstract # P222, VIIIth International Myeloma Workshop, May 4-8, 2001 |
| | C101 | DIBBS et al., "Thalidomide and thalidomide analogs suppress TNFɣ secretion by myocytes," Abstract # 1284, Circulation, 1998 |
| | C102 | DIMOPOULOS et al., "Results of thalidomide and IMiDs in multiple myeloma,", Abstract # P12.1.4, International Multiple Myeloma Workshop, May 23-27, 2003 |
| | C103 | DIMOPOULOS et al., "Treatment of plasma cell dyscrasias with thalidomide and its derivatives," Journal of Clinical Oncology, Dec. 1, 2003, 21 (23)4444-4454 |
| | C104 | DIMOPOULOS et al., "Study of lenalidomide plus dexamethasone versus dexamethasone alone in relapsed or refractory multiple myeloma (MM): Results of a phase 3 Study (MM-010),", Abstract # 6, American Society of Hematology, Dec. 10-13, 2005 |
| | C105 | DREDGE et al., "A costimulatory thalidomide analog enhances the partial anti-tumor immunity of an autologous vaccination in a model of colorectal cancer, Abstract # 491, American Association for Cancer Research, April 6-10, 2002 |
| | C106 | DREDGE et al., "Adjuvants and the promotion of Th1-type cytokines in tumour immunotherapy," Cancer Immunol. Immunother., 2002, 51:521-531 |
| | C107 | DREDGE et al., "Immunological effects of thalidomide and its chemical and functional analogs," Critical Reviews in Immunology, 2002, 22 (5&6):425-437 |
| | C108 | DREDGE et al., "Protective antitumor immunity induced by a costimulatory thalidomide analog in conjunction with whole tumor cell vaccination is mediated by increased Th1-type immunity1," The Journal of Immunology, 2002, 168:4914-4919 |
| | C109 | DREDGE et al., "Recent developments in antiangiogenic therapy," Expert Opin. Biol. Ther., 2002, 2 (8):953-966 |
| | C110 | DREDGE et al., "Angiogenesis inhibitors in cancer therapy," Current Opinion in Investigational Drugs, 2003, 4 (6):667-674 |
| | C111 | DREDGE et al., "Thalidomide analogs as emerging anti-cancer drugs," Anti-Cancer Drugs, 2003, 14:331-335 |
| | C112 | FICKENTSCHER et al., "Stereochemical properties and teratogenic activity of some tetrahydrophthalimides," Molecular Pharmacology, 1976, 13:133-141 |
| | C113 | FIGG et al., "Inhibition of angiogenesis: treatment options for patients with metastatic prostate cancer," Investigational New Drugs, 2002, 20(2):183-194 |
| | C114 | GALUSTIAN et al., "Thalidomide-derived immunomodulatory drugs as therapeutic agents," Expert Opin. Biol. Ther., 2004, 4 (12):1-8 |
| | C115 | GLASPY et al., "The potential role of thalidomide and thalidomide analogs in melanoma," Clinical Advances in Hematology & Oncology, 2004, 1-7 |
| | C116 | GUPTA et al., "Adherence of multiple myeloma cells to bone marrow stromal cells upregulates vascular endothelial growth factor secretion: therapeutic applications," Leukemia, 2001, 15:1950-1961 |
| | C117 | HAYASHI et al., "Mechanisms whereby immunomodulatory analogs of thalidomide augment autologous NK cell anti-myeloma immunity," Blood, Abstract #3219, Dec. 6-10, 2002, American Society of Hematology |

CELPOM00000170

| | C118 | He, W., et al., 1993, Abstract of papers, 206th American Chemical Society, Chicago, IL; Med. Chem., paper 216 |
|---|---|---|
| | C119 | HELM et al., "Comparative teratological investigation of compounds of structurally and pharmacologically related to thalidomide," Arzneimittel Forschung/Drug Research, 1981, 31 (I)941-949 |
| | C120 | HERNANDEZ-ILLIZALITURR et al., "Addition of immunomodulatory drugs CC5013 or CC4047 to rituximab enhances anti-tumor activity in a severe combined immunodeficiency (SCID) mouse lymphoma model," Abstract # 235, American Society of Hematology, December 6-9, 2003 |
| | C121 | HIDESHIMA et al., "Thalidomide and its analogs overcome drug resistance of human multiple myeloma cells to conventional therapy," Blood, 2000, 96:2943-2950, American Society of Hematology |
| | C122 | HIDESHIMA et al., "Thalidomide (Thal) and its analogs overcome drug resistance of human multiple myeloma (MM) cells to conventional therapy," Abstract 1313, American Society of Hematology, December 1-5, 2000 |
| | C123 | HUNT et al., "Markers of endothelial and haemostatic activation in the use of CC-4047, a structural analogue of thalidamide, in relapsed myeloma," Blood, Abstract # 3216, Dec. 6-10, 2002, American Society of Hematology |
| | C124 | HUSSEIN et al., "Doxil (D), vincristine (V), reduced frequency dexamethasone (d) and Revlimid (DVd-R) a phase I/II trial in advanced relapsed/refractory multiple myeloma (Rmm) patients," Blood, Abstract #208, American Society of Hematology, Dec. 4-7, 2004 |
| | C125 | HWU et al., "Thalidomide and its analogues in the treatment of metastatic melanoma," Chemotherapy Foundation Symposium, Abstract #44, 2002 |
| | C126 | KYLE, "Current therapy of multiple myeloma," Internal Medicine, 2002, 41 (3)175-180 |
| | C127 | KYLE et al., "Multiple myeloma," New England Journal of Medicine, 2004, 351:1860-1873 |
| | C128 | LEBLANC et al., "Immunomodulatory drug costimulates T cells via the B7-CD28 pathway," Blood, 2004, 103:1787-1790, American Society of Hematology |
| | C129 | LENTZSCH et al., "In vivo activity of thalidomide and immunomodulatory drugs against multiple myeloma," VIIIth International Myeloma Workshop, Abstract #P225, May 4-8, 2001 |
| | C130 | LENTZSCH et al., "Immunomodulatory derivative of thalidomide (IMiD CC-4047) determine the lineage commitment of hematopoietic progenitors by down regulation of GATA-1 and modulation of cytokine secretion," Abstract # 3073, American Society of Hematology, December 6-9, 2003 |
| | C131 | LENTZSCH et al., "Immunomodulatory derivative of thalidomide (IMiD CC-4047) down regulates CAAT/enhancer-binding protein ỹ(C/EBP ỹ) in multiple myeloma (MM)," Abstract # 3456, American Society of Hematology, December 6-9, 2003 |
| | C132 | LUZZIO et al., "Thalidomide analogues: derivatives of an orphan drug with diverse biological activity," Expert Opin. Ther. Patents, 2004, 14 (2):215-229 |
| | C133 | MAN et al., "ỹ- Fluoro-substituted thalidomide analogues," Bioorganic & Medicinal Chemistry Letters 13, 2003, 3415-3417 |
| | C134 | MARRIOTT et al., "Immunotherapeutic and antitumour potential of thalidomide analogues," Expert Opin. Biol. Ther., 2001, 1 (4):1-8 |
| | C135 | MARRIOTT et al., "New thalidomide analogues; anti-cancer, anti-angiogenic and immunostimulatory," British Journal of Cancer, 85:25, July 6, 2001 |
| | C136 | MARRIOTT et al., "Thalidomide and its analogues have distinct and opposing effects on TNF-ỹ and TNFR2 during co-stimulation of both CD4+ and CD8+ T cells," Clin. Exp. Immunol., 2002, 130:75-84 |
| | C137 | MARRIOTT et al., "A novel subclass of thalidomide analogue with anti-solid tumor activity in which caspase-dependent apoptosis is associated with altered expression of bcl-2 family proteins1," Cancer Research, 2003, 63:593-599 |
| | C138 | MARRIOTT et al., "Thalidomide derived immunomodulatory drugs (IMiDs) as potential therapeutic agents," Current Drug Targets - Immune, Endocrine & Metabolic Disorders, 2003, 3:181-186 |
| | C139 | MASELLIS et al., "Changes in gene expression in bone marrow mesenchymal progenitor cells as a consequence of IMiD therapy in multiple myeloma patients," Blood, Abstract # 1548, Dec. 7-11, 2001, American Society of Hematology |
| | C140 | MCCARTY et al., "Thalidomide may impede cell migration in primates by down-regulating integrin ỹ-chains: potential therapeutic utility in solid malignancies, proliferative retinopathy, inflammatory disorders, neointimal hyperplasia, and osteoporosis," Medical Hypotheses, 1997, 49:123-131 |
| | C141 | MITSIADES et al., "Apoptic signaling induced by immunomodulatory thalidomide analogs (Imids) in human multiple myeloma cells: therapeutic implications," Abstract # 3224, Dec. 7-11, 2001, American Society of Hematology |
| | C142 | MITSIADES et al., "Apoptic signaling induced by immunomodulatory thalidomide analogs in human multiple myeloma cells: therapeutic implications," Blood, 2002, 99:4525-4530, American Society of Hematology |
| | C143 | MITSIADES et al., "CC-5013 Celgene," Current Opinion in Investigational Drugs, 2004, 5 (6):635-647 |
| | C144 | MOUTOUH et al., "Novel immunomodulatory drugs (IMiDs®): A potential, new therapy for ỹ-hemoglobinopathies," Abstract # 3740, American Society of Hematology, December 4-7, 2004 |
| | C145 | PATTEN et al., "The early use of the serum free light chain assay in patients with relapsed refractory myeloma receiving treatment with a thalidomide analogue (CC-4047)," Abstract # 1640, American Society of Hematology, December 6-9, 2003 |
| | C146 | PAYVANDI et al., "Effects of a thalidomide analog on binding activity of transcription factors and cell cycle progression of multiple myeloma cell lines," Blood, Abstract #2487, Dec.1-5, 2000, American Society of Hematology |
| | C147 | PAYVANDI et al., "The thalidomide analogs IMiDs enhance expression of CD69 stimulatory receptor on natural killer cells," Abstract # 1793, American Association for Cancer Research, March 24-28, 2001 |

| | | |
|---|---|---|
| | C148 | PAYVANDI et al., "Thaliomide analogs IMiDs inhibit expression of cyclooxygenase-2 in multiple myeloma cell line and LPS stimulated PBMCs," Blood, Abstract # 2689, Dec. 7-11, 2001, American Society of Hematology |
| | C149 | PAYVANDI et al., "Thalidomide and IMiDS inhibit microvessel formation from human arterial rings in the absence of human liver microsomes," Blood, Abstract # 5046, Dec. 6-10, 2002, American Society of Hematology |
| | C150 | PAYVANDI et al., "CC-5013 inhibits the expression of adhesion molecules ICAM-1 and CD44 and prevents metastasis of B16 F10 mouse melanoma cells in an animal model," American Society of Clinical Oncology, Abstract # 992, 2003 |
| | C151 | PAYVANDI et al., "Immunomodulatory drugs inhibit expression of cyclooxygenase-2 from TNF-ỹ, IL-1ỹ, and LPS-stimulated human PBMC in a partially IL-10-dependent manner," Cellular Immunology, 2004, 81-88 |
| | C152 | RAJE et al., "Combination of the mTOR inhibitor rapamycin and CC-5013 has synergistic activity in multiple myeloma," Blood, Dec. 15, 2004, 104 (13)4188-4193 |
| | C153 | RAJKUMAR et al., "Combination therapy with lenalidomide plus dexamethasone (Rev/Dex) for newly diagnosed myeloma," Blood, Dec. 15, 2005, 106 (13)4050-4053 |
| | C154 | RICHARDSON et al., "A Phase 1 study of oral CC5013, an immunomodulatory thalidomide (Thal) derivative, in patients with relapsed and refractory multiple myeloma (MM)," Blood, Abstract #3225, Dec. 7-11, 2001, American Society of Hematology |
| | C155 | RICHARDSON et al., "Immunomodulatory drug CC-5013 overcomes drug resistance and is well tolerated in patients with relapsed multiple myeloma," Blood, 2002 100:3063-3067, American Society of Hematology |
| | C156 | RICHARDSON et al., "A multi-center, randomized, phase 2 study to evaluate the efficacy and safety of 2 CDC-5013 dose regimens when used alone or in combination with dexamethasone (Dex) for the treatment of relapsed or refractory multiple myeloma (MM)," Blood, Abstract # 825, American Society of Hematology, Dec. 6-9, 2003 |
| | C157 | RICHARDSON et al., "Immunomodulatory analogs of thalidomide: an emerging new therapy in myeloma," Journal of Clinical Oncology, 2004, 22(16) 3212-3214 |
| | C158 | RICHARDSON et al., "A multicenter, single-arm, open-label study to evaluate the efficacy and safety of single-agent lenalidomide in patients with relapsed and refractory multiple myeloma; preliminary results," 10th International Myeloma Workshop, April 10-14, 2005 |
| | C159 | RICHARDSON et al., "Novel biological therapies for the treatment of multiple myeloma," Best Practice & Research Clinical Haematology, 2005, 18 (4):619-634 |
| | C160 | RICHARDSON et al., "A phase 1 trial of lenalidomide (REVLIMID®) with bortezomib (VELCADE®) in relapsed and refractory multiple myeloma," Blood, Abstract # 365, American Society of Hematology, Dec. 10-13, 2005 |
| | C161 | RUBIN et al., "Principles of cancer treatment-1," 2003, 12 ONCO IV 1 |
| | C162 | SCHAFER et al., "Enhancement of cytokine production and AP-1 transcriptional activity in T cells by thalidomide-related immunomodulatory drugs," Journal of Pharmacology and Experimental Therapeutics, 2003, 305(3)1222-1232 |
| | C163 | SCHEY et al., "A phase I study of an immunomodulatory thalidomide analog, CC-4047, in relapsed or refractory multiple myeloma," Journal of Clinical Oncology, 2004, 22 (16):1-8 |
| | C164 | SCHEY et al., "A phase I study of an immunomodulatory thalidomide analogue (CC4047) in relapse/refractory multiple myeloma," International Society for Experimental Hematology, Abstract #248, 2002 |
| | C165 | SHAUGHNESSY et al., "Global gene expression analysis shows loss of C-MYC and IL-6 receptor gene mRNA after exposure of myeloma to thalidomide and IMiD," Abstract # 2485, The American Society of Hematology, December 1-5, 2000 |
| | C166 | SHIRE et al., "TNF-ỹ inhibitors and rheumatoid arthritis," Exp. Opin. Ther. Patents, 1998, 8 (5):531-544 |
| | C167 | SORBERA et al., "CC-5013. Treatment of multiple myeloma. Treatment of Melanoma. Treatment of myelodysplastic syndrome. Angiogenesis inhibitor. TNF-ỹ production inhibitor," Drugs of the Future, 2003, 28(5):425-431 |
| | C168 | STREETLY et al., "Thalidomide analogue CC-4047 is effective in the treatment of patients with relapsed and refractory multiple myeloma (MM) and induces T-cell activation and IL-12 production," Abstract # 367, International Multiple Myeloma Workshop, May 23-27, 2003 |
| | C169 | STREETLY et al., "Changes in neutrophil phenotype following the administration of CC-4047 (Actimid) to patients with multiple myeloma," Abstract # 2543, American Society of Hematology, December 6-9, 2003 |
| | C170 | STREETLY et al., "An update of the use and outcomes of the new immunomodulatory agent CC-4047 (Actimid) in patients with relapsed/refractory myeloma," Abstract #829, American Society of Hematology, December 6-9, 2003 |
| | C171 | TEO et al., "A phase I, single-blind, placebo-controlled, ascending single oral dose, safety, tolerability and pharmacokinetic study of CDC-501, a novel immunomodulatory- oncologic agent, in healthy male subjects with a comparison of fed and fasted," Clinical Pharmacology and Therapeutics, 2002, 71 (2)93 |
| | C172 | TEO et al., "Chiral inversion of the second generation IMiD™ CC-4047 (ACTIMID™) in human plasma and phosphate-buffered saline," Chirality, 2003, 15:348-351 |
| | C173 | THERTULIEN et al., "Hybrid MEL/DT PACE autotransplant regimen for Multiple Myeloma (MM)- safety and efficacy data in pilot study of 15 patients," Blood, Abstract # 2869, American Society of Hematology, Dec. 7-11, 2001 |
| | C174 | TOHNYA et al., "A phase I study of oral CC-5013 (lenalidomide, Revlimid™), a thalidomide derivative, in patients with refractory metastatic cancer," Clinical Prostate Cancer, 2004, 2:241-243 |
| | C175 | TRICOT et al., "Angiochemotherapy (ACT) for multiple myloma (MM) with DT-PACE results in a high response rate, but in contrast to tandem transplants with melphalan does not affect durable disease control," Blood, Abstract # 3531, American Society of Hematology, Dec. 7-11, 2001 |
| | C176 | TSENOVA et al., "Use of IMiD3, a thalidomide analog, as an adjunct to therapy for experimental tuberculous meningitis," Antimicrobial Agents and Chemotherapy, 2002, 46 (6)1887-1895 |
| | C177 | WEBER, "Lenalidomide (CC-5013, Revlimid™) and other ImiDs," Abstract # PL5.02, International Multiple |

CELPOM00000172

| | | |
|---|---|---|
| | | Myeloma Workshop, April 10-14, 2005 |
| | C178 | WEBER et al., "A multicenter, randomized, parallel-group, double-blind, placebo-controlled study of lenalidomide plus dexamethasone versus dexamethasone alone in previously treated subjects with multiple myeloma," Abstract # PO.738, International Multiple Myeloma Workshop, April 10-14, 2005 |
| | C179 | YE et al., "Novel IMiD drugs enhance expansion and regulate differentiation of human cord blood CD34+ cells with cytokines," Blood, Abstract #4099, American Society of Hematology, Dec. 6-10, 2002 |
| | C180 | ZANGARI et al., "Risk factors for deep vein thrombosis (DVT) in a large group of myeloma patients (Pts) treated with thalidomide (Thal): The Arkansas Experience," Blood, Abstract # 681, American Society of Hematology, Dec. 7-11, 2001 |
| | C181 | ZANGARI et al., "Revimid 25 mg (REV 25) x 20 versus 50 mg (REV 50) x 10 q 28 days with bridging of 5 mg x 10 versus 10 mg x 5 as post-transplant salvage therapy for multiple myeloma (MM)," Blood, Abstract # 1642, American Society of Hematology, Dec. 6-9, 2003 |
| | C182 | ZELDIS et al., "Potential new therapeutics for Waldenstrom's macroglobulinemia," Seminars in Oncology, 2003, 30 (2):275-281 |
| | C183 | ZHANG et al., "CC-5079, a novel microtubule and TNF-a inhibitor with anti-angiogenic and antimetastasis activity," Abstract # B012, International Conference on Molecular Targets and Cancer Therapeutics, Nov. 17-21, 2003 |
| | C184 | ANDERSON, "The Role of Immunomodulatory Drugs in Multiple Myeloma," Seminars in Hematology, Vol. 40, No. 4, Suppl 4, 2003: pp 23-32 |
| | C185 | WEBER, "Thalidomide and Its Derivatives: New Promise for Multiple Myeloma," Cancer Control, Vol. 10, No. 5, 375-383, 2003 |
| | C186 | PATT, Yehuda A.; HASSAN, Manal M.; LOZANO, Richard D.; ELLIS, Lee M.; PETERSON, J. Andrew; WAUGH, Kimberly A.; Durable Clinical Response of Refractory Hepatocellular Carcinoma to Orally Administered Thalidomide. American Journal of Clinical Oncology, 2000. |
| | C187 | RICHARDSON, Paul; HIDESHIMA, Teru; ANDERSON, Kenneth; Thalidomide: The Revival of a Drug with Therapeutic Promise in the Treatment of Cancer; Principles & Practice of Oncology, Vol. 15, No. 2, 2001. |
| | C188 | THOMAS, Melodie; DOSS, Deborah, Thalidomide Nursing Roundtable Update, Monograph, September, 2002 |
| | C189 | RICHARDSON, Paul; HIDESHIMA, Teru; ANDERSON, Kenneth; Thalidomide: Emerging Role in Cancer Medicine; Annual Review of Medicine, 2002 |
| | C190 | BERENSON, J.R.; BERGSAGEL, P. L.; MUNSHI, N.; Initiation and Maintenance of Multiple Myeloma; Seminars in Hematology, Vol. 36, No. 1, Supp. 3, January, 1999, pp.9-13. |
| | C191 | GOLLOB, J.A.; SCHINPPER, C.P.; ORSINI, E.; MURPHY, E.; DALEY, J.F.; LAZO, S.B.; FRANK. D.A.; Characterization of a Novel Subset of CD8 T Cells That Expands in patients Receiving Interleukin-12, 02, Am. Soc. For Clin. Investigation, Inc., Vol. 102, No. 3, August 1998, pp.561-575. |
| | C192 | CAVANAGH, L.L.; BARNETSON, R.S.; BASTEN, A.; HALLIDAY, G.M.; Dendritic Epidermal T-Cell Involvement in Induction of CD8+ T-Cell-Mediated Immunity Against an Ultraviolet Radiation-Induced Skin Tumor Int. J. Cancer: 70, 98-105, 1997. |
| | C193 | THOMAS, D.A., AGUAYO, A., ESTEY, E., ALBITAR, M., O'BRIEN, S., GILES, F.J., BERAN, M., CORTES, J., ZELDIS, J., KEATING, M.J., BARLOGIE, B., KANTARJIAN, H.M., Thalidomide as anti-angiogenesis therapy (rx) in refractory or relapsed leukemia. Abstract #2269, American Society of Hematology, December 3-7, 1999. |
| | C194 | BARLOGIE, B., DESIKAN, R., MUNSHI, N., SIEGEL, D., MEHTA, J., SINGHAL, S., ANAISSIE, E., Single Course D.T. Pace Anti-Angiochemotherapy Effects CR in Plasma Cell Leukemia and Fulminant Multiple Myeloma (MM). Abstract #4180. American Society of Hematology, December 4-9, 1998. |
| | C195 | HIDESHIMA, T., CHAUHAN, D., SHIMA, Y., NOOPUR, R., DAVIES, F.E., TAI, Y., TREON, S.P., LIN, B.K., SCHLOSSMAN, R.L., RICHARDSON, P.G., GUPTA, D., MULLER, G.W., STIRLING, D.I., ANDERSON, K.C., Thalidome (THAL) and its Analogs Overcome Drug Resistance of Human Multiple Myeloma (MM) Cells to Conventional Therapy. Abstract #1313. American Society of Hematology, December 1-5, 2000. |
| | C196 | PAYVANDI, F., WU, L., GUPTA, D., HIDESHIMA, T., HALEY, M., MULLER, G., CHEN, R., ANDERSON, K.C., STIRLING, D., Effects of a Thalidomide Analog on Binding Activity of Transcription Factors and Cell Cycle Progression of Multiple Myeloma Cell Lines. Abstract #2487. American Society of Hematology, December 1-5, 2000. |
| | C197 | DAVIES, F.E., RAJE, N., HIDESHIMA, T., LENTZSCH, S., YOUNG, G., TAI, Y., LIN, B.K., PODAR, K., CHAUHAN, D., TREON, S.P., GUPTA, D., MITSIADES, C., MITSIADES, N., HAYASHI, T., RICHARDSON, P.G., SCHLOSSMAN, R.L., MULLER, G.W., STIRLING, D. I., ANDERSON, K.C., Thalidomide (THAL) and Immunomodulatory Derivatives (IMiDs) Augment Natural Killer (NK) Cell Cytocixity in Multiple Myeloma (MM). Abstract #3617. American Society of Hematology, December 1-5, 2000. |
| | C198 | HIDESHIMA, T., CHAUHAN, D., CASTRO, A., HAYASHI, T., MITSIADES, C., MITSIADES, N., AKIYAMA, M., RICHARDSON, P.G., SCHLOSSMAN, R.L., ADAMS, J., ANDERSON, K.C., NF-9B as a Therapeutic Target in Multiple Myeloma (MM). Abstract #1581. American Society of Hematology, December 7-11, 2001. |
| | C199 | LENTSCH, S., ROGERS, M., LEBLANC, R., BIRSNER, A., SHAH, J., ANDERSON K., D'Amato R., 3-Amino-Phthalimido-Glutarimide (S-3APG) Inhibits Angiogenesis and Growth in Drug Resistant Multiple Myeloma (MM) in vivo. Abstract #1976, American Society of Hematology, December 7-11, 2001. |
| | C200 | PARK, Y., KIM, S.A., KIM, C.J., CHUNG, J.H., Mechanism of the Effect of Thalidomide on Human Multiple Myeloma Cells. Abstract #2685. American Society of Clinical Oncology, May 12-17, 2001. |
| | C201 | PAYVANDI, F., WU, L., HALEY M., GUPTA, D., ZHANG, L., SCHAFER, P., MULLER, G.W., CHEN, R., ANDERSON, K.C., STIRLING, D.I., Thalidomide Analogs IMiDs Inhibit Expression of Cyclooxygenase-2 in Multiple Myeloma Cell Line and LPS Stimulated PBMCs. Abstract #2689. American Society of Hematology, |

CELPOM00000173

| | | |
|---|---|---|
| | | December 7-11, 2001. |
| | C202 | MITSIADES, N., MITSIADES, C., POULAKI, V., AKIYAMA, M., TAI, Y., LIN, B., HAYASHI, T., CATLEY, L., HIDESHIMA, T., CHAUHAN, D., TREON, S.P., ANDERSON, K.C., Apoptotic Signaling Induced By Immunomodulatory Thalidomide Analogs (Imids) in Human Multiple Myeloma Cells; Therapeutic Implications. Abstract #3224. American Society of Hematology, December 7-11, 2001. |
| | C203 | RICHARDSON, P.G., SCHLOSSMAN, R.L., HIDESHIMA, T., DAVIES, F., LEBLANC, R., CATLEY, L., DOSS, D., KELLY, K.A., MCKENNEY, M., MECHLOWICZ, J., FREEMAN, A,. DEOCAMPO, R., RICH, R., RYOO, J., CHAUHAN, D., MUNSHI, N., WELLER, E., ZELDIS, J., ANDERSON, K.C., A Phase 1 Study of Oral CC5013, an Immunomodulatory Thalidomide (Thal) Derivative, in Patients With Relapsed and Refractory Multiple Myeloma (MM). Abstract #3225. American Society of Hematology, December 7-11, 2001. |
| | C204 | ZANGARI, M. TRICOT, G., ZELDIS, J., EDDLEMON, P., SAGHAFIFAR, F., BARLOGIE, B., Results of Phase 1 Study of CC5013, for the Treatment of Multiple Myeloma (MM) Patients Who Replase After High Dose Chemotherapy (HDCT). Abstract #3226. American Society of Hematology, December 7-11, 2001. |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with **MPEP 609**; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

NYI-4114626v1

CELPOM00000174

PATENT APPLICATION SERIAL NO._____

## U.S. DEPARTMENT OF COMMERCE
## PATENT AND TRADEMARK OFFICE
## <u>FEE RECORD SHEET</u>

08/21/2008 WABDELR1 00000040 503013    12229074

```
01 FC:1011      310.00 DA
02 FC:1111      510.00 DA
03 FC:1311      210.00 DA
04 FC:1202      700.00 DA
```

PTO-1556
(5/87)

*U.S. Government Printing Office: 2002- 489-267/69033

CELPOM00000175

PTO/SB/06 (10-07)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PATENT APPLICATION FEE DETERMINATION RECORD
Substitute for Form PTO-875

**Application or Docket Number** 12229074

### APPLICATION AS FILED – PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE ($) | FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | FEE ($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | $155 | | N/A | $310 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | $255 | | N/A | $510 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | $105 | | N/A | $210 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 34 minus 20 = | 14 | X $25 = | | OR | X $50 = | 700 |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 3 minus 3 = | 0 | X $105 = | | | X $210 = | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $260 ($130 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | $130 | | | $260 | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | $185 | | | $370 | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | 1736 |

### APPLICATION AS AMENDED – PART II

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE ($) | ADDITIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT A** | Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $25 = | | OR | X $50 = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $105 = | | OR | X $210 = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | $185 | | OR | $370 | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE ($) | ADDITIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT B** | Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $25 = | | OR | X $50 = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $105 = | | OR | X $210 = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | $185 | | OR | $370 | |
| | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CELPOM00000176

Express Mail No.: EV654846492US

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Application of: Jerome B. Zeldis

Confirmation No.: To Be Assigned

Application No.: To Be Assigned
(Divisional of Serial No.
10/438,213)

Group Art Unit: To Be Assigned

Filed: August 19, 2008

Examiner: To Be Assigned

For:   METHOD FOR TREATING
MULTIPLE MYELOMA USING 4-
(AMINO)-2-(2,6-DIOXO(3-
PIPERIDYL))-ISOINDOLINE-1,3-
DIONE (as amended)

Attorney Docket No.: 9516-773-999
(CAM: 501872-999773)

### INFORMATION DISCLOSURE
### STATEMENT UNDER 37 C.F.R. §1.56 AND §1.97

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In accordance with the continuing duty of disclosure imposed by 37 C.F.R. §
1.56 and § 1.97 to inform the Patent Office of all references coming to the attention of each
individual associated with the filing or prosecution of the subject application, which are or
may be material to the patentability of any claim of the application, Attorneys for Applicants
hereby invite the Examiner's attention to references **A01** to **A82, B01** to **B08,** and **C01** to
**C204** listed on the attached revised form PTO 1449 entitled "List of References Cited by
Applicant." The above-identified application is a divisional of prior U.S. Application No.
10/438,213, filed May 15, 2003. Copies of references **A01** to **A82, B01** to **B08,** and **C01** to
**C204** are not provided herewith; rather, pursuant to 37 C.F.R. § 1.98(d), Applicants
respectfully invite the Examiner's attention to the file of parent application Serial No.
10/438,213, filed May 15, 2003, since these references were made of record in the
prosecution of the parent applications.

Identification of the listed references is not meant to be construed as an
admission of Applicants or Attorneys for Applicants that such references are available as
"prior art" against the subject application.

Applicants respectfully request that the Examiner review the foregoing
reference and that the reference be made of record in the file history of the application.

NYI-4113857v1

CELPOM00000177

Pursuant to 37 C.F.R. § 1.97(b), Applicants estimate that no fee is due in connection with the filing of this Information Disclosure Statement. However, should the Patent Office determine otherwise, please charge the necessary fee to Jones Day Deposit Account No. 50-3013.

Respectfully submitted,

Date:   August 19, 2008

52,042

Yeah-Sil Moon

(Reg. No.)

JONES DAY
222 East 41st Street
New York, New York 10017-6702
(212) 326-3939

Enclosure

CELPOM00000178

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 12/229,074 | Filing Date 08/19/2008 | ☐ To be Mailed |
|---|---|---|---|

## APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | SMALL ENTITY ☐ | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | SMALL ENTITY | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| **AMENDMENT** | **08/19/2008** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 35 | Minus ** 35 | = | X $ = | | X $ = | |
| | Independent (37 CFR 1.16(h)) | * 2 | Minus *** 3 | = | X $ = | | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | |

| | | (Column 1) | (Column 2) | (Column 3) | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| **AMENDMENT** | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | | | |
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | X $ = | | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | X $ = | | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/KATRINA S. TURNER/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CELPOM00000179

JONES DAY DOCKET NO. 9516-773-999

Express Mail No. EV654846492US

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Prior application:

Examiner    Chris E. Simmons

Art Unit   1614

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

     This is a request for filing a ☐ continuation ☒ divisional application under 37 CFR § 1.53(b), of pending prior application no. 10/438,213 filed on May 15, 2003.

of    Jerome B. Zeldis

(inventor(s) currently of record in prior application)

for    METHOD FOR TREATING MULTIPLE MYELOMA USING 4-(AMINO)-2-(2,6-DIOXO(3-PIPERIDYL))-ISOINDOLINE-1,3-DIONE (as amended)

(title of invention)

     1.    ☒    The filing fee is calculated below:

## PATENT APPLICATION FEE VALUE

| TYPE | NO. FILED | LESS | EXTRA | RATE | FEE | |
|---|---|---|---|---|---|---|
| Total Claims | 35 | - 20 | 15 | $50.00 each | $ | 750.00 |
| Independent | 2 | - 3 | 0 | $200.00 each | $ | 0.00 |
| Total Number of Pages w/ drawings (excluding electronically filed sequence or computer code listing) | 59 | -100 | 0 | $250.00 for each 50 pages over 100 | $ | 0.00 |
| | | | Basic Filing Fee ($310.00) | | $ | 310.00 |
| | | | Examination Fee ($210.00) | | $ | 210.00 |
| | | | Search Fee ($510.00) | | $ | 510.00 |
| | | | Multiple Dependency Fee If Applicable ($370.00) | | $ | |
| | | | | Total | $ | 1780.00 |
| Applicant qualifies for the 50% Reduction for Independent Inventor, Nonprofit Organization or Small Business Concern. | | | | | $ | 0.00 |
| Applicant qualifies for an additional $75.00 reduction in Basic Filing Fee for Independent Inventor, Nonprofit Organization or Small Business Concern Filing Electronically. | | | | | | .00 |
| | | | | Total Filing Fee | $ | 1780.00 |

09/12/2008 MNGUYEN 00000025 503013   12229074
01 FC:1202      50.00 DA

     2.    ☒    The above calculation is an estimate of the fees due. Please charge the required fees to Jones Day Deposit Account No. 50-3013. A copy of this sheet is enclosed.

NYI-4113883v1

CELPOM00000180



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 12/229,074 | 08/19/2008 | 1612 | 1780 | 9516-773-999 | 35 | 2 |

**CONFIRMATION NO. 7450**

20583
JONES DAY
222 EAST 41ST ST
NEW YORK, NY 10017

**FILING RECEIPT**

*OC000000032059496*

Date Mailed: 09/16/2008

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**
          Jerome B. Zeldis, Princeton, NJ;
**Assignment For Published Patent Application**
          Celgene Corporation
**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**
          This application is a DIV of 10/438,213 05/15/2003
          which claims benefit of 60/380,842 05/17/2002
          and claims benefit of 60/424,600 11/06/2002

**Foreign Applications**


**If Required, Foreign Filing License Granted:** 09/12/2008

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 12/229,074**

**Projected Publication Date:** 12/25/2008

**Non-Publication Request:** No

**Early Publication Request:** No

page 1 of 3

CELPOM00000181

**Title**

Methods for treating multiple myeloma using 4-(amino)-2-(2,6-dioxo(3-piperidyl))-isoindoline-1,3dione

**Preliminary Class**

514

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**<u>GRANTED</u>**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as

CELPOM00000182

set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

## NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

CELPOM00000183



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 12/229,074 | 08/19/2008 | Jerome B. Zeldis | 9516-773-999 |

**CONFIRMATION NO. 7450**

20583
JONES DAY
222 EAST 41ST ST
NEW YORK, NY 10017

**PUBLICATION NOTICE**



*OC000000033803749*

**Title:** Methods for treating multiple myeloma using 4-(amino-2-(2,6-dioxo(3-piperidyl))-isoindoline-1,3dione
**Publication No.** US-2008-0317708-A1
**Publication Date:** 12/25/2008

## NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Office of Public Records. The Office of Public Records can be reached by telephone at (703) 308-9726 or (800) 972-6382, by facsimile at (703) 305-8759, by mail addressed to the United States Patent and Trademark Office, Office of Public Records, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently http://pair.uspto.gov/. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

page 1 of 1

CELPOM00000184

**ELECTRONIC FILING**

PTO/SB/96 (09-04)
Approved for use through 07/31/2006.  OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

### STATEMENT UNDER 37 CFR 3.73(b)

| | |
|---|---|
| Applicant/Patent Owner: | Celgene Corporation |

| | | | |
|---|---|---|---|
| Application No./Patent No.: | 12/229,074 | Filed/Issue Date: | August 19, 2008 |

| | |
|---|---|
| Entitled: | METHOD FOR TREATING MULTIPLE MYELOMA USING 4-(AMINO)-2-(2,6-DIOXO(3-PIPERIDYL))-ISOINDOLINE-1,3-DIONE (AS AMENDED) |

| | | | |
|---|---|---|---|
| Celgene Corporation | , | a | corporation |
| (Name of Assignee) | | | (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.) |

states that it is:

| | | |
|---|---|---|
| 1. ☒ | the assignee of the entire right, title, and interest; or | |
| 2. ☐ | an assignee of less than the entire right, title and interest. The extent (by percentage) of its ownership interest is          % | |

in the patent application/patent identified above by virtue of either:

| | |
|---|---|
| A. ☒ | An assignment from the inventor(s) of the patent application/patent identified above.  The assignment was recorded in the United States Patent and Trademark Office at Reel 021461, Frame 0407, or for which a copy thereof is attached. |
| **OR** | |
| B. ☐ | A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as shown below: |

| | | |
|---|---|---|
| | 1. | From:               To:<br>The document was recorded in the United States Patent and Trademark Office at Reel          , Frame          , or for which a copy thereof is attached. |
| | 2. | From:               To:<br>The document was recorded in the United States Patent and Trademark Office at Reel          , Frame          or for which a copy thereof is attached. |
| | 3. | From:               To:<br>The document was recorded in the United States Patent and Trademark Office at Reel          , Frame          , or for which a copy thereof is attached. |
| | ☐ | Additional documents in the chain of title are listed on a supplemental sheet. |

| | |
|---|---|
| ☐ | Copies of assignments or other documents in the chain of title are attached. |
| | [NOTE: A separate copy (*i.e.*, the original assignment document or a true copy of the original document) must be submitted to Assignment Division in accordance with 37 CFR Part 3, if the assignment is to be recorded in the records of the USPTO.  See MPEP 02.08] |

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

| | |
|---|---|
| *Yeahsil Moon* | 12/10/2009 |
| **Signature** | **Date** |
| Yeahsil Moon | 212-326-3939 |
| Reg. No. 52,042 | **Telephone Number** |
| **Printed or Typed name** | |

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO:  Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

NYI- 4237020v1

CELPOM00000185

PTO/SB/80 (11-08)
Approved for use through 11/30/2011. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# POWER OF ATTORNEY TO PROSECUTE APPLICATIONS BEFORE THE USPTO

I hereby revoke all previous powers of attorney given in the application identified in the attached statement under 37 CFR 3.73(b).

I hereby appoint:

[✓] Practitioners associated with the Customer Number: | 84802

OR

[ ] Practitioner(s) named below (if more than ten patent practitioners are to be named, then a customer number must be used):

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

as attorney(s) or agent(s) to represent the undersigned before the United States Patent and Trademark Office (USPTO) in connection with any and all patent applications assigned only to the undersigned according to the USPTO assignment records or assignment documents attached to this form in accordance with 37 CFR 3.73(b).

Please change the correspondence address for the application identified in the attached statement under 37 CFR 3.73(b) to:

[ ] The address associated with Customer Number: | 

OR

[ ] Firm or Individual Name | 
| Address | 
| City | | State | | Zip | 
| Country | 
| Telephone | | Email | 

Assignee Name and Address:

Celgene Corporation
86 Morris Avenue
Summit, New Jersey 07901

**A copy of this form, together with a statement under 37 CFR 3.73(b) (Form PTO/SB/96 or equivalent) is required to be filed in each application in which this form is used. The statement under 37 CFR 3.73(b) may be completed by one of the practitioners appointed in this form if the appointed practitioner is authorized to act on behalf of the assignee, and must identify the application in which this Power of Attorney is to be filed.**

SIGNATURE of Assignee of Record
The individual whose signature and title is supplied below is authorized to act on behalf of the assignee

| Signature | | Date | March 24, 2009 |
|---|---|---|---|
| Name | Robert J. Hugin | Telephone | 908-673-9000 |
| Title | Chief Operating Officer and President | | |

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CELPOM00000186

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 6612934 |
| **Application Number:** | 12229074 |
| **International Application Number:** | |
| **Confirmation Number:** | 7450 |
| **Title of Invention:** | Methods for treating multiple myeloma using 4-(amino)-2-(2,6-dioxo(3-piperidyl))-isoindoline-1,3dione |
| **First Named Inventor/Applicant Name:** | Jerome B. Zeldis |
| **Customer Number:** | 20583 |
| **Filer:** | Yeahsil Moon/Rochelle Flowers |
| **Filer Authorized By:** | Yeahsil Moon |
| **Attorney Docket Number:** | 9516-773-999 |
| **Receipt Date:** | 10-DEC-2009 |
| **Filing Date:** | 19-AUG-2008 |
| **Time Stamp:** | 16:23:52 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Power of Attorney | POA_w_373b_statement.pdf | 131634<br>a2bdee61329e5f24917d839a3bf45d41ee505ed1 | no | 2 |

| Warnings: |
|---|
| Information: |

CELPOM00000187

Total Files Size (in bytes): 131634

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

CELPOM00000188



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 12/229,074 | 08/19/2008 | Jerome B. Zeldis | 9516-773-999 |

**CONFIRMATION NO. 7450**

84802
JONES DAY
222 E. 41ST. STREET
NEW YORK, NY 10017

**POA ACCEPTANCE LETTER**


*OC000000039276256*

Date Mailed: 12/23/2009

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 12/10/2009.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

/hchristian/

_____

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

page 1 of 1

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/229,074 | 08/19/2008 | Jerome B. Zeldis | 9516-773-999 | 7450 |

84802          7590          06/24/2010
JONES DAY
222 E. 41ST. STREET
NEW YORK, NY 10017

| EXAMINER |
|---|
| SIMMONS, CHRIS E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1612 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 06/24/2010 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

CELPOM00000190

| **Office Action Summary** | **Application No.** 12/229,074 | **Applicant(s)** ZELDIS, JEROME  B. |
|---|---|---|
| | **Examiner** CHRIS E. SIMMONS | **Art Unit** 1612 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>19 August 2008</u>.

2a)☐ This action is **FINAL**.    2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>22-56</u> is/are pending in the application.

    4a) Of the above claim(s) <u>31 and 54-56</u> is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>22-30 and 32-53</u> is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☐ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☒ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date <u>08/19/2008</u>.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .

5)☐ Notice of Informal Patent Application

6)☐ Other: _____.

CELPOM00000191

Application/Control Number: 12/229,074                                      Page 2
Art Unit: 1612

## DETAILED ACTION

### *Election/Restrictions*

Claim 22 is generic to the following disclosed patentably distinct species: the
multitude of structurally and chemically distinct compounds and materially distinct
therapies encompassed by the claims. The species are independent or distinct because
as disclosed the different species have mutually exclusive characteristics for each
identified species.  In addition, these species are not obvious variants of each other
based on the current record.

Applicant is required under 35 U.S.C. 121 to elect a single disclosed species for
prosecution on the merits to which the claims shall be restricted if no generic claim is
finally held to be allowable.

In order to be completely responsive to this specie election, applicant is required
to elect whether a second agent is present and a specie of said agent if present.
Applicant is further required to elect whether a therapy is present and which therapy if
present.

There is an examination and search burden for these patentably distinct species
due to their mutually exclusive characteristics.  The species require a different field of
search (e.g., searching different classes/subclasses or electronic resources, or
employing different search queries); and/or the prior art applicable to one species would
not likely be applicable to another species; and/or the species are likely to raise different
non-prior art issues under 35 U.S.C. 101 and/or 35 U.S.C. 112, first paragraph.

CELPOM00000192

Application/Control Number: 12/229,074                                Page 3
Art Unit: 1612

**Applicant is advised that the reply to this requirement to be complete must include (i) an election of a species to be examined** even though the requirement may be traversed (37 CFR 1.143) **and (ii) identification of the claims encompassing the elected species**, including any claims subsequently added. An argument that a claim is allowable or that all claims are generic is considered nonresponsive unless accompanied by an election.

The election of the species may be made with or without traverse. To preserve a right to petition, the election must be made with traverse. If the reply does not distinctly and specifically point out supposed errors in the election of species requirement, the election shall be treated as an election without traverse. Traversal must be presented at the time of election in order to be considered timely. Failure to timely traverse the requirement will result in the loss of right to petition under 37 CFR 1.144. If claims are added after the election, applicant must indicate which of these claims are readable on the elected species.

Should applicant traverse on the ground that the species are not patentably distinct, applicant should submit evidence or identify such evidence now of record showing the species to be obvious variants or clearly admit on the record that this is the case. In either instance, if the examiner finds one of the species unpatentable over the prior art, the evidence or admission may be used in a rejection under 35 U.S.C. 103(a) of the other species.

CELPOM00000193

Application/Control Number: 12/229,074                                    Page 4
Art Unit: 1612

Upon the allowance of a generic claim, applicant will be entitled to consideration

of claims to additional species which depend from or otherwise require all the limitations

of an allowable generic claim as provided by 37 CFR 1.141.


### Oral Election Was Made

During a telephone conversation with Yeah Sil-Moon on 06/10/2010 a provisional

election was made without traverse to prosecute the invention of the presence of the

second agent, dexamethasone, and the further administration of immunotherapy.

Affirmation of this election must be made by applicant in replying to this Office action.

Accordingly, claims 31 and 54-56 are withdrawn as being drawn to non elected subject

matter.


### Claim Rejections - 35 USC § 103

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

The factual inquiries set forth in *Graham* **v.** *John Deere Co.*, 383 U.S. 1, 148

USPQ 459 (1966), that are applied for establishing a background for determining

obviousness under 35 U.S.C. 103(a) are summarized as follows:

1.   Determining the scope and contents of the prior art.
2.   Ascertaining the differences between the prior art and the claims at issue.
3.   Resolving the level of ordinary skill in the pertinent art.

Application/Control Number: 12/229,074                                    Page 5
Art Unit: 1612

      4.      Considering objective evidence present in the application indicating
obviousness or nonobviousness.

      Claims 22-30 and 33-53 are rejected under 35 U.S.C. 103(a) as being
unpatentable over USP 5,635,517 in view of Davies et al., the combination taken
further in view of USP 6,555,554.

      The primary reference discloses, in the abstract, the treatment of multiple
myeloma (MM) with thalidomide and dexamethasone. Thalidomide was administered in
an initial dosage of 200 mg/d for 2 weeks and then increased as tolerated (in 200-mg
increments at 2-week intervals) to a maximum daily dose of 800 mg. Dexamethasone
was given orally in a dosage of 40 mg/d on days 1 through 4, 9 through 12, and 17
through 20 in odd cycles and 40 mg/d on days 1 through 4 in even cycles at monthly
intervals. Patients with smoldering, indolent and relapsed myeloma showed results for
thalidomide treatment. Signs of toxicity showed in some patients receiving 400 mg/day
of thalidomide and the dosage had to be decreased, suggesting that the dosages must
be altered depending on the side effects (see first paragraph on page 587). Table 2 at
page 586 provides for potential strategies using thalidomide in MM treatment:
Thalidomide may be used to treat MM in combination therapy with prednisone,
vincristine, doxorubicin, melphalan, biological agents such as alpha2-interferon. The
primary reference does not expressly teach ACTIMID.

      The secondary reference discloses that Thalidomide (Thal) and Thal analogues
(IMiDs) can act directly on MM cells. These drugs induce a dose-dependent inhibition
of proliferation even in MM cell lines and patient MM cells resistant to conventional

CELPOM00000195

Application/Control Number: 12/229,074                                    Page 6
Art Unit: 1612

chemotherapy, and they add to the effect of dexamethasone (Dex).  For many years the
immunomodulatory effects of Thal have provided the rationale for its use in the
treatment of a broad range of diseases.  Its mechanism of action was initially thought to
be through the inhibition of cytokine production by monocytes, particularly tumor
necrosis factor-alpha.  New analogues of Thal have been produced that are 50,000
times more potent than Thal at inhibiting TNF-a secretion from peripheral blood
mononuclear cells.  (See page 210, columns 1 and 2).  The authors concluded that their
results show that Thal and its analogues may not only be useful in the treatment of
refractory/relapsed disease, but also be effective in the maintenance of minimal residual
disease after transplantation by enhancing NK-cell–mediated anti–MM cell immunity
(page 216, column 2, last sentence).  The secondary reference does not expressly
teach ACTIMID.

The tertiary reference discloses a composition comprising a therapeutic agent
and 1 to 100 mg of ACTIMID (Examples 14 and 15), or its enantiomers, in a single or
multidose regimen to reduce TNF-alpha and to improve oncogenic or cancerous
conditions. The reference does not expressly teach treating MM.

It would have been obvious to use the Thal analogue, ACTIMID, in the cyclical
treatment of MM at the time of the invention.  One of ordinary skill in the art would have
been motivated by the reasonable expectation that the thalidomide analogue, ACTIMID,
which is effective in decreasing TNF-alpha as disclosed in the tertiary reference would
also be effective in the treatment of MM since the decrease in TNF-alpha provided the
rationale for treating many disease with Thal as disclosed in the secondary reference,

CELPOM00000196

Application/Control Number: 12/229,074                                       Page 7
Art Unit: 1612

including cancers, and more particularly, the cyclical treatment of MM as disclosed in

the primary reference.

It would have been obvious to one of ordinary skill in the art to use the Thal

derivative, ACTIMID, in the dosage regimen disclosed in the primary reference.  The

motivation would have also been the reasonable expectation of success in the

treatment of MM using ACTIMID in a known effective dosage regimen.  It is within the

skill of the skilled artisan to adjust the regimen depending on the level of disease of the

patient and the potency of the drug being used.

One of ordinary skill in the art would have found it obvious to adjust the amount

of the drug depending on its efficacy and side effects as outlined in the primary

reference (see first paragraph on page 587).  Accordingly, the differences in claimed

amount from the amounts disclosed in the reference will not support the patentability

unless there is evidence indicating such amount is critical.  *See MPEP 2144.05 [R-5] II

A.*


Claims 22-30 and 33-53 are rejected under 35 U.S.C. 103(a) as being

unpatentable over USP 5,635,517 in view of Davies et al., the combination taken further

in view of USP 6,281,230.

The disclosures of the primary and secondary references are outlined *supra.*

The combination does not expressly teach ACTIMID.

The tertiary reference discloses combination therapy comprising administering

between 1 to 100 mg of ACTIMID (Examples 14 and 15) and its enantiomers and an

CELPOM00000197

Application/Control Number: 12/229,074                                    Page 8
Art Unit: 1612

active agent in the treatment of an oncogenic or cancerous condition (claims 18-26). It

is further disclosed that ACTIMID is effective in decreasing TNF-alpha (paragraph

bridging columns 4 and 5). The reference does not expressly teach treating MM.

It would have been obvious to use the Thal analogue, ACTIMID, in the cyclical

treatment of MM at the time of the invention.  One of ordinary skill in the art would have

been motivated by the reasonable expectation that the thalidomide analogue, ACTIMID,

which is effective in decreasing TNF-alpha as disclosed in the tertiary reference would

also be effective in the treatment of MM since the decrease in TNF-alpha provided the

rationale for treating many disease with Thal as disclosed in the secondary reference,

including cancers, and more particularly, the cyclical treatment of  MM as disclosed in

the primary reference.

It would have been obvious to one of ordinary skill in the art to use the Thal

derivative, ACTIMID, in the dosage regimen disclosed in the primary reference.  The

motivation would have also been the reasonable expectation of success in the

treatment of MM using ACTIMID in a known effective dosage regimen.  It is within the

skill of the skilled artisan to adjust the regimen depending on the level of disease of the

patient and the potency of the drug being used.

One of ordinary skill in the art would have found it obvious to adjust the amount

of the drug depending on its efficacy and side effects as outlined in the primary

reference (see first paragraph on page 587).  Accordingly, the differences in claimed

amount from the amounts disclosed in the reference will not support the patentability

CELPOM00000198

Application/Control Number: 12/229,074                                        Page 9
Art Unit: 1612

unless there is evidence indicating such amount is critical.  *See MPEP 2144.05 [R-5] II*

*A.*


## *Double Patenting*

The nonstatutory double patenting rejection is based on a judicially created

doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the

unjustified or improper timewise extension of the "right to exclude" granted by a patent

and to prevent possible harassment by multiple assignees.   A nonstatutory

obviousness-type double patenting rejection is appropriate where the conflicting claims

are not identical, but at least one examined application claim is not patentably distinct

from the reference claim(s) because the examined application claim is either anticipated

by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140

F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29

USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir.

1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422

F.2d 438, 164 USPQ 619 (CCPA 1970); and  *In re Thorington*, 418 F.2d 528, 163

USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d)

may be used to overcome an actual or provisional rejection based on a nonstatutory

double patenting ground provided the conflicting application or patent either is shown to

Application/Control Number: 12/229,074                                    Page 10
Art Unit: 1612

be commonly owned with this application, or claims an invention made as a result of

activities undertaken within the scope of a joint research agreement.

Effective January 1, 1994, a registered attorney or agent of record may sign a

terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with

37 CFR 3.73(b).


Claims 22-30 and 33-53 are rejected on the ground of nonstatutory obviousness-

type double patenting as being unpatentable over claims 18-26 of Patent No. 6,281,230

in view of U.S. Patent No. 5,635,517 and Davies et al.  The references' disclosures are

outlined above. It would have been obvious to use ACTIMID in the treatment of MM at

the time of the invention.  One of ordinary skill in the art would have been motivated by

the reasonable expectation that a thalidomide analogue effective in decreasing TNF-

alpha would also be effective in the treatment of MM since the decrease in TNF-alpha

has provided the rationale for treating many disease with Thal, including cancers, and

more particularly, MM.


Claims 22-30 and 33-53 are rejected on the ground of nonstatutory obviousness-

type double patenting as being unpatentable over claims 1-17 of U.S. Patent No.

6,555,554 in view of U.S. Patent No. 5,635,517, Davies et al.  The disclosures of the

first 3 references are outlined above.  It would have been obvious to use ACTIMID in

the treatment of MM at the time of the invention.  One of ordinary skill in the art would

have been motivated by the reasonable expectation that a thalidomide analogue

Application/Control Number: 12/229,074                                          Page 11
Art Unit: 1612

effective in decreasing TNF-alpha would also be effective in the treatment of MM since

the decrease in TNF-alpha has provided the rationale for treating many disease with

Thal, including cancers, and more particularly, MM.


Claims 22-30 and 33-53 are rejected on the ground of nonstatutory obviousness-

type double patenting as being unpatentable over claims 1-7 of U.S. Patent No.

7,119,106 in 230 in view of U.S. Patent No. 5,635,517 and Davies et al.

The patented claims disclose a composition comprising 1 to 100 mg of ACTIMID.

The patent teaches that the compounds of the invention are effective in decreasing

TNF-alpha (paragraph bridging col. 4 and 5). The patent does not expressly teach

treating MM.  It would have been obvious to use ACTIMID in the treatment of MM at the

time of the invention.  One of ordinary skill in the art would have been motivated by the

reasonable expectation that a thalidomide analogue effective in decreasing TNF-alpha

would also be effective in the treatment of MM since the decrease in TNF-alpha has

provided the rationale for treating many disease with Thal, including cancers, and more

particularly, MM.


Claims 22-30 and 33-53 are rejected on the ground of nonstatutory obviousness-

type double patenting as being unpatentable over claims 1-34 of U.S. Patent No.

7,189,740 in view of U.S. Patent No. 5,635,517 and Davies et al.

The references' disclosures are outlined above. It would have been obvious to

use ACTIMID in the treatment of MM at the time of the invention.  One of ordinary skill

Application/Control Number: 12/229,074                                    Page 12
Art Unit: 1612

in the art would have been motivated by the reasonable expectation that a thalidomide

analogue effective in decreasing TNF-alpha would also be effective in the treatment of

MM since the decrease in TNF-alpha has provided the rationale for treating many

disease with Thal, including cancers, and more particularly, MM.


Claims 22-30 and 33-53 are rejected on the ground of nonstatutory obviousness-

type double patenting as being unpatentable over claims 1-25 of U.S. Patent No.

7,393,862 in view of U.S. Patent No. 5,635,517 and Davies et al.

The references' disclosures are outlined above. It would have been obvious to

use ACTIMID in the treatment of MM at the time of the invention.  One of ordinary skill

in the art would have been motivated by the reasonable expectation that a thalidomide

analogue effective in decreasing TNF-alpha would also be effective in the treatment of

MM since the decrease in TNF-alpha has provided the rationale for treating many

disease with Thal, including cancers, and more particularly, MM.

CELPOM00000202

Application/Control Number: 12/229,074 Page 13
Art Unit: 1612

### *Conclusion*

No claims are allowed.

### *Correspondence*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to CHRIS E. SIMMONS whose telephone number is (571)272-9065.  The examiner can normally be reached on Monday - Friday from 7:30 - 5:00 PM EST.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Frederick Krass can be reached on (571) 272-0580.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

Application/Control Number: 12/229,074                                    Page 14
Art Unit: 1612


/Chris E Simmons/
Examiner, Art Unit 1612

        /Frederick  Krass/
        Supervisory Patent Examiner, Art Unit 1612

CELPOM00000204

| ATTY DOCKET NO. | APPLICATION NO |
|---|---|
| 9516-773-999 | To be assigned |

**LIST OF REFERENCES CITED BY APPLICANT**
(Use several sheets if necessary)

| APPLICANT | |
|---|---|
| Zeldis | |

| FILING DATE | GROUP |
|---|---|
| August 19, 2008 | To be assigned |

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A01 | 2004/0122052 | 6/24/04 | Muller, George et al. | | | |
| | A02 | 2004/0091455 | 5/13/04 | Zeldis, Jerome B. | | | |
| | A03 | 2004/0087546 | 5/6/04 | Zeldis, Jerome B. | | | |
| | A04 | 2004/0077686 | 4/22/04 | Dannenberg, Andrew J. et al. | | | |
| | A05 | 2004/0077685 | 4/22/04 | Figg, William D. et al. | | | |
| | A06 | 2004/0029832 | 2/12/04 | Zeldis, Jerome B. | | | |
| | A07 | 2003/0235909 | 12/25/03 | Hariri, Robert J. et al. | | | |
| | A08 | 2003/0191098 | 10/9/03 | D'Amato, Robert J. | | | |
| | A09 | 2003/0187024 | 10/2/03 | D'Amato, Robert | | | |
| | A10 | 2003/0181428 | 9/25/03 | Green, Shawn J. et al. | | | |
| | A11 | 2003/0144325 | 7/31/03 | Muller, George W. et al. | | | |
| | A12 | 2003/0139451 | 7/24/03 | Shah, Jamshed H. et al. | | | |
| | A13 | 2003/0096841 | 5/22/03 | Robarge et al. | | | |
| | A14 | 2003/0069428 | 4/10/03 | Muller, George et al. | | | |
| | A15 | 2003/0045552 | 3/6/03 | Robarge et al. | | | |
| | A16 | 2003/0028028 | 2/6/03 | Man, Hon-Wah et al. | | | |
| | A17 | 2003/0013739 | 1/16/03 | Masferrer et al. | | | |
| | A18 | 2002/0183360 | 12/5/02 | Muller, George W. et al. | | | |
| | A19 | 2002/0173658 | 11/21/02 | Muller, George W. et al. | | | |
| | A20 | 2002/0161023 | 10/31/02 | D'Amato, Robert | | | |
| | A21 | 2002/0128228 | 9/12/02 | Hwu | | | |
| | A22 | 2002/0061923 | 5/23/02 | D'Amato, Robert | | | |
| | A23 | 2002/0054899 | 5/9/02 | Zeldis, Jerome B. | | | |
| | A24 | 2002/0052398 | 5/2/02 | D'Amato, Robert J. | | | |
| | A25 | 2002/0045643 | 4/18/02 | Muller et al. | | | |
| | A26 | 2002/0035090 | 3/21/02 | Zeldis et al. | | | |
| | A27 | 2001/0056114 | 12/27/01 | D'Amato, Robert | | | |
| | A28 | 2001/0018445 | 8/30/01 | Huang et al. | | | |
| | A29 | 6,555,554 | 4/29/03 | Muller et al. | | | |
| | A30 | 6,518,298 | 2/11/03 | Green et al. | | | |
| | A31 | 6,476,052 | 11/5/02 | Muller et al. | | | |
| | A32 | 6,469,045 | 10/22/02 | D'Amato | | | |
| | A33 | 6,458,810 | 10/1/02 | Muller et al. | | | |
| | A34 | 6,420,414 | 7/16/02 | D'Amato | | | |
| | A35 | 6,403,613 | 6/11/02 | Man et al. | | | |
| | A36 | 6,395,754 | 5/28/02 | Muller et al. | | | |

NYI-4114626v1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /C.S./

| | A37 | 6,380,239 | 4/30/02 | Muller et al. | | | |
|---|---|---|---|---|---|---|---|
| | A38 | 6,335,349 | 1/1/02 | Muller et al. | | | |
| | A39 | 6,326,388 | 12/4/01 | Man et al. | | | |
| | A40 | 6,316,471 | 11/13/01 | Muller et al. | | | |
| | A41 | 6,281,230 | 8/28/01 | Muller et al. | | | |
| | A42 | 6,235,756 | 5/22/01 | D'Amato | | | |
| | A43 | 6,140,346 | 10/31/00 | Andrulis, Jr. et al. | | | |
| | A44 | 6,114,355 | 9/5/00 | D'Amato | | | |
| | A45 | 6,071,948 | 6/6/00 | D'Amato | | | |
| | A46 | 6,020,358 | 2/1/00 | Muller et al. | | | |
| | A47 | 5,955,476 | 9/21/99 | Muller et al. | | | |
| | A48 | 5,929,117 | 7/27/99 | Muller et al. | | | |
| | A49 | 5,877,200 | 3/2/99 | Muller | | | |
| | A50 | 5,874,448 | 2/23/99 | Muller et al. | | | |
| | A51 | 5,798,368 | 8/25/98 | Muller et al. | | | |
| | A52 | 5,733,566 | 3/31/98 | Lewis | | | |
| | A53 | 5,731,325 | 3/24/98 | Andrulis, Jr. et al. | | | |
| | A54 | 5,712,291 | 1/27/98 | D'Amato | | | |
| | A55 | 5,698,579 | 12/16/97 | Muller | | | |
| | A56 | 5,674,533 | 10/7/97 | Santus et al. | | | |
| | A57 | 5,639,476 | 6/17/97 | Oshlack et al. | | | |
| | A58 | 5,635,517 | 6/3/97 | Muller et al. | | | |
| | A59 | 5,629,327 | 5/13/97 | D'Amato | | | |
| | A60 | 5,593,990 | 1/14/97 | D'Amato | | | |
| | A61 | 5,591,767 | 1/7/97 | Mohr et al. | | | |
| | A62 | 5,580,755 | 12/3/96 | Souza | | | |
| | A63 | 5,528,823 | 6/25/96 | Rudy, Jr. et al. | | | |
| | A64 | 5,393,870 | 2/28/95 | Deeley et al. | | | |
| | A65 | 5,391,485 | 2/21/95 | Deeley et al. | | | |
| | A66 | 5,385,901 | 1/31/95 | Kaplan et al. | | | |
| | A67 | 5,354,556 | 10/11/94 | Sparks et al. | | | |
| | A68 | 5,229,496 | 7/20/93 | Deeley et al. | | | |
| | A69 | 5,134,127 | 7/28/92 | Stella et al. | | | |
| | A70 | 5,120,548 | 6/9/92 | McClelland et al. | | | |
| | A71 | 5,073,543 | 12/17/91 | Marshall et al. | | | |
| | A72 | 5,059,595 | 10/22/91 | Le Grazie | | | |
| | A73 | 4,999,291 | 3/12/91 | Souza | | | |
| | A74 | 4,810,643 | 3/7/89 | Souza | | | |
| | A75 | 4,008,719 | 2/22/77 | Theeuwes et al. | | | |
| | A76 | 3,916,899 | 11/4/75 | Theeuwes et al. | | | |
| | A77 | 3,845,770 | 11/5/74 | Theeuwes et al. | | | |
| | A78 | 3,598,123 | 8/10/71 | Zaffaroni et al. | | | |
| | A79 | 3,536,809 | 10/27/70 | Applezweig | | | |
| | A80 | 6,228,879 | 05-08-01 | Green et al. | | | |
| | A81 | 6,673,828 | 01-06-04 | Green et al. | | | |

NYI-4114626v1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /C.S./

| | A82 | 2004/0266809 | 12/30/04 | Emanuel et al. | | | | |
|---|---|---|---|---|---|---|---|---|

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | YES | NO |
| | B01 | PCT/US03/11578 | | PCT | | | | |
| | B02 | WO 02/064083 | 8/22/02 | PCT | | | | |
| | B03 | WO 02/059106 | 8/1/02 | PCT | | | | |
| | B04 | WO 01/70275 | 9/27/01 | PCT | | | | |
| | B05 | WO 01/087307 | 11/22/01 | PCT | | | | |
| | B06 | WO 98/54170 | 12/3/98 | PCT | | | | |
| | B07 | WO 98/03502 | 1/29/98 | PCT | | | | |
| | B08 | WO03086373 | 10/23/03 | PCT | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| C01 | Carstensen, 1995, *Drug Stability: Principles & Practice*, 2nd. ed., Marcel Dekker, New York, NY pp. 379-380 |
| C02 | Corral et al., 1999, "Immunomodulation by thalidomide and thalidomide analogues," Ann. Rheum. Dis. 58(Suppl 1):I107-113 |
| C03 | Craig et al., 1967, "Potential anticancer agents. III. 2-phthalimidoaldehydes and derivatives," Potential Anticancer Agents III 10:1071-1073 |
| C04 | D'Amato et al., 2001, "Mechanism of action of thalidomide and 3-aminothalidomide in multiple myeloma," Semin. Oncol. 28:597-601 |
| C05 | D'Amato et al., 1994, "Thalidomide is an Inhibitor of Angiogenesis," Proc. Natl. Acad. Sci. 91:4082-4085 |
| C06 | De et al., 1976, "Hansch analysis for some antineoplastic glutarimides," J. Indian Chem. Soc. L.III: 825-826 |
| C07 | De et al., 1976, "Possible antineoplastic agents: III. Synthesis of 6-alkyl-2-[4'-methoxyphthalimido] and 6-alkyl-3-[3'-4'-dimethoxyphenyl] glutarimides," J. Indian Chem. Soc. L.III:1122-1125 |
| C08 | Dredge et al., 2002, "Novel thalidomide analogues display anti-angiogenic activity independently of immunomodulatory effects," Br. J. Cancer 87(10):1166-1172 |
| C09 | Folkman et al., 1983, "Angiogenesis inhibition and tumor regression caused by heparin or a heparin fragment in the presence of cortisone," Science 221(4612):719-725 |
| C10 | Gershbein, 1991, "The thalidomide analog, EM 12, enhances 1,2-dimethylhydrazine-induction of rat colon adenocarcinomas," Cancer Letters 60: 129-133 |
| C11 | Grabstald et al., 1965, "Clinical experiences with thalidomide in patients with cancer," Clinical Pharmacology and Therapeutics 6:298-302 |
| C12 | Lentzsch et al., 2003, "Immunomodulatory analogs of thalidomide inhibit growth of Hs Sultan cells and angiogenesis in vivo," Leukemia 17(1):41-44 |
| C13 | Lentzsch et al., 2002, "S-3-amino-phthalimido-glutarimide inhibits angiogenesis and growth of B-cell neoplasias in mice", Cancer Research 62:2300-2305 |
| C14 | Miyachi et al., 1997, "Novel biological response modifiers: phthalimides with tumor necrosis factor-alpha production-regulating activity," J. Med. Chem. 40:2858-2865 |
| C15 | Muller et al., 1999, "Amino-substituted thalidomide analogs: potent inhibitors of TNF-alpha production," Bioorg. Med. Chem. Lett. 9(11):1625-1630 |
| C16 | Muller et al., 1998, "Thalidomide analogs and PDE4 inhibition," Bioorg. Med. Chem. Lett. 8(19):2669-2674 |
| C17 | Muller et al., 1996, "Structural modifications of thalidomide produce analogs with enhanced tumor necrosis factor inhibitory activity," J. Med. Chem. 39(17):3238-3240 |
| C18 | Olson et al., 1965, "Thalidomide (N-phthaloylglutamimide) in the treatment of advanced cancer," Clinical Pharmacology and Therapeutics 6(3):292-297 |
| C19 | Penichet et al., 2001, "Antibody-cytokine fusion proteins for the therapy of cancer," J. Immunol. Methods 248(1-2):91-101 |
| C20 | *Physician's Desk Reference*, 2002, 56th ed., pp. 1755-1760 |
| C21 | Raza et al., 2001, "Thalidomide produces transfusion independence in long-standing refractory anemias of patients with myelodysplatic syndromes," Blood 98(4):958-965 |
| C22 | Shah et al., 1999, "Synthesis and enantiomeric separation of 2-phthalimidino-glutaric acid analogues: potent inhibitors of tumor metastasis," J. Med. Chem. 42:3014-3017 |
| C23 | Shibata et al., 1995, "N-alkylphthalimides: structural requirement of thalidomidal action on 12-0-tetradecanoylphorbol-13-acetate-induced tumor necrosis factor a production by human leukemia HL-60 cells," Chem. |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.   /C.S./

CELPOM00000207

| | | |
|---|---|---|
| | | Pharm. Bull. 43(1):177-179 |
| | C24 | Shimazawa et al., 1999, "Antiangiogenic activity of tumor necrosis factor-alpha production regulators derived from thalidomide," Biol. Pharm. Bull. 22(2):224-226 |
| | C25 | Rubin et al, "Principles of Cancer Treatment-1", 12 ONCO IV 1, May 2003 |
| | C26 | Wilen et al., 1977, Tetrahedron 33:2725 |
| | C27 | Wilen, 1972, *Tables of Resolving Agents and Optical Resolutions*, E.L. Eliel, ed., Univ. of Notre Dame Press, Notre Dame, IN pp. 268 |
| | C28 | Wolff ed., 1995, *Burger's Medicinal Chemistry and Drug Discovery*, 5th ed., pp. 172-178, 949-982 |
| | C29 | N. Ake Jonnson, 1972, "Chemical Structure and Teratogenic Properties," Acta Pharm., pp. 521-542 |
| | C30 | Alexanian et al., 2004, "VTD (Velcade, thalidomide, dexamethasone) as primary therapy for newly-diagnosed multiple myeloma," Am. Soc. Hematol. 46th Ann. Meeting Dec. 4-7, 2004, San Diego, CA Abstract #210 |
| | C31 | Anderson, 2000, "Thalidomide: Therapeutic potential in hematologic malignancies," Seminars in Hematology 37(1 Supp 3): 1-4 |
| | C32 | Attal et al., 2004, "Maintenance treatment with thalidomide after autologous transplantation for myeloma: First analysis of a prospective randomized study of the Intergroupe Francophone du Myeloma (IFM 99 02)," Am. Soc. Hematol. 46th Ann. Meeting Dec. 4-7, 2004, San Diego, CA Abstract #535 |
| | C33 | Bernardeschi et al., 2003, J. Exp. Clin. Cancer Res. 22(4):129-133 |
| | C34 | Corral et al., 1999, "Differential cytokine modulation and T cell activation by two distinct classes of thalidomide analogues that are potent inhibitors of TNF-alpha," J. Immunol. 163(1):380-386 |
| | C35 | Davies et al., 2001, "Thalidomide and immunomodulatory derivatives augment natural killer cell cytotoxicity in multiple myeloma," Blood 98(1):210-216 |
| | C36 | Dimopoulos et al., 2004, "Primary treatment with puilsed melphalan, dexamethasone, thalidomide (MDT) for symptomatic patients with multiple myeloma ÿ75 years of age," Am. Soc. Hematol. 46th Ann. Meeting Dec. 4-7, 2004, San Diego, CA Abstract #1482 |
| | C37 | Eisen et al., 2000, "Continuous low dose Thalidomide: a phase II study in advanced melanoma, renal cell, ovarian and breast cancer," Br. J. Cancer 82(4):812-817 |
| | C38 | Fakhouri et al., 2004, "Thalidomide in patients with multiple myeloma and renal failure," Br. J. Haematol. 125:90-102 |
| | C39 | Fenk et al., 2005, "Single-agent thalidomide for treatment of first relapse following high-dose chemotherapy in patients with multiple myeloma," Leukemia 19(1):156-159 |
| | C40 | Gupta et al., 2001, "Adherence of multiple myeloma cells to bone marrow stromal cells upregulates vascular endothelial growth factor secretion: therapeutic applications," Leukemia 15(12):1950-1961 |
| | C41 | Haslett et al., 2003, "Thalidomide and a thalidomide analogue drug costimulate virus-specific CD8+ T cells in vitro," J. Infect. Dis. 187(6):946-955 |
| | C42 | Hideshima et al., 2000, "Thalidomide and its analogs overcome drug resistance of human multiple myeloma cells to conventional therapy," Blood 96(9):2943-2950 |
| | C43 | Offidani et al., 2003, Thalidomide plus oral melphalan for advanced multiple myeloma: a phase II study. Haematologica. 2003 Dec;88(12):1432-1433 |
| | C44 | Palumbo et al., 2004, "A prospective randomized trial of oral melphalan prednisone, thalidomide (MPT) vs. oral melphalan, prednisone (MP): An interim analysis," Am. Soc. Hematol. 46th Ann. Meeting Dec. 4-7, 2004, San Diego, CA Abstract #207 |
| | C45 | Raje et al., 1999, "Thalidomide--a revival story," N. Engl. J. Med. 341(21):1606-1609 |
| | C46 | Rajkumar et al., 2004, "Thalidomide plus dexamethasone versus dexamethasone alone in newly diagnosed multiple myeloma (E1A00): Results of a phase III trial coordinated by the Eastern Cooperative Oncology Group," Am. Soc. Hematol. 46th Ann. Meeting Dec. 4-7, 2004, San Diego, CA Abstract #205 |
| | C47 | Rajkumar et al., 2000, "Prognostic value of bone marrow angiogenesis in multiple myeloma," Clin. Cancer Res. 6(8):3111-3116 |
| | C48 | Ribatti et al., 1999, "Bone marrow angiogenesis and mast cell density increase simultaneously with progression of human multiple myeloma," Br. J. Cancer 79(3-4):451-455 |
| | C49 | Singhal et al., 1999, Antitumor activity of thalidomide in refractory multiple myeloma," N. Engl. J. Med. 341(21):1565-1571 |
| | C50 | Steins et al., 2002, "Efficacy and safety of thalidomide in patients with acute myeloid leukemia," Blood 99(3):834-839 |
| | C51 | Vacca et al., 1999, "Bone marrow neovascularization, plasma cell angiogenic potential, and matrix metalloproteinase-2 secretion parallel progression of human multiple myeloma," Blood 93(9):3064-3073 |
| | C52 | Wohrer et al., 2004, "Effective treatment of primary plasma cell leukemia with thalidomide and dexamethasone - a case report," Hematol. J. 5(4):361-363 |
| | C53 | Bach, 1963, "Thalidomide in Cancer Chemotherapy," The Lancet, No. 1271, pg. 71 |
| | C54 | Bach, 1963, "Studies on the Possible Anti-Neoplastic Effect of Thalidomide," Acta Pathologica Et Microbiologica Scandinavica 59:491-499 |
| | C55 | Chaundhry, 1966, Cancer Research, "Effect of Prednisolone and Thalidomide on Induced Submandibular Gland Tumors in Hamster," 26(part 1)1884-86 |
| | C56 | DiPaolo, 1963, "Effect of Thalidomide on a Variety of Transplantable Tumors," Cancer Chemotherapy Reports No. 29, p. 99-102 |

NYI-4114626v1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /C.S./

| | C57 | DiPaolo, 1963, "In vitro Test Systems for Cancer Chemotherapy, II. Correlation of in vitro Inhibition of Dehydrogenase and Growth with in vivo Inhibition of Ehrlich Asoites Tumor," Proceedings of the Society for Experimental Biology & Medicine, 114:384-387 |
|---|---|---|
| | C58 | DiPaolo, 1964, "Thalidomide: Effects on Ehrlich Ascites Tumor Cells in vitro" Science 144:1583 |
| | C59 | Mauad, 1963, "Clinical Improvements Obtained in Advanced Caner Patients with Treatment with Thalidomide Associated with Hormones," Anais Paulistas de Medicina e Cirurgia 86:13-40 |
| | C60 | Roe and Mitchley, 1963, "Thalidomide and Neoplasia" Nature 200:1016-1017 |
| | C61 | Liu et al., "Phase I study of CC-5013 (Revimid), a thalidomide derivative, in patients with refractory metastatic cancer," American Society of Clinical Oncology, Abstract #927, 2003. |
| | C62 | Zangari et al., "Results of phase I study of CC-5013 for the treatment of multiple myeloma (MM) patients who relapse after high dose chemotherapy (HDCT)," American Society of Hematology, Abstract #3226, 2001. |
| | C63 | Zeldis et al., "Update on the evolution of the IMiD™," International Society for Biological Therapy of Cancer, Oral Abstract, 2003. |
| | C64 | ANDERSON, "Moving disease biology from the laboratory to the clinic," Seminars in Oncology, 2002 29:17-20 |
| | C65 | BARLOGIE et al., "Total Therapy II (TTII) for newly diagnosed multiple myeloma (MM): preliminary data on feasibility and efficacy in the first 231 enrolled patients; comparison with predecessor trial total therapy I ((TTI) (N=231)," Blood, Abstract # 2857, Dec. 7-11, 2001, American Society of Hematology |
| | C66 | BARLOGIE et al., "High-dose therapy immunomodulatory drugs in multiple myeloma," Seminars in Oncology, 2002, 29 (6):26-33 |
| | C67 | BARLOGIE et al., "Introduction: Thalidomide and the IMiDs in multiple myeloma," Seminars in Hematology, 2003, 40 (4):1-2 |
| | C68 | BARLOGIE, "Thalidomide and CC-5013 in Multiple Myeloma: The University of Arkansas experience," Seminars in Hematology, 2003, 40 (4):33-38 |
| | C69 | BARTLETT et al., "The evolution of thalidomide and its IMiD derivatives as anticancer agents," Nature Reviews Cancer, 2004, 4 (4):1-9 |
| | C70 | BARTLETT et al., "Phase I study to determine the safety, tolerability and immunostimulatory activity of thalidomide analogue CC-5013 in patients with metastatic malignant melanoma and other advanced cancers," British Journal of Cancer, 2004, 90:955-961 |
| | C71 | BATTEGAY, "Angiogenesis: mechanistic insights, neovascular diseases, and therapeutic prospects," J. Mol. Med., 1995, 73:333-346 |
| | C72 | BAZ et al., "Doxil (D), vincristine (V), reduced frequency dexamethasone (d) and revlimid (R) (DVd-R) results in a high response rate in patients with refractory multiple myeloma (RMM)," Blood, Abstract # 2559, American Society of Hematology, December 10-13, 2005 |
| | C73 | BRENNEN et al., "Thalidomide and analogues: current proposed mechanisms and therapeutic usage," Clinical Prostate Cancer, 2004, 3 (1):54-61 |
| | C74 | CELGENE CORPORATION, "Celgene advances immunomodulatory drug (IMiD™) clinical program," Press Release, February 2000 |
| | C75 | CELGENE CORPORATION, "Initial Phase I solid tumor data on Celgene's lead IMiD™, Revimid™," Press Release, June 2001 |
| | C76 | CELGENE CORPORATION, "Celgene Corporation receives orphan drug designation for Revimid™ for multiple myeloma," Press Release, October 2001 |
| | C77 | CELGENE CORPORATION, "Celgene Corporation announces third quarter results. Thalomid® (thalidomide) sales increase 24%. Prescriptions up 50%. Enhanced S.T.E.P.S.® launched. Pilot d-MPH data presented," Press Release, October 2001 |
| | C78 | CELGENE CORPORATION, "Celgene expands clinical development program for Revimid™. Five additional trials of Revimid initiated in hematological and solid tumor cancers," Press Release, June 2002 |
| | C79 | CELGENE CORPORATION, "Celgene Corporation announces third quarter results. THALOMID® (thalidomide) revenue increases 41% to $30.5 million. Pivotal programs for THALOMID and REVIMID™ finalized. Peer-reviewed publications of THALOMID and REVIMID data. First JNK inhibitor advanced to Phase I clinical trial," Press Release, October 2002 |
| | C80 | CELGENE CORPORATION, "Blood reports Revimid™ has anti-tumor activity in patients with relapsed and refractory multiple myeloma," Press Release, November 1, 2002 |
| | C81 | CELGENE CORPORATION, "Celgene provides update on clinical pipeline. Celgene Announces first target indication for ACTIMID™, CC-8490. SelCID™ program to advance based on results from Phase I/II trial of CC-1088. First JNK inhibitor successfully completes phase I trial," Press Release, January 2003 |
| | C82 | CELGENE CORPORATION, "Celgene Corporation announces fourth quarter and full year results for 2002," Press Release, January 2003 |
| | C83 | CELGENE CORPORATION, "Celgene receives fast track status from FDA for Revimid™ in multiple myloma," Press Release, February 2003 |
| | C84 | CELGENE CORPORATION, "Celgene receives fast track status from FDA for Revimid™ in myelodysplastic sydromes," Press Release, April 2003 |
| | C85 | CELGENE CORPORATION, "New Revimid™ clinical data shows potential as novel approach to treating myelodysplastic syndromes (MDS)," Press Release, May 2003 |
| | C86 | CELGENE CORPORATION, "Celgene corporation reports strong operating performance in second quarter as total sales increase 100 percent and profits rise," Press Release, July 2003 |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.S./

CELPOM00000209

| | C87 | CELGENE CORPORATION, "Celgene corporation reports record operating performance in third quarter as total revenue increases 117% and profits rise," Press Release, October 2003 |
|---|---|---|
| | C88 | CELGENE CORPORATION, "Celgene corporation advances ACTIMID™ (CC-4047) into phase II trial for prostate cancer," Press Release, October 2003 |
| | C89 | CELGENE CORPORATION, "Additional clinical data presented on Revimid™ in myelodysplastic sydromes at the American Society of Hematology 45th annual meeting," Press Release, December 2003 |
| | C90 | CELGENE CORPORATION, "Celgene corporation reviews 2003 achievements and announces 2004 financial outlook," Press Release, January 2004 |
| | C91 | CELGENE CORPORATION, "Revlimid™ receives orphan drug designation from the European commission for multiple myeloma," Press Release, February 2004 |
| | C92 | CELGENE CORPORATION, "Revlimid™ receives orphan drug designation from the European commission for myelodysplastic sydromes," Press Release, March 2004 |
| | C93 | CELGENE CORPORATION, "Celgene corporation reports record operating performance in first quarter with strong revenue growth and profits," Press Release, April 2004 |
| | C94 | CELGENE CORPORATION, "Celgene announces plans to stop phase III trials in melanoma due to lack of efficacy," Press Release, April 2004 |
| | C95 | DALGLEISH, et al., "New thalidomide analogues; anti-cancer, anti-angiogenic and immunostimulatory," British Journal of Cancer, 2001, 85 (1)25 |
| | C96 | DALGLEISH et al., "Thalidomide analogues CC-5013 and CC-4047 induce T cell activation and IL-12 production in patients with both solid tumours and refractory multiple myeloma," British Journal of Cancer, 2003, 88(Suppl I), S25-S54 |
| | C97 | DATABASE PHARMAML XP002369094 retrieved from STN. Database accession no. 1659300, & MARKETLETTER, October 9, 2001 |
| | C98 | DATABASE NLDB XP002369095 retrieved from STN. Database accession no. 2002:35280, & MARKETLETTER, June 18, 2001. |
| | C99 | DAVIES et al., "Thalidomide (Thal) and immunomodulatory derivatives (IMiDs) augment natural killer (NK) cell cytotoxicity in multiple myeloma(MM))," Abstract # 3617, American Society of Hematology, December 1-5, 2000 |
| | C100 | DAVIES et al., "Thalidomide (Thal) and immunomodulatory derivatives (IMiDs) augment natural killer (NK) cell cytotoxicity in multiple myeloma ~MM)," Abstract # P222, VIIIth International Myeloma Workshop, May 4-8, 2001 |
| | C101 | DIBBS et al., "Thalidomide and thalidomide analogs suppress TNFγ secretion by myocytes," Abstract # 1284, Circulation, 1998 |
| | C102 | DIMOPOULOS et al., "Results of thalidomide and IMiDs in multiple myeloma,", Abstract # P12.1.4, International Multiple Myeloma Workshop, May 23-27, 2003 |
| | C103 | DIMOPOULOS et al., "Treatment of plasma cell dyscrasias with thalidomide and its derivatives," Journal of Clinical Oncology, Dec. 1, 2003, 21 (23)4444-4454 |
| | C104 | DIMOPOULOS et al., "Study of lenalidomide plus dexamethasone versus dexamethasone alone in relapsed or refractory multiple myeloma (MM): Results of a phase 3 Study (MM-010),", Abstract # 6, American Society of Hematology, Dec. 10-13, 2005 |
| | C105 | DREDGE et al., "A costimulatory thalidomide analog enhances the partial anti-tumor immunity of an autologous vaccination in a model of colorectal cancer, Abstract # 491, American Association for Cancer Research, April 6-10, 2002 |
| | C106 | DREDGE et al., "Adjuvants and the promotion of Th1-type cytokines in tumour immunotherapy," Cancer Immunol. Immunother., 2002, 51:521-531 |
| | C107 | DREDGE et al., "Immunological effects of thalidomide and its chemical and functional analogs," Critical Reviews in Immunology, 2002, 22 (5&6):425-437 |
| | C108 | DREDGE et al., "Protective antitumor immunity induced by a costimulatory thalidomide analog in conjunction with whole tumor cell vaccination is mediated by increased Th1-type immunity1," The Journal of Immunology, 2002, 168:4914-4919 |
| | C109 | DREDGE et al., "Recent developments in antiangiogenic therapy," Expert Opin. Biol. Ther., 2002, 2 (8):953-966 |
| | C110 | DREDGE et al., "Angiogenesis inhibitors in cancer therapy," Current Opinion in Investigational Drugs, 2003, 4 (6):667-674 |
| | C111 | DREDGE et al., "Thalidomide analogs as emerging anti-cancer drugs," Anti-Cancer Drugs, 2003, 14:331-335 |
| | C112 | FICKENTSCHER et al., "Stereochemical properties and teratogenic activity of some tetrahydrophthalimides," Molecular Pharmacology, 1976, 13:133-141 |
| | C113 | FIGG et al., "Inhibition of angiogenesis: treatment options for patients with metastatic prostate cancer," Investigational New Drugs, 2002, 20(2):183-194 |
| | C114 | GALUSTIAN et al., "Thalidomide-derived immunomodulatory drugs as therapeutic agents," Expert Opin. Biol. Ther., 2004, 4 (12):1-8 |
| | C115 | GLASPY et al., "The potential role of thalidomide and thalidomide analogs in melanoma," Clinical Advances in Hematology & Oncology, 2004, 1-7 |
| | C116 | GUPTA et al., "Adherence of multiple myeloma cells to bone marrow stromal cells upregulates vascular endothelial growth factor secretion: therapeutic applications," Leukemia, 2001, 15:1950-1961 |
| | C117 | HAYASHI et al., "Mechanisms whereby immunomodulatory analogs of thalidomide augment autologous NK cell anti-myeloma immunity," Blood, Abstract #3219, Dec. 6-10, 2002, American Society of Hematology |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.S./

CELPOM00000210

| | | |
|---|---|---|
| | C118 | He, W., et al., 1993, Abstract of papers, 206th American Chemical Society, Chicago, IL; Med. Chem., paper 216 |
| | C119 | HELM et al., "Comparative teratological investigation of compounds of structurally and pharmacologically related to thalidomide," Arzneimittel Forschung/Drug Research, 1981, 31 (I)941-949 |
| | C120 | HERNANDEZ-ILLIZALITURR et al., "Addition of immunomodulatory drugs CC5013 or CC4047 to rituximab enhances anti-tumor activity in a severe combined immunodeficiency (SCID) mouse lymphoma model," Abstract # 235, American Society of Hematology, December 6-9, 2003 |
| | C121 | HIDESHIMA et al., "Thalidomide and its analogs overcome drug resistance of human multiple myeloma cells to conventional therapy," Blood, 2000, 96:2943-2950, American Society of Hematology |
| | C122 | HIDESHIMA et al., "Thalidomide (Thal) and its analogs overcome drug resistance of human multiple myeloma (MM) cells to conventional therapy," Abstract 1313, American Society of Hematology, December 1-5, 2000 |
| | C123 | HUNT et al., "Markers of endothelial and haemostatic activation in the use of CC-4047, a structural analogue of thalidamide, in relapsed myeloma," Blood, Abstract # 3216, Dec. 6-10, 2002, American Society of Hematology |
| | C124 | HUSSEIN et al., "Doxil (D), vincristine (V), reduced frequency dexamethasone (d) and Revlimid (DVd-R) a phase I/II trial in advanced relapsed/refractory multiple myeloma (Rmm) patients," Blood, Abstract #208, American Society of Hematology, Dec. 4-7, 2004 |
| | C125 | HWU et al., "Thalidomide and its analogues in the treatment of metastatic melanoma," Chemotherapy Foundation Symposium, Abstract #44, 2002 |
| | C126 | KYLE, "Current therapy of multiple myeloma," Internal Medicine, 2002, 41 (3)175-180 |
| | C127 | KYLE et al., "Multiple myeloma," New England Journal of Medicine, 2004, 351:1860-1873 |
| | C128 | LEBLANC et al., "Immunomodulatory drug costimulates T cells via the B7-CD28 pathway," Blood, 2004, 103:1787-1790, American Society of Hematology |
| | C129 | LENTZSCH et al., "In vivo activity of thalidomide and immunomodulatory drugs against multiple myeloma," VIIIth International Myeloma Workshop, Abstract #P225, May 4-8, 2001 |
| | C130 | LENTZSCH et al., "Immunomodulatory derivative of thalidomide (IMiD CC-4047) determine the lineage commitment of hematopoietic progenitors by down regulation of GATA-1 and modulation of cytokine secretion," Abstract # 3073, American Society of Hematology, December 6-9, 2003 |
| | C131 | LENTZSCH et al., "Immunomodulatory derivative of thalidomide (IMiD CC-4047) down regulates CAAT/enhancer-binding protein ỹ(C/EBP ỹ) in multiple myeloma (MM)," Abstract # 3456, American Society of Hematology, December 6-9, 2003 |
| | C132 | LUZZIO et al., "Thalidomide analogues: derivatives of an orphan drug with diverse biological activity," Expert Opin. Ther. Patents, 2004, 14 (2):215-229 |
| | C133 | MAN et al., "ỹ- Fluoro-substituted thalidomide analogues," Bioorganic & Medicinal Chemistry Letters 13, 2003, 3415-3417 |
| | C134 | MARRIOTT et al., "Immunotherapeutic and antitumour potential of thalidomide analogues," Expert Opin. Biol. Ther., 2001, 1 (4):1-8 |
| | C135 | MARRIOTT et al., "New thalidomide analogues; anti-cancer, anti-angiogenic and immunostimulatory," British Journal of Cancer, 85:25, July 6, 2001 |
| | C136 | MARRIOTT et al., "Thalidomide and its analogues have distinct and opposing effects on TNF-ỹ and TNFR2 during co-stimulation of both CD4+ and CD8+ T cells," Clin. Exp. Immunol., 2002, 130:75-84 |
| | C137 | MARRIOTT et al., "A novel subclass of thalidomide analogue with anti-solid tumor activity in which caspase-dependent apoptosis is associated with altered expression of bcl-2 family proteins1," Cancer Research, 2003, 63:593-599 |
| | C138 | MARRIOTT et al., "Thalidomide derived immunomodulatory drugs (IMiDs) as potential therapeutic agents," Current Drug Targets - Immune, Endocrine & Metabolic Disorders, 2003, 3:181-186 |
| | C139 | MASELLIS et al., "Changes in gene expression in bone marrow mesenchymal progenitor cells as a consequence of IMiD therapy in multiple myeloma patients," Blood, Abstract # 1548, Dec. 7-11, 2001, American Society of Hematology |
| | C140 | MCCARTY, "Thalidomide may impede cell migration in primates by down-regulating integrin ỹ-chains: potential therapeutic utility in solid malignancies, proliferative retinopathy, inflammatory disorders, neointimal hyperplasia, and osteoporosis," Medical Hypotheses, 1997, 49:123-131 |
| | C141 | MITSIADES et al., "Apoptic signaling induced by immunomodulatory thalidomide analogs (Imids) in human multiple myeloma cells: therapeutic implications," Abstract # 3224, Dec. 7-11, 2001, American Society of Hematology |
| | C142 | MITSIADES et al., "Apoptic signaling induced by immunomodulatory thalidomide analogs in human multiple myeloma cells: therapeutic implications," Blood, 2002, 99:4525-4530, American Society of Hematology |
| | C143 | MITSIADES et al., "CC-5013 Celgene," Current Opinion in Investigational Drugs, 2004, 5 (6):635-647 |
| | C144 | MOUTOUH et al., "Novel immunomodulatory drugs (IMiDs®): A potential, new therapy for ỹ-hemoglobinopathies," Abstract # 3740, American Society of Hematology, December 4-7, 2004 |
| | C145 | PATTEN et al., "The early use of the serum free light chain assay in patients with relapsed refractory myeloma receiving treatment with a thalidomide analogue (CC-4047)," Abstract # 1640, American Society of Hematology, December 6-9, 2003 |
| | C146 | PAYVANDI et al., "Effects of a thalidomide analog on binding activity of transcription factors and cell cycle progression of multiple myeloma cell lines," Blood, Abstract #2487, Dec.1-5, 2000, American Society of Hematology |
| | C147 | PAYVANDI et al., "The thalidomide analogs IMiDs enhance expression of CD69 stimulatory receptor on natural killer cells," Abstract # 1793, American Association for Cancer Research, March 24-28, 2001 |

NYI-4114626v1   ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /C.S./

CELPOM00000211

| | | |
|---|---|---|
| | C148 | PAYVANDI et al., "Thalidomide analogs IMiDs inhibit expression of cyclooxygenase-2 in multiple myeloma cell line and LPS stimulated PBMCs," Blood, Abstract # 2689, Dec. 7-11, 2001, American Society of Hematology |
| | C149 | PAYVANDI et al., "Thalidomide and IMiDS inhibit microvessel formation from human arterial rings in the absence of human liver microsomes," Blood, Abstract # 5046, Dec. 6-10, 2002, American Society of Hematology |
| | C150 | PAYVANDI et al., "CC-5013 inhibits the expression of adhesion molecules ICAM-1 and CD44 and prevents metastasis of B16 F10 mouse melanoma cells in an animal model," American Society of Clinical Oncology, Abstract # 992, 2003 |
| | C151 | PAYVANDI et al., "Immunomodulatory drugs inhibit expression of cyclooxygenase-2 from TNF-ỹ, IL-1ỹ, and LPS-stimulated human PBMC in a partially IL-10-dependent manner," Cellular Immunology, 2004, 81-88 |
| | C152 | RAJE et al., "Combination of the mTOR inhibitor rapamycin and CC-5013 has synergistic activity in multiple myeloma," Blood, Dec. 15, 2004, 104 (13)4188-4193 |
| | C153 | RAJKUMAR et al., "Combination therapy with lenalidomide plus dexamethasone (Rev/Dex) for newly diagnosed myeloma," Blood, Dec. 15, 2005, 106 (13)4050-4053 |
| | C154 | RICHARDSON et al., "A Phase 1 study of oral CC5013, an immunomodulatory thalidomide (Thal) derivative, in patients with relapsed and refractory multiple myeloma (MM)," Blood, Abstract #3225, Dec. 7-11, 2001, American Society of Hematology |
| | C155 | RICHARDSON et al., "Immunomodulatory drug CC-5013 overcomes drug resistance and is well tolerated in patients with relapsed multiple myeloma," Blood, 2002 100:3063-3067, American Society of Hematology |
| | C156 | RICHARDSON et al., "A multi-center, randomized, phase 2 study to evaluate the efficacy and safety of 2 CDC-5013 dose regimens when used alone or in combination with dexamethasone (Dex) for the treatment of relapsed or refractory multiple myeloma (MM)," Blood, Abstract # 825, American Society of Hematology, Dec. 6-9, 2003 |
| | C157 | RICHARDSON et al., "Immunomodulatory analogs of thalidomide: an emerging new therapy in myeloma," Journal of Clinical Oncology, 2004, 22(16) 3212-3214 |
| | C158 | RICHARDSON et al., "A multicenter, single-arm, open-label study to evaluate the efficacy and safety of single-agent lenalidomide in patients with relapsed and refractory multiple myeloma; preliminary results," 10th International Myeloma Workshop, April 10-14, 2005 |
| | C159 | RICHARDSON et al., "Novel biological therapies for the treatment of multiple myeloma," Best Practice & Research Clinical Haematology, 2005, 18 (4):619-634 |
| | C160 | RICHARDSON et al., "A phase 1 trial of lenalidomide (REVLIMID®) with bortezomib (VELCADE®) in relapsed and refractory multiple myeloma," Blood, Abstract # 365, American Society of Hematology, Dec. 10-13, 2005 |
| | C161 | RUBIN et al., "Principles of cancer treatment-1," 2003, 12 ONCO IV 1 |
| | C162 | SCHAFER et al., "Enhancement of cytokine production and AP-1 transcriptional activity in T cells by thalidomide-related immunomodulatory drugs," Journal of Pharmacology and Experimental Therapeutics, 2003, 305(3)1222-1232 |
| | C163 | SCHEY et al., "A phase I study of an immunomodulatory thalidomide analog, CC-4047, in relapsed or refractory multiple myeloma," Journal of Clinical Oncology, 2004, 22 (16):1-8 |
| | C164 | SCHEY et al., "A phase I study of an immunomodulatory thalidomide analogue (CC4047) in relapse/refractory multiple myeloma," International Society for Experimental Hematology, Abstract #248, 2002 |
| | C165 | SHAUGHNESSY et al., "Global gene expression analysis shows loss of C-MYC and IL-6 receptor gene mRNA after exposure of myeloma to thalidomide and IMiD," Abstract # 2485, The American Society of Hematology, December 1-5, 2000 |
| | C166 | SHIRE et al., "TNF-ỹ inhibitors and rheumatoid arthritis," Exp. Opin. Ther. Patents, 1998, 8 (5):531-544 |
| | C167 | SORBERA et al., "CC-5013. Treatment of multiple myeloma. Treatment of Melanoma. Treatment of myelodysplastic syndrome. Angiogenesis inhibitor. TNF-ỹ production inhibitor," Drugs of the Future, 2003, 28(5):425-431 |
| | C168 | STREETLY et al., "Thalidomide analogue CC-4047 is effective in the treatment of patients with relapsed and refractory multiple myeloma (MM) and induces T-cell activation and IL-12 production," Abstract # 367, International Multiple Myeloma Workshop, May 23-27, 2003 |
| | C169 | STREETLY et al., "Changes in neutrophil phenotype following the administration of CC-4047 (Actimid) to patients with multiple myeloma," Abstract # 2543, American Society of Hematology, December 6-9, 2003 |
| | C170 | STREETLY et al., "An update of the use and outcomes of the new immunomodulatory agent CC-4047 (Actimid) in patients with relapsed/refractory myeloma," Abstract #829, American Society of Hematology, December 6-9, 2003 |
| | C171 | TEO et al., "A phase I, single-blind, placebo-controlled, ascending single oral dose, safety, tolerability and pharmacokinetic study of CDC-501, a novel immunomodulatory- oncologic agent, in healthy male subjects with a comparison of fed and fasted," Clinical Pharmacology and Therapeutics, 2002, 71 (2)93 |
| | C172 | TEO et al., "Chiral inversion of the second generation IMiD™ CC-4047 (ACTIMID™) in human plasma and phosphate-buffered saline," Chirality, 2003, 15:348-351 |
| | C173 | THERTULIEN et al., "Hybrid MEL/DT PACE autotransplant regimen for Multiple Myeloma (MM)- safety and efficacy data in pilot study of 15 patients," Blood, Abstract # 2869, American Society of Hematology, Dec. 7-11, 2001 |
| | C174 | TOHNYA et al., "A phase I study of oral CC-5013 (lenalidomide, Revlimid™), a thalidomide derivative, in patients with refractory metastatic cancer," Clinical Prostate Cancer, 2004, 2:241-243 |
| | C175 | TRICOT et al., "Angiochemotherapy (ACT) for multiple myeloma (MM) with DT-PACE results in a high response rate, but in contrast to tandem transplants with melphalan does not affect durable disease control," Blood, Abstract # 3531, American Society of Hematology, Dec. 7-11, 2001 |
| | C176 | TSENOVA et al., "Use of IMiD3, a thalidomide analog, as an adjunct to therapy for experimental tuberculous meningitis," Antimicrobial Agents and Chemotherapy, 2002, 46 (6)1887-1895 |
| | C177 | WEBER, "Lenalidomide (CC-5013, Revlimid™) and other ImiDs," Abstract # PL5.02, International Multiple |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.S./

CELPOM00000212

| | | |
|---|---|---|
| | | Myeloma Workshop, April 10-14, 2005 |
| | C178 | WEBER et al., "A multicenter, randomized, parallel-group, double-blind, placebo-controlled study of lenalidomide plus dexamethasone versus dexamethasone alone in previously treated subjects with multiple myeloma," Abstract # PO.738, International Multiple Myeloma Workshop, April 10-14, 2005 |
| | C179 | YE et al., "Novel IMiD drugs enhance expansion and regulate differentiation of human cord blood CD34+ cells with cytokines," Blood, Abstract #4099, American Society of Hematology, Dec. 6-10, 2002 |
| | C180 | ZANGARI et al., "Risk factors for deep vein thrombosis (DVT) in a large group of myeloma patients (Pts) treated with thalidomide (Thal): The Arkansas Experience," Blood, Abstract # 681, American Society of Hematology, Dec. 7-11, 2001 |
| | C181 | ZANGARI et al., "Revimid 25 mg (REV 25) x 20 versus 50 mg (REV 50) x 10 q 28 days with bridging of 5 mg x 10 versus 10 mg x 5 as post-transplant salvage therapy for multiple myeloma (MM)," Blood, Abstract # 1642, American Society of Hematology, Dec. 6-9, 2003 |
| | C182 | ZELDIS et al., "Potential new therapeutics for Waldenstrom's macroglobulinemia," Seminars in Oncology, 2003, 30 (2):275-281 |
| | C183 | ZHANG et al., "CC-5079, a novel microtubule and TNF-a inhibitor with anti-angiogenic and antimetastasis activity," Abstract # B012, International Conference on Molecular Targets and Cancer Therapeutics, Nov. 17-21, 2003 |
| | C184 | ANDERSON, "The Role of Immunomodulatory Drugs in Multiple Myeloma," Seminars in Hematology, Vol. 40, No. 4, Suppl 4, 2003: pp 23-32 |
| | C185 | WEBER, "Thalidomide and Its Derivatives: New Promise for Multiple Myeloma," Cancer Control, Vol. 10, No. 5, 375-383, 2003 |
| | C186 | PATT, Yehuda A.; HASSAN, Manal M.; LOZANO, Richard D.; ELLIS, Lee M.; PETERSON, J. Andrew; WAUGH, Kimberly A.; Durable Clinical Response of Refractory Hepatocellular Carcinoma to Orally Administered Thalidomide. American Journal of Clinical Oncology, 2000. |
| | C187 | RICHARDSON, Paul; HIDESHIMA, Teru; ANDERSON, Kenneth; Thalidomide: The Revival of a Drug with Therapeutic Promise in the Treatment of Cancer; Principles & Practice of Oncology, Vol. 15, No. 2, 2001. |
| | C188 | THOMAS, Melodie; DOSS, Deborah, Thalidomide Nursing Roundtable Update, Monograph, September, 2002 |
| | C189 | RICHARDSON, Paul; HIDESHIMA, Teru; ANDERSON, Kenneth; Thalidomide: Emerging Role in Cancer Medicine; Annual Review of Medicine, 2002 |
| | C190 | BERENSON, J.R.; BERGSAGEL, P. L.; MUNSHI, N.; Initiation and Maintenance of Multiple Myeloma; Seminars in Hematology, Vol. 36, No. 1, Supp. 3, January, 1999, pp.9-13. |
| | C191 | GOLLOB, J.A.; SCHINPPER, C.P.; ORSINI, E.; MURPHY, E.; DALEY, J.F.; LAZO, S.B.; FRANK. D.A.; Characterization of a Novel Subset of CD8 T Cells That Expands in patients Receiving Interleukin-12, 02, Am. Soc. For Clin. Investigation, Inc., Vol. 102, No. 3, August 1998, pp.561-575. |
| | C192 | CAVANAGH, L.L.; BARNETSON, R.S.; BASTEN, A.; HALLIDAY, G.M.; Dendritic Epidermal T-Cell Involvement in Induction of CD8+ T-Cell-Mediated Immunity Against an Ultraviolet Radiation-Induced Skin Tumor Int. J. Cancer: 70, 98-105, 1997. |
| | C193 | THOMAS, D.A., AGUAYO, A., ESTEY, E., ALBITAR, M., O'BRIEN, S., GILES, F.J., BERAN, M., CORTES, J., ZELDIS, J., KEATING, M.J., BARLOGIE, B., KANTARJIAN, H.M., Thalidomide as anti-angiogenesis therapy (rx) in refractory or relapsed leukemia. Abstract #2269, American Society of Hematology, December 3-7, 1999. |
| | C194 | BARLOGIE, B., DESIKAN, R., MUNSHI, N., SIEGEL, D., MEHTA, J., SINGHAL, S., ANAISSIE, E., Single Course D.T. Pace Anti-Angiochemotherapy Effects CR in Plasma Cell Leukemia and Fulminant Multiple Myeloma (MM). Abstract #4180. American Society of Hematology, December 4-9, 1998. |
| | C195 | HIDESHIMA, T., CHAUHAN, D., SHIMA, Y., NOOPUR, R., DAVIES, F.E., TAI, Y., TREON, S.P., LIN, B.K., SCHLOSSMAN, R.L., RICHARDSON, P.G., GUPTA, D., MULLER, G.W., STIRLING, D.I., ANDERSON, K.C., Thalidome (THAL) and its Analogs Overcome Drug Resistance of Human Multiple Myeloma (MM) Cells to Conventional Therapy. Abstract #1313. American Society of Hematology, December 1-5, 2000. |
| | C196 | PAYVANDI, F., WU, L., GUPTA, D., HIDESHIMA, T., HALEY, M., MULLER, G., CHEN, R., ANDERSON, K.C., STIRLING, D., Effects of a Thalidomide Analog on Binding Activity of Transcription Factors and Cell Cycle Progression of Multiple Myeloma Cell Lines. Abstract #2487. American Society of Hematology, December 1-5, 2000. |
| | C197 | DAVIES, F.E., RAJE, N., HIDESHIMA, T., LENTZSCH, S., YOUNG, G., TAI, Y., LIN, B.K., PODAR, K., CHAUHAN, D., TREON, S.P., GUPTA, D., MITSIADES, C., MITSIADES, N., HAYASHI, T., RICHARDSON, P.G., SCHLOSSMAN, R.L., MULLER, G.W., STIRLING, D. I., ANDERSON, K.C., Thalidomide (THAL) and Immunomodulatory Derivatives (IMiDs) Augment Natural Killer (NK) Cell Cytocixity in Multiple Myeloma (MM). Abstract #3617. American Society of Hematology, December 1-5, 2000. |
| | C198 | HIDESHIMA, T., CHAUHAN, D., CASTRO, A., HAYASHI, T., MITSIADES, C., MITSIADES, N., AKIYAMA, M., RICHARDSON, P.G., SCHLOSSMAN, R.L., ADAMS, J., ANDERSON, K.C., NF-9B as a Therapeutic Target in Multiple Myeloma (MM). Abstract #1581. American Society of Hematology, December 7-11, 2001. |
| | C199 | LENTSCH, S., ROGERS, M., LEBLANC, R., BIRSNER, A., SHAH, J., ANDERSON K., D'Amato R., 3-Amino-Phthalimido-Glutarimide (S-3APG) Inhibits Angiogenesis and Growth in Drug Resistant Multiple Myeloma (MM) in vivo. Abstract #1976, American Society of Hematology, December 7-11, 2001. |
| | C200 | PARK, Y., KIM, S.A., KIM, C.J., CHUNG, J.H., Mechanism of the Effect of Thalidomide on Human Multiple Myeloma Cells. Abstract #2685. American Society of Clinical Oncology, May 12-17, 2001. |
| | C201 | PAYVANDI, F., WU, L., HALEY M., HIDESHIMA, T., ZHANG, L., SCHAFER, P., MULLER, G.W., CHEN, R., ANDERSON, K.C., STIRLING, D., Thalidomide Analogs IMiDs Inhibit Expression of Cyclooxygenase-2 in Multiple Myeloma Cell Line and LPS Stimulated PBMCs. Abstract #2689. American Society of Hematology, |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /C.S./

CELPOM00000213

| | | |
|---|---|---|
| | | December 7-11, 2001. |
| | C202 | MITSIADES, N., MITSIADES, C., POULAKI, V., AKIYAMA, M., TAI, Y., LIN, B., HAYASHI, T., CATLEY, L., HIDESHIMA, T., CHAUHAN, D., TREON, S.P., ANDERSON, K.C., Apoptotic Signaling Induced By Immunomodulatory Thalidomide Analogs (Imids) in Human Multiple Myeloma Cells; Therapeutic Implications. Abstract #3224. American Society of Hematology, December 7-11, 2001. |
| | C203 | RICHARDSON, P.G., SCHLOSSMAN, R.L., HIDESHIMA, T., DAVIES, F., LEBLANC, R., CATLEY, L., DOSS, D., KELLY, K.A., MCKENNEY, M., MECHLOWICZ, J., FREEMAN, A,. DEOCAMPO, R., RICH, R., RYOO, J., CHAUHAN, D., MUNSHI, N., WELLER, E., ZELDIS, J., ANDERSON, K.C., A Phase 1 Study of Oral CC5013, an Immunomodulatory Thalidomide (Thal) Derivative, in Patients With Relapsed and Refractory Multiple Myeloma (MM). Abstract #3225. American Society of Hematology, December 7-11, 2001. |
| | C204 | ZANGARI, M. TRICOT, G., ZELDIS, J., EDDLEMON, P., SAGHAFIFAR, F., BARLOGIE, B., Results of Phase 1 Study of CC5013, for the Treatment of Multiple Myeloma (MM) Patients Who Replase After High Dose Chemotherapy (HDCT).  Abstract #3226.  American Society of Hematology, December 7-11, 2001. |

| EXAMINER | /Chris Simmons/ | DATE CONSIDERED | 06/18/2010 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with **MPEP 609**; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

NYI-4114626v1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /C.S./

CELPOM00000214

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 12229074 | ZELDIS, JEROME  B. |
| | **Examiner** | **Art Unit** |
| | CHRIS E SIMMONS | 1612 |

## SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| GOOGLE, EAST, PUBMED, INVENTOR SEARCHES COMPLETE | 06/14/2010 | CSIMMONS |

## INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

| | |
|---|---|
| | |

CELPOM00000215

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Application of:  Jerome B. Zeldis | Confirmation No.:  7450 |
| Serial No.:  12/229,074 | Group Art Unit:  1612 |
| Filed:  August 19, 2008 | Examiner:  Simmons, Chris E. |
| For:  METHOD FOR TREATING MULTIPLE MYELOMA USING 4-(AMINO)-2-(2,6-DIOXO(3-PIPERIDYL))-ISOINDOLINE-1,3-DIONE (as amended) | Attorney Docket No.:  9516-773-999 (CAM:  501872-999773) |

## AMENDMENT AND RESPONSE

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In response to Office Action dated June 24, 2010, Applicant submits the following amendment and remarks for the consideration by the Examiner and entry into the record of the above-captioned application.  Submitted herewith are Supplemental Information Disclosure Statement with fee, and Petition for extension of term from September 24, 2010 to and including December 27, 2010 with fee.

**Amendments to the Claims** are reflected in the listing of the claims that begins on page 2 of this paper.

**Remarks** begin on page 6 of this paper.

CELPOM00000216

**Amendments to the Claims**

This listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of the Claims:**

Claims 1-21. (canceled)

22. (currently amended) A method of treating multiple myeloma, which comprises administering to a patient having multiple myeloma from about [[0.1]] 0.5 mg to about [[10]] 4 mg per day of 4-(amino)-2-(2,6-dioxo(3-piperidyl))-isoindoline-1,3-dione of the formula:



,

or a pharmaceutically acceptable salt, solvate or stereoisomer thereof.

23. (previously presented) The method of claim 22, wherein the compound is



.

24. (previously presented) The method of claim 22, wherein the compound is a pharmaceutically acceptable salt.

25. (previously presented) The method of claim 22, wherein the compound is a pharmaceutically acceptable solvate.

26. (previously presented) The method of claim 22, wherein the compound is a pharmaceutically acceptable stereoisomer.

27. (previously presented) The method of claim 26, wherein the stereoisomer is an enantiomerically pure R isomer.

28. (previously presented) The method of claim 26, wherein the stereoisomer is an enantiomerically pure S isomer.

CELPOM00000217

29. (previously presented) The method of claim 22, which further comprises administering a therapeutically effective amount of a second active agent.

30. (currently amended) The method of claim 29, wherein the second active agent is ~~hematopoietic growth factor, a cytokine, or~~ an anti-cancer agent.

31. (withdrawn) The method of claim 29, wherein the second active agent is granulocyte colony-stimulating factor (G-CSF), granulocyte-macrophage colony-stimulating factor (GM-CSF), erythropoietin (EPO), interleukin (IL) or interferon (IFN), or a combination thereof.

32. (currently amended) The method of claim 29, wherein the second active agent is ~~oblimersen, melphalan, topotecan, pentoxifylline, taxotere, irinotecan, ciprofloxacin,~~ dexamethasone~~, doxorubicin, vincristine, dacarbazine, Ara-C, vinorelbine, prednisone, cyclophosphamide, bortezomib or arsenic trioxide, or a combination thereof~~.

33. (currently amended)  The method of claim 22, which further comprises administering ~~radiation therapy, hormonal therapy, biological therapy or~~ immunotherapy.

34.  (currently amended) The method of claim 22, wherein the multiple myeloma is relapsed, refractory or resistant to ~~conventional~~ previous therapy.

35.  (previously presented) The method of claim 22, wherein the compound is administered orally.

36.  (previously presented)  The method of claim 35, wherein the compound is administered in the form of a capsule or tablet.

37.  (currently amended) The method of claim 22, wherein the compound is administered in an amount of from about [[0.5]] 2 mg to about [[5]] 4 mg per day.

38.  (currently amended)  The method of claim 22, wherein the compound is administered in an amount of about 0.5 mg, 1.5 mg, 2 mg, or 4 mg~~, and 5 mg~~ per day.

39.  (previously presented)  The method of claim 22, wherein the compound is administered in an amount of from about 0.5 mg to about 2 mg per day.

40.  (currently amended) The method of claim 22, wherein the compound is administered in an amount of about [[1]] 2 mg per day.

CELPOM00000218

41.  (previously presented) The method of claim 22, wherein the compound is administered cyclically.

42. (currently amended)  The method of claim 41, wherein one cycle comprises four ~~to six~~ weeks.

43. (previously presented)  The method of claim 41, wherein one cycle comprises the administration of the compound for 21 days followed by seven days rest.

44. (currently amended)  The method of claim 41, wherein the compound is administered ~~for four to twenty-four weeks with one to six weeks of rest~~ <u>in an amount of about 2 mg daily on days 1 through 28 in a 28 day cycle</u>.

45. (currently amended) The method of claim 22, wherein the compound is administered in an amount of from about 0.5 mg to about [[5]] <u>2</u> mg per day for 21 days followed by seven days rest in a 28 day cycle.

46. (previously presented)  The method of claim 22, wherein the multiple myeloma is smoldering myeloma, indolent myeloma, chemotherapy responsive multiple myeloma, refractory myeloma, relapsed myeloma, or relapsed and refractory Dune-Salmon stage III multiple myeloma.

47. (currently amended)  A method of treating multiple myeloma, which comprises administering orally to a patient having multiple myeloma from about [[0.1]] <u>0.5</u> mg to about [[10]] <u>4</u> mg per day of 4-(amino)-2-(2,6-dioxo(3-piperidyl))-isoindoline-1,3-dione of the formula:



or a pharmaceutically acceptable salt, solvate or stereoisomer thereof, and a therapeutically effective amount of dexamethasone.

48. (currently amended) The method of claim 47, wherein the compound is orally administered in an amount of from about 0.5 mg to about [[5]] <u>4</u> mg per day for 21 days followed by seven days rest in a 28 day cycle; and dexamethasone is orally administered in an amount of about 40 mg once daily on days <u>1, 8, 15 and 22</u> ~~1 to 4, 9 to 12, and 17 to 20~~ of each cycle. ~~for first 4 cycles, and after the first 4 cycles dexamethasone is orally administered in an amount of about 40 mg once daily on days 1 to 4 of each cycle.~~

CELPOM00000219

49. (currently amended)  The method of claim 47, wherein the compound is orally administered in an amount of ~~from about 0.5 mg to about 5~~ 2 mg per day for 21 days followed by seven days rest in a 28 day cycle; and dexamethasone is orally administered in an amount of about 40 mg once daily on days 1, 8, 15 and 22 ~~1 to 4, 9 to 12, and 17 to 20~~ every 28 days.

50. (currently amended)  The method of claim 47, wherein the compound is orally administered in an amount of from about 0.5 mg to about [[5]] 4 mg per day on days 1 through 28 in a 28 day cycle and dexamethasone is orally administered in an amount of about 40 mg once daily on days 1, 8, 15 and 22 ~~1 to 4~~ every 28 days.

51. (currently amended)  The method of claim 47, wherein the compound is orally administered in an amount of ~~from about 0.5 mg to about 5~~ 2 mg per day on days 1 through 28 in a 28 day cycle and dexamethasone is orally administered in an amount of about 40 mg once daily on days 1, 8, 15 and 22 every 28 days.

52. (currently amended)  The method of claim 47, wherein the compound is orally administered in an amount of from about 0.5 mg to about [[5]] 4 mg per day on days 1 through 28 in a 28 day cycle and dexamethasone is orally administered in an amount of about 40 mg once [[daily]] weekly.

53. (previously presented)  The method of claim 36, wherein the capsule comprises the compound, lactose anhydrous, microcrystalline cellulose, croscarmellose sodium and magnesium stearate.

54. (withdrawn)  The method of claim 22, which further comprises administering a therapeutically effective amount of doxorubicin and vincristine.

55. (withdrawn)  The method of claim 22, which further comprises administering a therapeutically effective amount of melphalan.

56. (withdrawn)  The method of claim 22, which further comprises administering a therapeutically effective amount of melphalan and prednisone.

CELPOM00000220

## REMARKS

**I.      Amendments to the Claims**

Claims 1-21 were previously canceled without prejudice.  Claims 22, 30, 32, 33, 34, 37, 38, 40, 42, 44, 45, and 47-52 have been amended to clearly define the subject matter of the invention.  No new matter has been added.  Applicant reserves the right to prosecute the subject matter of any canceled claims in one or more continuation, continuation-in-part, or divisional applications.

**II.     Response to the Restriction Requirement and Election**

The Office Action required to elect a species of a second active agent and a further therapy, if present (pages 2-4 of the Action).  Applicant provisionally elects dexamethasone as a second active agent and immunotherapy as a further therapy, for examination.  Following entry of the present Amendment, the pending claims encompassing the elected invention are claims 22–30 and 32-53.

Applicant reserves the right to rejoin claims to non-elected species, for example, upon the allowance of a generic claim.  Applicant also reserves the right to prosecute any non-elected subject matter in one or more continuation, continuation-in-part, or divisional applications.

**III.    The Claimed Invention is Not *Prima Facie* Obvious**

### The rejection over the combination of '517 Patent, Davies and '554 Patent

Claims 22-30 and 33-53 are rejected under 35 U.S.C. § 103(a) as being unpatentable over U.S. Patent No. 5,635,517 ("'517 Patent") in view of Davies *et al.* (*Blood*, 2001, "Davies"), the combination taken in view of U.S. Patent No. 6,555,554 ("'554 Patent").  (Pages 5-7 of the Action).  Applicant respectfully traverses the rejection.

The Office alleges that the primary reference discloses the treatment of multiple myeloma with thalidomide and dexamethasone, in the abstract, pages 586 and 587.  (Page 5 of the Action).  The Office also alleges that the secondary reference teaches that thalidomide and its IMiDs® analogues can act directly on multiple myeloma cells, and that new analogues are 50,000 times more potent than thalidomide in inhibiting TNF-$\alpha$.  (Pages 5-6 of the Action).  The Office further alleges that the tertiary reference discloses a composition comprising a therapeutic agent and 1 to 100 mg of ACTIMID to reduce TNF-$\alpha$ and to improve oncogenic or cancerous conditions.  (The Action, page 6).

Specifically, the Office alleges that "one of ordinary skilled in the art would have been motivated by the reasonable expectation that the thalidomide analogue, ACTIMID,

CELPOM00000221

which is effective in decreasing TNF-α as disclosed in the tertiary reference, would also be effective in the treatment of multiple myeloma, since the decrease in TNF-α provided the rationale for treating many diseases with Thal as disclosed in the secondary reference including cancers, and more particularly, the cyclical treatment of multiple myeloma as disclosed in the primary reference." Pages 6-7 of the Action. Applicant disagrees.

Applicant assumes that the PTO refers '517 Patent as the primary reference, Davies as the secondary reference, and '554 Patent as the tertiary reference for this rejection, in view of the page numbers of the second reference and column numbers of the tertiary reference that are mentioned in the Action.

However, there are no abstract, pages 586 and 587 in the '517 Patent (the primary reference) that disclose the treatment of multiple myeloma with thalidomide and dexamethasone, much less the cyclical treatment, as the PTO alleges is disclosed in the primary reference. (*See* page 5 of the Action). Thus, the primary reference is misplaced. For this reason alone, the rejection fails. Applicant respectfully requests that the rejection be withdrawn. [1]

The claimed invention relates, *inter alia*, to specific methods of treating multiple myeloma by administering specific amounts (about 0.5 to 4 mg/day) of a specific compound known as 4-(amino)-2-(2,6-dioxo(3-piperidyl))-isoindoline-1,3-dione (pomalidomide or Actimid®). The claimed invention also relates to very specific combination therapy with dexamethasone and cyclic dosing regimen.

The primary reference fails to suggest the treatment of multiple myeloma within these claimed methods. The PTO admits that the primary reference does not teach ACTIMID (page 5 of the Action). Thus, the primary reference does not direct the skilled person to use the recited compound in the treatment of multiple myeloma.

Next, the Office's reliance on the secondary reference (Davies) does not cure the defects of the primary reference. The Office alleges that "one of ordinary skilled in the art would have been motivated by the reasonable expectation that the thalidomide analogue, ACTIMID, would also be effective in the treatment of multiple myeloma, since the decrease in TNF-α provided the rationale for treating many diseases with Thal as disclosed in the secondary reference including cancers" (pages 6-7 of the Action).

---

[1] Applicant called the Examiner to clarify the reference. The Examiner admitted the misplacement of the reference and stated that he would withdraw the Office Action. However, Applicant has not received Notice of Withdrawal of the Office Action yet.

CELPOM00000222

However, TNF-α inhibition is not what Davies discusses as an important factor in studying the compounds in multiple myeloma. Instead, Davies studied other mechanisms such as immunomodulatory effects (*e.g.*, natural killer cell cytotoxicity) of thalidomide and its derivatives in multiple myeloma (pages 213-216). Davies explicitly states that the rational for the use of thalidomide in multiple myeloma was anti-angiogenesis, not TNF-α. *See* page 210, abstract ("The angiogenic activity of thalidomide, coupled with an increase in bone marrow angiogenesis in multiple myeloma, provided the rational for the use of thalidomide in multiple myeloma"). A person of ordinary skill in the art would have had *no* motivation to choose more potent TNF-α inhibitors in treating multiple myeloma, because decreasing TNF-α was not considered as motivating factor in multiple myeloma studies in Davies.

Further, Applicant submitted several publications showing that potent known TNF-α inhibitors failed in treating multiple myeloma. For example, Enbrel® is a well known TNF-α antagonist. *See* Tsimberdou (IDS Reference C223), page 375. Ten patients with refractory multiple myeloma were treated with Enbrel®. Enbrel® did not have anti-myeloma activity. *Id.* Also, see Kast (IDS Reference C222). Thus, not all TNF-α inhibitors treat multiple myeloma.

Therefore, Davies does not provide a rationale for treating multiple myeloma based on TNF-α activity. The PTO's reliance on Davies is misplaced, and the rationale for this rejection is factually incorrect.

Moreover, irrespective of mechanisms, there is no suggestion in Davies that the instant compound is effective to treat multiple myeloma, much less suggestion to combine it with dexamethasone and cyclic treatment. Davies merely discloses that the compounds studied are thalidomide, and 3 other IMiDs® or immunomodulatory compounds (IMiD1, IMiD2 and IMiD3).[2] *See*, page 212. Without identifying thalidomide analogs by their chemical structures or chemical names, Davies used the general terms, IMiD1, IMiD2, and IMiD3 to identify the compounds. In fact, the Office admits that the secondary reference does not teach ACTIMID. (Page 6 of the Action).

In addition, Davies does not suggest that the instant compound is more effective than thalidomide in the treatment of multiple myeloma. There would be no basis in Davies

---

[2]   Applicant respectfully submits that IMiDs® refers to Celgene Corporation's registered trademark for its proprietary immunomodulatory compounds.

CELPOM00000223

to select one compound over the other. Thus, Davies would not lead one skilled in the art to select the instant compound. For this additional reason, the rejection fails.

As to the tertiary reference, the Office admits that that the tertiary reference does not teach treating multiple myeloma. (Page 6 of the Action). The claimed methods require treating multiple myeloma with the specific amounts (0.5 to 4 mg/day) of the recited compound by specific dosing regimens. All the claim elements must be considered in a 103 rejection. Applicant points out that the PTO has not borne the burden of establishing *prima facie* obviousness against the claims as a whole.

Therefore, the PTO has provided no specific source of motivation to combine the teachings of the three references in the particular claimed manner. *Eli Lilly & Co. v. Zenith Goldline Pharmaceuticals, Inc.*, 471 F.3d 1369, 1379 (Fed. Cir. 2006). Further, even if the cited references were combined as the PTO alleges, the combination would not have provided the requisite expectation of success. Such is required to establish a *prima facie* case of obviousness. *See e.g., PharmaStem* at 1360 (Fed. Cir. 2007). When the cited references are combined, one skilled in the art is merely taught that thalidomide may be used for treating multiple myeloma or that certain unidentified immunomodulatory compounds can be explored further. However, the combination of the references would not have provided any indication to use specific amounts (0.5 to 4 mg/day) of the recited compound for treating multiple myeloma, much less the combination therapy with dexamethasone by specific dosing regimens. Because the Office has not demonstrated such, the claimed invention is not obvious by the combination of the cited references.

Nonetheless, the PTO contends that it would be obvious to adjust the amount of the drug depending on its efficacy and side effects as disclosed in the primary reference for thalidomide (page 587). (Page 7 of the Action). Applicant respectfully disagrees.

As discussed above, there is no page 587 in the primary reference, much less such disclosure or suggestion for the amounts of thalidomide. Thus, the reason for the rejection cannot sustain. Contrary to the PTO, MacNeil (2010) establishes that the claimed dose is not suggested or obvious by on the cited art. Applicant submits herewith a copy of MacNeil as Exhibit 1. MacNeil describes that "small differences in structure of pomalidomide from thalidomide mean very important differences in terms of side effect profiles, efficacy, and potency."

Therefore, a skilled artisan would have no reason to use the claimed dose (0.5-4.0 mg/d) of the instant compound (pomalidomide) from the cited art. The Office Action has not pointed to any reason that would have prompted a person skilled in the art to

CELPOM00000224

specifically select specific amounts of the claimed compound for treating multiple myeloma as claimed. The PTO has also not demonstrated a reasonable expectation of success in doing so. *See e.g., PharmaStem Therapeutics, Inc. v. ViaCell, Inc.*, 491 F.3d at 1342, 1360 (Fed. Cir. 2007); *see also Sanofi-Synthelabo v. Apotex, Inc.*, 550 F.3d 1075, 1090 (Fed. Cir. 2008).

In view of the foregoing, a *prima facie* case of obviousness has <u>not</u> been established, and the rejection under 35 U.S.C. § 103(a) must be withdrawn.

### The rejection over the combination of '517 Patent, Davies and '230 Patent

Claims 22-30 and 33-53 are rejected as being unpatentable over the '517 Patent, in view of Davies, the combination taken further in view of U.S. Patent No. 6,281,230 ("'230 Patent"). (Pages 7-8 of the Action). Applicant respectfully traverses the rejection.

The Office repeated the same allegation that "one of ordinary skilled in the art would have been motivated by the reasonable expectation that the thalidomide analogue, ACTIMID, which is effective in decreasing TNF-α as disclosed in the tertiary reference would also be effective in the treatment of multiple myeloma, since the decrease in TNF-α provided the rationale for treating many diseases with Thal as disclosed in the secondary reference including cancers, and more particularly, the cyclical treatment of multiple myeloma as disclosed in the primary reference." Page 8 of the Action. Applicant disagrees.

Applicant assumes that the Examiner refers to the '517 Patent as the primary reference, Davies as the secondary reference, and the '230 Patent as the tertiary reference. The '517 Patent and Davies have been discussed above. There are no disclosure or suggestion for the treatment of multiple myeloma with thalidomide and dexamethasone, much less the cyclical treatment, as the PTO alleges is disclosed in the primary reference. It appears that without proper analyses of the cited references, the PTO simply repeated the same allegations in this rejection. For this reason alone, the rejection fails and it must be withdrawn.

The '230 Patent does not cure the lack of teaching or suggestion of the claimed methods. The Office alleges that the tertiary reference discloses combination therapy comprising administering 1 to 100 mg of ACTIMID in treating oncogenic or cancerous condition and in decreasing TNF-α. (Pages 7-8 of the Action). The '230 Patent is the same family as the '517 Patent, and adds nothing to change the errors in the rejections already pointed out.

CELPOM00000225

Therefore, for the same reasons as discussed above, a *prima facie* case of obviousness has <u>not</u> been established. Applicant respectfully requests that the rejection be withdrawn.

### Unexpected Results Support the Nonobviousness of the Instant Claims

Further, even assuming, *arguendo*, a *prima facie* case of obviousness is established by the cited references in combination, Applicant submits evidence of unexpected results of the claimed method sufficient to rebut a *prima facie* case of obviousness. *In re May*, 574 F.2d 1082, 1094 (C.C.P.A. 1978); *In re Chupp*, 816 F.2d 643, 646 (Fed. Cir. 1987); *Ortho-Mcneil Pharmaceutical v. Mylan Laboratories*, 348 F.Supp.2d 713, 755 (N.D.W.Va. 2004); and *In re Baxter Travenol Labs.*, 952 F.2d 388, 392 (Fed. Cir. 1991).

The Examiner is required to consider all rebuttal evidence including unexpected results submitted by Applicant. *See In re Sullivan*, 498 F.3d 1345, 1351 (Fed. Cir. 2007), citing *Pfizer, Inc. v. Apotex, Inc.*, 480 F.3d 1348, 1369 (Fed. Cir. 2007); MPEP §2145. This requirement remains unchanged following the decision in *KSR International Co. v. Teleflex Inc.*, 127 S.Ct. 1727 (2007), as the Federal Circuit has made clear in *In re Sullivan*. 498 F.3d at 1351.

Applicant respectfully invites the Examiner's attention to MacNeil, 2010 (Exhibit 1); Lacy *et al.*, *Leukemia*, 2010 (Exhibit 2); Lacy *et al.*, *J. Clin. Oncol.*, 2010 (Exhibit 3); Lacy *et al.*, *J. Clin. Oncol.*, 2009 (Exhibit 4); and Lacy *et al.*, *ASH Abstract #863*, 2010 (Exhibit 5), copies of which are submitted herewith. MacNeil reports on monotherapy of the instant compound (pomalidomide), and combination therapy with dexamethasone in multiple myeloma patients, with response rates of 50% or better in heavily pretreated patients. MacNeil describes that small differences in structure of pomalidomide from thalidomide mean very important differences in terms of side effect profiles, efficacy, and potency.

Further, Lacy *et al.* disclose clinical studies where multiple myeloma patients were administered the instant compound in combination with dexamethasone. *See* Lacy *et al.* Exhibits 2-5. The authors discussed that the studies showed the impressive activity of pomalidomide in patients who were refractory to other agents including thalidomide. Lacy *et al.*, 2009, Exhibit 4, at pages 4-5. The authors concluded that the therapy was extremely active, and well tolerated in the treatment of relapsed/refractory multiple myeloma, including high response rates in patients refractory to other agents. Exhibit 4 at pages 1 and 5, and Exhibit 5.

CELPOM00000226

These publications clearly demonstrate unexpected results of the claimed therapy for multiple myeloma. As the Court explained, "[w]hen a patent applicant puts forth rebuttal evidence, the Board must consider that evidence." *In re Sullivan*. 498 F.3d at 1351. Applicant respectfully submits that these results are sufficient to rebut any presumption of obviousness that may have been established by the references cited in the Office Action. Thus, Applicant respectfully requests that the rejection under 35 U.S.C. §103 be withdrawn.

## IV. The Double Patenting Rejections Should Be Withdrawn

Claims 22-30 and 33-53 are rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over (1) claims 18-26 of the '230 Patent in view of the '517 Patent and Davies; (2) claims 1-17 of the '554 Patent in view of the '517 Patent and Davies; (3) claims 1-7 of U.S. Patent No. 7,119,106 (the '106 Patent) in view of the '517 Patent and Davies; (4) claims 1-34 of U.S. Patent No. 7,189,740 (the '740 Patent) in view of the '517 Patent and Davies; and (5) claims 1-25 of U.S. Patent No. 7,393,862 (the '862 Patent) in view of the '517 Patent and Davies. (Pages 9-12 of the Action). Applicant respectfully traverses the rejections.

For the obviousness-type double patenting rejections, the Office stated the same reasons as for the rejections under 35 U.S.C. §103(a), by repeating the same phrases of pages 5-8 of the Action. See pages 9-12 of the Action. Applicant reiterates that the instant claims are not obvious over the cited Patents in view of the '517 Patent and Davies, for the reasons set forth above in responding to the rejections under 35 U.S.C. §103(a). The Examiner has not established a *prima facie* case for the same reasons as discussed above. Further, the obviousness-type double patenting rejections should be withdrawn in view of the submitted evidence for the unexpected results of the claimed invention.

Furthermore, the claims of the '230 Patent recite methods of treating inflammation, inflammatory disease, autoimmune disease, an oncogenic or cancerous condition, using amino-substituted 1-oxo-2-(2,6-dioxopiperidin-3-yl) isoindolines. The '230 Patent does not disclose or suggest the claimed methods for treating the specific disease multiple myeloma using the specific dose about 0.5-4 mg of pomalidomide per day, the combination therapy with dexamethasone, much less the specific cyclic dosing regimen, as recited in the pending claims. The Examiner has made no *prima facie* case that the pending claims are obvious over the claims of the '230 Patent. Further, unexpected results of the claimed method have been established and the rejection should be withdrawn.

CELPOM00000227

The claims of the '554 Patent recite pharmaceutical compositions comprising lenalidomide, in combination with a pharmaceutically suitable carrier, in an amount sufficient to reduce the level of TNFα, improve an oncogenic or cancerous condition, reduce inflammation, or improve autoimmune disease; and methods of reducing undesirable levels of TNFα using amino-substituted 1-oxo-2-(2,6-dioxopiperidin-3-yl) isoindolines.

The '554 Patent does not disclose or suggest the claimed methods for treating multiple myeloma using about 0.5-4 mg of pomalidomide per day, the combination therapy with dexamethasone, much less cyclic dosing regimen, as recited in the pending claims. The Examiner has made no *prima facie* case that the pending claims are obvious over the claims of the '554 Patent. Further, unexpected results of the claimed invention have been established and the rejection must be withdrawn.

The claims of the '106 Patent recite pharmaceutical compositions comprising an effective amount of 3-(4-amino-1-oxo-1,3-dihydro-isoindol-2-yl)-piperidine-2,6-dione or acid addition salt thereof, and a pharmaceutically acceptable carrier, diluent or expient. The '106 Patent does not disclose or suggest the claimed methods for treating multiple myeloma using specific amounts of pomalidomide, as recited in the pending claims. The Examiner has made no *prima facie* case that the pending claims are obvious over the claims of the '106 Patent. Further, unexpected results of the claimed method have been established and the rejection should be withdrawn.

As to the '740 patent, Applicant submitted a terminal disclaimer in the '740 patent over the parent application of the instant application, on June 23, 2006, in responding to obviousness-type double patenting rejection issued during the prosecution of the '740 patent over the parent application of the instant application.  In view of the terminal disclaimer, the rejection over the '740 patent is moot and should be withdrawn.

As to the '862 patent, Applicant submitted a terminal disclaimer in the '862 patent over the parent application of the instant application, on Sep. 5, 2006, in responding to obviousness-type double patenting rejection issued during the prosecution of the '862 patent over the parent application of the instant application.  In view of the terminal disclaimer, the rejection over the '862 patent is moot and should be withdrawn.

Accordingly, all these rejections over the cited Patents under judicially created obviousness-type double patenting are moot.  Applicant respectfully requests that the rejections be withdrawn.

CELPOM00000228

## V.     Conclusion

In view of the foregoing, all the rejections of the claims should be withdrawn. Reconsideration, entry of the above amendment and remarks, and allowance of the pending claims are respectfully requested.  Should the Examiner not agree that all claims are allowable, a personal or telephonic interview is respectfully requested to discuss any remaining issues and to accelerate the allowance of the above-identified application.

Respectfully submitted,

Date:       December 23, 2010

Yeah-Sil Moon  (Reg. No. 52,042)
For Anthony M. Insogna  (Reg. No. 35,203)
**JONES DAY**
222 East 41st Street
New York, NY 10017
Tel. (212) 326-3778

CELPOM00000229

# IDS Reference C222

CELPOM00000230



Available online at www.sciencedirect.com

SCIENCE ⓓ DIRECT®

Leukemia Research 29 (2005) 1459–1463



Leukemia
Research

www.elsevier.com/locate/leukres

Open forum

# Evidence of a mechanism by which etanercept increased TNF-alpha in multiple myeloma: New insights into the biology of TNF-alpha giving new treatment opportunities-the role of bupropion

R.E. Kast *

*University of Vermont, School of Medicine, Department of Psychiatry, 2 Church Street Burlington, VT 05401, USA*

Received 28 April 2005; received in revised form 6 May 2005; accepted 7 May 2005
Available online 17 June 2005

## Abstract

Etanercept is a commercially available pharmaceutical protein approved for treatment of rheumatoid arthritis, RA. Given subcutaneously, etanercept binds and inactivates soluble tumor necrosis factor-alpha, TNF. Etanercept has a good safety record and is of benefit in lowering pain, inflammation, and joint destruction in RA. RA is mediated by many factors, TNF among them. Malignant myeloma, MM, is a malignant clonal expansion of a post-germinal center B lymphocyte. Since TNF is a necessary growth factor for expansion and maintenance of MM cells, and etanercept binds soluble TNF and is of clinical benefit in RA, etanercept was tried experimentally in MM. Contrary to expectations, etanercept resulted in increased levels of TNF and possibly shortened survival. This paper presents an hypothesis of how this happened. There are two cognate receptors for TNF, termed R1 and R2 and two forms of TNF, soluble and transmembrane. Soluble TNF has greater affinity for TNF-R1 than for TNF-R2. Transmembrane TNF has equal affinity for the two receptors. Since TNF-R2 signaling tends to be more anti-apoptotic and activating of nuclear factor kappa B, NFkB, than is TNF-R1, and TNF-R1 tends to be more pro-apoptotic than is TNF-R2, by inactivating soluble TNF while leaving transmembrane TNF signaling relatively unchanged, etanercept changed the balance in TNF signaling from TNF-R1 towards TNF-R2 weighting. Anti-apoptosis and TNF synthesis would have been up-regulated by that shift. Early data indicates that the common generic antidepressant bupropion may ameliorate Crohn's disease course by down regulating TNF synthesis, maybe it will slow the course of MM as well.
© 2005 Elsevier Ltd. All rights reserved.

*Keywords:* Apoptosis; Bupropion; Chronic lymphocytic leukemia; Crohn's disease; Etanercept; Inflammation; Multiple myeloma; Remission; Rheumatoid arthritis; Tumor necrosis factor-alpha

## 1. Introduction

"Common pathogenic mechanisms are shared between many human chronic inflammatory diseases of unrelated pathology and manifestations" [1] and tumor necrosis factor-alpha, TNF, "sits at the crossroads" of many of these common pathogenic mechanisms [1].

Etanercept is used to decrease TNF function [2]. It is in wide use as an effective and relatively safe treatment for rheumatoid arthritis, RA. Inflammation and joint destruction of RA are partly driven by TNF [1–3].

Etanercept induces remission or reduction of disease activity in RA by binding to and lowering soluble TNF activity [2,3]. Secondary symptoms of RA such as fatigue and malaise are also often diminished. There are two cognate receptors for TNF, termed TNF-R1 and TNF-R2. These will be discussed in greater detail later. Etanercept is a 150 kDa fusion protein, a dimeric (single) human IgG Fc portion fused with two ectodomains of TNF-R2. It is given by subcutaneous injection twice weekly, and has a half-life of 102 h.

Multiple myeloma, MM, is a malignant hematopoietic neoplasm where TNF also plays an important pathogenic role [4,5], and thalidomide is in increasingly common use in treating MM and is thought to work in part by lowering the excess TNF and other floridly elevated angiogenic and

* Tel.: +1 802 863 2462.
*E-mail address:* kast887@hotmail.com.

0145-2126/$ – see front matter © 2005 Elsevier Ltd. All rights reserved.
doi:10.1016/j.leukres.2005.05.006

growth promoting cytokines in MM [5]. Tsimberidou et al. [6] therefore tried etanercept in the treatment of MM. Surprisingly, it increased circulating TNF amounts and may have shortened survival [6].

In this manuscript I will review the available literature and propose a hypothesis of how their reverse-from-expected result might have occurred. Although a negative trial, Tsimberidou et al. have provided indications of "proof-of-principle", if higher TNF hastened disease process, lowering TNF levels may well slow MM progression. Their work has given pivotal new insights into the biology of MM and points the way for immediately exploitable new treatments for MM as outlined below.

By discussing selected aspects of what is known about the signaling molecule TNF in its two forms, soluble, sTNF, and outer cell membrane bound (transmembrane) tmTNF, and TNF's two outer cell membrane receptors TNF-R1 and TNF-R2 it will be seen that the answer to the puzzle of Tsimberidou et al.'s unexpected findings lies in the interaction between these four elements of TNF signaling and etanercept's selective shifting of the balance between them.

## 2. Multiple myeloma

MM is a clonal malignancy of a post germinal center B lymphocyte [7,8]. Disease course is often in three stages: (1) A plasma cell clone acquires abnormally low apoptosis rate and accumulates, clinically recognized either as MM or monoclonal gammopathy of unknown significance. (2) Clonal expansion occurs in close proximity to bone marrow stroma cells that provide multiple growth (increased mitosis) and survival (decreased apoptosis) signals, among which prominently are TNF and interleukin-6, il-6. (3) In the terminal phase the malignant clone acquires marrow independence and consequent metastasis to extra-medullary sites.

Different morphological varieties of MM are recognized, most synthesize large amounts of IgG. In early and middle stages of MM, accretion is more by abnormally low apoptosis rate than by high mitotic rate [7,9], in this respect similar to non-Hodgkin's lymphoma, NHL [9], and B cell chronic lymphocyte leukemia, CLL [9], reviewed in [10]. Lower apoptosis rate is mediated in part by TNF [8,9,11]. TNF does so by several paths, one of which is activation of nuclear factor kappa B, NFkB (vide post) [12–14].

MM cells synthesize high levels of TNF [4,5,8,11] among a flood of other growth sustaining and osteoclastogenic cytokines. Circulating levels of TNF reflect and are roughly proportionate to total MM tumor mass [8] and enhanced expression of TNF correlates with enhanced aggressiveness [8].

## 3. Two forms of TNF

TNF (reviewed in [15–17] is a phylogenetically conserved signaling molecule synthesized by most cells of the body.

Lymphocytes, myocytes, adiposites, epithelia, renal mesangial cells, and many other cell types are important producers. Monocyte lineage cells in their various forms are particularly prominent synthizers of TNF, examples: macrophages, astroglia, microglia, Kuppffer cells, Langerhans cells. TNF synthesis is both constitutive and stimulated.

TNF is pleiotropic. As a soluble circulating molecule, sTNF is 17 kDa and spontaneously forms non-covalently bound homotrimers. Only trimeric TNF can stimulate either of the two known cognate TNF receptors. TNF is first expressed as a transmembrane 26 kDa protein, tmTNF, by the cells synthesizing it. tmTNF must also trimerize before becoming active in stimulation of either TNF receptor. All sTNF is derived from tmTNF by proteolytic cleavage, the process termed ectodomain shedding. Not all tmTNF goes on to be cleaved to generate sTNF.

A good example of pleiotropism of relevance to MM is the data on sTNF versus tmTNF overfunction in the case of the heart [18–20]. Cardiomyocytes synthesize TNF. TNF is essential for normal myocardial modeling during embryogenesis and maintenance throughout the lifespan. Yet in rat models, TNF contributes to development of myocardium wall thinning and chamber dilation of dilated cardiomyopathy when over-expressed in soluble form, and contributes to wall thickening of hypertrophic cardiomyopathy when over-expressed in transmembrane form [18,19]. In this TNF and cardiomyopathy story, mechanistic similarities to the relationship of TNF signaling to MM will be seen and referred to later.

There are several levels on which to answer the question "What does TNF do?". Most literally the answer is, stimulate either TNF-R1 or TNF-R2 or, most commonly some variable proportion of both. Elimination of damaged or effete cells, embryological development and ontological processes generally require both the apoptosis induction function and the anti-apoptosis functions of TNF.

As clinicians we tend to think immunologically of how to get better attacks, to eliminate intruders, cancer, malaria, tuberculosis, etc and TNF is important in this role, in initiation of a vigorous immune response, both cellular and antibody, and in expansion of the required lymphocyte populations [16,21]. But an immune response that doesn't stop when the enemy is defeated becomes a problem too. Part of keeping the immune response quantitatively commensurate with antigen challenge is the phenomenon of activated T cell apoptosis. TNF appears again in this role among many other apoptosis furthering signal molecules, shutting off the immune response by inducing apoptosis in activated lymphocytes when the particular immune response is no longer needed [16,17,22].

## 4. Two TNF receptors

Two cognate receptors for TNF are recognized, TNF-R1 or p55, and TNF-R2 or p75 (reviewed in refs) [15–17,23,24].

*R.E. Kast / Leukemia Research 29 (2005) 1459–1463*

TNF-R1:TNF-R2 protein ratio expressed on a cell's surface is one way a cell can direct the consequences of TNF signaling and effect fundamental outcome.

Although it is incorrect to strictly equate TNF-R1 stimulation with apoptosis induction and TNF-R2 stimulation with NFkB activation and consequent pro-inflammatory gene transcription, and anti-apoptosis effects, such a scheme is an approximation of what often happens. There are important exceptions and reverse cases [24].

So intracellular events after either TNF-R1 or TNF-R2 stimulation by (ligation of) either sTNF or tmTNF are complex, with engagement of signaling cascades with multiple branch points and amplification and squelching mechanisms. Strong, weak, or no cross-talk between the respective R1/R2 cascades can be seen in various cases but in all cases NFkB activation is an essential but not necessarily sufficient step in diverting the consequence of TNF from apoptosis to anti-apoptosis [12–14,16].

## 5. NFkB

NFkB refers to a group of five related dimeric proteins, resident, inactive, and anchored in the cytoplasm non-covalently complexed with iota kappa B, IKB [13,14]. IKB is a small protein that has the effect of retaining NFkB in cytoplasm. Upon TNF binding to either TNF-R1 or TNF-R2 a chain of cytoplasm proteins can be recruited and activated resulting in IKB phosphorylation. Phosphorylated IKB looses its affinity for NFkB which, thereby freed from its cytoplasmic anchor, migrates (is actively transported to ?) the nucleus.

TNF is one of dozens of proteins whose gene's transcription is stimulated by NFkB binding [13,15]. Since TNF-R1 stimulation tends to lead to an apoptosis weighted response and TNF-R2 stimulation to NFkB activation and NFkB regulated gene transcription, and TNF is one such gene product, TNF can stimulate its own synthesis predominently via R2. Increased tmTNF is seen after TNF-R2 weighted TNF signaling [24]. Multiple other positive and negative feedback TNF control paths have been identified ([25] for example). Although either TNF-R1 or TNF-R2 can result in NFkB activation, on molar ratio, TNF receptors activated per NFkB's activated for TNF-R2 tends to be high and TNF-R1's activated per NFkB's activated low [15,16]. Note that MM cells have documented supernormal levels of activated NFkB with consequent tonic over engagement of anti-apoptotic intracellular signaling [12].

## 6. The core observations

TNF-R2 has lower affinity for sTNF than does TNF-R1 [15–17,23,24]. sTNF therefore stimulates TNF-R1 more efficiently, more effectively, at lower molar ligand-to-receptor ratio, than it does TNF-R2. By some estimates as much

as twenty fold differential. tmTNF stimulates TNF-R1 and TNF-R2 equally well.

Etanercept binds mainly to sTNF, little is found bound to tmTNF [26,27]. This may in certain clinical situations shift signaling relative weighting from TNF-R1 towards TNF-R2, given sTNF's greater affinity for R1 than for R2 and tmTNF's equal affinity for the two receptors [16,17,23,24]. With this weighting shift from TNF-R1 toward TNF-R2 after etanercept in MM, the anti-apoptosis forces that are more tightly coupled to TNF-R2 than to TNF-R1 are relatively furthered. Also activated to a greater degree will be NFkB regulated genes like that coding for TNF itself, the synthesis of which is then up-regulated. Note two self perpetuating, positive feedback aspects here, of TNF both engaging anti-apoptosis signaling paths (increasing cell number) and generation of more TNF itself (increased TNF synthesis).

Note the physiological similarity of the above explanation of etanercept in MM is consonant with rat cardiomyopathy data discussed earlier. Concentric cardiac hypertrophy, a disease of accretion, occurs with TNF-R2 over expression and cardiac wall thinning in dilated cardiomyopathy, a disease of cell loss, with targeted TNF-R1 over expression.

## 7. Other examples of TNF increase during etanercept

In 1995, one of the first published research reports on etanercept, long before its introduction into clinical practice, showed etanercept dose dependently increased circulating TNF in healthy humans given intravenous lipopolysaccharide (although total biologically active TNF was decreased in their bioassay system) [28]. In 2002, etanercept mediated increased T cell TNF secretion was observed in ankylosing spondylitis patients [29] even when they experienced excellent pain relief and clinical resolution of their illness [29]. In 2003 intracellular TNF was noted to be increased in both CD4+ and CD8+ T cells after in vitro stimulation of peripheral blood lymphocytes taken from patients with ankylosing spondylitis treated with etanercept compared to that of those not taking etanercept [30], the authors concluding that etanercept treatment results in up-regulation of lymphocytes' TNF synthesis [30]. In 2004 a trial of etanercept in patients with progressive metastatic breast cancer showed an increase of molecular TNF as soon as 24 h after injection [31]. Elevation persisted for the duration of etanercept treatment [31]. Note however molecular (immunoactive) TNF does not necessarily mean presence of physiologically (immunologically) active TNF.

## 8. TNF and Crohn's disease

Crohn's disease, CD, is a common disease of inflammatory mucosal erosions occurring anywhere along the alimentary tract. TNF driven apoptosis failure of gut intramural lymphocytes is a well documented central feature of CD [22,26,32].

CELPOM00000233

An essential link in the development of overt CD is created when TNF becomes a survival signal for lamina propria lymphocytes to pathological degree, this paper suggests by a manner and mechanism similar to that outlined for MM. TNF-R1 to TNF-R2 switch of predominance on gut lamina propria lymphocytes' surface is seen in CD [17,32], just as it is on MM cells [11], corresponding to a switch from TNF induced apoptosis (TNF-R1 prominent) to a TNF-R2 (pro-survival, anti-apoptotic, NFkB activating) response.

Aphthous ulcers restricted to the mouth that are not associated with CD (canker sores), have similar pathophysiology to the initial superficial mucosal erosions in CD. Successful treatment of CD with phenelzine [33] was based in part on early clinical observations of Saul Rosenthal, reported in 1984 in the New England Journal of Medicine, that severe and recurrent oral aphthous ulcers not associated with CD resolved during phenelzine treatment [34].

Phenelzine is an antidepressant MAOI, monoamine oxidase inhibitor, in continuous use (as of summer 2005) since the mid 1950's. MAOI's retard catabolism of dopamine, epinephrine, norepinephrine, and serotonin, resulting in increased neuronal synaptic concentrations of these neurotransmitters, as is achieved by, but with different mechanism and with differing neurotransmitter profiles, the tricyclic antidepressants (like amitriptyline) or serotonin re-uptake inhibitors (like fluoxetine). Since MAOI's have potentially fatal interactions with other commonly used drugs and serious interactions with common foods, alternatives for treatment of CD were sought.

Bupropion is a small molecular weight (276 Da) non-MAOI antidepressant, that is off-patent, generically available, cheap, and in common use worldwide to treat depression. It has a synaptic neurotransmitter enhancing profile that among current antidepressants is most similar to phenelzine but has none of phenelzine's dangers. So bupropion was tried and indeed was found to be of strong benefit in CD [35,36]. Initial indications are bupropion lowers circulating TNF levels [37,38]. Furthermore, a recent case series report indicates bupropion, like phenelzine before it causes remission of non-CD related chronic recurrent aphthous ulcerations as well [39].

If bupropion lowering of TNF is confirmed it should be cautiously studied in MM.

## 9. Conclusions

Five studies show evidence of increased TNF synthesis during etanercept treatment [6,28–31]. This paper outlines a physiological path by which this might occur by shifting total TNF mediated signaling away from TNF-R1 towards TNF-R2 weighting, resulting in increased TNF synthesis, decreased apoptosis.

Preliminary data indicate that the generic antidepressant bupropion lowers TNF synthesis, resulting in balanced down-regulation of TNF-R1 and TNF-R2 signaling. If confirmed,

trial of TNF lowering by bupropion is warranted in MM, where TNF signaling has been shown to serve as a growth factor and hasten disease progression.

## Acknowledgements

I have done this work myself and it was unfunded research. I have no commercial relationship with any entity related to any matter within or related to this paper. I have, however, applied for a patent on bupropion as a TNF lowering agent.

## References

[1] Andreakos E. Common and uncommon features of rheumatoid arthritis and chronic obstructive pulmonary disease: clues to future therapy. Curr Drug Targets Immune Endocr Metabol Disord 2004;4:85–92.

[2] Genovese MC, Kremer JM. Treatment of rheumatoid arthritis with etanercept. Rheum Dis Clin North Am 2004;30:311–28.

[3] Maini SR. Infliximab treatment of rheumatoid arthritis. Rheum Dis Clin North Am 2004;30:329–47.

[4] Jourdan M, Tarte K, Legouffe E, et al. TNF is a survival and proliferation factor for human myeloma cells. Eur Cytokine Netw 1999;10:65–70.

[5] Dmoszynska A, Bojarska-Junal A, Domanski D, et al. Production of proangiogenic cytokines during thalidomide treatment of multiple myeloma. Leuk Lymphoma 2002;43:401–6.

[6] Tsimberidou AM, Waddelow T, Kantarjian HM, et al. Pilot study of recombinant human soluble tumor necrosis factor (TNF) receptor (p75) fusion protein (TNFR:Fc; Embrel) in patients with refractory multiple myeloma: increase in plasma TNF alpha levels during treatment. Leuk Res 2003;27:375–80.

[7] Shapiro-Shelef M, Calame K. Plasma cell differentiation and multiple myeloma. Curr Opin Immunol 2004 Apr;16(2):226–34.

[8] Jurisic V, Colovic M. Correlation of sera TNF-alpha with percentage of bone marrow plasma cells, LDH, beta2-microglobulin, and clinical stage in multiple myeloma. Med Oncol 2002;19(3):133–9.

[9] Sanchez-Beato M, Sanchez-Agulena A, Piris MA. Cell cycle deregulation in B cell lymphomas. Blood 2003;101:1220–35.

[10] Kast RE, Altschuler EL. Anti-apoptosis function of TNF-alpha in chronic lymphocytic leukemia: lessons from Crohn's disease and therapeutic potential of bupropion to lower TNF-alpha. Arch Immunol Ther Exp 2005;53:143–7.

[11] Johrer K, Janke K, Krugmann J, et al. Tansendothelial migration of myeloma cells is increased by TNF via TNFR2 and autocrine up-regulation of MCP-1. Clin Cancer Res 2004;10:1901–10.

[12] Bharti AC, Shishodia S, Reuben JM, et al. NFkB and Stat3 are constitutively active in CD138+ cells derived from multiple myeloma patients, and suppression of these transcription factors leads to apoptosis. Blood 2004;103:3175–84.

[13] Beg AA, Baltimore D. An essential role for NFkB in preventing TNF-alpha induced cell death. Science 1996;274:782–4.

[14] Panwalkar A, Verstovsek S, Giles F. NFkB modulation as a therapeutic approach in hematologic malignancies. Cancer 2004;100:1578–89.

[15] Nanes MS. TNF-alpha: molecular and cellular mechanisms in skeletal pathology. Gene 2003;321:1–15.

[16] MacEwan DJ. TNF receptor subtype signaling: differences and cellular consequences cell signal 2002;14:477–92.

[17] Holtmann MH, Schutz M, Galle PR, et al. Functional relevance of sTNF, tmTNF and TNF-signal transduction in gastrointestinal

CELPOM00000234

1463

diseases with special reference to inflammatory bowel disease. Z Gastroenterol 2002;40:587–600.

[18] Dibbs ZI, Diwan A, Nemoto S, et al. Targeted over expression of tmTNF provokes a concentric cardiac hypertrophic phenotype. Circulation 2003;108:1002–8.

[19] Hogye M, Mandi Y, Csanady M, et al. Comparison of circulating levels of il-6 and TNF-alpha in hypertrophic cardiomyopathy and idiopathic dilated cardiomyopathy. Am J Cardiol 2004;94:249–51.

[20] Nagueh SF, Stetson SJ, Lakkis NM, et al. Decreased expression of TNF-alpha and regression of hypertrophy after no surgical septal reduction therapy for patients with hypertrophic obstructive cardiomyopathy. Circulation 2001;103:1844–50.

[21] Kast RE. Tenofovir, COX inhibitors and zileuton in cancer immunotherapies: increasing TNF levels expands responding lymphocyte numbers. Mol Immunol 2003;40:297–303.

[22] Di Sabatino A, Ciccocioppo R, Cinque B, et al. Defective mucosal T cell death is substantially reverted by infliximab in a caspase dependent pathway in Crohn's disease. Gut 2004;53:70–7.

[23] Grell M, Douni E, Wajant H, et al. The transmembrane form of TNF is the prime activating ligand of the 80 kDa TNF receptor. Cell 1995;83:793.

[24] Grell M, Zimmermann G, Gottfried E, et al. Induction of cell death by TNF R2, CD40, and CD30: a role of TNFR1 activation by endogenous membrane anchored TNF. EMBO J 1999;18:3034–43.

[25] Kast RE. TNF has positive and negative self-regulatory feed back cycles centered on cAMP. Int J Immunopharmacol 2000;22:1001–6.

[26] van den Brande JM, Braat H, van den Brink, et al. Infliximab but not etanercept induces apoptosis in lamina propria T lymphocytes from patients with Crohn's disease. Gastroenterology 2003;124:1774–85.

[27] Scallon B, Cai A, Solowski N, et al. Binding and functional comparison of two types of TNF antagonists. J Pharmacol Exp Ther 2002;301:418–26.

[28] Suffredini AF, Reda D, Banks SM, et al. Effects of recombinant dimeric TNF receptor on human inflammatory responses following intravenous endotoxin administration. J Immunol 1995;155:5038–45.

[29] Zou JX, Braun J, Sieper J. Immunological basis for the use of TNF-alpha blocking agents in ankylosing spondylitis and immunological changes during treatment. Clin Exp Rheumatol 2002;20(6 Suppl. 28):S34–7.

[30] Zou J, Rudwaleit M, Brandt J, et al. Up-regulation of the production of TNF-alpha and IFN-gamma by T cells in ankylosing spondylitis during treatment with etanercept. Ann Rheum Dis 2003;62:561–4.

[31] Madhusudan S, Foster M, Muthuramalingam SR, et al. A phase II study of etanercept (Enbrel), a TNF-alpha inhibitor in patients with metastatic breast cancer. Clin Cancer Res 2004;10:6528–34.

[32] Holtmann MH, Douni E, Schulz M, et al. TNFR2 is upregulated on lamina propria T cells in Crohn's disease and promotes experimental colitis in vivo. Euro J Immunol 2002;32:3142–51.

[33] Kast RE. Crohn's disease remission with phenelzine. Gastroenterology 1998;115:1034–5.

[34] Rosenthal SH. Does phenelzine relieve aphthous ulcerations of the mouth? N Engl J Med 1984;311:1442.

[35] Kast RE. Altschuler EL. Remission of Crohn's disease on bupropion. Gastroenterology 2001;121:1260–1.

[36] Kane S, Altschuler EL, Kast RE. Crohn's disease remission on bupropion. Gastroenterology 2003;125:1290.

[37] Kast RE, Altschuler EL. TNF-alpha in hepatitis B: potential role for bupropion. J Hepatol 2003;39:131–3.

[38] Altschuler EL, Soares MBP, Ribeiro-dos-Santos R, et al. Bupropion lowers TNF-alpha in vivo, and blunts stimulated lymphoproliferation. Gastroenterology 2004;126(Suppl. 2):A288 [Abstract].

[39] Kast RE, Altschuler EL. Does bupropion relieve chronic oral aphthous ulcerations of the mouth? Accepted for publication. Arch Dermatol 2005.

CELPOM00000235

# IDS Reference C223

CELPOM00000236



**PERGAMON**

Leukemia Research 27 (2003) 375–380



*Leukemia Research*

www.elsevier.com/locate/leukres

# Pilot study of recombinant human soluble tumor necrosis factor (TNF) receptor (p75) fusion protein (TNFR:Fc; Enbrel) in patients with refractory multiple myeloma: increase in plasma TNFα levels during treatment

Apostolia-Maria Tsimberidou[a], Tracey Waddelow[a], Hagop M. Kantarjian[a], Maher Albitar[b], Francis J. Giles[a,*]

[a] *Department of Leukemia, University of Texas, MD Anderson Cancer Center, 1515 Holcombe Blvd, Houston, TX 77030, USA*
[b] *Department of Hematopathology, University of Texas, MD Anderson Cancer Center, 1515 Holcombe Blvd, Houston, TX 77030, USA*

Received 28 January 2002; accepted 23 April 2002

## Abstract

Elevated tumor necrosis factor (TNF)-α levels are associated with poor prognosis in patients with multiple myeloma (MM). Enbrel is a TNF antagonist fusion protein consisting of the extracellular, ligand-binding domain of the human p75 TNF receptor linked to the Fc portion of human IgG1. Ten patients with refractory MM were treated with Enbrel 25 mg s.c twice weekly for a minimum of eight median age was 63 years (range, 43–76). The total number of Enbrel doses was 191 (median 16; range, 3–55). TNFα plasma levels increased significantly during treatment with Enbrel. No objective response occurred. Acceleration of disease occurred in four patients. While well-tolerated, Enbrel did not have anti-myeloma activity as administered on this study.
© 2002 Elsevier Science Ltd. All rights reserved.

*Keywords:* Refractory; Multiple myeloma; TNFα; Enbrel

## 1. Introduction

The management of patients with relapsed or refractory multiple myeloma (MM) remains inadequate and novel treatment modalities are urgently needed. The response rate with standard therapy, including combination chemotherapy with vincristine, adriamycin, and dexamethasone (VAD) is approximately 60% [1–3]. Thalidomide single-agent therapy is associated with overall response rates of approximately 30% and 2 years overall and failure-free survival rates of 48 and 20%, respectively [4,5].

Among the potential MM growth factors, tumor necrosis factor (TNF)-α is a survival factor for MM cell lines, induces MM cells in the cell-cycle and promotes long-term growth of malignant plasma cells [6]. It promotes the growth of MM cell lines, sometimes in a synergistic manner with interleukin-6 (IL-6), but also may clearly act through a pathway independent of IL-6, having a growth-promoting effect at least equal to that of IL-6 [7–11]. TNFα is also a potent bone-resorbing factor and plays an important role in

the development of the osteolytic bone lesions observed in MM patients [12–15]. In some models, the role of TNFα in MM is more complex; it stimulates both growth and apoptosis of some plasma cell lines and some ex-vivo plasma cells [8,16]. Fillela et al. found that TNFα serum levels were increased in 44% of patients with newly diagnosed MM and 50% of those with progressive disease [11]. TNFα serum levels were significantly higher in persons with monoclonal gammopathy of undetermined significance (MGUS), or patients with progressive MM compared with healthy subjects; patients with progressive MM also had significantly higher TNF levels than patients with stable MM. Furthermore, concentrations of TNFα are significantly higher in patients with bone disease than in those without overt lesions [17].

Two distinct receptors for TNF of 55 and 75 kDa have been identified [18,19]. A recombinant TNF receptor p75-Fc fusion protein (Enbrel, Immunex, Seattle) was developed targeting to neutralize TNF, reducing its biologic activity [20]. DNA encoding the Fc portion of a human immunoglobulin (Ig) G1 molecule was linked to DNA encoding the soluble portion of human p75 TNF receptor. The combined DNA was expressed in a mammalian cell line, resulting to an Ig-like dimer. This soluble TNFR-Fc fusion construct acts

* Corresponding author. Tel.: +1-713-792-8217; fax: +1-713-794-4297.
*E-mail address:* fgiles@mdanderson.org (F.J. Giles).

0145-2126/02/$ – see front matter © 2002 Elsevier Science Ltd. All rights reserved.
PII: S0145-2126(02)00082-6

Case 2:17-cv-03387-ES-MAH   Document 250-3   Filed 11/15/18   Page 70 of 81 PageID: 9572

as a competitive inhibitor of TNF, preventing its binding to
the cell surface TNF receptors; it also renders it biologically
unavailable [20].

Studies in healthy normal volunteers and in patients with
rheumatoid arthritis [21–24] Wegener's granulomatosis [25]
and advanced heart failure have shown that Enbrel is safe
[21–28]. However, in patients with established septic shock
caused by Gram-positive organisms there was a non-signifi-
cant trend toward increased rates of mortality in those treated
with higher doses of Enbrel in comparison with the placebo
group; a similar tendency to increased mortality rates was
also noted with the use of an anti-TNF monoclonal antibody
on a prior study in a similar patient population [29–31].

An effective anti-TNF agent might be of therapeutic
benefit in patients with MM. As an initial investigation of
the safety of Enbrel in this immunocompromised popula-
tion, already prone to sepsis, we conducted a pilot study
of Enbrel, as a single agent, in patients with advanced or
refractory MM. Measurements of TNFα, vascular endothe-
lial growth factor (VEGF), basic fibroblast growth factor
(bFGF), hepatocyte growth factor (HGF), and IL-6 were
performed before and during treatment with Enbrel.

## 2. Materials and methods

### 2.1. Study group

Patients with refractory MM were entered onto the study
between August and December 2000, after written informed
consent was obtained according to institutional guidelines.
Refractory MM was defined as: (a) primary resistant dis-
ease, progressive disease during receipt of at least two courses
of induction chemotherapy, which includes an alkylating
agent and/or a topoisomerase II inhibitor; (b) transient
response, defined as response but relapse while still on in-
duction therapy; or (c) relapsed disease, i.e. post-remission
or -plateau relapse Eligibility criteria included patients with
a quantifiable serum paraprotein or Bence-Jones protein-
urea and a bone marrow plasmacytosis >5%, without overt
infection, hypotension, concurrent chemotherapy, systemic
radiotherapy, pregnancy or overt psychosis.

Pretreatment evaluation included history taking and phys-
ical examination; complete blood count, differential, and
platelets count; serum chemistries, including liver and renal
function studies; bone marrow aspiration with or without
biopsy; β2-M, serum immunoelectrophoresis, serum pro-
tein, immunoglobulin assay and M-band quantitation by
immunofixation, 24 h urine collection for Bence-Jones pro-
tein, total protein, and creatinine; and radiologic assessment
as indicated.

### 2.2. Measurement of cytokine levels

#### 2.2.1. Plasma and serum collection

Plasma and serum samples were collected and stored ac-
cording to approved protocols from eight patients on study
who consented to provide these specimens for cytokine as-
say prior to first Enbrel therapy, at 2–3 week intervals while
on study, and after completion of study therapy.

#### 2.2.2. Enzyme-linked immunosorbent assay

The enzyme-linked immunosorbent assays (ELISAs) for
TNFα, VEGF, bFGF, HGF, and IL-6 were performed using
commercially available kits from R&D Systems (Minneapo-
lis, MN). Manufacturer's recommended protocols were fol-
lowed. Briefly, plasma was collected in tubes with EDTA
and stored at −82 °C. Patient samples were added to separate
microplates, each containing a specific monoclonal antibody
and mixtures were incubated at room temperature for 2 h.
The plates were washed three times to remove any unbound
substances. Protein-specific enzyme-linked polyclonal anti-
bodies were added to the wells. Subsequently, the mixtures
were incubated at room temperature for 2 h followed by an-
other washing to remove any unbound antibody or enzyme
reagent. A substrate solution was added to the wells, and
a blue color developed. The intensity of the blue was pro-
portionate to the amount of cytokine bound in the initial
step. The color development was stopped, and the intensity
of the color was measured and compared with a standard
curve. Reading was done at 450 nm wavelength for TNFα,
VEGF, bFGF, HGF, and IL-6.

### 2.3. Therapy

Treatment consisted of Enbrel 25 mg twice weekly sub-
cutaneously (s.c.) for a minimum of eight doses (4 weeks;
one cycle). If patient developed toxicity of grade 3–4 (NCI
toxicity criteria), Enbrel was held until resolution to at least
grade 1. Supportive care, including transfusion of blood and
blood products, antibiotics, and analgesics were adminis-
tered as needed.

#### 2.3.1. Course timing

Enbrel was given for one course of treatment (4 weeks);
if patients responded or had no signs of progression they
received 16 additional doses (two courses) of Enbrel without
interruption, at the same dose. Further courses were given
if patients continued to respond or not to progress.

### 2.4. Endpoints and statistical methods

Complete response (CR) was defined as disappearance
of serum and urine M-protein on electrophoresis and im-
munofixation in two determinations at least 4 weeks apart,
<5% plasma cells in the bone marrow, normalization
of peripheral blood values or biochemical abnormalities
assignable to MM, and resolution of all soft tissue plasma-
tocytomas.

Partial response (PR) was defined as ≥50% reduction of
serum M-protein; ≥50% reduction in the urine M-protein
if the baseline value was ≥1 g/24 h and <0.1 g/24 h if base-
line value was 0.5–1 g/24 h; and ≥50% reduction of sum

CELPOM00000238

of the products of the cross diameters of each measurable lesion. Disease progression was defined as ≥50% increase in the serum or urine M-protein above the lowest previous level, and appearance of new plasmacytomas or increase by ≥50% of soft tissue plasmacytomas. Failure to meet criteria for response or progression was categorized as stable disease.

Toxicity was graded on a scale of 0–5 using the National Cancer Institute Common Toxicity Criteria (NCI-CTC) Version 2.0 criteria [32].

## 3. Results

### 3.1. Study group

The clinical characteristics of the 10 patients are summarized in Table 1. Median age was 63 years (range, 43–76; 70%) were older than 60 years. Eight patients (80%) were male; one had a performance status (PS) of 2 (10%). Five patients had progressive and five stable/refractory MM.

Table 1
Patients' characteristics

| Characteristic | $N = 10$ | % |
|---|---|---|
| Age | | |
| Median | 63 | |
| Range | 43–76 | |
| >60 | 7 | 70 |
| Male | 8 | 80 |
| PS >1 | 1 | 10 |
| High $\beta_2$M (>3 mg/l) | 8 | 80 |
| Immunoglobulin type | | |
| IgG | 7 | 70 |
| IgA | 3 | 30 |
| IgG Kappa chain deposition disease | 1 | 10 |
| Marrow involvement | 6 | 60 |
| Prior regimens | | |
| 0–2 | 1 | 10 |
| 3–7 | 9 | 90 |
| Hb <10 g/dl | 4 | 40 |
| WBC <1 × $10^9$ l$^{-1}$ | 3 | 30 |
| PLT <100 ×$10^9$ l$^{-1}$ | 2 | 20 |
| M-protein >3 g/dl | 5 | 50 |
| Bone lesions | | |
| 0–2 | 3 | 30 |
| >3 | 7 | 70 |
| Karyotype | | |
| Diploid | 4/5 | 80 |
| 48–49, XY, −1, | 1/5 | 20 |
| +add(3)(p26), −11, | | |
| del(13)(q12q14), | | |
| +14, −17 × 2, | | |
| +19, −22, +4mar | | |
| Prior thalidomide | 10 | 100 |
| Prior hyper-CVAD | 6 | 60 |
| Prior allogeneic transplant | 2 | 20 |

Median number of prior treatments was five (range, 2–7). All patients had received prior therapy with thalidomide, six had received fractionated cyclophosphamide, vincristine, doxorubicin, and dexamethasone (Hyper-CVAD) regimen, five had received high-dose melphalan, two had received stem cell transplant; two had received Biaxin, and two patients had received IFN-α. The maximum response to prior treatment was CR in one patient, PR in six patients, and SD in three patients. One patient had IgG Kappa chain deposition disease and Guillen-Barre like syndrome, six had IgG and three patients had IgA MM. Five patients had Stage I, two Stage II, and three Stage III disease as per the Durie and Salmon classification [33]. All patients with Stage I disease had received prior therapy for their disease based on symptoms attributable to their disease, usually fatigue and/or bone pain. Prior medical history was significant for recurrent severe infections in three patients: one had sinusitis, one urinary track infection due to β-hemolytic streptococcus, and one patient had bronchitis. The median Hgb value was 11 g/dl (range, 8.9–13.8); the median WBC $4.7 \times 10^9$ l$^{-1}$ (range, 2.9–5.6) and the median platelet count was $199 \times 10^9$ l$^{-1}$ (range, 57–356). The median M-protein was 2.7 g/dl (range, 0–4.7; M-protein was zero in a patient with Bence-Jones proteinuria, bone marrow infiltration, and >3 bone lytic lesions). Six patients had bone marrow infiltration. Two patients had 0–1 bone lesions, one patient 2, and seven patients had >3 bone lesions. The median creatinine was 1.0 mg/dl (range, 0.7–2.6), the median $\beta_2$-M 6.9 mg/l (range, 1.2–17.5) and the median serum calcium was 8.7 mg/dl (range, 7.7–10.5). Cytogenetic studies were successful in five patients; four had diploid karyotype and one patient had multiple chromosome abnormalities (48–49, XY, −1, +add (3)(p26), −11, del (13)(q12q14), +14, −17 × 2, +19, −2, +4mar).

### 3.2. Treatment results

Ten patients received a total of 25 cycles of Enbrel therapy. The median number of cycles administered was 2 (range, 1–7). The median number of doses was 16 (range, 3–55) and the total number of doses was 191.

### 3.2.1. Response

No patient had a complete or partial response to therapy. Four patients had progressive disease on study, including two patients who were withdrawn early (after 2 and 4 weeks; Table 2). Among the four patients who progressed, three patients had stable MM on study entry.

### 3.3. Cytokine levels

Cytokine plasma levels were measured in eight patients who agreed to provide samples before and during treatment with Enbrel (Table 3). TNFα plasma levels were significantly higher during Enbrel treatment compared with the levels before treatment. In contrast, there was no significant

CELPOM00000239

*A.-M. Tsimberidou et al./Leukemia Research 27 (2003) 375–380*

Table 2
Response

| Patients | MM status on entry | Duration of Rx (weeks) | M-protein baseline | M-protein min during Rx | M-protein (end of Rx) | M-protein increase (%) | Response |
|---|---|---|---|---|---|---|---|
| 1 | SD/refractory | 12 | 0.10 | 0.20 | 0.20 | 50 | PD |
| 2 | PD | 8 | 3.70 | 4.30 | 4.80 | 30 | SD[a] |
| 3 | PD | 26 | 3.20 | 3.50 | 3.50 | 9 | SD[b] |
| 4 | SD/refractory | 4 | 1.30 | 2.20 | 2.20 | 69 | PD |
| 5 | PD | 2 | 0.13 | 0.42 | 0.56 | 460 | PD[c] |
| 6 | SD/refractory | 9 | 4.70 | 4.50 | 5.30 | 13 | SD |
| 7 | SD/refractory | 12 | 4.00 | 4.00 | 6.80 | 70 | PD |
| 8 | PD | 3 | 2.20 | 2.20 | 3.10 | 41 | SD |
| 9 | PD | 8 | 0.30 | 0.30 | 0.30 | 0 | SD |
| 10 | SD/refractory | 27 | 3.40 | 3.20 | 3.50 | 3 | SD |

[a] Improvement in Hgb from 9.7 to 10.4 g/dl, WBC $(4.4–5.8) \times 10^6 \, l^{-1}$, bone marrow plasma cells reduced from 32 to 18%.
[b] Progressive growth of myeloma slowed.
[c] Early removal from the study.

Table 3
Cytokine levels in plasma of patients treated with Enbrel

| Cytokine levels | Median (range) | Mean (±2S.D.) | P-value |
|---|---|---|---|
| TNFα | | | |
| Pretreatment | 8.0 (6.7–9.1) | 7.9 (±1.4) | 0.006 |
| During treatment | 243.6 (72.7–413.9) | 250.8 (±243.93) | |
| VEGF | | | |
| Pretreatment | 77.7 (38.5–294.1) | 118.3 (±196.7) | 0.20 |
| During treatment | 68.3 (43.4–91.4) | 64.6 (±39.4) | |
| Bfgf | | | |
| Pretreatment | 20.4 (8.6–57.8) | 25.4 (±38.0) | 0.22 |
| During treatment | 17.2 (7.3–25.2) | 16.0 (±16.3) | |
| HGF | | | |
| Pretreatment | 786.3 (540.3–1527.5) | 855.1 (±743.6) | 0.63 |
| During treatment | 743.2 (371.8–2009.3) | 898.3 (±1148.4) | |
| IL-6 | | | |
| Pretreatment | 2.7 (2.4–8.9) | 3.89 (±7.7) | 0.44 |
| During treatment | 3.4 (1.9–8.4) | 4.08 (±5.6) | |

difference before and during treatment with Enbrel in the plasma levels of VEGF, bFGF, HGF, and IL-6.

*3.4. Toxicity*

Enbrel was associated with grade 2 fever in two patients; grade 1 fatigue in one; grade 2 flu-like syndrome in two; grade 2 chest pain in one; grade 2 abdominal discomfort in one; and grade 1 hyperbilirubinemia in one. There were no overt allergic reactions to Enbrel. No patient was withdrawn from the study because of toxicity. There was no increased mortality rate in patients treated with Enbrel. No patients developed sepsis while on study.

**4. Discussion and conclusion**

The administration of Enbrel at the dose of 25 mg s.c. twice weekly was not associated with overt serious adverse events in these patients with heavily pretreated refractory MM. There was no evidence of cumulative toxicity, and the more common adverse events were fever and flu-like syndrome. More importantly, there was no increased mortality rate among patients treated with Enbrel. However, no responses were observed. Four patients progressed and six patients had stable disease.

The safety profile of Enbrel in patients with MM in our study is in line with other reports in patients with rheumatoid arthritis [21–24], Wegener's granulomatosis [25], and advanced heart failure, [27,28] showing that Enbrel is well-tolerated. The most common side effects, such as injection site reactions and upper respiratory tract infections, seen in other disorders, were not noted in our study population [34,35]. The stimulus to perform the currently reported pilot safety study was the observation of a trend toward increased mortality rates with higher doses of Enbrel compared with a placebo group in patients with documented sepsis from Gram-positive bacteria [29]. The same trend has been observed in two trials of an anti-TNFα monoclonal antibody for the treatment of sepsis: in non-shock patients receiving a 15 mg/kg dose in one study [30], and in shock patients treated with the same dose in a second study [31].

Enbrel is a dimer of the p80 TNF receptor linked by the Fc portion of IgG1, which binds TNFα and lymphotoxin, neutralizing their effects. This dimeric construct of Enbrel has a higher affinity for TNF than the monomeric forms of the receptor. Additionally, the Fc peptide gives a longer half-life to the molecule [20]. The primary mechanism of its action is by binding to the TNFα, rendering it biologically unavailable. Preclinical and clinical studies have shown that Enbrel does not cause rapid removal of TNF from the biologic fluids, but does prolong TNF's half-life [20,36]. Enbrel has been reported to act as a TNF "carrier" [21,36]. This "carrier" activity of Enbrel may explain the finding of significantly higher TNFα values in patients during treatment on this study compared with their respective pretreatment values. This observation is in agreement with the study of Eason et al., who showed similar effects in patients with OKT3-acute

CELPOM00000240

A.-M. Tsimberidou et al. / Leukemia Research 27 (2003) 375–380

379

clinical syndrome [36]. These investigators demonstrated that the high TNFα antigenic levels were associated with concomitant low or undetectable TNFα bioactivity; high levels of TNF receptors were also noted >13 days after the administration of Enbrel, indicating its long half-life [36].

Despite this data suggesting that the elevated TNFα levels associated with Enbrel use are not bioactive, some caution must be applied in accepting that this is always so. A noteworthy event on the current study was the acceleration of MM in four patients soon after commencing Enbrel therapy, three of whom had entered on study with an immediate prior history of stable disease. In this study, we focused on safety in terms of lack of overt adverse events—Enbrel was clearly "safe" from this perspective. However, its safety in terms of modulation of disease activity in patients with MM will require much more attention in other studies. The source of the elevated circulating TNFα in patients with MM receiving Enbrel is of interest. Serial quantitative RT-PCR analyses of mRNA expression for relevant cytokines in both myeloma and stromal cells would be of benefit in future studies.

Neben et al. have investigated the genetic polymorphism in the TNFα in patients with relapsed and refractory MM treated with thalidomide [37]. Eight patients with MM carrying the −238A allele had higher TNFα levels in peripheral blood, prolonged 12 months progression free survival and a trend towards longer overall survival compared with patients with the −238G allele [37]. Among patients with the −238G allele, only one patient had achieved a CR. These investigators suggest that regulatory polymorphisms of the TNFα gene can affect TNFα production and the response to thalidomide. Of particular interest is the fact that all patients in our study had previously failed thalidomide; although no studies for genetic polymorphism were performed, it is possible that patients who progressed may have been carriers of the −238G allele.

Enbrel is also being investigated in patients with other hematologic malignancies. In a cohort of seven patients with acute myelogenous leukemia (AML), a single s.c. 25 mg dose resulted in a reduction of apoptosis in three out of five evaluable patients and increase of proliferation in three out of five patients [38]. The drug was well-tolerated without any side effects. In six patients, the WBC count stabilized or decreased, but no patient achieved an objective response. In patients with myelodysplastic syndromes, the combination of Enbrel with thalidomide was well-tolerated, and produced significant hematologic improvement in 4 out of 18 patients who completed 16 weeks of therapy [39]. Five patients had stable disease and three had a major erythroid response. In a pilot study in patients with myelofibrosis with myeloid metaplasia, Enbrel relieved constitutional symptoms and was well-tolerated but no objective responses were documented [40]. In a Phase 2 study of Enbrel, in 26 patients with refractory myeloproliferative malignancies, the agent was very well-tolerated, but no patients had a clinically meaningful response to therapy [41].

In conclusion, Enbrel had an acceptable safety profile in patients with refractory MM. As a single agent it did not induce any remissions. This pilot study involved a small patient cohort and thus, its findings are not definitive. Longer-term follow-up of a larger patient cohort would be required to properly assess any relationship between the increased levels of plasma TNFα associated with Enbrel therapy and disease behavior in patients with MM.

## Acknowledgements

All authors analyzed and interpreted the data and gave final approval of the article. In addition, A.-M. Tsimberidou helped draft the article, provided critical revision of the article for important intellectual content, and collected and assembled the data. T. Waddelow provided administrative, technical or logistical support and collected and assembled the data. H.M. Kantarjian contributed to the conception and design and critical revision of the article in addition to providing statistical expertise and administrative, technical, or logistic support. M. Albitar also contributed to critical revision of the article for important intellectual content, provided study materials or patients, and offered administrative, technical, or logistic support. F.J. Giles contributed to the conception and design, helped draft the article, assisted with critical revision, provided study materials or patients, and obtained necessary funding.

## References

[1] Giles FJ. Multiple myeloma and other differentiated B-cell disorders. Curr Opin Hematol 1994;1:278–84.
[2] Giles FJ. Refractory multiple myeloma: recent advances in therapy. Hematol Pathol 1995;9:121–40.
[3] Barlogie B, Smith L, Alexanian R. Effective treatment of advanced multiple myeloma refractory to alkylating agents. New Engl J Med 1984;310:1353–6.
[4] Barlogie B, Desikan R, Eddlemon P, et al. Extended survival in advanced and refractory multiple myeloma after single-agent thalidomide: identification of prognostic factors in a Phase 2 study of 169 patients. Blood 2001;98:492–4.
[5] Singhal S, Mehta J, Desikan R, et al. Anti-tumor activity of thalidomide in refractory multiple myeloma. New Engl J Med 1999;341:1565–71.
[6] Jourdan M, Tarte K, Legouffe E, Brochier J, Rossi JF, Klein B. Tumor necrosis factor is a survival and proliferation factor for human myeloma cells. Eur Cytokine Network 1999;10:65–70.
[7] Hallek M, Leif Bergsagel P, Anderson KC. Multiple myeloma: increasing evidence for a multistep transformation process. Blood 1998;91:3–21.
[8] Borset M, Waage A, Brekke OL, Helseth E. TNF and IL-6 are potent growth factors for OH-2: a novel human myeloma cell line. Eur J Haematol 1994;536:31–7.
[9] Borset M, Medvedev A, Sundan A, Espevik T. The role of the two TNF receptors in proliferation, NF-Kappa B activation and discrimination between TNF and LT α signalling in the human myeloma cell line OH-2. Cytokine 1996;8:430–8.
[10] Hata H, Matsuzaki H, Takatsuki K. Autocrine growth by two cytokines, interleukin-6 and tumor necrosis factor α, in the myeloma cell line KHM-1A. Acta Haematol 1990;83:133–6.

CELPOM00000241

[11] Filella X, Blade J, Guillermo A, Molina R, Rozman C, Ballesta A. Cytokines (IL-6, TNFα, IL-1α) and soluble interleukin-2 receptor as serum tumor markers in multiple myeloma. Ca Detecti Prevent 1996;20:52–6.

[12] Gowen M, Wood DD, Ihrie EJ, McGuire MK, Russell RG. An interleukin-1 like factor stimulates bone resorption in vitro. Nature 1983;306:378–80.

[13] Bertolini DR, Nedwin GE, Bringman TS, Smith DD, Mundy GR. Stimulation of bone resorption and inhibition of bone formation in vitro by human tumour necrosis factors. Nature 1986;319:516–8.

[14] Torcia M, Lucibello M, Edouard V, et al. Modulation of osteoclast-activating factor activity of multiple myeloma bone marrow cells by different interleukin-1 inhibitors. Exp Hematol 1996;24:868–74.

[15] Bataille R. New insight in the clinical biology of myltiple myeloma. Sem Hematol 1997;34:23–8.

[16] Gazitt Y, Tian E, Barlogie B, et al. Differential mobilization of myeloma cells and normal hematopoietic stem cells in multiple myeloma after treatment with cyclophosphamide and granulocyte-macrophage colony-stimulating factor. Blood 1996;87:805–11.

[17] Lichtenstein A, Berenson JR, Norman D, Chang MP, Carlile A. Production of cytokines by bone marrow cells obtained from patients with multiple myeloma. Blood 1989;74:1266–73.

[18] Smith CA, Davis T, Anderson D, et al. A receptor for tumor necrosis factor defines an unusual family of cellular and viral proteins. Science 1990;248:1019–23.

[19] Loetscher H, Pan YC, Lahm HW, et al. Molecular cloning and expression of the human 55 kDa tumor necrosis factor receptor. Cell 1990;61:351–9.

[20] Mohler KM, Torrance DS, Smith CA, et al. Soluble tumor necrosis factor (TNF) receptors are effective therapeutic agents in lethal endotoxemia and function simultaneously as both TNF carriers and TNF antagonists. J Immunol 1993;151:1548–61.

[21] Moreland LW, Baumgartner SW, Schiff MH, et al. Treatment of rheumatoid arthritis with a recombinant human tumor necrosis factor receptor (p75)-Fc fusion protein. New Engl J Med 1997;337:141–7.

[22] Moreland LW, Schiff MH, Baumgartner SW, et al. Etanercept therapy in rheumatoid arthritis. Ann Int Med 1999;130:478–86.

[23] Skytta E, Pohjankoski H, Savolainen A, et al. Etanercept and urticaria in patients with juvenile idiopathic arthritis. Clin Exp Rheumatol 2000;18:533–4.

[24] Spencer-Green G. Etanercept (Enbrel): update on therapeutic use. Ann Rheum Dis 2000;59:i46–49.

[25] Stone JH, Uhlfelder ML, Hellmann DB, Crook S, Bedocs NM, Hoffman GS. Etanercept combined with conventional treatment in Wegener's granulomatosis: a 6 months open-label trial to evaluate safety. Arthritis Rheum 2001;44:1149–54.

[26] Nam MH, Reda D, Boujoukos AJ, Agosti J, Suffredini AF. Recombinant soluble tumor necrosis factor (TNF) receptor (TNFC:Fc): safety and pharmacokinetics in human volunteers. Clin Res 1993;41.

[27] Bozkurt B, Torre-Amione G, Warren MS, et al. Results of targeted anti-tumor necrosis factor therapy with etanercept (Enbrel) in patients with advanced heart failure. Circulation 2001;103:1044–7.

[28] Deswal A, Bozkurt B, Seta Y, et al. Safety and efficacy of a soluble p75 tumor necrosis factor receptor (Enbrel, etanercept) in patients with advanced heart failure. Circulation 1999;99:3224–6.

[29] Fisher CJJ, Agosti JM, Opal SM, et al. Treatment of septic shock with the tumor necrosis factor receptor: Fc fusion protein. New Engl J Med 1996;334:1697–702.

[30] Abraham E, Wunderink R, Silverman H. Efficacy and safety of monoclonal antibody to human tumor necrosis factor α in patients with sepsis syndrome: a randomized, controlled, double-blind, multicenter clinical trial. JAMA 1995;273:934–41.

[31] Carlet J, Cohen J, Andersson J, et al. INTERSEPT: an international efficacy and safety study of monoclonal antibody to human tumor necrosis factor (hTNF) in patients with the sepsis syndrome. In: Proceedings of the Program and Abstracts of the 34th Interscience Conference on Anti-microbial Agents and Chemotherapy. American Society for Microbiology. Orlando, FL, 1994.

[32] Institute NC. Guidelines for reporting of adverse drug reactions. Bethesda (MD): Division of Cancer Treatment, National Cancer Institute, 1998.

[33] Durie BGM, Salmon SE. A clinical staging system for multiple myeloma: correlation of measured myeloma cell mass with presenting features, response to treatment, and survival. Cancer 1975;36:842.

[34] Alldred A. Etanercept in rheumatoid arthritis. Exp Opin Pharmacother 2001;2:1137–48.

[35] Feldmann M, Maini RN. Anti-TNFα therapy of rheumatoid arthritis: what we have learned? Ann Rev Immunol 2001;19:163–96.

[36] Eason JD, Pascual M, Wee S, et al. Evaluation of recombinant human soluble dimeric tumor necrosis factor receptor for prevention of OKT3-associated acute clinical syndrome. Transplantation 1996;61:224–8.

[37] Neben K, Mytilineos J, Moehler TM, et al. Genetic polymorphism in the tumor necrosis factor-α locus influences the outcome to thalidomide therapy in relapsed and refractory multiple myeloma, vol. 98. Blood. Orlando: ASH, 2001.

[38] Sivaraman S, Deshpande G, Tao M, et al. Effect of in vitro administration of TNF receptor fusion protein (TNFR:Fc) on the biological characteristics of AML cells, vol. 96. Blood. San Francisco (CA): ASH, 2000.

[39] Raza A, Dutt D, Lisak L, et al. Combination of thalidomide and Enbrel for the treatment of patients with myelodysplastic Syndromes, vol. 96. Blood. Orlando: ASH, 2001.

[40] Steensma DP, Mesa RA, Li CY, et al. Etanercept palliates constitutional symptoms in myelofibrosis with myeloid metaplasia: Results of a Pilot Study, vol. 96, Blood. Orlando: ASH. 2001.

[41] Tsimberidou AM, Thomas DA, O'Brien S, et al. Recombinant human soluble tumor necrosis factor receptor (p75) fusion protein (TNFR:Fc; Enbrel) in patients with refractory hematological malignancies, vol. 98. Orlando: ASH, 2001.

CELPOM00000242

# EXHIBIT 1

CELPOM00000243

18397

Continued from previous page

evaluable patients who were given the 27 mg/m² dose after the first cycle, Dr. Wang said.

The trial is ongoing at the higher dose, with a target accrual of 269 patients with relapsed and refractory myeloma and a goal of accelerated approval for carfilzomib, Dr. Siegel added.

### Carfilzomib With Len/Dex

The phase IB PX-171-006 dose-escalation trial explored the hypothesis that adding carfilzomib to the Len/Dex regimen would result in activity superior to that previously achieved in relapsed and refractory patients who were given bortezomib with Len/Dex.

Dr. Ruben Niesvizky, clinical director of the multiple myeloma service at

New York–Weill Cornell Medical Center, New York, reported on 32 patients (median age, 60 years) who had one to three prior treatments, including bortezomib in 72% and immunomodulatory agents in 87.5%.

Efficacy results on 29 patients showed an overall response rate of 59% (six CR or near CR, five VGPR, and six PR).

In addition, four patients had minimal responses and six had stable disease, bringing the disease control rate to 93%.

Not only was administration for more than 16 months possible, but responses improved with prolonged treatment, according to Dr. Niesvizky, also of New York–Weill Cornell Medical Center.

The trial is ongoing, with an expansion cohort of 30 patients to receive the higher carfilzomib dose and a full

25-mg lenalidomide dose, Dr. Niesvizky commented.

A randomized, multinational phase III trial is also opening in 2010 with a

target accrual of 700 patients who have relapsed after one to three prior therapies. It will compare carfilzomib plus Len/Dex vs. Len/Dex alone. ■

**Comment**

Pomalidomide was among the promising new agents at the ASH meeting, Dr. Richardson and Dr. Lacy presented exciting data that this more potent immunomodulatory drug can achieve responses in relapsed and refractory myeloma that is refractory to lenalidomide and bortezomib. Moreover, the side effect profile shows that it is well tolerated.

Carfilzomib, the novel proteasome inhibitor, is another new drug of interest. The monotherapy trial presented by Dr. Wang and

Dr. Siegel achieved response rates of 46% in patients with relapsed myeloma who have not had bortezomib, and 18% in those who have had bortezomib. The side effect profile was very favorable, with a very low rate of neuropathy. We eagerly await more data on the response rate in patients who have bortezomib-refractory myeloma, as well as data from Dr. Niesvizky on the combination of carfilzomib with lenalidomide and dexamethasone.

—Kenneth C. Anderson, M.D.

# Pomalidomide Picks Up Where Both Earlier IMiDs Stop Working

BY JANE SALODOF MacNEIL

NEW ORLEANS — Pomalidomide, a novel third-generation immunomodulatory agent in early trials, is drawing responses in patients with relapsed and refractory multiple myeloma that has progressed when treated with its predecessors, lenalidomide and thalidomide.

"Structurally, it is very similar to lenalidomide and thalidomide, but small differences in structure mean very important differences in terms of side effect profile, efficacy, and potency," Dr. Martha Q. Lacy of the Mayo



Neutropenia should be more manageable in the next phase, as growth factor support will be allowed.

Dr. Richardson

Clinic in Rochester, Minn., told attendees at the American Society of Hematology annual meeting.

"One can argue that it is perhaps the best of both," said Dr. Paul Richardson of the Dana-Farber Cancer Institute in Boston.

The two investigators presented slightly different trials but reported similar results, with response rates of 50% or better in heavily pretreated populations. Neutropenia was the leading side effect in both studies, and combination therapy with low-dose dexamethasone was active in patients who had stopped responding to that drug as well.

The studies followed an earlier trial

for which Dr. Lacy and colleagues reported an overall response rate of 63% to pomalidomide plus dexamethasone in 60 patients who had relapsed after one to three prior myeloma regimens (J. Clin. Oncol. 2009;27:5008-14).

### Monotherapy and Combination Tested

Dr. Richardson reported on the dose-finding portion of a phase I/II trial testing pomalidomide alone and in combination with dexamethasone. All 32 patients (mean age 67 years) in phase I had prior lenalidomide, bortezomib, and dexamethasone; 78% had prior thalidomide, and 59% had undergone stem cell transplant.

The full population started on pomalidomide monotherapy. Low-dose dexamethasone was later added at clinician discretion for 15 patients (47%) who did not respond or had disease progression.

All told, Dr. Richardson reported that one patient with a complete response (CR) was among 7 of 25 evaluable patients (28%) who had a partial response (PR) or better, and 13 (52%) who had at least a minimal response (MR).

In the group given combination therapy, response improved in 8 patients (53%) after dexamethasone was added; durability of response also increased from 13.5 to 16.9 weeks.

Investigators determined the maximum tolerated dose to be 4 mg daily on the first 21 days of 28-day cycles.

Grade 3/4 neutropenia was the dose-limiting toxicity, occurring in four patients at a 5-mg dose. Along with fatigue, neutropenia was the most common adverse event, occurring in almost a third of patients. One case of

**VITALS**

**Major Finding:** Investigational third-generation IMiD is active in patients who no longer respond to lenalidomide, thalidomide, or other agents for multiple myeloma.

**Data Source:** 66 patients in small phase I and II trials.

**Disclosures:** Celgene Corp. sponsored the studies. Dr. Richardson disclosed membership on advisory boards of Celgene, Millennium Pharmaceuticals Inc., and Johnson & Johnson. His coinvestigators included employees of Celgene. Dr. Lacy said she had no financial disclosures, but some coinvestigators said they had received honoraria from Celgene.

peripheral neuropathy and two cases of venous thromboembolism were observed.

The only deaths in the study resulted from myeloma, Dr. Richardson said; none was treatment related.

The phase II portion of the trial is currently accruing toward a goal of 200 patients in 2010. The hope is that a robust response in a population this size could lead to accelerated approval of pomalidomide, Dr. Richardson said.

He also expressed optimism that neutropenia would prove less of a problem than in phase I, as the use of a growth factor was not permitted in the first part.

"Going forward in phase II, growth factor will be allowed, so we think this neutropenia will be manageable," he said.

### Pomalidomide Plus Low-Dose Dexamethasone

Dr. Lacy reported on a new phase II trial of pomalidomide with low-dose dexamethasone in 34 resistant and refractory patients (median age 61.5

years) who were previously treated with lenalidomide.

This regimen started at 2 mg of pomalidomide daily throughout two 28-day cycles, along with daily aspirin (325 mg) and 40 mg of dexamethasone on days 1, 8, 15, and 21. After two cycles, the pomalidomide dose could be increased to 4 mg if patients had no response or progressed.

In addition to all patients having previous exposure to lenalidomide, 19 patients had prior thalidomide and 20 had prior bortezomib; 23 patients had stem cell transplants.

At a mean follow-up of 6 months, 28 patients (82%) were still alive, with no progression seen in 16 patients. The confirmed response rate was 32%, including 1 CR and 10 very good partial responses. Another 6 patients had minimal responses, and 11 had stable disease.

Among the responders were five patients with previous exposure to thalidomide and six to bortezomib. Four of 14 high-risk patients had partial responses.

Dr. Lacy noted that the investigators were encouraged to see that progression-free survival and overall survival curves were similar for high-risk and standard-risk patients in early data from the trial.

Toxicity was manageable, she said, with the leading event being grade 3/4 neutropenia in nine patients.

No deep vein thrombosis was seen, and although eight patients had grade 1/2 neuropathy, it had been seen at baseline in five cases. ■

HEMATOLOGIC MALIGNANCIES

# EXHIBIT 2

CELPOM00000245

# Access

To read this article in full you may need to log in, make a payment or gain access through a site license (see right).

# Original Article

*Leukemia* , (9 September 2010) | doi:10.1038/leu.2010.190

## Pomalidomide (CC4047) plus low dose dexamethasone (Pom/dex) is active and well tolerated in lenalidomide refractory multiple myeloma (MM)

M Q Lacy, S R Hayman, M A Gertz, K D Short, A Dispenzieri, S Kumar, P R Greipp, J A Lust, S J Russell, D Dingli, S Zeldenrust, R Fonseca, P L Bergsagel, V Roy, J R Mikhael, A K Stewart, K Laumann, J B Allred, S J Mandrekar, S V Rajkumar and F Buadi

**Patients with multiple myeloma progressing on current therapies have limited treatment options. Pomalidomide (CC4047), an immunomodulatory drug, has significant activity in relapsed myeloma and previous studies suggest activity in lenalidomide refractory disease. To better define its efficacy in this group, we treated a cohort of lenalidomide refractory patients. Pomalidomide was given orally (2 mg) daily, continuously in 28-day cycles along with dexamethasone (40 mg) given weekly. Responses were assessed by the International Myeloma Working Group Criteria. Thirty-four patients were enrolled. The best response was very good partial response in 3 (9%), partial response (PR) in 8 (23%), best responses (MR) in 5 (15%), stable disease in 12 (35%) and progressive disease in 6 (18%), for an overall response rate of 47%. Of the 14 patients that were considered high risk, 8 (57%) had responses including 4 PR and 4 MR. The median time to response was 2 months and response duration was 9.1 months, respectively. The median overall survival was 13.9 months. Toxicity was primarily hematologic, with grade 3 or 4 toxicity seen in 18 patients (53%) consisting of anemia (12%), thrombocytopenia (9%) and neutropenia (26%). The combination of pomalidomide and dexamethasone (Pom/dex) is highly active and well tolerated in patients with lenalidomide-refractory myeloma.**

To read this article in full you may need to log in, make a payment or gain access through a site license (see right).

### ARTICLE TOOLS

Send to a friend

Export citation

Rights and permissions

Order commercial reprints

Bookmark in Connotea

### SEARCH PUBMED FOR

M Q Lacy

S R Hayman

M A Gertz

K D Short

A Dispenzieri

S Kumar

more authors of this article

*Leukemia*     ISSN 0887-6924     EISSN 1476-5551

About NPG
Contact NPG
RSS web feeds
Help

Privacy policy
Legal notice
Accessibility statement
Terms

Nature News
Naturejobs
Nature Asia
Nature Education

© 2010 Nature Publishing Group, a division of Macmillan Publishers Limited. All Rights Reserved.
partner of AGORA, HINARI, OARE, INASP, CrossRef and COUNTER

CELPOM00000246

# EXHIBIT 3

CELPOM00000247

The ASCO Cancer Foundation • Cancer.Net • Journal of Clinical Oncology • Journal of Oncology Practice

ASCO University • Quality Oncology Practice Initiative (QOPI)



**ASCO**

American Society of Clinical Oncology

*Making a world of difference in cancer care*

# 2010 ASCO
# Annual Meeting Abstracts

Annual '10 Meeting

- Home 2010 Abstracts
- Search Abstracts
- Express Print Abstracts
- Browse Abstracts
- Back to ASCO.org

## Activity of pomalidomide plus dexamethasone (Pom/dex) in dual lenalidomide/bortezomib refractory multiple myeloma (MM).

Sub-category: Multiple Myeloma

**Abstract Types**

Category: Lymphoma and Plasma Cell Disorders

Meeting: 2010 ASCO Annual Meeting

CRA
Clinical Review Abstract

Citation: J Clin Oncol 28:7s, 2010 (suppl; abstr 8002)

LBA
Late-Breaking Abstract

Abstract No: 8002



Attend this session at the ASCO Annual Meeting!    **ASCO** Annual '10 Meeting

**Session:** Novel Therapies for Myeloma

**Type:** Clinical Science Symposium

**Time:** Saturday June 5, 4:30 PM to 6:00 PM

**Location:** E354a

*Personalize your Annual Meeting experience with a suggested or customized itinerary!*  

CELPOM00000248

TPS
Trials in Progress

e
Publish Only

^
Abstracts that were
granted an exception
in accordance with
ASCO's Conflict of
Interest Policy

Author(s): M. Lacy, M. A. Gertz, S. R. Hayman, A. Dispenzieri, S. Kumar, J. Mikhael, A. K. Stewart, J. Allred, S. J. Mandrekar, S. V. Rajkumar; Mayo Clinic, Rochester, MN; Mayo Clinic, Scottsdale, AZ

Abstract:

**Background:** Patients with MM who have progressed after multiple novel agents have limited treatment options. Pomalidomide (CC4047) is the newest immunomodulatory (IMiD) agent. Pom/dex has demonstrated response rates ($\geq$PR) of 63% in relapsed MM (JCO 2009, 27:5008-5014) and 32% in a lenalidomide-refractory cohort (ASH 2009). The efficacy of pomalidomide in patients who have failed both lenalidomide and bortezomib is unknown and this study was designed to study this question. **Methods:** Patients refractory to both lenalidomide and bortezomib therapy; defined as relapsing on or within 60 days of stopping each regimen, were enrolled. Pomalidomide was given orally 2 mg daily on days 1-28 of a 28-day cycle with oral dexamethasone given 40 mg daily on days 1, 8, 15 and 22. Response was assessed by the International Myeloma Working Group Uniform Response criteria. All patients received aspirin 325 mg daily for DVT prophylaxis. **Results:** 35 patients resistant/refractory to lenalidomide and bortezomib were enrolled. The median age was 62 years (range, 39-77). The median time from diagnosis to enrollment was 63 months (range 27-249). 14 patients had high risk molecular markers including loss of 17p (N=5), t(4;14) (N=4) and plasma cell labeling index $\geq$3% (N=8) The median number of prior regimens was 6 ( 3-9) including 81% with $\geq$5 prior regimens. Toxicity consisted primarily of myelosuppression: grade 3/4 neutropenia (29%); grade 3/4 thrombocytopenia (3%); and grade 3/4 anemia (9.6%). Grade 3/4 non-hematologic toxicities occurred in 16%: pneumonitis (3%), hyperglycemia (3%), renal failure (3%), fatigue(3%) thrombosis (3%). Grade 1 or 2 neuropathy occurred in 6% (3% grade 1; 3% grade 2). Best responses consist of VGPR 3 pts (9%), PR 8 pts (23%), and MR 5 pts (14%) (ORR 46%). With a median follow-up of 2.7 months, 77% remain progression free, and 94% remain alive. **Conclusions:** Pom/dex is active and well tolerated in this heavily pre-treated population of dual bortezomib/lenalidomide-refractory MM patients. The majority of patients have not progressed and objective responses are seen in 49%. This study confirms therapeutic benefit for Pom/dex in patients relapsing after other novel therapies.

Abstract Disclosures

Annual Meeting Planning Committee Disclosures

‣ Other Abstracts in this Sub-Category:

CELPOM00000249