# EXHIBIT A - PART 4 OF 7

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 11667298 |
| **Application Number:** | 12229074 |
| **International Application Number:** | |
| **Confirmation Number:** | 7450 |
| **Title of Invention:** | Methods for treating multiple myeloma using 4-(amino)-2-(2,6-dioxo(3-piperidyl))-isoindoline-1,3dione |
| **First Named Inventor/Applicant Name:** | Jerome B. Zeldis |
| **Customer Number:** | 84802 |
| **Filer:** | Yeahsil Moon/Rochelle Flowers |
| **Filer Authorized By:** | Yeahsil Moon |
| **Attorney Docket Number:** | 9516-773-999 |
| **Receipt Date:** | 20-DEC-2011 |
| **Filing Date:** | 19-AUG-2008 |
| **Time Stamp:** | 16:22:25 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $560 |
| RAM confirmation Number | 3870 |
| Deposit Account | 503013 |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees) | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees) | |

CELPOM00000330

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.20 (Post Issuance fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Amendment/Req. Reconsideration-After Non-Final Reject | Amendment_and_Response. pdf | 461495<br>42f8ba81abff21800c25ef656a8ad8c8daa7dbce | no | 11 |

**Warnings:**

The page size in the PDF is too large. The pages should be 8.5 x 11 or A4. If this PDF is submitted, the pages will be resized upon entry into the Image File Wrapper and may affect subsequent processing

**Information:**

| 2 | Rule 130, 131 or 132 Affidavits | Exhibit_1_Schey_Expert_Opinion_2011.pdf | 812037<br>73f4cd37da6b64fc0e2b80a4f0877df98164 5c51 | no | 11 |

**Warnings:**

The page size in the PDF is too large. The pages should be 8.5 x 11 or A4. If this PDF is submitted, the pages will be resized upon entry into the Image File Wrapper and may affect subsequent processing

**Information:**

| 3 | Rule 130, 131 or 132 Affidavits | Exhibit_2_Lacy_Blood_2011. pdf | 529534<br>ae5776a3993c7fee5b05b01ffcf9f0b26868b 5ed | no | 7 |

**Warnings:**

The page size in the PDF is too large. The pages should be 8.5 x 11 or A4. If this PDF is submitted, the pages will be resized upon entry into the Image File Wrapper and may affect subsequent processing

**Information:**

| 4 | Extension of Time | EOT.pdf | 29422<br>11c4fc158d3cb9af79e9952e78bc1daec920 f909 | no | 1 |

**Warnings:**

The page size in the PDF is too large. The pages should be 8.5 x 11 or A4. If this PDF is submitted, the pages will be resized upon entry into the Image File Wrapper and may affect subsequent processing

**Information:**

| 5 | Fee Worksheet (SB06) | fee-info.pdf | 30261<br>13d948bee90c9adb96b392561b9b41cbd3 282cef | no | 2 |

**Warnings:**

**Information:**

| **Total Files Size (in bytes):** | | | 1862749 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

CELPOM00000332

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>12/229,074 | Filing Date<br>08/19/2008 | ☐ To be Mailed |
|---|---|---|---|

## APPLICATION AS FILED – PART I

| | | | SMALL ENTITY ☐ | OR | OTHER THAN<br>SMALL ENTITY |
|---|---|---|---|---|---|

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
|---|---|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | | | | | SMALL ENTITY | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|

| AMENDMENT | 12/20/2011 | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * 11 | Minus ** 35 | = 0 | X $ = | | X $60= | 0 |
| | Independent (37 CFR 1.16(h)) | * 1 | Minus ***2 | = 0 | X $ = | | X $250= | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | 0 |

| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | X $ = | | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | X $ = | | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/CHERYL CLARK/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CELPOM00000333

Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Pᴀᴛᴇɴᴛ ᴀɴᴅ Tʀᴀᴅᴇᴍᴀʀᴋ Oꜰꜰɪᴄᴇ

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/229,074 | 08/19/2008 | Jerome B. Zeldis | 9516-773-999 | 7450 |

84802          7590          03/06/2012
JONES DAY for Celgene Corporation
222 E. 41ST. STREET
NEW YORK, NY 10017

| EXAMINER |
|---|
| SIMMONS, CHRIS E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1612 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 03/06/2012 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

CELPOM00000334

| ***Applicant-Initiated Interview Summary*** | Application No. | Applicant(s) |
|---|---|---|
| | 12/229,074 | ZELDIS, JEROME  B. |
| | Examiner | Art Unit | |
| | CHRIS SIMMONS | 1612 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) *CHRIS SIMMONS*.                         (3) *YEAH SIL-MOON*.

(2) *FREDERICK KRASS*.                    (4) *DONNA ROBERTSON-CHOW*.

Date of Interview: <u>01 March 2012</u>.

Type:    ☒ Telephonic    ☐ Video Conference
         ☐ Personal [copy given to:  ☐ applicant    ☐ applicant's representative]

Exhibit shown or demonstration conducted:   ☐ Yes   ☒ No.
   If Yes, brief description: _____.

Issues Discussed   ☐101  ☐112  ☐102  ☒103  ☒Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: <u>al</u> .

Identification of prior art discussed: <u>of record</u>.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

<u>Discussed potential allowabilty of claims if independent claims are amended to incorporate the limitations of claim 1 of U.S. Pat 7,968,569.  Particularly the cyclical admininration of the current amounts of the compound.for 21 consecutive days.followed by 7 consecutive days of rest from administration of the compound in a 28 day cycle in combination with 40 mg of dexamethasone.</u>  .

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview

**Examiner recordation instructions**: Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☐ Attachment

| /CHRIS  SIMMONS/ | /Frederick  Krass/ |
|---|---|
| Examiner, Art Unit 1612 | Supervisory Patent Examiner, Art Unit 1612 |

CELPOM00000335

## Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**

A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

### Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews
Paragraph (b)

In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant.  An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

37 CFR §1.2  Business to be transacted in writing.

All business with the Patent or Trademark Office should be transacted in writing.  The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary.  The action of the Patent and Trademark Office will be based exclusively on the written record in the Office.  No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

———

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so.  It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks.  Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below.  Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper.  In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview.  In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication.  If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
– Application Number (Series Code and Serial Number)
– Name of applicant
– Name of examiner
– Date of interview
– Type of interview (telephonic, video-conference, or personal)
– Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
– An indication whether or not an exhibit was shown or a demonstration conducted
– An identification of the specific prior art discussed
– An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable).  Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
– The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
(The identification of arguments need not be lengthy or elaborate.  A verbatim or highly detailed description of the arguments is not required.  The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file.  Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.
Examiners are expected to carefully review the applicant's record of the substance of an interview.  If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

### Examiner to Check for Accuracy

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her.  If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

CELPOM00000336

ELECTRONIC FILING

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Application of:  Jerome B. Zeldis               Confirmation No.:  7450

Serial No.:  12/229,074                         Group Art Unit:  1612

Filed:  August 19, 2008                         Examiner:  Simmons, Chris E.

For:  METHOD FOR TREATING            Attorney Docket No.:  9516-773-999
MULTIPLE MYELOMA USING 4-                   (CAM:  501872-999773)
(AMINO)-2-(2,6-DIOXO(3-PIPERIDYL))-
ISOINDOLINE-1,3-DIONE (as amended)

### RESPONSE AND STATEMENT OF INTERVIEW SUMMARY

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Further to Response filed on December 20, 2011 responding to Office Action dated August 9, 2011, Examiner interview held on March 1, 2012, and in response to Interview Summary dated March 6, 2012, Applicant submits the following amendment and remarks for the consideration by the Examiner and entry into the record of the above-captioned application.

Amendments to the Claims are reflected in the listing of the claims that begins on page 2 of this paper.

Remarks begin on page 6 of this paper.

NYI-4435795v1

1

CELPOM00000337

**Amendments to the Claims**

This listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of the Claims:**

Claims 1-60. (canceled)

61. (new)  A method of treating multiple myeloma, which comprises administering to a patient having multiple myeloma: (a) from about 1 mg to about 4 mg per day of a compound 4-(amino)-2-(2,6-dioxo(3-piperidyl))-isoindoline-1,3-dione having the formula:



,

or a pharmaceutically acceptable salt, solvate or stereoisomer thereof for 21 consecutive days followed by seven consecutive days of rest from administration of said compound in a 28 day cycle, and (b) 40 mg of dexamethasone.

62. (new)  The method of claim 61, wherein the multiple myeloma is relapsed and refractory multiple myeloma.

63. (new)  The method of claim 61, wherein the multiple myeloma is newly diagnosed multiple myeloma.

64. (new)  The method of claim 61, wherein the multiple myeloma is refractory multiple myeloma.

65. (new)  The method of claim 61, wherein the multiple myeloma is relapsed multiple myeloma.

66. (new)  The method of claim 61, wherein the patient has received previous therapy.

67. (new)  The method of claim 61, wherein the patient has demonstrated disease progression on previous therapy.

68. (new)  The method of claim 61, wherein the patient has received previous therapy and has demonstrated disease progression on previous therapy.

69. (new)  The method of claim 61, wherein the patient has previously received 3-(4-amino-1-oxo-1,3-dihydro-isoindol-2-yl)-piperidine-2,6-dione and a proteasome inhibitor.

70. (new)  The method of claim 66, 67 or 68, wherein the previous therapy is

NYI-4435795v1

2

CELPOM00000338

treatment with thalidomide, 3-(4-amino-1-oxo-1,3-dihydro-isoindol-2-yl)-piperidine-2,6-dione, a proteasome inhibitor, stem cell transplantation, or a combination thereof.

71. (new)  The method of claim 61, wherein the compound is administered in an amount of about 4 mg per day.

72. (new)  The method of claim 61, wherein the compound is administered in an amount of about 3 mg per day.

73. (new)  The method of claim 61, wherein the compound is administered in an amount of about 2 mg per day.

74. (new)  The method of claim 61, wherein the compound is administered in an amount of about 1 mg per day.

75. (new)  The method of claim 61, where the dexamethasone is orally administered in an amount of 40 mg once daily on days 1, 8, 15 and 22 of each 28 day cycle.

76. (new)  The method of claim 61, wherein the dexamethasone is orally administered in an amount of about 40 mg once a week of each 28 day cycle.

77. (new)  The method of claim 61, wherein the compound is administered in a capsule.

78. (new)  The method of claim 61, wherein the compound is administered in a tablet.

79. (new)  The method of claim 61, wherein the compound is administered orally in a capsule of 1 mg, 2 mg, 3 mg, or 4 mg.

80. (new)  The method of claim 79, wherein the capsule comprises the compound, mannitol and pre-gelatinized starch.

81. (new)  A method of treating relapsed and refractory multiple myeloma, which comprises:

(1) administering to a patient having multiple myeloma (a) about 1 mg to about 4 mg per day of a compound 4-(amino)-2-(2,6-dioxo(3-piperidyl))-isoindoline-1,3-dione having the formula:



for 21 consecutive days followed by seven consecutive days of rest from administration of said compound in a 28 day cycle, and (b) 40 mg of dexamethasone; and

CELPOM00000339

(2) wherein the patient has received previous therapy with 3-(4-amino-1-oxo-1,3-dihydro-isoindol-2-yl)-piperidine-2,6-dione and a proteasome inhibitor.

82. (new)  A method of treating relapsed and refractory multiple myeloma, which comprises:

(1) administering to a patient having multiple myeloma (a) about 1 mg to about 4 mg per day of a compound 4-(amino)-2-(2,6-dioxo(3-piperidyl))-isoindoline-1,3-dione having the formula:



for 21 consecutive days followed by seven consecutive days of rest from administration of said compound in a 28 day cycle, and (b) 40 mg of dexamethasone; and

(2) wherein the patient has received previous therapy with 3-(4-amino-1-oxo-1,3-dihydro-isoindol-2-yl)-piperidine-2,6-dione and a proteasome inhibitor, and the patient has demonstrated disease progression on previous therapy.

83. (new)  A method of treating multiple myeloma, which comprises administering to a patient having multiple myeloma: (a) from about 1 mg to about 4 mg per day of a compound 4-(amino)-2-(2,6-dioxo(3-piperidyl))-isoindoline-1,3-dione having the formula:



for 21 consecutive days followed by seven consecutive days of rest from administration of said compound in a 28 day cycle, and (b) 40 mg of dexamethasone on at least one of days 1-21 of said cycle.

84. (new)  The method of claim 81, 82 or 83, wherein the compound is administered in an amount of about 4 mg per day.

85.  The method of claim 81, 82 or 83, wherein the compound is administered in an amount of about 3 mg per day.

86.  The method of claim 81, 82 or 83, wherein the compound is administered in an amount of about 2 mg per day.

CELPOM00000340

87.  The method of claim 81, 82 or 83, wherein the compound is administered in an amount of about 1 mg per day.

88.  (new)  The method of claim 81, 82 or 83, wherein the dexamethasone is administered once daily on days 1, 8, 15 and 22 in a 28 day cycle.

89.  (new)  The method of claim 81, 82 or 83, wherein the compound is administered in a capsule of 1 mg, 2 mg, 3 mg, or 4 mg.

90.  (new)  The method of claim 89, wherein the capsule comprises the compound, mannitol and pre-gelatinized starch.

91.  (new)  The method of claim 61, where the compound is a pharmaceutically acceptable salt, solvate or stereoisomer.

92.  (new)  The method of claim 83, where the multiple myeloma is relapsed and refractory multiple myeloma.

CELPOM00000341

## REMARKS

I.   **Applicant's Statement of the Substance of Interview and
     <u>Response to the Examiner's Interview Summary of Record</u>**

A telephonic interview with Supervisory Patent Examiner Frederick Krass, Patent Examiner Chris E. Simmons, Dr. Donna Robertson-Chow (Celgene Corporation, the assignee of this application), and Yeah-Sil Moon (attorney for Applicant), was held on March 1, 2012.  Applicant appreciates the Examiner interview.

During the interview, the Examiners and attorney for Applicant discussed allowability of the claims and the amendment to the claims.

The Examiners stated that the claims would be allowed if independent claims are amended to incorporate the cyclic administration of the current amounts of the compound for 21 consecutive days followed by seven consecutive days of rest from administration of the compound in a 28 day cycle in combination with 40 mg of dexamethasone.  *See Interview Summary.*

Without acquiescing to the merits of the rejections and solely to promote allowance of this case, Applicant amended the claims as suggested by the Examiners.

Applicant respectfully points out that the Office Action dated August 9, 2011 withdrew all the double patenting rejections and only maintained rejections under 35 U.S.C. § 103(a).  (Pages 2-7 of the Office Action).  In the December 20, 2011 Response, Applicant submitted the arguments as to the differences of the claimed invention from the cited references, and unexpected results that are sufficient to rebut any presumption of obviousness cited in the Office Action.  In view of the Response and the present amendment, Applicant respectfully requests that the rejections under 35 U.S.C. §103 be withdrawn.

II.   <u>**Conclusion**</u>

In view of the foregoing, all the rejections are moot and the case should proceed to allowance.  Entry of the above amendment and remarks, and allowance of the pending claims are respectfully requested.  Please charge any required fees to Jones Day Deposit Account No. 50-3013.

CELPOM00000342

Respectfully submitted,

Date:    March 15, 2012

Yeah-Sil Moon  (Reg. No. 52,042)
For Anthony M. Insogna  (Reg. No. 35,203)
**JONES DAY**
222 East 41st Street
New York, NY 10017
Tel. (212) 326-3778

CELPOM00000343

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 12312253 |
| **Application Number:** | 12229074 |
| **International Application Number:** | |
| **Confirmation Number:** | 7450 |
| **Title of Invention:** | Methods for treating multiple myeloma using 4-(amino)-2-(2,6-dioxo(3-piperidyl))-isoindoline-1,3dione |
| **First Named Inventor/Applicant Name:** | Jerome B. Zeldis |
| **Customer Number:** | 84802 |
| **Filer:** | Yeahsil Moon/Rochelle Flowers |
| **Filer Authorized By:** | Yeahsil Moon |
| **Attorney Docket Number:** | 9516-773-999 |
| **Receipt Date:** | 15-MAR-2012 |
| **Filing Date:** | 19-AUG-2008 |
| **Time Stamp:** | 13:44:03 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Applicant summary of interview with examiner | Response_and_Statement_of_Interview_Summary.pdf | 229307 bc0124d78367f07f0cdf3963d2ee2f041e9ebcf3 | no | 7 |

Warnings:

CELPOM00000344

The page size in the PDF is too large. The pages should be 8.5 x 11 or A4. If this PDF is submitted, the pages will be resized upon entry into the Image File Wrapper and may affect subsequent processing

**Information:**

| Total Files Size (in bytes): | 229307 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

CELPOM00000345

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 12/229,074 | Filing Date 08/19/2008 | ☐ To be Mailed |
|---|---|---|---|

### APPLICATION AS FILED – PART I

| | | | SMALL ENTITY ☐ | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|
| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | X $ = | OR |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | TOTAL | |

### APPLICATION AS AMENDED – PART II

| | | | | | SMALL ENTITY | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| | **03/15/2012** | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
| AMENDMENT | Total (37 CFR 1.16(i)) | * 47 | Minus ** 35 | = 12 | X $ = | | OR X $60= | 720 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus *** 3 | = 0 | X $ = | | OR X $250= | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | **720** |

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| AMENDMENT | Total (37 CFR 1.16(i)) | * | Minus ** | = | X $ = | | OR X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | X $ = | | OR X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.

** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".

*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/MARISSA BLYTHER/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CELPOM00000346

Document code: WFEE

United States Patent and Trademark Office
Sales Receipt for Accounting Date: 03/27/2012

MBLYTHER    SALE  #00000001    Mailroom Dt: 03/15/2012    503013   12229074
                  01    FC : 1203                450.00 DA
                  02    FC : 1202                720.00 DA

CELPOM00000347



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 84802 | 7590 | 04/09/2012 |
|---|---|---|

JONES DAY for Celgene Corporation
222 E. 41ST. STREET
NEW YORK, NY 10017

| EXAMINER |
|---|
| SIMMONS, CHRIS E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1612 | |

DATE MAILED: 04/09/2012

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/229,074 | 08/19/2008 | Jerome B. Zeldis | 9516-773-999 | 7450 |

TITLE OF INVENTION: METHODS FOR TREATING MULTIPLE MYELOMA USING 4-(AMINO)-2-(2,6-DIOXO(3-PIPERIDYL))-ISOINDOLINE-1,3DIONE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1740 | $300 | $0 | $2040 | 07/09/2012 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85 (Rev. 02/11)

CELPOM00000348

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to: Mail**  Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or Fax** (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

84802     7590     04/09/2012
JONES DAY for Celgene Corporation
222 E. 41ST. STREET
NEW YORK, NY 10017

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/229,074 | 08/19/2008 | Jerome B. Zeldis | 9516-773-999 | 7450 |

TITLE OF INVENTION: METHODS FOR TREATING MULTIPLE MYELOMA USING 4-(AMINO)-2-(2,6-DIOXO(3-PIPERIDYL))-ISOINDOLINE-1,3DIONE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1740 | $300 | $0 | $2040 | 07/09/2012 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| SIMMONS, CHRIS E | 1612 | 514-058000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                     (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent): ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. The following fee(s) are submitted:
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (**Please first reapply any previously paid issue fee shown above**)
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.
☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____     Date _____

Typed or printed name _____     Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 02/11) Approved for use through 08/31/2013.     OMB 0651-0033     U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

CELPOM00000349



U<small>NITED</small> S<small>TATES</small> P<small>ATENT AND</small> T<small>RADEMARK</small> O<small>FFICE</small>

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/229,074 | 08/19/2008 | Jerome B. Zeldis | 9516-773-999 | 7450 |

84802     7590     04/09/2012

JONES DAY for Celgene Corporation
222 E. 41ST. STREET
NEW YORK, NY 10017

| EXAMINER |
|---|
| SIMMONS, CHRIS E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1612 | |

DATE MAILED: 04/09/2012

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 139 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 139 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

CELPOM00000350

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| *Notice of Allowability* | Application No. | Applicant(s) | |
|---|---|---|---|
| | 12/229,074 | ZELDIS, JEROME B. | |
| | Examiner | Art Unit | |
| | CHRIS SIMMONS | 1612 | |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the amendment filed on 03/15/2012.*

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *61-68, 70-80 and 83-92.*

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
　　　a) ☐ All　　b) ☐ Some*　c) ☐ None　of the:
　　　　　1. ☐ Certified copies of the priority documents have been received.
　　　　　2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
　　　　　3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
　　　* Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

6. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
　　　(a) ☐ including changes required by the Notice of Draftperson's Patent Drawing Review ( PTO-948) attached
　　　　　1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .
　　　(b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
　　　　　Paper No./Mail Date _____ .

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

7. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)　　　　　　　　　　5. ☐ Notice of Informal Patent Application

2. ☐ Notice of Draftperson's Patent Drawing Review (PTO-948)　　6. ☐ Interview Summary (PTO-413),
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paper No./Mail Date _____ .

3. ☒ Information Disclosure Statements (PTO/SB/08),　　　　　7. ☒ Examiner's Amendment/Comment
　　　Paper No./Mail Date 12/23/2010

4. ☐ Examiner's Comment Regarding Requirement for Deposit　　8. ☐ Examiner's Statement of Reasons for Allowance
　　　of Biological Material

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　9. ☐ Other _____ .

| /CHRIS SIMMONS/ | /Frederick Krass/ |
|---|---|
| Examiner, Art Unit 1612 | Supervisory Patent Examiner, Art Unit 1612 |

CELPOM00000352

Application/Control Number: 12/229,074                                    Page 2
Art Unit: 1612

## Examiner's Amendment

An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview with Yeah-Sil Moon on 03/21/12.

The following changes have been made:

1) Claim 61, second line and claim 83, second line, in each instance "4" has been changed to --- 5 ----

2) Claim 61, third line, and claim 83, third line, in each instance "4-(amino)-2-(2,6-dioxo(3-piperidyl))-isoindoline-1,3-dione --- has been deleted.

3) Claim 70, "67 or 68," has been deleted.

4) Claims 69, 81 and 82 have been canceled without prejudice thereto.

5) Claims 84-89, first line of each claim, in each instance "81, 82 or" has been deleted.

CELPOM00000353

Application/Control Number: 12/229,074                                        Page 3
Art Unit: 1612

## Correspondence

Any inquiry concerning this communication or earlier communications from the examiner should be directed to CHRIS SIMMONS whose telephone number is (571)272-9065. The examiner can normally be reached on Monday - Friday from 7:30 - 5:00 PM EST.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Frederick Krass can be reached on (571) 272-0580. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/CHRIS SIMMONS/
Examiner, Art Unit 1612

Application/Control Number: 12/229,074                                    Page 4
Art Unit: 1612

/Frederick  Krass/
Supervisory Patent Examiner, Art Unit 1612

CELPOM00000355

## Issue Classification

| | |
|---|---|
| **Application/Control No.** | **Applicant(s)/Patent Under Reexamination** |
| 12229074 | ZELDIS, JEROME B. |
| **Examiner** | **Art Unit** |
| CHRIS SIMMONS | 1612 |

| ORIGINAL | | INTERNATIONAL CLASSIFICATION | | |
|---|---|---|---|---|
| **CLASS** | **SUBCLASS** | **CLAIMED** | | **NON-CLAIMED** |
| 514 | 58 | A 0 1 N | 43 / 40 (2006.0) | |

### CROSS REFERENCE(S)

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | | |
|---|---|---|---|---|---|---|---|
| 514 | 323 | 329 | 330 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

☒ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 17 | | 33 | | 49 | 5 | 65 | - | 81 | | | | | | |
| | 2 | | 18 | | 34 | | 50 | 6 | 66 | - | 82 | | | | | | |
| | 3 | | 19 | | 35 | | 51 | 7 | 67 | 20 | 83 | | | | | | |
| | 4 | | 20 | | 36 | | 52 | 8 | 68 | 21 | 84 | | | | | | |
| | 5 | | 21 | | 37 | | 53 | - | 69 | 22 | 85 | | | | | | |
| | 6 | | 22 | | 38 | | 54 | 9 | 70 | 23 | 86 | | | | | | |
| | 7 | | 23 | | 39 | | 55 | 10 | 71 | 24 | 87 | | | | | | |
| | 8 | | 24 | | 40 | | 56 | 11 | 72 | 25 | 88 | | | | | | |
| | 9 | | 25 | | 41 | | 57 | 12 | 73 | 26 | 89 | | | | | | |
| | 10 | | 26 | | 42 | | 58 | 13 | 74 | 27 | 90 | | | | | | |
| | 11 | | 27 | | 43 | | 59 | 14 | 75 | 28 | 91 | | | | | | |
| | 12 | | 28 | | 44 | | 60 | 15 | 76 | 29 | 92 | | | | | | |
| | 13 | | 29 | | 45 | 1 | 61 | 16 | 77 | | | | | | | | |
| | 14 | | 30 | | 46 | 2 | 62 | 17 | 78 | | | | | | | | |
| | 15 | | 31 | | 47 | 3 | 63 | 18 | 79 | | | | | | | | |
| | 16 | | 32 | | 48 | 4 | 64 | 19 | 80 | | | | | | | | |

| | | | |
|---|---|---|---|
| /CHRIS SIMMONS/ Examiner.Art Unit 1612 | 03/21/2012 | **Total Claims Allowed:** | |
| (Assistant Examiner) | (Date) | 29 | |
| /FREDERICK KRASS/ Supervisory Patent Examiner.Art Unit 1612 | 03/26/2012 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | NONE |

U.S. Patent and Trademark Office

Part of Paper No.  20120322

CELPOM00000356

12229074 - GAU: 1612

Sheet 1 of 3

| | |
|---|---|
| **Application Number** | 12/229,074 |
| **Filing Date** | August 19, 2008 |
| **First Named Inventor** | Jerome B. Zeldis |
| **Art Unit** | 1612 |
| **Examiner Name** | Simmons, Chris E. |
| **Attorney Docket No.** | 9516-773-999 |

## LIST OF REFERENCES CITED BY APPLICANT
(Use several sheets if necessary)

### U.S. PATENT DOCUMENTS

| *Examiner Initials | Cite No. | Document Number – Kind Code | Publication Date mm/dd/yyyy | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A83 | 7,435,745 | 10/14/2008 | Celgene Corporation | |
| | A84 | 7,393,862 | 07/01/2008 | Celgene Corporation | |

### FOREIGN PATENT DOCUMENTS

| *Examiner Initials | Cite No. | Foreign Patent Document Country Code, Number, Kind Code (if known) | Publication Date mm/dd/yyyy | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T |
|---|---|---|---|---|---|---|
| | B01 | WO 02/015926 | 02/28/2002 | Kirin Beer Kabushiki Kaisha | | |
| | B09 | WO 92/14455 | 09/03/1992 | The Rockefeller University | | |
| | B10 | WO 94/20085 | 09/15/1994 | Children's Hospital Medical Center Corporation | | |

### NON PATENT LITERATURE DOCUMENTS

| *Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T |
|---|---|---|---|
| | C205 | "Celgene drug promises activity in solid tumors," Marketletter, June 18, 2001 | |
| | C206 | Meregalli et al., "High-dose dexamethasone as first line therapy of multiple myeloma?", Recenti Progressi in Medicina, 1998, 89(1):18-20 | |
| | C207 | Copy of Official Action in corresponding Canadian Application No. 2,476,983 Aug 21, 2009 | |
| | C208 | List, A., "New Approaches to the Treatment of Myelodysplasia," *The Oncologist*, 2002, 7(suppl. 1):39-49 | |
| | C209 | Kurzrock, R., "Myelodysplastic syndrome overview," *Seminars in Hematology* (Abstract only), 2002, 39(3)(suppl. 2):18-25 *Abstract only* | |
| | C210 | Goerner, *et al.*, "Morbidity and mortality of chronic GVHD after hematopoietic stem cell transplantation from HLA-identical siblings for patients with aplastic or refractory anemias," *Biology of Blood and Marrow Transplantation* (Abstract only), 2002, 8(1):47-56 | |
| | C211 | Thomas, D., "Pilot studies of Thalidomide in Acute Myelogenous Leukemia, Myelodysplastic Syndromes, and Myeloproliferative Disorders," *Seminars in Hematology*, 2000, 37(1)(suppl. 3):26-34 | |
| | C212 | Zorat, F. *et al.*, "The clinical and biological effects of thalidomide in patients with myelodysplastic syndromes," *British Journal of Haematology*, 2001, 115:881-894 | |
| | C213 | Copy of Official Action dated February 10, 2009 in JP Application No. 2004-545192. (*English translation provided.*) | |
| | C214 | Teramura, M., Men-ekiyokusei Ryouhou, *Current Therapy*, 2000, 18(5):140-144 (in Japanese) | √* |
| | C215 | Kon-nichi no Chiryou Shishin, 1997 [Pocket Edition], Igaku Shoin, 1997, 513-514 (in Japanese) | √* |
| | C216 | Okamoto, T., Kotsuzuiikeisei Shoukougun to Men-eki Ijo, Bessatsu Nihon Rinsho, Syndrome Series for each area, No. 22, Blood Syndromes III, Nihon Rinshou, 213-216 (in Japanese) Oct 1998 | √* |
| | C217 | Merck Manual, 17th ed. Japanese version, 1999, 951-952 | √* |

NYI-4336212v1

| | | | |
|---|---|---|---|
| **EXAMINER SIGNATURE** | /Chris Simmons/ | **DATE CONSIDERED** | 07/30/2011 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.S./

CELPOM00000357

| LIST OF REFERENCES CITED BY APPLICANT (Use several sheets if necessary) | | | |
|---|---|---|---|
| | **Application Number** | | 12/229,074 |
| | **Filing Date** | | August 19, 2008 |
| | **First Named Inventor** | | Jerome B. Zeldis |
| | **Art Unit** | | 1612 |
| | **Examiner Name** | | Simmons, Chris E. |
| | **Attorney Docket No.** | | 9516-773-999 |

### NON PATENT LITERATURE DOCUMENTS

| *Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T |
|---|---|---|---|
| | C218 | Copy of Notice of Allowance from U.S. Patent Application No. 11/096,155 dated January 12, 2010 | |
| | C219 | Rajkumar et al., "Combination therapy with thalidomide plus dexamethasone for newly diagnosed multiple myeloma," *American Society of Hematology*, 43rd Annual Meeting, Dec. 7-11, 2001, Abstract #3525 | |
| | C220 | Scheffler et al., "Safety and pharmacokinetics of CDC-501, a novel immunomodulatory-oncologic agent, after single then multiple, oral 100 mg twice daily doses," *American Society for Clinical Pharmacology and Therapeutics*, March 24-27, 2002, Abstract #WPIII-63 | |
| | C221 | Marriott et al., "Thalidomide analogue CDC-501 is safe and well tolerated by patients with end stage cancer and shows evidence of clinical responses and extensive immune activation," *Br. J. Cancer*, 2002, 86(Supp. 1):Abst 6.4 | |
| | C222 | Kast, R.E., "Evidence of a mechanism by which etanercept increased TNF-alpha in multiple myeloma: New insights into the biology of TNF-alpha giving new treatment opportunities – the role of burproion," *Leukemia Research*, 2005, 29:1459-1463 | |
| | C223 | Tsimberidou, A. et al., "Pilot study of recombinant human soluble tumor necrosis factor (TNF) receptor (p75) fusion protein (TNFR:Fc;Enbrel) in patients with refractory multiple myeloma: increase in plasma TNFα levels during treatment," *Leukemia Research*, 2003, 27:375-380 | |
| | C224 | Dimopoulos, et al., "Long-term follow-up on overall survival from the MM-009 and MM-010 phase III trials of lenalidomide plus dexamethasone in patients with relapsed or refractory multiple myeloma," *Leukemia*, 2009, 1-6 | |
| | C225 | Hideshima, T., et al., "A review of lenalidomide in combination with dexamethasone for the treatment of multiple myeloma," *Therapeutics and Clinical Risk Management*, 2008, 4(1):129-136 | |
| | C226 | Wang, M., et al., "Lenalidomide plus dexamethasone is more effective than dexamethasone alone in patients with relapsed or refractory multiple myeloma regardless of prior thalidomide exposure," *Blood*, 2008, 112(12):4445-4451 | |
| | C227 | Gandhi, A., et al., "Dexamethasone Synergizes with Lenalidomide to Inhibit Multiple Myeloma Tumor Growth, But Reduces Lenalidomide-Induced Immunomodulation of T and NK Cell Function," *Current Cancer Drug Targets*, 2010, 10(1):1-13 | |
| | C228 | Gay, F. et al., "Lenalidomide plus dexamethasone versus thalidomide plus dexamethasone in newly diagnosed multiple myeloma: a comparative analysis of 411 patients," *Blood*, 2010, 115(97):1343-150 | |
| | C229 | Richardson, P. et al., "Thalidomide in multiple myeloma," *Biomed Pharmacother*, 2002, 56:115-28 | |
| | C230 | Swartz, G. et al., "Pre-clinical evaluation of ENMD-0995: A thalidomide analog with activity against multiple myeloma and solid tumors," *Cell and Tumor Biology*, 2002, 43:181-182, Abstract# 910 | |
| | C231 | Mazucco, R., "Angiogenesis and Anti-angiogenesis Therapeutics," *IDrugs*, 2002, 5(4): 320-322 | |
| | C232 | Worker, C., "JP Morgan Hambrecht & Quist – 20th Annual Healthcare Conference," *IDrugs*, 5(2):113-116 [2002] | |
| | C233 | Treston, A. et al., "Pre-Clinical Evaluation of a Thalidomide Analog with Activity Against Multiple Myeloma and Solid Tumors – ENMD-0995 (S-(-)-3-(3-amino-phthalimido)-glutarimide)," *Blood*, 2002, 100(11):816a, Abstract #3225 | |
| | C234 | Mazucco, R. and Williams, L., "Immunotherapy, chemoprevention and angiogenesis," *IDrugs*, 2002, 5(5):408-411 | |
| | C235 | Fernandes, P., "Anti-Cancer Drug Discovery and Development Summit," *IDrugs*, 2002, 5(8):757-764 | |
| | C236 | Copy of Notification letter dated 8/30/10 from Natco Pharma Limited to Celgene Corporation re: Notification pursuant to § 505(j)(2)(B) of the Federal Food, Drug and Cosmetic Act | |
| | C237 | Copy of Complaint for Patent Infringement filed on 10/8/10 by Celgene Corporation in the U.S. District Court, District of New Jersey against Natco Pharma Limited | |
| | C238 | Copy of Answer to Complaint filed on 11/18/10 by Natco Pharma Limited in the U.S. District Court, District of New Jersey | |

Examiner added publication dates for references C207, C216 and C232 that were provided by applicant's representative

| EXAMINER SIGNATURE | /Chris Simmons/ | DATE CONSIDERED | 07/30/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.S./

CELPOM00000358

12/229,074 - GAU: 1612

Sheet 3 of 3

# LIST OF REFERENCES CITED BY APPLICANT
(Use several sheets if necessary)

| | |
|---|---|
| **Application Number** | 12/229,074 |
| **Filing Date** | August 19, 2008 |
| **First Named Inventor** | Jerome B. Zeldis |
| **Art Unit** | 1612 |
| **Examiner Name** | Simmons, Chris E. |
| **Attorney Docket No.** | 9516-773-999 |

## NON PATENT LITERATURE DOCUMENTS

| *Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T |
|---|---|---|---|
| | C239 | Grosshans, E. and Illy, G., "Thalidomide Therapy for Inflammatory Dermatoses," *International Journal of Dermatology*, 1984, 23(9):598-602 | |
| | C240 | Krenn, M. *et al.*, "Improvements in Solubility and Stability of Thalidomide upon Complexation with Hydropropyl-β-Cyclodextrin," *Journal of Pharmaceutical Sciences*, 1992, 81(7):685-689 | |
| | C241 | Schmahl, H. J. *et al.*, "Pharmacokinetics of the Teratogenic and Nonteratogenic Thalidomide Analogs EM 12 and Supidimide in the Rat and Marmoset Monkey", in *Pharmacokinetics in Teratogenesis*, CRC Press, 1987, Vol. I, Ch. 12, pp. 181-192 | |
| | C242 | Schumacher, H. *et al.*, "The Teratogenic Activity of a Thalidomide Analogue, EM₁₂, in Rabbits, Rats, and Monkeys," *Teratology*, 1971, 5:233-240 | |
| | C243 | Smith, R. *et al.*, "Studies on the Relationship Between the Chemical Structure and Embryotoxic Activity of Thalidomide and Related Compounds," in *A Symposium on Embryopathic Activity of Drugs*, J. & A. Churchill Ltd., 1965, Session 6, pp. 194-209 | |
| | C244 | Sheskin, J. and Sagher, F., "Trials with Thalidomide Derivatives in Leprosy Reactions," *Leprosy Review*, 1968, 39(4):203-205 | |
| | C245 | Sheskin, J., "Study with Nine Thalidomide Derivatives in the Lepra Reaction," *Pharmacology and Therapeutics*, 1978, 17:82-84 | |
| | C246 | Raje, N. and Anderson, K., "Thalidomide and immunomodulatory drugs as cancer therapy," *Current Opinions in Oncology*, 2002, 14:635-640 | |
| | C247 | Kumar, S. *et al.*, "Thalidomide as an anti-cancer agent," *J. Cell. Mod. Med.*, 2002, 6(2):160-174 | |
| | C248 | Singhal, S. and Mehta, J., "Thalidomide in Cancer," *BioDrugs*, 2001, 15(3):163-172 | |
| | C249 | Copy of Notice of Opposition to EP 1 505 973 filed by Synthon B.V. on November 30, 2010 | |
| | C250 | Copy of Notice of Opposition to EP 1 505 973 filed by Strawman Limited on December 1, 2010 | |
| | C251 | Samson, D. *et al.*, "Infusion of Vincristine and Doxorubicin with Oral Dexamethasone as First-Line Therapy for Multiple Myeloma," *The Lancet*, 1989, 334(8668):882-885 | |
| | C252 | Barlogie, B. *et al.*, "Effective Treatment of Advanced Multiple Myeloma Refractory to Alkylating Agents," *N. Engl. J. Med.*, 1984, 310(21):1353-1356 | |
| | C253 | Dimopoulos, M. *et al.*, "Thalidomide and dexamethasone combination for refractory multiple myeloma," *Annals of Oncology*, 2001, 12:991-995 | |
| | C254 | Zangari, M., *et al.*, "Thrombogenic activity of doxorubicin in myeloma patients receiving thalidomide: implications for therapy," *Blood*, 2002, 100:1168-1171 | |
| | C255 | List, A. *et al.*, "High Erythropoietic Remitting Activity of the Immunomodulatory Thalidomide Analog, CC5013, in Patients with Myelodysplastic Syndrome (MDS)," Abstract #353, *Blood*, 2002, 100(11):96a | |
| | C256 | Mufti, G. *et al.*, "Myelodysplastic Syndrome," *American Society of Hematology*, 2003, pp. 176-199 | |
| | C257 | Extracts from drug databases: retrieved from http://www.nextbio.com/b/search/ov/IMiD3%20cpd on 11/26/10 and http://pubchem.ncbi.nlm.nih.gov/summary/summary.cgi?cid=216326 on 11/26/10 | |

*cited in C213

NYI-4336212v1

| | | | |
|---|---|---|---|
| **EXAMINER SIGNATURE** | /Chris Simmons/ | **DATE CONSIDERED** | 07/30/2011 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.S./

STN search for 12/229,074

N FILE 'REGISTRY' AT 19:47:58 ON 21 MAR 2012

=> s L20 FUL

THE ESTIMATED SEARCH COST FOR FILE 'REGISTRY' IS 203.25 U.S. DOLLARS

DO YOU WANT TO CONTINUE WITH THIS REQUEST? (Y)/N or END:Y

FULL SEARCH INITIATED 19:50:24 FILE 'REGISTRY'

FULL SCREEN SEARCH COMPLETED -    3984 TO ITERATE

100.0% PROCESSED    3984 ITERATIONS                3 ANSWERS

SEARCH TIME: 00.00.01

L23        3 SEA SSS FUL L20

=> D 1-

YOU HAVE REQUESTED DATA FROM 3 ANSWERS - CONTINUE? Y/(N):Y

L23  ANSWER 1 OF 3  REGISTRY  COPYRIGHT 2012 ACS on STN

RN   202271-90-7  REGISTRY

ED   Entered STN:  05 Mar 1998

CN   1H-Isoindole-1,3(2H)-dione, 4-amino-2-[(3R)-2,6-dioxo-3-piperidinyl]-  (CA
     INDEX NAME)

OTHER CA INDEX NAMES:

CN   1H-Isoindole-1,3(2H)-dione, 4-amino-2-(2,6-dioxo-3-piperidinyl)-, (R)-

1

CELPOM00000360

FS   STEREOSEARCH

MF   C13 H11 N3 O4

SR   CA

LC   STN Files:   CA, CAPLUS, CASREACT, IMSRESEARCH, TOXCENTER, USPAT2,

    USPATFULL

Absolute stereochemistry.  Rotation (+).

**PROPERTY DATA AVAILABLE IN THE 'PROP' FORMAT**

     10 REFERENCES IN FILE CA (1907 TO DATE)

     10 REFERENCES IN FILE CAPLUS (1907 TO DATE)

L23  ANSWER 2 OF 3  REGISTRY  COPYRIGHT 2012 ACS on STN

RN   202271-89-4  REGISTRY

ED   Entered STN:  05 Mar 1998

CN   1H-Isoindole-1,3(2H)-dione, 4-amino-2-[(3S)-2,6-dioxo-3-piperidinyl]-  (CA

    INDEX NAME)

OTHER CA INDEX NAMES:

CN   1H-Isoindole-1,3(2H)-dione, 4-amino-2-(2,6-dioxo-3-piperidinyl)-, (S)-

OTHER NAMES:

CN   (S)-4-Amino-2-(2,6-dioxo-3-piperidinyl)isoindole-1,3-dione

CELPOM00000361

CN   (S)-CC-4047

FS   STEREOSEARCH

MF   C13 H11 N3 O4

SR   CA

LC   STN Files:   CA, CAPLUS, CASREACT, CHEMCATS, IMSRESEARCH, TOXCENTER,

       USPAT2, USPATFULL


Absolute stereochemistry.  Rotation (-).




**PROPERTY DATA AVAILABLE IN THE 'PROP' FORMAT**


          14 REFERENCES IN FILE CA (1907 TO DATE)

          14 REFERENCES IN FILE CAPLUS (1907 TO DATE)


L23  ANSWER 3 OF 3  REGISTRY  COPYRIGHT 2012 ACS on STN

RN   19171-19-8  REGISTRY

ED   Entered STN:  16 Nov 1984

CN   1H-Isoindole-1,3(2H)-dione, 4-amino-2-(2,6-dioxo-3-piperidinyl)-  (CA

     INDEX NAME)

OTHER CA INDEX NAMES:

CN   Phthalimide, 3-amino-N-(2,6-dioxo-3-piperidyl)- (8CI)

OTHER NAMES:

CELPOM00000362

CN   4-Amino-2-(2,6-dioxo-3-piperidinyl)isoindole-1,3-dione

CN   4-Amino-2-(2,6-dioxo-3-piperidyl)isoindoline-1,3-dione

CN   Actimid

CN   CC 4047

CN   IMiD 3

CN   Pomalidomide

DR   443912-23-0, 443919-33-3

MF   C13 H11 N3 O4

LC   STN Files:   ADISINSIGHT, AGRICOLA, BIOSIS, CA, CAPLUS, CASREACT, CBNB,

CHEMCATS, CHEMLIST, EMBASE, IMSRESEARCH, IPA, MEDLINE, MRCK*, RTECS*,

TOXCENTER, USAN, USPAT2, USPATFULL

   (*File contains numerically searchable property data)

**PROPERTY DATA AVAILABLE IN THE 'PROP' FORMAT**

197 REFERENCES IN FILE CA (1907 TO DATE)

8 REFERENCES TO NON-SPECIFIC DERIVATIVES IN FILE CA

203 REFERENCES IN FILE CAPLUS (1907 TO DATE)

FILE 'REGISTRY' ENTERED AT 19:35:55 ON 21 MAR 2012

4

CELPOM00000363

L17        STRUCTURE UPLOADED

L18        2 S L17

L19        0 S FAM L18

L20        STRUCTURE UPLOADED

L21        0 S L20

L22        0 S L20 FAM

L23        3 S L20 FUL


   FILE 'USPATFULL' ENTERED AT 19:50:57 ON 21 MAR 2012

L24        124 S L23


=> S L24 AND MYELOMA/CLM

      4737 MYELOMA/CLM

       164 MYELOMAS/CLM

      4874 MYELOMA/CLM

         ((MYELOMA OR MYELOMAS)/CLM)

L25        24 L24 AND MYELOMA/CLM


=> D L25 PN CLM 1-

YOU HAVE REQUESTED DATA FROM 24 ANSWERS - CONTINUE? Y/(N):Y

THE ESTIMATED COST FOR THIS REQUEST IS 60.00 U.S. DOLLARS

DO YOU WANT TO CONTINUE WITH THIS REQUEST? (Y)/N:Y


L25  ANSWER 1 OF 24  USPATFULL on STN

CELPOM00000364

PI   US 20120035145   A1  20120209

CLM   What is claimed is:

1-18. (canceled)


19. A method of treating multiple myeloma in a human patient which comprises: (1) induction therapy which comprises sequentially or simultaneously administering to a patient having multiple myeloma: (a) melphalan: (b) prednisone; and (c) about 5 to about 25 mg per day of a compound of the formula:  ##STR9## or a pharmaceutically acceptable salt thereof: (2) followed by maintenance therapy which comprises administering to the patient 5 to about 25 mg per day of the compound or the pharmaceutically acceptable salt thereof until disease progression or unacceptable toxicity.


20. The method of claim 19, wherein the multiple myeloma is newly diagnosed multiple myeloma.


21. The method of claim 19, wherein the compound is administered orally.


22. The method of claim 19, wherein the induction therapy comprises nine 28-day cyces.


23. The method of claim 19, wherein the compound is administered in an amount of about 10 mg per day.


6

CELPOM00000365

24. The method of claim 19, the compound is administered in the form of a capsule.

25. The method of claim 24, wherein the capsule comprises the compound, lactose anhydrous, microcrystalline cellulose, croscarmellose sodium and magnesium stearate.

26. The method of claim 19, wherein the compound is administered in a capsule of 5 mg, 10 mg, 15 mg or 25 mg.

27. A method of treating multiple myeloma which comprises: (1) induction therapy which comprises administering to a patient having multiple myeloma: (a) melphalan on days 1-4 every 28 days; (b) prednisone on days 1-4 every 28 days; and (c) about 5 to about 25 mg per day of a compound of the formula:  ##STR10## or a pharmaceutically acceptable salt hereof, on days 1-21 every 28 days; (2) followed by maintenance therapy which comprises administering to the patient 5 to about 25 mg per day of the compound or the pharmaceutically acceptable salt thereof on days 1-21 every 28 days until disease progression or unacceptable toxicity.

28. The method of claim 27, wherein the multiple myeloma is newly diagnosed multiple myeloma.

7

29. The method of claim 27, wherein the compound is administered orally.

30. The method of claim 29, the compound is administered in the form of a capsule.

31. The method of claim 30, wherein the capsule comprises the compound, lactose anhydrous, microcrystalline cellulose, croscarmellose sodium and magnesium stearate.

32. The method of claim 27, wherein the induction therapy comprises nine 28-day cycles.

33. The method of claim 27, wherein the compound is administered in a capsule of 5 mg, 10 mg, 15 mg or 25 mg.

34. The method of claim 27, wherein the compound is administered in a capsule of 10 mg.

35. A method of treating multiple myeloma which comprises: (1) administering to a patient having multiple myeloma: (a) melphalan on days 1-4 every 28 days; (b) prednisone on days 1-4 every 28 days; and (c) about 10 mg per day of a compound of the formula:  ##STR11## on days 1-21 every 28 days; (2) followed by maintenance therapy which comprises

8

CELPOM00000367

administering to the patient 10 mg per day of the compound on days 1-21 every 28 days after step (1).

36. The method of claim 35, wherein the multiple myeloma is newly diagnosed multiple myeloma.

37. The method of claim 35, wherein the compound is administered orally.

38. The method of claim 35, the compound is administered in the form of a capsule.

39. The method of claim 38, wherein the capsule comprises the compound, lactose anhydrous, microcrystalline cellulose, croscarmellose sodium and magnesium stearate.

40. The method of claim 35, wherein the induction therapy comprises nine 28-day cycles.

41. The method of claim 35, wherein the compound is administered in a capsule of 5 mg or 10 mg.

42. The method of claim 35, wherein the compound is administered in a capsule of 10 mg.

9

CELPOM00000368

L25   ANSWER 2 OF 24   USPATFULL on STN

PI     US 20110280849      A1   20111117

CLM     What is claimed is:

1. A method of treating an individual having cancer, comprising

administering to said individual isolated natural killer cells

comprising isolated CD56.sup.+, CD16.sup.- placental intermediate

natural killer cells, wherein said cancer is acute promyelocytic

leukemia, acute myeloblastic leukemia, acute megakaryoblastic leukemia,

precursor B acute lymphoblastic leukemia, precursor T acute

lymphoblastic leukemia, Burkitt's leukemia (Burkitt's lymphoma), acute

biphenotypic leukemia, chronic monocytic leukemia, chronic lymphocytic

leukemia (CLL)/Small lymphocytic lymphoma, B-cell prolymphocytic

leukemia; hairy cell lymphoma; T-cell prolymphocytic leukemia,

lymphoplasmacytic lymphoma, Waldenstrom macroglobulinemia, splenic

marginal zone lymphoma, plasmacytoma, a monoclonal immunoglobulin

deposition disease, or a heavy chain disease, extranodal marginal zone B

cell lymphoma (MALT lymphoma), nodal marginal zone B cell lymphoma

(NMZL), follicular lymphoma, mantle cell lymphoma, diffuse large B cell

lymphoma, mediastinal (thymic) large B cell lymphoma, intravascular

large B cell lymphoma, primary effusion lymphoma, T cell large granular

lymphocytic leukemia, aggressive NK cell leukemia, extranodal NK/T cell

lymphoma, nasal type, enteropathy-type T cell lymphoma, hepatosplenic T

cell lymphoma, blastic NK cell lymphoma, mycosis fungoides (Sezary

10

CELPOM00000369

syndrome), a primary cutaneous CD30-positive T cell lymphoproliferative

disorder, primary cutaneous anaplastic large cell lymphoma, lymphomatoid

papulosis, angioimmunoblastic T cell lymphoma, peripheral T cell

lymphoma, unspecified, anaplastic large cell lymphoma, a Hodgkin

lymphoma, a nodular lymphocyte-predominant Hodgkin lymphoma, a

retinoblastoma, or a colorectal carcinoma.


2. The method of claim 1, wherein said natural killer cells are

additionally CD3.sup.-.


3. The method of claim 1 additionally comprising administering to said

individual an effective amount of lenalidomide, pomalidomide, or

thalidomide.


4. The method of claim 1, wherein said isolated natural killer cells

have been contacted with pomalidomide, lenalidomide, or thalidomide

prior to said administering.


5. The method of claim 1 wherein said natural killer cells comprise

natural killer cells not obtained from placental perfusate.


6. The method of claim 1 wherein said natural killer cells are combined

natural killer cells that comprise natural killer cells isolated from

placental perfusate and natural killer cells isolated from umbilical

11

CELPOM00000370

cord blood.

7. The method of claim 6 wherein said umbilical cord blood is isolated from the placenta from which said placental perfusate is obtained.

8. The method of claim 3 wherein said natural killer cells are contacted with said pomalidomide, lenalidomide, or thalidomide in an amount and for a time sufficient for said natural killer cells to express detectably more granzyme B, or mRNA encoding granzyme B, than an equivalent number of natural killer cells not contacted with said pomalidomide, lenalidomide, or thalidomide.

9. The method of claim 6, wherein said combined natural killer cells comprise: a detectably higher number of CD3.sup.-CD56.sup.+CD16.sup.- natural killer cells than an equivalent number of natural killer cells from peripheral blood; a detectably lower number of CD3.sup.-CD56.sup.-CD16.sup.+ natural killer cells than an equivalent number of natural killer cells from peripheral blood; a detectably higher number of CD3.sup.-CD56.sup.+KIR2DL2/L3.sup.+ natural killer cells than an equivalent number of natural killer cells from peripheral blood; a detectably lower number of CD3.sup.-CD56.sup.-NKp46.sup.+ natural killer cells than an equivalent number of natural killer cells from peripheral blood; a detectably higher number of CD3.sup.-CD56.sup.+NKp30.sup.+ natural killer cells than an equivalent

12

number of natural killer cells from peripheral blood; a detectably

higher number of CD3.sup.-CD56.sup.+2B4.sup.+ natural killer cells than

an equivalent number of natural killer cells from peripheral blood; or a

detectably higher number of CD3.sup.-CD56.sup.+CD94.sup.+ natural killer

cells than an equivalent number of natural killer cells from peripheral

blood.

10. The method of claim 1, wherein said natural killer cells have not

been cultured prior to said administering.

11. A method of treating an individual having a viral infection,

comprising administering to said individual isolated natural killer

cells comprising isolated CD56.sup.+, CD16.sup.- placental intermediate

natural killer cells.

12. The method of claim 11, wherein said natural killer cells are

additionally CD3.sup.-.

13. The method of claim 11 additionally comprising administering to said

individual an effective amount of lenalidomide, pomalidomide, or

thalidomide.

14. The method of claim 11, wherein said isolated natural killer cells

have been contacted with pomalidomide, lenalidomide, or thalidomide

13

CELPOM00000372

prior to said administering.

15. The method of claim 11 wherein said natural killer cells comprise

natural killer cells not obtained from placental perfusate.

16. The method of claim 11 wherein said natural killer cells are

combined natural killer cells that comprise natural killer cells

isolated from placental perfusate and natural killer cells isolated from

umbilical cord blood.

17. The method of claim 16 wherein said umbilical cord blood is isolated

from the placenta from which said placental perfusate is obtained.

18. The method of claim 13 wherein said natural killer cells are

contacted with said pomalidomide, lenalidomide, or thalidomide in an

amount and for a time sufficient for said natural killer cells to

express detectably more granzyme B, or mRNA encoding granzyme B, than an

equivalent number of natural killer cells not contacted with said

pomalidomide, lenalidomide, or thalidomide.

19. The method of claim 16, wherein said combined natural killer cells

comprise: a detectably higher number of CD3.sup.-CD56.sup.+CD16.sup.-

natural killer cells than an equivalent number of natural killer cells

from peripheral blood; a detectably lower number of

14

CELPOM00000373

CD3.sup.-CD56.sup.-CD16.sup.+ natural killer cells than an equivalent number of natural killer cells from peripheral blood; a detectably higher number of CD3.sup.-CD56.sup.+KIR2DL2/L3.sup.+ natural killer cells than an equivalent number of natural killer cells from peripheral blood; a detectably lower number of CD3.sup.-CD56.sup.-NKp46.sup.+ natural killer cells than an equivalent number of natural killer cells from peripheral blood; a detectably higher number of CD3.sup.-CD56.sup.+NKp30.sup.+ natural killer cells than an equivalent number of natural killer cells from peripheral blood; a detectably higher number of CD3.sup.-CD56.sup.+2B4.sup.+ natural killer cells than an equivalent number of natural killer cells from peripheral blood; or a detectably higher number of CD3.sup.-CD56.sup.+CD94.sup.+ natural killer cells than an equivalent number of natural killer cells from peripheral blood.

20. The method of claim 11, wherein said natural killer cells have not been cultured prior to said administering.

21. A method of treating an individual having multiple myeloma, comprising administering to the individual (1) lenalidomide; (2) melphalan; and (3) expanded NK cells, wherein said NK cells are effective to treat multiple myeloma in said individual.

22. The method of claim 21, wherein said NK cells are umbilical cord NK

15

CELPOM00000374

cells.

23. The method of claim 21, wherein said NK cells have been expanded for at least 14 days prior to said administering.

24. The method of claim 23, wherein said NK cells have been expanded for 14 days prior to said administering.

25. The method of claim 21, wherein said lenalidomide, melphalan, and expanded NK cells are administered to said individual separately.

26. A method of treating an individual having chronic lymphocytic leukemia (CLL), comprising administering to the individual (1) lenalidomide; (2) melphalan; (3) fludarabine; and (4) expanded NK cells, wherein said NK cells are effective to treat said CLL in said individual.

27. The method of claim 26, wherein said NK cells are umbilical cord NK cells.

28. The method of claim 26, wherein said NK cells have been expanded for at least 10 days prior to said administering.

29. The method of claim 28, wherein said NK cells have been expanded for

16

CELPOM00000375

10 days prior to said administering.

30. The method of claim 26, wherein said lenalidomide, melphalan, fludarabine, and expanded NK cells are administered to said individual separately.

L25  ANSWER 3 OF 24  USPATFULL on STN

PI    US 20110275672    A1  20111110

CLM    What is claimed is:

1-32. (canceled)

33. A method of treating a blood-borne tumor, which comprises administering to a patient having the blood-borne tumor a therapeutically effective amount of a hydrated crystalline form of 3-(4-amino-l-oxo-1,3-dihydro-isoindol-2-yl)-piperidine-2,6-dione.

34. The method of claim 33, wherein the crystalline form is a hemihydrate.

35. The method of claim 34, wherein the crystalline form has an X-ray powder diffraction pattern comprising peaks at approximately 16, 22 and 27 degrees 2.theta..

17

36. The method of claim 35, wherein the X-ray powder diffraction pattern

further comprises a peak at approximately 18 degrees 2.theta..


37. The method of claim 34, wherein the crystalline form has

differential scanning calorimetry thermogram comprising endotherms with

maxima at about 146° C. and about 268° C.


38. The method of claim 34, wherein the crystalline form exhibits a mass

loss of about 3.1% of its total mass when heated to about 175° C.


39. The method of claim 34, wherein the blood-borne tumor is myeloma,

lymphoma, or leukemia.


40. The method of claim 39, wherein the myeloma is multiple myeloma,

smoldering myeloma, or indolent myeloma.


41. The method of claim 40, wherein the multiple myeloma is relapsed

multiple myeloma, refractory multiple myeloma, or newly diagnosed

multiple myeloma.


42. The method of claim 39, wherein the lymphoma is non-Hodgkin's

lymphoma, Hodgkin's lymphoma, cutaneous T-Cell lymphoma, cutaneous

18

CELPOM00000377

B-Cell lymphoma, diffuse large B-Cell lymphoma, or low grade follicular lymphoma.

43. The method of claim 39, wherein the lymphoma is non-Hodgkin's lymphoma.

44. The method of claim 39, wherein the leukemia is myeloblastic leukemia or myelogenous leukemia.

45. The method of claim 34, wherein the therapeutically effective amount

is about 5 mg, 10 mg, 15 mg, or 25 mg.

46. The method of claim 34, wherein the crystalline form is administered

orally.

47. The method of claim 34, wherein the crystalline form is administered

in a capsule.

48. The method of claim 34, wherein the crystalline form is administered

in a tablet.

19

49. The method of claim 34, wherein the crystalline form is substantially pure.

50. The method of claim 33, wherein the crystalline form has an X-ray powder diffraction pattern comprising peaks at approximately 27 and 28 degrees 2.theta..

51. The method of claim 50, wherein the crystalline form has a differential scanning calorimetry curve comprising endotherms with maxima at about 122– C. and about 270– C.

52. The method of claim 50, wherein the blood-borne tumor is myeloma, lymphoma, or leukemia.

53. The method of claim 52, wherein the myeloma is multiple myeloma, smoldering myeloma, or indolent myeloma.

54. The method of claim 53, wherein the multiple myeloma is relapsed multiple myeloma, refractory multiple myeloma, or newly diagnosed multiple myeloma.

55. The method of claim 52, wherein the lymphoma is non-Hodgkin's

20

CELPOM00000379

lymphoma, Hodgkin's lymphoma, cutaneous T-Cell lymphoma, cutaneous B-Cell lymphoma, diffuse large B-Cell lymphoma, or low grade follicular lymphoma.

56. The method of claim 52, wherein the lymphoma is non-Hodgkin's lymphoma.

57. The method of claim 52, wherein the leukemia is myeloblastic leukemia or myelogenous leukemia.

58. The method of claim 50, wherein the therapeutically effective amount is about 5 mg, 10 mg, 15 mg, or 25 mg.

59. The method of claim 50, wherein the crystalline form is administered orally.

60. The method of claim 50, wherein the crystalline form is administered in capsule.

61. The method of claim 50, wherein the crystalline form is administered

21

CELPOM00000380

in a tablet.

62. The method of claim 50, wherein the crystalline form is substantially pure.

L25  ANSWER 4 OF 24  USPATFULL on STN

PI     US 20110236428      A1  20110929

CLM    What is claimed is:

1. A method for treating cancer, comprising administering a peptide epoxyketone proteasome inhibitor or a pharmaceutically acceptable salt thereof; and one or more other therapeutic agents, wherein the combination shows efficacy that is greater than the efficacy of either agent being administered alone.

2. A method of claim 1, wherein the peptide epoxyketone has a structure of Formula (2), or a pharmaceutically acceptable salt thereof, ##STR24## wherein each A is independently selected from C.dbd.O, C.dbd.S, and SO.sub.2; or A is optionally a covalent bond when adjacent to an occurrence of Z; L is absent or is selected from C.dbd.O, C.dbd.S,

and SO.sub.2; M is absent or is C.sub.1-12alkyl; Q is absent or is selected from O, NH, and N--C.sub.1-6alkyl; X is O; Y is absent or is

CELPOM00000381

selected from O, NH, N—C.sub.1-6alkyl, S, SO, SO.sub.2, CHOR.sup.10, and CHCO.sub.2R.sup.10; each Z is independently selected from O, S, NH, and N—C.sub.1-6alkyl; or Z is optionally a covalent bond when adjacent to an occurrence of A; R.sup.1, R.sup.2, R.sup.3, and R.sup.4 are each independently selected from optionally substituted C.sub.1-6alkyl, C.sub.1-6hydroxyalkyl, C.sub.1-6alkoxyalkyl, aryl, and C.sub.1-6aralkyl;

R.sup.5 is N(R.sup.6)LQR.sup.7; R.sup.6, R.sup.12, R.sup.13, and R.sup.14 are independently selected from hydrogen, OH, and C.sub.1-6alkyl; R.sup.7 is selected from hydrogen, C.sub.1-6alkyl, C.sub.1-6alkenyl, C.sub.1-6alkynyl, aryl, C.sub.1-6aralkyl, heteroaryl, C.sub.1-6heteroaralkyl, R.sup.8ZAZ—C.sub.1-6alkyl-, R.sup.11Z—C.sub.1-8alkyl-, (R.sup.80)(R.sup.90)P(.dbd.0)0—C.sub.1-8alkyl-ZAZ—C.sub.1-8alkyl-, R.sup.8ZAZ—C.sub.1-8alkyl-ZAZ—C.sub.1-8alkyl-, heterocyclylMZAZ—C.sub.1-8alkyl-, (R.sup.80)(R.sup.90)P(.dbd.0)0—C.sub.1-8alkyl-, (R.sup.10).sub.2N—C.sub.1-12alkyl-, (R.sup.10).sub.3N—C.sub.1-12alkyl-, heterocyclylM-, carbocyclylM-, R.sup.11SO.sub.2C.sub.1-8alkyl-, and R.sup.11SO.sub.2NH; or R.sup.6 and R.sup.7 together are C.sub.1-6alkyl-Y—C.sub.1-6alkyl, C.sub.1-6alkyl-ZAZ—C.sub.1-6alkyl, ZAZ—C.sub.1-6alkyl-ZAZ—C.sub.1-6alkyl, ZAZ—C.sub.1-6alkyl-ZAZ, or C.sub.1-6alkyl-A, thereby forming a ring; R.sup.8 and R.sup.9 are

23

CELPOM00000382

independently selected from hydrogen, metal cation, $C_{1-6}$alkyl,

$C_{1-6}$alkenyl, $C_{1-6}$alkynyl, aryl, heteroaryl, $C_{1-6}$aralkyl,

and $C_{1-6}$heteroaralkyl; each $R^{10}$ is independently selected from

hydrogen and $C_{1-6}$alkyl; $R^{11}$ is independently selected from

hydrogen, $C_{1-6}$alkyl, $C_{1-6}$alkenyl, $C_{1-6}$alkynyl,

carbocyclyl, heterocyclyl, aryl, heteroaryl, $C_{1-6}$aralkyl, and

$C_{1-6}$heteroaralkyl, $R^{15}$ and $R^{16}$ are independently selected

from hydrogen and $C_{1-6}$alkyl, or $R^{15}$ and $R^{16}$ together form

a 3- to 6-membered carbocyclic or heterocyclic ring; and $R^{17}$ and

$R^{18}$ are independently selected from hydrogen, a metal cation,

$C_{1-6}$alkyl, and $C_{1-6}$aralkyl, or $R^{17}$ and $R^{18}$ together

represent $C_{1-6}$alkyl, thereby forming a ring; provided that when

$R^6$, $R^{12}$, $R^{13}$, and $R^{14}$ are H or $CH_3$, and Q is

absent, $LR^7$ is not hydrogen, unsubstituted $C_{1-6}$alkyl$C\,dbd\,O$, a

further chain of amino acids, t-butoxycarbonyl (Boc), benzoyl (Bz),

fluoren-9-ylmethoxycarbonyl (Fmoc), triphenylmethyl(trityl),

benzyloxycarbonyl (Cbz), trichloroethoxycarbonyl (Troc); or substituted

or unsubstituted aryl or heteroaryl; and in any occurrence of the

sequence ZAZ, at least one member of the sequence must be other than a

covalent bond.

24

CELPOM00000383

3. A method of claim 1, wherein the peptide epoxyketone has a structure

of Formula (4), or a pharmaceutically acceptable salt thereof,

##STR25## wherein each A is independently selected from C.dbd.O,

C.dbd.S, and SO.sub.2; or A is optionally a covalent bond when adjacent

to an occurrence of Z; L is absent or is selected from C.dbd.O,
C.dbd.S,

and SO.sub.2; M is absent or is C.sub.1-12alkyl; Q is absent or is

selected from O, NH, and N--C.sub.1-6alkyl; X is O; Y is absent or is

selected from O, NH, N--C.sub.1-6alkyl, S, SO, SO.sub.2, CHOR.sup.10,

and CHCO.sub.2R.sup.10; each Z is independently selected from O, S, NH,

and N--C.sub.1-6alkyl; or Z is optionally a covalent bond when adjacent

to an occurrence of A; R.sup.2 and R.sup.4 are each independently

selected from optionally substituted C.sub.1-6alkyl,

C.sub.1-6hydroxyalkyl, C.sub.1-6alkoxyalkyl, aryl, and C.sub.1-
6aralkyl;

R.sup.5 is N(R.sup.6)LQR.sup.7; R.sup.6 is selected from hydrogen, OH,

and C.sub.1-6alkyl, preferably C.sub.1-6alkyl; R.sup.7 is selected from

hydrogen, C.sub.1-6alkyl, C.sub.1-6alkenyl, C.sub.1-6alkynyl, aryl,

C.sub.1-6aralkyl, heteroaryl, C.sub.1-6heteroaralkyl,

R.sup.8ZAZ--C.sub.1-8alkyl-, R.sup.11Z--C.sub.1-8alkyl-,

(R.sup.80)(R.sup.90)P(.dbd.O)O--C.sub.1-8alkyl-ZAZ--C.sub.1-8alkyl-,

R.sup.8ZAZ--C.sub.1-8alkyl-ZAZ--C.sub.1-8alkyl-,

25

heterocyclylMZAZ--C.sub.1-8alkyl-,

(R.sup.80)(R.sup.90)P(.dbd.0)0--C.sub.1-8alkyl-,

(R.sup.10).sub.2N--C.sub.1-12alkyl-,

(R.sup.10).sub.3N--C.sub.1-12alkyl-, heterocyclylM-, carbocyclylM-,

R.sup.11SO.sub.2C.sub.1-8alkyl-, and R.sup.11SO.sub.2NH; or R.sup.6 and

R.sup.7 together are C.sub.1-6alkyl-Y--C.sub.1-6alkyl,

C.sub.1-6alkyl-ZAZ--C.sub.1-6alkyl,

ZAZ--C.sub.1-6alkyl-ZAZ--C.sub.1-6alkyl, ZAZ--C.sub.1-6alkyl-ZAZ, or

C.sub.1-6alkyl-A, thereby forming a ring; R.sup.8 and R.sup.9 are

independently selected from hydrogen, metal cation, C.sub.1-6alkyl,

C.sub.1-6alkenyl, C.sub.1-6alkynyl, aryl, heteroaryl, C.sub.1-6aralkyl,

and C.sub.1-6heteroaralkyl; each R.sup.10 is independently selected

from

hydrogen and C.sub.1-6alkyl; and R.sup.11 is independently selected

from

hydrogen, C.sub.1-6alkyl, C.sub.1-6alkenyl, C.sub.1-6alkynyl,

carbocyclyl, heterocyclyl, aryl, heteroaryl, C.sub.1-6aralkyl, and

C.sub.1-6heteroaralkyl, provided that when R.sup.6 is H or CH.sub.3 and

Q is absent, LR.sup.7 is not hydrogen, unsubstituted

C.sub.1-6alkylC.dbd.0, a further chain of amino acids, t-butoxycarbonyl

(Boc), benzoyl (Bz), fluoren-9-ylmethoxycarbonyl (Fmoc),

triphenylmethyl(trityl), benzyloxycarbonyl (Cbz),

trichloroethoxycarbonyl (Troc); or substituted or unsubstituted aryl or

26

heteroaryl; and in any occurrence of the sequence ZAZ, at least one member of the sequence must be other than a covalent bond.

4. A method of claim 1, wherein the peptide epoxyketone has a structure of Formula (10), or a pharmaceutically acceptable salt thereof, ##STR26## wherein L is absent or is selected from --CO.sub.2 or --C(.dbd.S)O; X is O; Y is NH, N-alkyl, O, or C(R.sup.9).sub.2; Z is O or C(R.sup.9).sub.2; R.sup.1, R.sup.2, R.sup.3, and R.sup.4 are all hydrogen; each R.sup.5, R.sup.6, R.sup.7, R.sup.8, and R.sup.9 is independently selected from hydrogen and optionally substituted C.sub.1-6alkyl, C.sub.1-6hydroxyalkyl, C.sub.1-6alkoxyalkyl, aryl, and C.sub.1-6aralkyl, wherein substituents may include, but are not limited to, alkyl, amide, amine, carboxylic acid or a pharmaceutically acceptable salt thereof, carboxyl ester, thiol, and thioether; R.sup.10 and R.sup.11 are independently selected from hydrogen and C.sub.1-6alkyl, or R.sup.10 and R.sup.11 together form a 3- to 6-membered carbocyclic or heterocyclic ring; R.sup.12 and R.sup.13 are independently selected from hydrogen, a metal cation, C.sub.1-6alkyl, and C.sub.1-6aralkyl, or R.sup.12 and R.sup.13 together represent C.sub.1-6alkyl, thereby forming a ring; m is an integer from 0 to 2; and

n is an integer from 0 to 2.

CELPOM00000386

5. A method of claim 1, wherein the peptide epoxyketone has a structure of Formula (12), or a pharmaceutically acceptable salt thereof,

##STR27## where X is O; R. sup. 1, R. sup. 2, R. sup. 3, and R. sup. 4 are all hydrogen; and R. sup. 5, R. sup. 6, R. sup. 7, and R. sup. 8 are independently selected from hydrogen and optionally substituted C. sub. 1-6alkyl,

C. sub. 1-6hydroxyalkyl, C. sub. 1-6alkoxyalkyl, aryl, and C. sub. 1-6aralkyl,

wherein substituents may include, but are not limited to, amide, amine, carboxylic acid or a pharmaceutically acceptable salt thereof, carboxyl ester, thiol, and thioether.

6. A method of claim 1, wherein the peptide epoxyketone has the following structure, or a pharmaceutically acceptable salt thereof:

##STR28##

7. A method of claim 1, wherein the effects of the peptide epoxyketone and the one or more other therapeutic agents are synergistic.

8. A method of claim 1, wherein the effects of the peptide epoxyketone and the one or more other therapeutic agents are additive.

9. A method of claim 1, wherein the peptide epoxyketone and the one or more other therapeutic agents are administered simultaneously.

28

CELPOM00000387

10. A method of claim 1, wherein the one or more other therapeutic agents are administered within about 5 minutes to within about 48 hours prior to or after administration of the peptide epoxyketone.

11. A method of claim 10, wherein the one or more other therapeutic agents are administered within about 5 minutes to within about 1 hour prior to or after administration of the peptide epoxyketone.

12. A method of claim 1, wherein the cancer is selected from hematological malignancies, solid tumors, neuroblastoma, or melanoma.

13. A method of claim 12, wherein the cancer is selected from mantle cell lymphoma, diffuse large B-cell lymphoma (DLBCL), T-cell lymphomas or leukemias (e.g., cutaneous T-cell lymphoma (CTCL), noncutaneous peripheral T-cell lymphoma, lymphoma associated with human T-cell lymphotrophic virus (HTLV), and adult T-cell leukemia/lymphoma (ATLL)), acute lymphocytic leukemia, acute myelogenous leukemia (e.g., acute monocytic leukemia and acute promyelocytic leukemia), chronic lymphocytic leukemia (e.g., chronic B cell leukemia), chronic myelogenous leukemia, Hodgkin's disease, non-Hodgkin's lymphoma (e.g., Burkitt's lymphoma), myeloma, multiple myeloma, and myelodysplastic syndrome.

29

14. A method of claim 12, wherein the cancer is selected from multiple myeloma and lymphoma.

15. A method of claim 12, wherein the cancer is selected from mesothelioma, brain neuroblastoma, retinoblastoma, glioma, Wilms' tumor,

bone cancer and soft-tissue sarcomas, head and neck cancers (e.g., oral,

laryngeal and esophageal), genitourinary cancers (e.g., prostate, bladder, renal, uterine, ovarian, testicular, rectal, and colon), lung cancer (e.g., small cell carcinoma and non-small cell lung carcinoma, including squamous cell carcinoma and adenocarcinoma), breast cancer, pancreatic cancer, basal cell carcinoma, metastatic skin carcinoma, squamous cell carcinoma (both ulcerating and papillary type), stomach cancer, brain cancer, liver cancer, adrenal cancer, kidney cancer, thyroid cancer, medullary carcinoma, osteosarcoma, soft-tissue sarcoma, Ewing's sarcoma, reticulum cell sarcoma, and Kaposi's sarcoma.

16. A method of claim 15, wherein the cancer is selected from ovarian cancer, non-small cell lung cancer, and colorectal cancer.

17. A method of claim 1, wherein the other therapeutic agent is an HDAC

30

CELPOM00000389

inhibitor.

18. A method of claim 17, wherein the HDAC inhibitor is selected from trichostatin A, depsipeptide, apicidin, A-161906, scriptaid, PXD-101, CHAP, butyric acid, depudecin, oxamflatin, phenylbutyrate, valproic acid, SAHA (Vorinostat), MS275 (N-(2-Aminophenyl)-4-[N-(pyridine-3-ylmethoxy-carbonyl)aminomethyl]benzamide), LAQ824/LBH589, C1994, and MGCD0103.

19. A method of claim 18, wherein the HDAC inhibitor is SAHA.

20. A method of claim 1, wherein the other therapeutic agent is an antibiotic.

21. A method of claim 20, wherein the antibiotic is selected from dactinomycin (actinomycin D), daunorubicin, doxorubicin and idarubicin.

22. A method of claim 21, wherein the antibiotic comprises doxorubicin.

23. A method of claim 1, wherein the other therapeutic agent is a taxane.

24. A method of claim 23, wherein the taxane is selected from

31

CELPOM00000390

paclitaxel

and docetaxel.


25. A method of claim 1, wherein the other therapeutic agent is an
antiproliferative/antimitotic alkylating agents.


26. A method of claim 25, wherein the antiproliferative/antimitotic
alkylating agent is a nitrogen mustard.


27. A method of claim 26, wherein the nitrogen mustard is selected from
mechlorethamine, ifosphamide, cyclophosphamide and analogs, melphalan,
and chlorambucil.


28. A method of claim 1, wherein the other therapeutic agent is a
platinum coordination complex.


29. A method of claim 28, wherein the platinum coordination complex is
selected from cisplatin and carboplatin.


30. A method of claim 1, wherein the other therapeutic agent is a
steroid.


31. A method of claim 30, wherein the steroid is selected from

32

CELPOM00000391

hydrocortisone, dexamethasone, methylprednisolone and prednisolone.

32. A method of claim 31, wherein the steroid is dexamethasone.

33. A method of claim 1, wherein the other therapeutic agent is an immunomodulator.

34. A method of claim 33, wherein the immunomodulator is selected from thalidomide, CC-4047 (Actimid), and lenalidomide (Revlimid).

35. A method of claim 34, wherein the immunomodulator is lenalidomide.

36. A method of claim 1, wherein the other therapeutic agent is a topoisomerase inhibitor.

37. A method of claim 36, wherein the topoisomerase inhibitor is selected from irinotecan, topotecan, camptothecin, lamellarin D, and etoposide.

38. A method of claim 1, wherein the other therapeutic agent is an m-TOR inhibitor.

33

39. A method of claim 38, wherein the m-TOR inhibitor is selected from
CCI-779, AP23573 and RAD-001.


40. A method of claim 1, wherein the other therapeutic agent is a
protein kinase inhibitor.


41. A method of claim 40, wherein the protein kinase inhibitor is
selected from sorafenib, imatinib, dasatinib, sunitinib, pazopanib, and
nilotinib.


42. A method of claim 41, wherein the protein kinase inhibitor is
sorafenib.


43. A method for treating autoimmune diseases, comprising administering
a peptide epoxyketone or a pharmaceutically acceptable salt thereof;
and
one or more other therapeutic agents, wherein the combination shows
efficacy that is greater than the efficacy of either agent being
administered alone.



L25  ANSWER 5 OF 24  USPATFULL on STN

PI    US 20110123486    A1  20110526


34

CLM    What is claimed is:

1. A method of treating a resistant cancer, comprising administering to a patient a therapeutically effective amount of an erastin analog.

2. The method of claim 1, wherein the cancer is resistant to one or more

of dexamethasone, alkylators, anthracyclines (e.g., doxorubicin), lenalidomide, CC-4047, bortezomib, and multitargeted kinase inhibitors.

3. The method of claim 1 or 2, wherein the cancer is multiple myeloma.

4. A method of treating leiomyosarcoma, fibrosarcoma or mesenchymal chondrosarcoma, comprising administering to a patient a therapeutically effective amount of an erastin analog.

5. A method of treating multiple myeloma characterized by a cell type selected from one or more OPM-2 cells, OPM-2-like cells, MM-IS cells, MM-IS-like cells, MM.1R cells, MM-1R-like cells, KMS-18 cells, KMS-18-like cells, S6B45 cells, S6B45-like cells, MR20 cells, MR20-like cells, ARD cells and/or ARD-like cells, comprising administering to a patient a therapeutically effective amount of an erastin analog.

6. A method of inhibiting cell growth, wherein the cell is selected

35

from

A-549, NCI-H1734, Calu-1, A-427, Calu-6, DLD-1, OVCAR-5, HS766T,

CFPAC-1, Capan-2, HT-29, CCD841, SK-MEL-2, SU.86.86, COLO-205, AsPC-1,

HUVEC, BxPC-3, and Capan-1 cells, comprising contacting the cells with

an effective amount of erastin analog.


7. The method of claim 1, wherein the erastin analog is a compound

represented by structural formula (I):  ##STR70##  wherein: R.sup.1 is

selected from H, --Z-Q-Z, --C.sub.1-8alkyl-N(R.sup.2)(R.sup.4),

--C.sub.1-8alkyl-OR.sup.3, 3- to 8-membered carbocyclic or
heterocyclic,

aryl, heteroaryl, and C.sub.1-4aralkyl; R.sup.2 and R.sup.4 are each

independently for each occurrence selected from H, C.sub.1-4alkyl,

C.sub.1-4aralkyl, aryl, heteroaryl, acyl, alkylsulfonyl, and

arylsulfonyl, provided that when both R.sup.2 and R.sup.4 are on the

same N and either R.sup.2 and R.sup.4 is acyl, alkylsulfonyl, or

arylsulfonyl, then the other is selected from H, C.sub.1-8alkyl, aryl,

C.sub.1-4aralkyl, and heteroaryl; R.sup.3 is selected from H,

C.sub.1-4alkyl, C.sub.1-4aralkyl, aryl and heteroaryl; W is selected

from  ##STR71##  Q is slected from O and NR.sup.2; and Z is

independently for each occurrence selected from C.sub.1-6alkyl,

C.sub.2-6alkenyl, and C.sub.2-6alkynyl.

36

CELPOM00000395

8. The method of claim 7, wherein the compound is represented by the following formula:  ##STR72##

9. The method of claim 1, wherein the erastin analog is a compound represented by Structural Formula (VI):  ##STR73##  or a pharmaceutically acceptable salt thereof, where: Ring A is optionally substituted; W is absent or is selected from C, N, S and O; X, Y and Z are selected from C, N, S and O, wehre at least one of X, Y and Z is N if W is C; Ar is an optionally substituted phenyl group; R.sub.4 and R.sub.5 are independently selected from --H, substituted or unsubstituted alkyl, substituted or unsubstituted alkenyl, substituted or unsubstituted alkynyl, substituted or unsubstituted non-aromatic heterocyclic and substituted or unsubstituted aryl, where alkyl, alkenyl and alkynyl are optionally interrupted by NR, O or S(O).sub.n; or R.sub.4 and R.sub.5 taken together form a 3- to 8-membered carbocyclic or heterocyclic group; V is --NH-L-A-Q or  ##STR74##  Ring C is a substituted or unsubstituted heterocyclic aromatic or non-aromatic ring; A is NR or O; or A is a covalent bond; L is a substituted or unsubstituted hydrocarbyl group optionally interrupted by one or more heteroatoms selected from N, O and S; Q is selected from --R, --C(O)R', --C(O)N(R).sub.2, --C(O)OR' and --S(O).sub.2R'; each R is independently

37

CELPOM00000396

--H, substituted or unsubstituted alkyl, substituted or unsubstituted alkenyl, substituted or unsubstituted alkynyl, substituted or unsubstituted aryl or substituted or unsubstituted non-aromatic heterocyclic; each R' is independently a substituted or unsubstituted alkyl, substituted or unsubstituted alkenyl, substituted or unsubstituted alkynyl group, substituted or unsubstituted non-aromatic herterocyclic or substituted or unsubstituted aryl group; and each n is independently 0, 1 or 2.

10. The method of claim 1, wherein the erastin analog is compound represented by Structural Formula (X): ##STR75## or a pharmaceutically

acceptable salt thereof where: $R_a$ is a halogen, substituted or unsubstituted alkyl, substituted or unsubstituted alkenyl, substituted or unsubstituted alkynyl, substituted or unsubstituted aryl-O--, substituted or unsubstituted alkyl-O--, substituted or unsubstituted alkenyl-O-- or substituted or unsubstituted alkynyl-O--, where alkyl, alkenyl and alkynyl are optionally interrupted by NR, O or $S(O)_n$; each $R_2$ is independently selected from halogen, substituted or unsubstituted alkyl, substituted or unsubstituted aryl, substituted or unsubstituted non-aromatic heterocyclic, --CN, --COOR', --CON$(R)_2$, --NRC(O)R, --SO$_2$N$(R)_2$, --N$(R)_2$, --NO$_2$, --OH and --OR'; each $R_3$ is independently selected from halogen, substituted

38

or unsubstituted alkyl, substituted or unsubstituted aryl, substituted

or unsubstituted non-aromatic heterocyclic, --CN, --COOR',

--CON(R).sub.2, --NRC(O)R, --SO.sub.2N(R).sub.2, --N(R).sub.2,

--NO.sub.2, --OH and --OR'; R.sub.4 and R.sub.5 are independently

selected from --H, substituted or unsubstituted alkyl, substituted or

unsubstituted alkenyl, substituted or unsubstituted alkynyl, substituted

or unsubstituted non-aromatic heterocyclic and substituted or

unsubstituted aryl, where alkyl, alkenyl and alkynyl are optionally

interrupted by NR, O or S(O).sub.n; or R.sub.4 and R.sub.5 taken

together form a carbocyclic or heterocyclic group; V is --NH-L-A-Q or

##STR76## Ring C is a substituted or unsubstituted heterocyclic

aromatic or non-aromatic ring; A is NR or O; or A is a covalent bond; L

is a substituted or unsubstituted hydrocarbyl group optionally

interrupted by one or more heteroatoms selected from N, O and S; Q is

selected from --R, --C(O)R', --C(O)N(R).sub.2, --C(O)OR' and

--S(O).sub.2R'; each R is independently --H, substituted or

unsubstituted alkyl, substituted or unsubstituted alkenyl, substituted

or unsubstituted alkynyl, substituted or unsubstituted aryl or

substituted or unsubstituted non-aromatic heterocyclic; each R' is

independently a substituted or unsubstituted alkyl, substituted or

unsubstituted alkenyl, substituted or unsubstituted alkynyl group,

substituted or unsubstituted non-aromatic heterocyclic or substituted

39

CELPOM00000398

or

unsubstituted aryl group; j is an interger from 0 to 4; k is an interger

from 0 to 4, provided that at least one of j and k is an interger from

1

to 4; and each n is independently 0, 1 or 2.

11. The method of claim 1, further comprising conjointly administering

to said patient an agent that kills cells through an apoptotic

mechanism.

12. The method of claim 11, wherein said agent is a chemotherapeutic

agent.

13. The method of claim 12, wherein said chemotherapeutice agent is

selected from: an EGF-receeptor antagonist, arsenic sulfide,
adriamycin,

cisplatin, carboplatin, cimetidine, caminomycin, mechlorethamine

hydrochloride, pentamethylmelamine, thiotepa, teniposide,

cyclophosphamide, chlorambucil, demethoxyhypocrellin A, melphalan,

ifosfamide, trofosfamide, Treosulfan, podophyllotoxin or
podophyllotoxin

derivatives, etoposide phosphate, teniposide, etoposide, leurosidine,

leurosine, vindesine, 9-aminocamptothecin, camptoirinotecan, crisnatol,

40

megestrol, methopterin, mitomycin C, ecteinascidin 743, busulfan,

carmustine, lomustine, lovastatin, 1-methyl-4-phenylpyridinium ion,

semustine, staurosporine, streptozocin, phthalocyanine, dacarbazine,

aminopterin, methotrexate, trimetrexate, thioguanine, mercaptopurine,

fludarabine, pentastatin, cladribin, cytarabine, porfiromycin,

5-fluorouracil, 6-mercaptopurine, doxorubicin hydrochloride,
leucovorin,

mycophenolic acid, daunorubicin, deferoxamine, floxuridine,

doxifluridine, raltitrexed, idarubicin, epirubican, pirarubican,

zorubicin, mitoxantrone, bleomycin sulfate, actinomycin D, safracins,

saframycins, quinocarcins, discodermolides, vincristine, vinblastine,

vinorelbine tartrate, vertoporfin, paclitaxel, tamoxifen, raloxifene,

tiazofuran, thioguanine, ribavirin, EICAR, estramustine, estramustine

phosphate sodium, flutamide, bicalutamide, buserelin, leuprolide,

pteridines, enediynes, levamisole, aflacon, interferon, interleukins,

aldesleukin, filgrastim, sargramostim, rituximab, BCG, tretinoin,

betamethasone, gemcitabine hydrochloride, verapamil, VP-16,
altretamine,

thapsigargin, oxaliplatin, iproplatin, tetraplatin, lobaplatin, DCP,

PLD-147, JM118, JM216, JM335, satraplatin, docetaxel, deoxygenated

paclitaxel, TL-139, 5'-nor-anhydrovinblastine, camptothecin,
irinotecan,

topotecan, BAY 38-3441, 9-nitrocamptothecin, exatecan, lurtotecan,

gimatecan, homocamptothecins diflomotecan and 9-aminocamptothecin,

41

CELPOM00000400

SN-38, ST 1481, karanitecin, indolocarbazoles, protoberberines, intoplicines, idenoisoquinolones, benzo-phenazines and NB-506.

14. A pharmaceutical composition comprising a compound represented by the following formula:  ##STR77## or a pharmaceutically acceptable salt thereof and a pharmaceutically acceptable carrier, wherein the pharmaceutical composition is suitable for intravenous administration.

15. The pharmaceutical composition of claim 14, wherein the compound is a pharmaceutically acceptable salt.

16. The pharmaceutical composition of claim 15, wherein the compound is the dihydrochloride salt.

L25  ANSWER 6 OF 24  USPATFULL on STN

PI     US 20100093683        A1   20100415

CLM    What is claimed is:

       1-21.  (canceled)

       22. A method of treating multiple myeloma, which comprises cyclically administering to a patient having multiple myeloma about 5 to about 50 mg per day of a compound of the formula:  ##STR9##  or a

42

CELPOM00000401

pharmaceutically acceptable salt, or stereoisomer thereof, and a
therapeutically effective amount of a proteasome inhibitor.

23. The method of claim 22, wherein the multiple myeloma is smoldering
myeloma, indolent myeloma, chemotherapy responsive multiple
myeloma, refractory myeloma, relapsed myeloma, or relapsed and
refractory Dune-Salmon stage III multiple myeloma.

24. The method of claim 22, wherein the compound is a pharmaceutically
acceptable salt.

25. The method of claim 22, wherein the compound is a pharmaceutically
acceptable stereoisomer.

26. The method of claim 25, wherein the stereoisomer is an
enantiomerically pure R isomer.

27. The method of claim 25, wherein the stereoisomer is an
enantiomerically pure S isomer.

28. The method of claim 22, which further comprises administering a
therapeutically effective amount of an additional active agent.

43

CELPOM00000402

29. The method of claim 28, wherein the additional active agent is hematopoietic growth factor, a cytokine, or an anti-cancer agent.

30. The method of claim 29, wherein the additional active agent is dexamethasone.

31. The method of claim 28, wherein the additional active agent is melphalan, doxorubicin, vincristine, prednisone, cyclophosphamide, dexamethasone, biaxin, or a combination thereof.

32. The method of claim 22, which further comprises bone marrow transplantation, autologous stem cell transplantation, radiation therapy, hormonal therapy, biological therapy or immunotherapy.

33. The method of claim 22, wherein the multiple myeloma is relapsed, refractory or resistant to conventional therapy.

34. The method of claim 22, wherein the compound is administered orally.

35. The method of claim 34, wherein the compound is administered in the form of a capsule or tablet.

44

36. The method of claim 22, wherein the compound is administered in an amount of from about 5 to about 25 mg per day.

37. The method of claim 30, wherein the compound is administered in an amount of about 5, 10, 15, 20, 25 or 30 mg per day.

38. The method of claim 22, wherein the compound is administered to a patient having previously untreated multiple myeloma.

39. The method of claim 36, wherein the compound is administered in an amount of about 25 mg per day.

40. The method of claim 22, wherein one cycle comprises three to six weeks.

41. The method of claim 22, wherein one cycle comprises the administration of the compound for 21 days followed by seven days rest.

42. The method of claim 22, wherein the compound is administered for four to twenty-four weeks with one to six weeks of rest.

43. The method of claim 22, wherein the compound is administered in an amount of from about 5 to about 25 mg per day for 21 days every 28

45

CELPOM00000404

days.

44. The method of claim 22, wherein the compound is administered in an amount of from about 5 to about 15 mg per day for days 1-14 every 21 days for eight cycles.

45. The method of claim 22, wherein the compound is administered in an amount of about 5 to about 25 mg per day and dexamethasone is administered in an amount of about 40 mg per day on days 1-4 every four to six weeks.

46. The method of claim 22, wherein the compound is administered in an amount of 15 mg per day.

47. The method of claim 36, wherein the compound is administered in an amount of 10 mg per day.

48. The method of claim 22, wherein the compound is administered in a capsule of 5 mg, 10 mg, 15 mg or 25 mg.

49. The method of claim 22, wherein the compound is  ##STR10##

50. A method of treating multiple myeloma, which comprises cyclically

46

CELPOM00000405

administering to a patient having multiple myeloma: (a) about 5 to

about 25 mg per day of a compound of the formula:  ##STR11##  (b) a

therapeutically effective amount of a proteasome inhibitor, and (c) a

therapeutically effective amount of dexamethasone.


51. The method of claim 22, wherein the compound is administered in an

amount of about 15 mg twice a day.


52. The method of claim 22, which further comprises administering a

therapeutically effective amount of doxorubicin.


53. The method of claim 22, which further comprises administering a

therapeutically effective amount of melphalan.


54. The method of claim 48, wherein the capsule comprises the compound,

lactose anhydrous, microcrystalline cellulose, croscarmellose sodium

and

magnesium stearate.


55. A method of treating multiple myeloma using which comprises

cyclically administering to a patient having multiple myeloma; (a) for

14 consecutive days about 15 mg per day of a compound of the formula:

##STR12##  followed by seven consecutive days of rest, (b) a


47

CELPOM00000406

therapeutically effective amount of a proteasome inhibitor, and (c) a

therapeutically effective amount of dexamethasone.



L25   ANSWER 7 OF 24   USPATFULL on STN

PI     US 20100092489      A1   20100415

CLM    What is claimed is:

1. A method for inhibiting growth and/or proliferation of tumor cells

expressing CD38 in an individual in need thereof, which method comprises

administration to the said individual of i) a non-agonistic antibody

which binds to CD38, ii) at least one corticosteroid, and iii) at least

one non-corticosteroid chemotherapeutic agent.


2. A method for treating cancer involving tumor cells expressing CD38 in

an individual in need thereof, which method comprises administration to

the said individual of: i) a non-agonistic antibody which binds to CD38,

ii) optionally at least one corticosteroid, and iii) optionally at least

one non-corticosteroid chemotherapeutic agent, followed by autologous

peripheral stem cell or bone marrow transplantation.

48

3.  The method of claim 1, wherein said at least one non-corticosteroid chemotherapeutic agent comprises a cytotoxic agent and/or an angiogenesis inhibitor.

4.  The method of claim 1, wherein said at least one non-corticosteroid chemotherapeutic agent comprises an alkylating agent.

5.  The method of claim 1, wherein said at least one non-corticosteroid chemotherapeutic agent comprises one or more agents selected from the group consisting of: melphalan, mechlorethamine, thioepa, chlorambucil, carmustine (BSNU), lomustine (CCNU), cyclophosphamide, busulfan, dibromomannitol, streptozotocin, dacarbazine (DTIC), procarbazine, mitomycin C, cisplatin and other platinum derivatives, such as carboplatin.

6.  The method of claim 1, wherein said at least one non-corticosteroid chemotherapeutic agent comprises a glutamic acid derivative, such as thalidomide (Thalomid᠎) or a thalidomide analog, e.g. CC-5013 (lenalidomide, Revlimid.TM.) or CC4047 (Actimid.TM.).

7.  The method of claim 1, wherein said at least one non-corticosteroid chemotherapeutic agent comprises a proteasome inhibitor, such as bortezomib (Velcade᠎).

49

CELPOM00000408

8. The method of claim 1, wherein said at least one non-corticosteroid chemotherapeutic agent comprises a vinca alkaloid, such as vincristine.

9. The method of claim 1 wherein said at least one non-corticosteroid chemotherapeutic agent comprises an anthracycline, such as doxorubicin.

10. The method of claim 1, wherein said at least one corticosteroid comprises a glucocorticoid.

11. The method of claim 1, wherein said at least one corticosteroid comprises prednisone.

12. The method of claim 1, wherein said at least one corticosteroid comprises prednisone and said at least one non-corticosteroid chemotherapeutic agent comprises melphalan.

13. The method of claim 1, wherein said at least one corticosteroid comprises prednisone and said at least one non-corticosteroid chemotherapeutic agent comprises thalidomide.

14. The method of claim 1, wherein said at least one corticosteroid comprises prednisone and said at least one non-corticosteroid

50

CELPOM00000409

chemotherapeutic agent comprises melphalan and thalidomide.

15. The method of claim 1, wherein said at least one corticosteroid comprises dexamethasone.

16. The method of claim 1, wherein said at least one corticosteroid comprises dexamethasone and said at least one non-corticosteroid chemotherapeutic agent comprises thalidomide and/or lenalidomide.

17. The method of claim 1, wherein said at least one corticosteroid comprises dexamethasone and said at least one non-corticosteroid chemotherapeutic agent comprises vincristine and/or doxorubicin.

18. The method of claim 1, comprising the further administration of interferon-alpha.

19. The method of claim 1, wherein said antibody is a monoclonal antibody.

20. The method of claim 1, wherein said antibody is a human monoclonal antibody.

21. The method of claim 1, wherein said antibody is an antagonist of

51

CELPOM00000410

CD38.


22. The method of claim 1, wherein said antibody is an antibody that

does not induce release of significant IL-6 by human monocytes or

peripheral blood mononuclear cells as determined by the method described

in Example 19 of the specification.


23. The method of claim 1, wherein said antibody is an antibody that

does not induce release of detectable IFN-.gamma. by human T cells or

peripheral blood mononuclear cells as determined by the method described

in Example 20 of the specification.


24. The method of claim 1, wherein said antibody is an antibody that is

internalized by CD38 expressing cells; such as internalized by CHO-CD38

cells within 5 to 15 minutes at 37- C. by the method as described

in Example 12 of the specification.


25. The method of claim 1, wherein said antibody is an antibody that

induces ADCC; such as with an EC50 value of below 15 ng/ml, such as

below 10 ng/ml in Daudi-luc cells and with an EC50 value of below 75

ng/ml, such as below 50 ng/ml, 30 ng/ml or 10 ng/ml in MM cells as

52

CELPOM00000411

determined by the method described in Example 5 of the specification.

26. The method of claim 1, wherein said antibody is an antibody that induces CDC in the presence of complement; such as with an EC50 value of

below 5 .mu.g/ml, such as below 1 .mu.g/ml in daudi-luc or CD38-CHO cells by the method described in Example 6 of the specification.

27. The method of claim 1, wherein said antibody is an antibody that inhibits the synthesis of cGDPR.

28. The method of claim 1, wherein said antibody is an antibody that inhibits the synthesis of cADPR.

29. The method of claim 1, wherein said antibody is an antibody that binds to human CD38 with an affinity (KD) of below 10.sup.-8 M, such as in the range of from 10.sup.-8 M to 10.sup.-11 M, for example in the range of from 7.times.10.sup.-9 M to 10.sup.-10 M, as determined by surface plasmon resonance as described in Example 20 of the specification.

30. The method of claim 1, wherein said antibody is an antibody that inhibits the synthesis of cGDPR by at least 25%, such as at least 30%

53

CELPOM00000412

after 90 minutes at a concentration of 3 .mu. g/ml as determined by spectophotometric method described in Example 24 of the specification.

31. The method of claim 1, wherein said antibody is an antibody that inhibits the synthesis of cADPR by at least 25%, such as at least 30% after 90 minutes at a concentration of 3 .mu. g/ml as determined by the HPLC method described in Munshi et al., J. Biol. Chem. 275, 21566-21571 (2000).

32. The method of claim 1, wherein said antibody is an antibody comprising a VH CDR3 having the sequence as set forth in SEQ ID No:10 or an antibody which competes for CD38 binding with said antibody, e.g. by binding the same epitope as said antibody.

33. The method of claim 1, wherein said antibody is an antibody comprising a VL CDR3 having the sequence as set forth in SEQ ID No:5 and a V H CDR3 having the sequence as set forth in SEQ ID No:10.

34. The method of claim 1, wherein said antibody is an antibody comprising human light chain and human heavy variable regions, wherein the light chain variable region comprises a VL CDR1 having the sequence as set forth in SEQ ID No:3, a V L CDR2 having the sequence as set

54

CELPOM00000413

forth

in SEQ ID No:4 and a VL CDR3 having the sequence as set forth in SEQ ID
No:5, and the heavy chain variable region comprises a VH CDR1 having

the

sequence as set forth in SEQ ID No:8, a VH CDR2 having the sequence as
set forth in SEQ ID No:9 and a VH CDR3 having the sequence as set forth
in SEQ ID No:10.


35. The method of claim 32 wherein said antibody is an antibody
comprising a VL region having the amino acid sequence as set forth in
SEQ ID No:2 or a VL region having at least about 90%, such as at least
about 95% amino acid sequence identity to the sequence as set forth in
SEQ ID No:2.


36. The method of claim 32, wherein said antibody is an antibody
comprising a VH region having the amino acid sequence as set forth in
SEQ ID No:7 or a VH region having at least about 90%, such as at least
about 95% amino acid sequence identity to the sequence as set forth in
SEQ ID No:7 or a VH region having 1-5, such as 1-3 amino acid
substitutions, deletions or additions compared to the sequence as set
forth in SEQ ID No:7.


37. The method of claim 1, wherein said antibody is an antibody


55

CELPOM00000414

comprising a VH CDR3 having the sequence as set forth in SEQ ID No:20 or

an antibody which competes for CD38 binding with said antibody, e.g. by binding the same epitope as said antibody.

38. The method of claim 1, wherein said antibody is an antibody comprising a VL CDR3 having the sequence as set forth in SEQ ID No:15 and a VH CDR3 having the sequence as set forth in SEQ ID No:20.

39. The method of claim 1, wherein said antibody is an antibody comprising human light chain and human heavy variable regions, wherein the light chain variable region comprises a VL CDR1 having the sequence as set forth in SEQ ID No:13, a VL CDR2 having the sequence as set forth in SEQ ID No: 14 and a VL CDR3 having the sequence as set forth in SEQ ID No:15, and the heavy chain variable region comprises a VH CDR1 having the sequence as set forth in SEQ ID No: 18, a VH CDR2 having the sequence as set forth in SEQ ID No:19 and a VH CDR3 having the sequence as set forth in SEQ ID No:20.

40. The method of claim 37, wherein said antibody is an antibody comprising a VL region having the amino acid sequence as set forth in SEQ ID No:12 or a VL region having at least about 90%, such as at least

56

CELPOM00000415

about 95% amino acid sequence identity to the sequence according to SEQ ID No:12.

41. The method of claim 37, wherein said antibody is an antibody comprising a VH region having the amino acid sequence as set forth in SEQ ID No: 17 or a VH region having at least about 90%, such as at least about 95% amino acid sequence identity to the sequence as set forth in SEQ ID No:17 or a VH region having 1-5, such as 1-3 amino acid substitutions, deletions or additions compared to the sequence as set forth in SEQ ID No: 17.

42. The method of claim 1, wherein said antibody is an antibody comprising a VH CDR3 having the sequence as set forth in SEQ ID No:30 or an antibody which competes for CD38 binding with said antibody, e.g. by binding the same epitope as said antibody.

43. The method of claim 1, wherein said antibody is an antibody comprising a VL CDR3 having the sequence as set forth in SEQ ID No:25 and a VH CDR3 having the sequence as set forth in SEQ ID No:30.

44. The method of claim 1, wherein said antibody is an antibody

57

CELPOM00000416

comprising human light chain and human heavy variable regions, wherein
the light chain variable region comprises a VL CDR1 having the sequence
as set forth in SEQ ID No:23, a VL CDR2 having the sequence as set
forth
in SEQ ID No:24 and a VL CDR3 having the sequence as set forth in SEQ
ID
No:25, and the heavy chain variable region comprises a VH CDR1 having
the sequence as set forth in SEQ ID No:28, a VH CDR2 having the
sequence
as set forth in SEQ ID No:29 and a VH CDR3 having the sequence as set
forth in SEQ ID No:30.


45. The method of claim 42, wherein said antibody is an antibody
comprising a VL region having the amino acid sequence as set forth in
SEQ ID No:22 or a VL region having at least about 90%, such as at least
about 95% amino acid sequence identity to the sequence according to SEQ
ID No:22.


46. The method of claim 42, wherein said antibody is an antibody
comprising a VH region having the amino acid sequence as set forth in
SEQ ID No:27 or a VH region having at least about 90%, such as at least
about 95% amino acid sequence identity to the sequence according to SEQ
ID No:27 or a VH region having 1-5, such as 1-3 amino acid
substitutions, deletions or additions compared to the sequence as set

58

CELPOM00000417

forth in SEQ ID No:27.

47. The method of claim 1, wherein said antibody is a full length IgG1, IgG2, IgG3, IgG4, IgD, IgA, IgE, or IgM antibody, such as an IgG1 antibody, preferably an IgG1,.kappa. antibody or an IgM antibody, preferably an IgM,.kappa. antibody.

48. The method of claim 1, wherein said antibody is a human monoclonal antibody comprising (i) a heavy chain variable region amino acid sequence derived from a human Hv1263/3M28 (VHI) germline sequence and a light chain variable region amino acid sequence derived from a human

L15

(VKI) germline sequence; or (ii) a heavy chain variable region amino acid sequence derived from a human VH3-DP-47/V3-23 (VHIII) germline sequence and a light chain variable region amino acid sequence derived from a human L6 (VKI) germline sequence.

49. The method of claim 1, wherein said antibody is an antibody fragment

or a single-chain antibody.

50. The method of claim 1, wherein said antibody is conjugated to a cytotoxic agent, a radioisotope, or a drug.

59

CELPOM00000418

51. The method of claim 1, wherein said antibody is a bispecific or multispecific molecule comprising a binding specificity for a human effector cell.

52. The method of claim 1, wherein said antibody is a bispecific or multispecific molecule comprising a binding specificity for CD3, CD4, CD138, IL-15R, membrane bound or receptor bound TNF-.gamma., a human Fc receptor, or membrane bound or receptor bound IL-15.

53. The method of claim 1, wherein said tumor cells are multiple myeloma cells or chronic lymhocytic leukemia cells.

54. The method of claim 1, wherein said tumor cells are recurrent or refractory tumor cells.

55. The method of claim 1, wherein said individual is 65 or more than

65

years old.

56. The method of any of claim 1, wherein said individual is less than 65 years old.

60

CELPOM00000419

57. The method of claim 1, wherein said individual has not undergone previous anti-cancer treatment for the same cancer.

58. The method of claim 1, wherein said individual has not responded to a previous anti-cancer treatment for the same cancer.

59. The method of claim 1, wherein said individual has previously undergone autologous peripheral stem cell or bone marrow transplantation.

60. The method of claim 1, wherein said individual is enrolled to undergo subsequent autologous peripheral stem cell or bone marrow transplantation.

61. The method of claim 1, wherein the antibody, at least one corticosteroid and at least one non-corticosteroid chemotherapeutic agent are administered simultaneously.

62. The method of claim 1, wherein the antibody, at least one corticosteroid and at least one non-corticosteroid chemotherapeutic agent are administered sequentially.

63. The method of claim 1, wherein the antibody, at least one

61

CELPOM00000420

corticosteroid and at least one non-corticosteroid chemotherapeutic agent are all administered separately.

64. The method of claim 1, wherein the antibody, at least one corticosteroid and at least one non-corticosteroid chemotherapeutic agent are co-administered in one or two pharmaceutical compositions.

65. The method of claim 62, wherein the antibody is administered at least 1 day, such as at least 2 days, e.g. at least one week, before administration of said at least one corticosteroid and said at least one non-corticosteroid chemotherapeutic agent.

66. The method of claim 1, wherein the antibody is administered in a dose of 1 mg/kg or more, such as a dose of from 1 to 20 mg/kg, e.g. a dose of from 5 to 20 mg/kg, e.g. a dose of 8 mg/kg.

67. The method of claim 1, wherein the antibody is administered once weekly for 2 to 12 weeks, such as for 3 to 10 weeks, such as for 4 to 8 weeks.

68. (canceled)

CELPOM00000421

69. (canceled)


70. Use of an antibody that binds CD38 in the manufacture of a

medicament for the treatment of cancer, wherein the medicament is for

administration, or to be administered, in combination therapy with at

least one corticosteroid and at least one non-corticosteroid

chemotherapeutic agent.


71. (canceled)


72. A therapeutic combination for inhibiting growth and/or
proliferation

of tumor cells expressing CD38, comprising i) a non-agonistic antibody

which binds to CD38, ii) at least one corticosteroid, and iii) at least

one non-corticosteroid chemotherapeutic agent, wherein the combination

is suitable for separate, sequential and/or simultaneous
administration.


73. (canceled)


L25  ANSWER 8 OF 24  USPATFULL on STN

PI     US 20100009934     A1   20100114

CELPOM00000422

CLM    What is claimed is:

1. (canceled)

2. (canceled)

3. (canceled)

4. A method of treating a B-cell proliferative disorder, said method comprising administering to a patient a combination of a BAR agonist and a second compound selected from a PDE inhibitor, an A2A receptor agonist, an antiproliferative compound, and an IL-6 agonist, in an amount effective to treat said B-cell proliferative disorder.

5. (canceled)

6. The method of claim 4, wherein said BAR agonist is selected from the group consisting of arbutaline, arfomoterol, bambuterol, bitolterol, broxaterol, clenbuterol, fenoterol, formoterol, hexoprenaline, indacaterol, isoetharine, isoproterenol, levalbuterol, meluadrine, metaproterenol, nylidrin, picumeterol, pirbuterol, procaterol, reproterol, rimiterol, ritodrine, salbutamol, salmeterol, tulobuterol, terbutaline, and xamoterol.

CELPOM00000423

7.  The method of any of claim 4, wherein said BAR agonist is selected from Table 1 or 2.


8.  The method of any of claim 4, wherein said B-cell proliferative disorder is selected from the group consisting of autoimmune lymphoproliferative disease, B-cell chronic lymphocytic leukemia (CLL), B-cell prolymphocyte leukemia, lymphoplasmacytic lymphoma, mantle cell lymphoma, follicular lymphoma, extranodal marginal zone B-cell lymphoma of mucosa-associated lymphoid tissue (MALT type), nodal marginal zone lymphoma, splenic marginal zone lymphoma, hairy cell leukemia, plasmacytoma, diffuse large B-cell lymphoma, Burkitt lymphoma, multiple myeloma, indolent myeloma, smoldering myeloma, monoclonal gammopathy of unknown significance (MGUS), B-cell non-Hodgkin's lymphoma, small lymphocytic lymphoma, monoclonal immunoglobin deposition diseases, heavy chain diseases, mediastinal (thymic) large B-cell lymphoma, intravascular large B-cell lymphoma, primary effusion lymphoma, lymphomatoid granulomatosis, precursor B-lymphoblastic leukemia/lymphoma, Hodgkin's lymphoma (e.g., nodular lymphocyte predominant Hodgkin's lymphoma, classical Hodgkin's lymphoma, nodular sclerosis Hodgkin's lymphoma, mixed cellularity Hodgkin's lymphoma, lymphocyte-rich classical Hodgkin's lymphoma, and lymphocyte depleted

CELPOM00000424

Hodgkin's lymphoma), post-transplant lymphoproliferative disorder, and Waldenstrom's macroglobulinemia.

9. The method of claim 4, wherein said B-cell proliferative disorder is multiple myeloma.

10. The method of claim 4, wherein said second compound is said IL-6 agonist selected from the group consisting of IL-6, cytokines, soluble IL-6 receptor, platelet-derived growth factor, prostaglandin E1, forskolin, cholera toxin, dibutyryl cAMP, and IL-6 receptor agonists.

11. The method of claim 4, wherein, when said B-cell proliferative disorder is mantle cell lymphoma, said BAR agonist is not salmeterol administered with CHOP or bortezomib; when said B-cell proliferative disorder is multiple myeloma, said BAR agonist is not salbutamol administered with VAD; when said B-cell proliferative disorder is multiple myeloma, said BAR agonist is not salmeterol administered with prednisone and melphalan; when said B-cell proliferative disorder is multiple myeloma, said BAR agonist is not salbutamol administered with clodronate; or when said B-cell proliferative disorder is multiple myeloma, said BAR agonist is not salbutamol administered with melphalan, prednisone, and pamidronate for multiple myeloma.

66

12. The method of claim 4, wherein said patient is not suffering from asthma, bronchiolitis obliterans, COPD, or shortness of breath.

13. The method of claim 4, wherein said patient is not suffering from an immunoinflammatory disorder of the lungs.

14. The method of claim 4, wherein said patient is not suffering from an immunoinflammatory disorder.

15. The method of claim 4, wherein said patient is not preparing to undergo, undergoing, or recovering from allogenic or autologous stem cell replacement.

16. The method of claim 4, wherein said patient is not concomitantly treated with a stem cell mobilizer.

17. The method of claim 4, wherein said patient is not concomitantly treated with an mTOR inhibitor and capecitabine.

18. The method of claim 4, wherein said BAR agonist is not isoproterenol.

CELPOM00000426

19. The method of claim 4, wherein said BAR agonist is formulated for oral or intravenous administration.

20. The method of claim 4, wherein said BAR agonist and said A2A agonist, PDE inhibitor, antiproliferative compound, or IL-6 agonist are administered simultaneously.

21. The method of claim 4, wherein said BAR agonist and said A2A agonist, PDE inhibitor, antiproliferative compound, or IL-6 agonist are administered within 14 days of one another.

22. The method of claim 4, wherein said second compound is said A2A agonist selected from Table 3 or 4, or said second compound is said PDE inhibitor selected from Table 5 or 6.

23. The method of claim 4, wherein said second compound is said antiproliferative compound selected from the group consisting of alkylating agents, platinum agents, antimetabolites, topoisomerase inhibitors, antitumor antibiotics, antimitotic agents, aromatase inhibitors, thymidylate synthase inhibitors, DNA antagonists, farnesyltransferase inhibitors, pump inhibitors, histone acetyltransferase inhibitors, metalloproteinase inhibitors,

68

ribonucleoside reductase inhibitors, TNF alpha agonists/antagonists, endothelin A receptor antagonist, retinoic acid receptor agonists, immuno-modulators, hormonal and antihormonal agents, photodynamic agents, tyrosine kinase inhibitors, antisense compounds, corticosteroids, HSP90 inhibitors, proteosome inhibitors, CD40 inhibitors, anti-CSI antibodies, FGFR3 inhibitors, VEGF inhibitors, MEK inhibitors, cyclin D inhibitors, NF-kB inhibitors and pathway modulators, anthracyclines, histone deacetylase inhibitors, kinesin inhibitors, phosphatase inhibitors, COX2 inhibitors, mTOR inhibitors, AKT inhibitors, PI3K inhibitors, TRAF inhibitors, statins, mitotic kinase inhibitors, KSP inhibitors, cyclin dependent kinase inhibitors, inhibitors of anti-apoptotic proteins, immune therapies, calcineurin antagonists, and IMiDs.

24. The method of claim 4, wherein said second compound is said antiproliferative compound selected from Table 7 or 8.

25. The method of claim 4, wherein said second compound is said antiproliferative compound and the combination of BAR agonist and antiproliferative compound is selected from Table 9.

26. The method of claim 4, wherein said BAR agonist is a beta 2 agonist.

69

27.  (canceled)

28.  (canceled)

29.  (canceled)

30.  (canceled)

31.  (canceled)

32.  A pharmaceutical composition comprising a BAR agonist and a second compound selected from the group consisting of an A2A agonist, a PDE inhibitor, an antiproliferative compound, and an IL-6 agonist, in an amount effective to treat a B-cell proliferative disorder.

33.  The composition of claim 32, wherein said second compound is said A2A agonist selected from Table 3 or 4, or said second compound is said PDE inhibitor selected from Table 5 or 6.

34.  The composition of claim 32, wherein said second compound is said antiproliferative compound selected from the group consisting of alkylating agents, platinum agents, antimetabolites, topoisomerase

70

CELPOM00000429

inhibitors, antitumor antibiotics, antimitotic agents, aromatase inhibitors, thymidylate synthase inhibitors, DNA antagonists, farnesyltransferase inhibitors, pump inhibitors, histone acetyltransferase inhibitors, metalloproteinase inhibitors, ribonucleoside reductase inhibitors, TNF alpha agonists/antagonists, endothelin A receptor antagonist, retinoic acid receptor agonists, immuno-modulators, hormonal and antihormonal agents, photodynamic agents, tyrosine kinase inhibitors, antisense compounds, corticosteroids, HSP90 inhibitors, proteosome inhibitors, CD40 inhibitors, anti-CSI antibodies, FGFR3 inhibitors, VEGF inhibitors, MEK inhibitors, cyclin D inhibitors, NF-kB inhibitors and pathway modulators, anthracyclines, histone deacetylase inhibitors, kinesin inhibitors, phosphatase inhibitors, COX2 inhibitors, mTOR inhibitors, AKT inhibitors, PI3K inhibitors, TRAF inhibitors, statins, mitotic kinase inhibitors, KSP inhibitors, cyclin dependent kinase inhibitors, inhibitors of anti-apoptotic proteins, immune therapies, calcineurin antagonists, and IMiDs.

35. The composition of claim 32, wherein said second compound is said antiproliferative compound selected from Table 7 or 8.

36. The composition of claim 32, wherein said second compound is said antiproliferative compound and the combination of BAR agonist and

71

antiproliferative compound is selected from Table 9.

37-48. (canceled)

49. The composition of claim 32, wherein said BAR agonist is arbutaline,

arfomoterol, bambuterol, bitolterol, broxaterol, clenbuterol, fenoterol,

formoterol, hexoprenaline, indacaterol, isoetharine, isoproterenol,

levalbuterol, meluadrine, metaproterenol, nylidrin, picumeterol,

pirbuterol, procaterol, reproterol, rimiterol, ritodrine, salbutamol,

salmeterol, tulobuterol, terbutaline, and xamoterol.

50. The composition of claim 32, wherein said BAR agonist is selected

from Table 1 or 2.

51. The composition of claim 32, wherein said second compound is said

IL-6 agonist selected from the group consisting of IL-6, cytokines,

soluble IL-6 receptor, platelet-derived growth factor, prostaglandin E1,

forskolin, cholera toxin, dibutyryl cAMP, and IL-6 receptor agonists.

L25  ANSWER 9 OF 24  USPATFULL on STN

72

CELPOM00000431

PI     US 20090252710      A1  20091008

CLM    What is claimed is:

1. A method of suppressing the proliferation of tumor cells comprising contacting the tumor cells with human placental perfusate cells.

2. The method of claim 1, wherein the tumor cells are blood cancer cells.

3. The method of claim 1, wherein the tumor cells are solid tumor cells.

4. The method of claim 1, wherein the tumor cells are primary ductal carcinoma cells, leukemia cells, acute T cell leukemia cells, chronic myeloid lymphoma (CML) cells, acute myelogenous leukemia cells, chronic myelogenous leukemia (CML) cells, lung carcinoma cells, colon adenocarcinoma cells, histiocytic lymphoma cells, colorectal carcinoma cells, colorectal adenocarcinoma cells, or retinoblastoma cells.

5. The method of claim 1, wherein said perfusate comprises a culture medium.

6. The method of claim 1, wherein said perfusate has been treated to remove a plurality of erythrocytes.

73

CELPOM00000432

7. The method of claim 1, wherein said contacting is contacting in vitro.

8. The method of claim 1, wherein said contacting is contacting in vivo.

9. The method of claim 8, wherein said contacting is in a human.

10. The method of claim 1, wherein said plurality of placental perfusate

cells are total nucleated cells from placental perfusate.

11. The method of claim 1, wherein said placental perfusate cells comprise at least about 50% CD56.sup.+ placental cells.

12. A method of suppressing the proliferation of tumor cells comprising contacting the tumor cells with a plurality of CD56.sup.+, CD16.sup.- placental intermediate natural killer (PINK) cells.

13. The method of claim 12, wherein said contacting takes place in vitro.

14. The method of claim 12, wherein said contacting takes place in

74

vivo.

15. The method of claim 14, wherein said contacting takes place in a human.

16. The method of claim 12, wherein said tumor cells are primary ductal carcinoma cells, leukemia cells, acute T cell leukemia cells, chronic myeloid lymphoma (CML) cells, acute myelogenous leukemia cells, chronic myelogenous leukemia (CML) cells, lung carcinoma cells, colon adenocarcinoma cells, histiocytic lymphoma cells, multiple myeloma cells, colorectal carcinoma cells, colorectal adenocarcinoma cells, or retinoblastoma cells.

17. The method of claim 12, wherein said PINK cells are contacted with an immunomodulatory compound in an amount and for a time sufficient for said PINK cells to express detectably more granzyme B than an equivalent number of PINK cells not contacted with said immunomodulatory compound.

18. The method of claim 17, wherein said immunomodulatory compound is lenalidomide or pomalidomide.

19. A method of suppressing the proliferation of tumor cells comprising

75

CELPOM00000434

contacting the tumor cells with combined natural killer cells, wherein

said combined natural killer cells comprise natural killer cells

isolated from placental perfusate and natural killer cells isolated from

umbilical cord blood, and wherein said umbilical cord blood is isolated

from the placenta from which said placental perfusate is obtained.

20. The method of claim 19, wherein said contacting takes place in vitro.

21. The method of claim 19, wherein said contacting takes place in vivo.

22. The method of claim 21, wherein said contacting takes place in a human.

23. The method of claim 19, wherein said tumor cells are primary ductal carcinoma cells, leukemia cells, acute T cell leukemia cells, chronic myeloid lymphoma (CML) cells, acute myelogenous leukemia cells, chronic myelogenous leukemia (CML) cells, lung carcinoma cells, colon adenocarcinoma cells, histiocytic lymphoma cells, multiple myeloma cells, colorectal carcinoma cells, colorectal adenocarcinoma cells, or retinoblastoma cells.

76

CELPOM00000435

24. The method of claim 19, wherein said combined natural killer cells comprise: a detectably higher number of CD3.sup.−CD56.sup.+CD16.sup.− natural killer cells than an equivalent number of natural killer cells from peripheral blood; a detectably lower number of CD3.sup.−CD56.sup.+CD16.sup.+ natural killer cells than an equivalent number of natural killer cells from peripheral blood; a detectably higher number of CD3.sup.−CD56.sup.+KIR2DL2/L3.sup.+ natural killer cells than an equivalent number of natural killer cells from peripheral blood; a detectably lower number of CD3 CD56.sup.+NKp46.sup.+ natural killer cells than an equivalent number of natural killer cells from peripheral blood; a detectably higher number of CD3.sup.−CD56.sup.+NKp30.sup.+ natural killer cells than an equivalent number of natural killer cells from peripheral blood; a detectably higher number of CD3.sup.−CD56.sup.+2B4.sup.+ natural killer cells than an equivalent number of natural killer cells from peripheral blood; or a detectably higher number of CD3.sup.−CD56.sup.+CD94.sup.+ natural killer cells than an equivalent number of natural killer cells from peripheral blood.

25. The method of claim 24, wherein said natural killer cells have not

77

been cultured.

26. The method of claim 19, wherein said combined natural killer cells comprise: a detectably lower number of CD3.sup.−CD56.sup.+ KIR2DL2/L3.sup.+ natural killer cells than an equivalent number of natural killer cells from peripheral blood; a detectably higher number of CD3.sup.−CD56.sup.+NKp46.sup.+ natural killer cells than an equivalent number of natural killer cells from peripheral blood; a detectably higher number of CD3.sup.−CD56.sup.+ NKp44.sup.+ natural killer cells than an equivalent number of natural killer cells from peripheral blood; a detectably higher number of CD3.sup.−CD56.sup.+NKp30.sup.+ natural killer cells than an equivalent number of natural killer cells from peripheral blood.

27. The method of claim 26, wherein said natural killer cells have been cultured.

28. The method of claim 27, wherein said natural killer cells have been cultured for about 21 days.

L25  ANSWER 10 OF 24  USPATFULL on STN

PI      US 20090232796      A1  20090917

CELPOM00000437

CLM    What is claimed is:

1. A method of treating cancer in a patient, comprising administering
to

the patient (i) an effective amount of CD40L, derivative, or fragment

thereof, and (ii) an effective amount of an immunomodulatory compound,

wherein the immunomodulatory compound is a compound of formula I, II,

III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII,

XVIII or a pharmaceutically acceptable salt, solvate, or stereoisomer

thereof:  ##STR46## wherein: one of X and Y is C.dbd.O, the other of X

and Y is C.dbd.O or CH.sub.2; R.sup.2 is hydrogen or lower alkyl;

##STR47## wherein: one of X and Y is C.dbd.O and the other of X and Y
is

C.dbd.O or CH.sub.2; (i) each of R.sup.1, R.sup.2, R.sup.3, and
R.sup.4,

independently of the others, is halo, alkyl of 1 to 4 carbon atoms, or

alkoxy of 1 to 4 carbon atoms, or (ii) one of R.sup.1, R.sup.2,
R.sup.3,

and R.sup.4 is --NHR.sup.5 and the remaining of R.sup.1, R.sup.2,

R.sup.3, and R.sup.4 are hydrogen; R.sup.5 is hydrogen or alkyl of 1 to

8 carbon atoms; R.sup.6 is hydrogen, alkyl of 1 to 8 carbon atoms,

benzyl, or halo; provided that R.sup.6 is other than hydrogen if X and
Y

are C.dbd.O and (i) each of R.sup.1, R.sup.2, R.sup.3, and R.sup.4 is

fluoro or (ii) one of R.sup.1, R.sup.2, R.sup.3, or R.sup.4 is amino;

##STR48## wherein: one of X and Y is C.dbd.O and the other is CH.sub.2

79

or C.dbd.0; R.sup.1 is H, (C.sub.1-C.sub.8)alkyl,

(C.sub.3-C.sub.7)cycloalkyl, (C.sub.2-C.sub.8)alkenyl,

(C.sub.2-C.sub.8)alkynyl, benzyl, aryl, (C.sub.0-C.sub.4)alkyl

C.sub.1-C.sub.6)heterocycloalkyl, (C.sub.0-C.sub.4)alkyl

C.sub.2-C.sub.5)heteroaryl, C(O)R.sup.3, C(S)R.sup.3, C(O)OR.sup.4,

(C.sub.1-C.sub.8)alkyl-N(R.sup.6).sub.2,

(C.sub.1-C.sub.8)alkyl-OR.sup.5, (C.sub.1-C.sub.8)alkyl-C(O)OR.sup.5,

C(O)NHR.sup.3, C(S)NHR.sup.3, C(O)NR.sup.3R.sup.3, C(S)NR.sup.3R.sup.3

or (C.sub.1-C.sub.8)alkyl-O(CO)R.sup.5; R.sup.2 is H, F, benzyl,

(C.sub.1-C.sub.8)alkyl, (C.sub.2-C.sub.8)alkenyl, or

(C.sub.2-C.sub.8)alkynyl; R.sup.3 and R.sup.3' are independently

(C.sub.1-C.sub.8)alkyl, (C.sub.3-C.sub.7)cycloalkyl,

(C.sub.2-C.sub.8)alkenyl, (C.sub.2-C.sub.8)alkynyl, benzyl, aryl,

(C.sub.0-C.sub.4)alkyl-(C.sub.1-C.sub.6)heterocycloalkyl,

(C.sub.0-C.sub.4)alkyl-(C.sub.2-C.sub.5)heteroaryl,

(C.sub.0-C.sub.8)alkyl-N(R.sup.6).sub.2,

(C.sub.1-C.sub.8)alkyl-OR.sup.5, (C.sub.1-C.sub.8)alkyl-C(O)OR.sup.5,

(C.sub.1-C.sub.8)alkyl-O(CO)R.sup.5, or C(O)OR.sup.5; R.sup.4 is

(C.sub.1-C.sub.8)alkyl, (C.sub.2-C.sub.8)alkenyl,

(C.sub.2-C.sub.8)alkynyl, (C.sub.1-C.sub.4)alkyl-OR.sup.5, benzyl,
aryl,

(C.sub.0-C.sub.4)alkyl-C.sub.1-C.sub.6)heterocycloalkyl, or

(C.sub.0-C.sub.4)alkyl-(C.sub.2-C.sub.5)heteroaryl; R.sup.5 is

80

(C. sub. 1-C. sub. 8)alkyl,  (C. sub. 2-C. sub. 8)alkenyl,

(C. sub. 2-C. sub. 8)alkynyl, benzyl, aryl, or (C. sub. 2-C. sub. 5)heteroaryl;

R. sup. 6 is independently H, (C. sub. 1-C. sub. 8)alkyl,

(C. sub. 2-C. sub. 8)alkenyl, (C. sub. 2-C. sub. 8)alkynyl, benzyl, aryl,

(C. sub. 2-C. sub. 5)heteroaryl, or (C. sub. 0-C. sub. 8)alkyl-C(0)0--R. sup. 5

or

the R. sup. 6 groups can join to form a heterocycloalkyl group; n is 0 or

1; and * is a chiral-carbon center; ##STR49## wherein: one of X and Y

is C. dbd. 0 and the other is CH. sub. 2 or C. dbd. 0; R is H or

CH. sub. 2OCOR'; (i) each of R. sup. 1, R. sup. 2, R. sup. 3, or R. sup. 4,

independently of the others, is halo, alkyl of 1 to 4 carbon atoms, or

alkoxy of 1 to 4 carbon atoms or (ii) one of R. sup. 1, R. sup. 2, R. sup. 3,

or R. sup. 4 is nitro or --NHR. sup. 5 and the remaining of R. sup. 1,

R. sup. 2, R. sup. 3, or R. sup. 4 are hydrogen; R. sup. 5 is hydrogen or alkyl

of 1 to 8 carbons R. sup. 6 hydrogen, alkyl of 1 to 8 carbon atoms,

benzo,

chloro, or fluoro; R' is R. sup. 7--CHR. sup. 10--N(R. sup. 8R. sup. 9);
R. sup. 7

is m-phenylene or p-phenylene or --(C. sub. nH. sub. 2n)-- in which n has a

value of 0 to 4; each of R. sup. 8 and R. sup. 9 taken independently of the

other is hydrogen or alkyl of 1 to 8 carbon atoms, or R. sup. 8 and

R. sup. 9 taken together are tetramethylene, pentamethylene,

hexamethylene, or --CH. sub. 2CH. sub. 2X. sub. 1CH. sub. 2CH. sub. 2-- in which

X. sub. 1 is --0--, --S--, or --NH--; R. sup. 10 is hydrogen, alkyl of to 8

81

CELPOM00000440

carbon atoms, or phenyl; and * represents a chiral-carbon center; ##STR50## wherein: one of X and Y is C.dbd.O and the other of X and Y is

C.dbd.O or CH.sub.2; (i) each of R.sup.1, R.sup.2, R.sup.3, or R.sup.4, independently of the others, is halo, alkyl of 1 to 4 carbon atoms, or alkoxy of 1 to 4 carbon atoms or (ii) one of R.sup.1, R.sup.2, R.sup.3, and R.sup.4 is --NHR.sup.5 and the remaining of R.sup.1, R.sup.2, R.sup.3, and R.sup.4 are hydrogen; R.sup.5 is hydrogen or alkyl of 1 to 8 carbon atoms; R.sup.6 is hydrogen, alkyl of 1 to 8 carbon atoms, benzo, chloro, or fluoro; R.sup.7 is m-phenylene or p-phenylene or --(C.sub.nH.sub.2n)-- in which n has a value of 0 to 4; each of R.sup.8 and R.sup.9 taken independently of the other is hydrogen or alkyl of 1 to 8 carbon atoms, or R.sup.8 and R.sup.9 taken together are tetramethylene, pentamethylene, hexamethylene, or --CH.sub.2CH.sub.2X.sup.1CH.sub.2CH.sub.2-- in which X.sup.1 is --O--, --S--, or --NH--; and R.sup.10 is hydrogen, alkyl of to 8 carbon atoms, or phenyl;  ##STR51## wherein: one of X and Y is C.dbd.O and the other of X and Y is C.dbd.O or CH.sub.2; (i) each of R.sup.1, R.sup.2, R.sup.3, and R.sup.4, independently of the others, is halo, alkyl of 1 to 4 carbon atoms, or alkoxy of 1 to 4 carbon atoms or (ii) one of R.sup.1, R.sup.2, R.sup.3, and R.sup.4 is nitro or protected amino and the remaining of R.sup.1, R.sup.2, R.sup.3, and R.sup.4 are hydrogen; and R.sup.6 is hydrogen, alkyl of 1 to 8 carbon atoms, benzo, chloro,

82

CELPOM00000441

or

fluoro;  ##STR52## wherein: one of X and Y is C.dbd.O and the other of X

and Y is C.dbd.O or CH.sub.2; (i) each of R.sup.1, R.sup.2, R.sup.3, and

R.sup.4, independently of the others, is halo, alkyl of 1 to 4 carbon

atoms, or alkoxy of 1 to 4 carbon atoms or (ii) one of R.sup.1, R.sup.2,

R.sup.3, and R.sup.4 is --NHR.sup.5 and the remaining of R.sup.1,

R.sup.2, R.sup.3, and R.sup.4 are hydrogen; R.sup.5 is hydrogen, alkyl

of 1 to 8 carbon atoms, or CO--R.sup.7--CH(R.sup.10)NR.sup.8R.sup.9 in

which each of R.sup.7, R.sup.8, R.sup.9, and R.sup.10 is as herein

defined; and R.sup.6 is alkyl of 1 to 8 carbon atoms, benzo, chloro, or

fluoro;  ##STR53## wherein: one of X and Y is C.dbd.O and the other of X

and Y is C.dbd.O or CH.sub.2; R.sup.6 is hydrogen, alkyl of 1 to 8

carbon atoms, benzyl, chloro, or fluoro; R.sup.7 is m-phenylene,

p-phenylene or --(C.sub.nH.sub.2n)-- in which n has a value of 0 to 4;

each of R.sup.8 and R.sup.9 taken independently of the other is hydrogen

or alkyl of 1 to 8 carbon atoms, or R.sup.8 and R.sup.9 taken together

are tetramethylene, pentamethylene, hexamethylene, or

--CH.sub.2CH.sub.2X.sup.1CH.sub.2CH.sub.2-- in which X.sup.1 is --O--,

--S-- or --NH--; and R.sup.10 is hydrogen, alkyl of 1 to 8 carbon atoms,

83

CELPOM00000442

or phenyl; ##STR54## wherein: Y is oxygen or H.sup.2 and each of

R.sup.1, R.sup.2, R.sup.3, and R.sup.4, independently of the others, is

hydrogen, halo, alkyl of 1 to 4 carbon atoms, alkoxy of 1 to 4 carbon

atoms, or amino; ##STR55## wherein: each of R.sup.1, R.sup.2, R.sup.3,

and R.sup.4, independently of the others, is halo, alkyl of 1 to 4

carbon atoms, or alkoxy of 1 to 4 carbon atoms; ##STR56## wherein: Y

is

Oxygen or H.sub.2, a first of R.sup.1 and R.sup.2 is halo, alkyl,

alkoxy, alkylamino, dialkylamino, cyano, or carbamoyl, the second of

R.sup.1 and R.sup.2, independently of the first, is hydrogen, halo,

alkyl, alkoxy, alkylamino, dialkylamino, cyano, or carbamoyl, and

R.sup.3 is hydrogen, alkyl, or benzyl; ##STR57## wherein: a first of

R.sup.1 and R.sup.2 is halo, alkyl of from 1 to 4 carbon atoms, alkoxy

of from 1 to 4 carbon atoms, dialkylamino in which each alkyl is of

from

1 to 4 carbon atoms, cyano, or carbamoyl; the second of R.sup.1 and

R.sup.2, independently of the first, is hydrogen, halo, alkyl of from 1

to 4 carbon atoms, alkoxy of from 1 to 4 carbon atoms, alkylamino in

which alkyl is of from 1 to 4 carbon atoms, dialkylamino in which each

alkyl is of from 1 to 4 carbon atoms, cyano, or carbamoyl; and R.sup.3

is hydrogen, alkyl of from 1 to 4 carbon atoms, or benzyl; ##STR58##

wherein: when n is not zero and R.sup.1 is not the same as R.sup.2, C*

is a center of chirality; one of X.sup.1 and X.sup.2 is amino, nitro,

84

alkyl of one to six carbons, or NH-Z, and the other of X.sup.1 or

X.sup.2 is hydrogen; each of R.sup.1 and R.sup.2 independent of the

other, is hydroxy or NH-Z; R.sup.3 is hydrogen, alkyl of one to six

carbons, halo, or haloalkyl; Z is hydrogen, aryl, alkyl of one to six

carbons, formyl, or acyl of one to six carbons; and n has a value of 0,

1, or 2; provided that if X.sup.1 is amino, and n is 1 or 2, then

R.sup.1 and R.sup.2 are not both hydroxy;  ##STR59## wherein: when n is

not zero and R.sup.1 is not R.sup.2, C* is a center of chirality; one

of

X and X.sup.2 is amino, nitro, alkyl of one to six carbons, or NH-Z,

and

the other of X or X.sup.2 is hydrogen; each of R.sup.1 and R.sup.2

independent of the other, is hydroxy or NH-Z; R.sup.3 is alkyl of one

to

six carbons, halo, or hydrogen; Z is hydrogen, aryl or an alkyl or acyl

of one to six carbons; and n has a value of 0, 1, or 2;  ##STR60##

wherein: when n is not zero and R.sup.1 is not R.sup.2, C* is a center

of chirality; one of X.sup.1 and X.sup.2 is amino, nitro, alkyl of one

to six carbons, or NH-Z, and the other of X.sup.1 or X.sup.2 is

hydrogen; each of R.sup.1 and R.sup.2 independent of the other, is

hydroxy or NH-Z; R.sup.3 is alkyl of one to six carbons, halo, or

hydrogen; Z is hydrogen, aryl, or an alkyl or acyl of one to six

carbons; and n has a value of 0, 1, or 2;  ##STR61## wherein: one of

X.sup.1 and X.sup.2 is nitro, or NH-Z, and the other of X.sup.1 or

85

X. sup. 2 is hydrogen; each of R. sup. 1 and R. sup. 2, independent of the

other, is hydroxy or NH-7; R. sup. 3 is alkyl of one to six carbons, halo,

or hydrogen; Z is hydrogen, phenyl, an acyl of one to six carbons, or an

alkyl of one to six carbons; n has a value of 0, 1, or 2; and if

--COR. sup. 2 and --(CH. sub. 2). sub. nCOR. sup. 1 are different, C* is a

center of chirality; ##STR62## wherein: one of X. sup. 1 and X. sup. 2 is

alkyl of one to six carbons; each of R. sup. 1 and R. sup. 2, independent of

the other, is hydroxy or NH-Z; R. sup. 3 is alkyl of one to six carbons,

halo, or hydrogen; Z is hydrogen, phenyl, an acyl of one to six carbons,

or an alkyl of one to six carbons; n has a value of 0, 1, or 2; and if

--COR. sup. 2 and --(CH. sub. 2). sub. nCOR. sup. 1 are different, C* is a

center of chirality; ##STR63## wherein: the * carbons are centers of

chirality; X is --C(O)-- or --CH. sub. 2--; R. sup. 1 is alkyl of 1 to 8

carbon atoms or --NHR. sup. 3; R. sup. 2 is hydrogen, alkyl of 1 to 8 carbon

atoms, or halogen; and R. sup. 3 is hydrogen, alkyl of 1 to 8 carbon

atoms, unsubstituted or substituted with alkoxy of 1 to 8 carbon atoms,

halo, amino, or alkylamino of 1 to 4 carbon atoms, cycloalkyl of 3 to 18

carbon atoms, phenyl, unsubstituted or substituted with alkyl of 1 to 8

carbon atoms, alkoxy of 1 to 8 carbon atoms, halo, amino, or alkylamino

86

CELPOM00000445

of 1 to 4 carbon atoms, benzyl, unsubstituted or substituted with alkyl of 1 to 8 carbon atoms, alkoxy of 1 to 8 carbon atoms, halo, amino, or alkylamino of 1 to 4 carbon atoms, or --COR.sup.4, wherein R.sup.4 is hydrogen, alkyl of 1 to 8 carbon atoms, unsubstituted or substituted with alkoxy of 1 to 8 carbon atoms, halo, amino, or alkylamino of 1 to 4 carbon atoms, cycloalkyl of 3 to 18 carbon atoms, phenyl, unsubstituted or substituted with alkyl of 1 to 8 carbon atoms, alkoxy of 1 to 8 carbon atoms, halo, amino, or alkylamino of 1 to 4 carbon atoms, or benzyl, unsubstituted or substituted with alkyl of 1 to 8 carbon atoms, alkoxy of 1 to 8 carbon atoms, halo, amino, or alkylamino of 1 to 4 carbon atoms.

2. The method of claim 1, wherein the immunomodulatory compound is administered before, concurrently with, or after the administration of the CD40L, derivative, or fragment thereof.

3. The method of claim 2, wherein the immunomodulatory compound is administered from about 1, 6, 12, or 24 hours to about 2 days, 4 days, 1 week, or about 2 weeks before the administration of the CD40L, derivative, or fragment thereof.

CELPOM00000446

4.  The method of claim 1, wherein the cancer is solid or hematological cancer.

5.  The method of claim 1, wherein the cancer is a leukemia, lymphoma or myeloma.

6.  The method of claim 5, wherein the leukemia is chronic lymphocytic leukemia (CLL), acute lymphoblastic leukemia (ALL), prolymphocytic leukemia (PLL), hairy cell leukemia, or small lymphocytic leukemia (SLL).

7.  The method of claim 5, wherein the lymphoma is selected from the group consisting of Mantle cell lymphoma, splenic lymphoma, hodgkin's lymphoma, mucosal associated lymphoid tissue lymphoma, diffuse small lymphocytic lymphoma, follicular lymphoma, mocytoid B cell lymphoma, Burkitt's lymphoma, AIDS-related lymphoma, diffuse large B-cell lymphoma, lymphomatoid granulomatosis, intravascular lymphomatosis, intravascular lymphoma, cutaneous B-cell lymphoma, and non-hodgkins lymphoma.

8.  The method of claim 1, wherein the cancer is multiple myeloma.

9.  The method of claim 1, wherein the immunomodulatory compound is

88

CELPOM00000447

1-oxo-2-(2,6-dioxopiperidin-3-yl)-4-aminoisoindoline or

1,3-dioxo-2-(2,6-dioxopiperidin-3-yl)-4-aminoisoindoline.


10. The method of claim 1, wherein the immunomodulatory compound is administered in an amount between about 2 to about 100 mg/kg.


11. The method of claim 1, wherein the immunomodulatory compound is administered orally, parenterally, or topically.


12. The method of claim 1, further comprising administering an effective amount of an anti-CD40 antibody or a fragment thereof.


13. A method of treating leukemia or lymphoma in a patient, comprising administering to the patient: (i) an effective amount of an anti-CD40 antibody or a fragment thereof, and (ii) an effective amount of an immunomodulatory compound, wherein the immunomodulatory compound is a compound of formula I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII or a pharmaceutically acceptable salt, solvate, or stereoisomer thereof: ##STR64## wherein: one of X and Y is C.dbd.O, the other of X and Y is C.dbd.O or CH.sub.2; R.sup.2 is hydrogen or lower alkyl; ##STR65## wherein: one of X and Y is C.dbd.O and the other of X and Y is C.dbd.O or CH.sub.2; (i) each of R.sup.1,

CELPOM00000448

R.sup.2, R.sup.3, and R.sup.4, independently of the others, is halo, alkyl of 1 to 4 carbon atoms, or alkoxy of 1 to 4 carbon atoms, or (ii) one of R.sup.1, R.sup.2, R.sup.3, and R.sup.4 is --NHR.sup.5 and the remaining of R.sup.1, R.sup.2, R.sup.3, and R.sup.4 are hydrogen; R.sup.5 is hydrogen or alkyl of 1 to 8 carbon atoms; R.sup.6 is hydrogen, alkyl of 1 to 8 carbon atoms, benzyl, or halo; provided that R.sup.6 is other than hydrogen if X and Y are C.dbd.O and (i) each of R.sup.1, R.sup.2, R.sup.3, and R.sup.4 is fluoro or (ii) one of R.sup.1,

R.sup.2, R.sup.3, or R.sup.4 is amino;  ##STR66## wherein: one of X and Y is C.dbd.O and the other is CH.sub.2 or C.dbd.O; R.sup.1 is H, (C.sub.1-C.sub.8)alkyl, (C.sub.3-C.sub.7)cycloalkyl, (C.sub.2-C.sub.8)alkenyl, (C.sub.2-C.sub.8)alkynyl, benzyl, aryl, (C.sub.0-C.sub.4)alkyl C.sub.1-C.sub.6)heterocycloalkyl, (C.sub.0-C.sub.4)alkyl C.sub.2-C.sub.5)heteroaryl, C(O)R.sup.3, C(S)R.sup.3, C(O)OR.sup.4, (C.sub.1-C.sub.8)alkyl-N(R.sup.6).sub.2, (C.sub.1-C.sub.8)alkyl-OR.sup.5, (C.sub.1-C.sub.8)alkyl-C(O)OR.sup.5, C(O)NHR.sup.3, C(S)NHR.sup.3, C(O)NR.sup.3R.sup.3, C(S)NR.sup.3R.sup.3 or (C.sub.1-C.sub.8)alkyl-O(CO)R.sup.5; R.sup.2 is H, F, benzyl, (C.sub.1-C.sub.8)alkyl, (C.sub.2-C.sub.8)alkenyl, or (C.sub.2-C.sub.8)alkynyl; R.sup.3 and R.sup.3' are independently (C.sub.1-C.sub.8)alkyl, (C.sub.3-C.sub.7)cycloalkyl, (C.sub.2-C.sub.8)alkenyl, (C.sub.2-C.sub.8)alkynyl, benzyl, aryl,

CELPOM00000449

(C. sub. 0-C. sub. 4)alkyl-(C. sub. 1-C. sub. 6)heterocycloalkyl,

(C. sub. 0-C. sub. 4)alkyl-(C. sub. 2-C. sub. 5)heteroaryl,

(C. sub. 0-C. sub. 8)alkyl-N(R. sup. 6). sub. 2,

(C. sub. 1-C. sub. 8)alkyl-OR. sup. 5,   (C. sub. 1-C. sub. 8)alkyl-C(O)OR. sup. 5,

(C. sub. 1-C. sub. 8)alkyl-O(CO)R. sup. 5,   or  C(O)OR. sup. 5; R. sup. 4 is

(C. sub. 1-C. sub. 8)alkyl,   (C. sub. 2-C. sub. 8)alkenyl,

(C. sub. 2-C. sub. 8)alkynyl,   (C. sub. 1-C. sub. 4)alkyl-OR. sup. 5,  benzyl,

aryl,

(C. sub. 0-C. sub. 4)alkyl(C. sub. 1-C. sub. 6)heterocycloalkyl,  or

(C. sub. 0-C. sub. 4)alkyl-(C. sub. 2-C. sub. 5)heteroaryl; R. sup. 5 is

(C. sub. 1-C. sub. 8)alkyl,   (C. sub. 2-C. sub. 8)alkenyl,

(C. sub. 2-C. sub. 8)alkynyl, benzyl, aryl, or  (C. sub. 2-C. sub. 5)heteroaryl;

R. sup. 6 is independently H,   (C. sub. 1-C. sub. 8)alkyl,

(C. sub. 2-C. sub. 8)alkenyl,   (C. sub. 2-C. sub. 8)alkynyl, benzyl, aryl,

(C. sub. 2-C. sub. 5)heteroaryl,  or  (C. sub. 0-C. sub. 8)alkyl-C(O)O--R. sup. 5

or

the R. sup. 6 groups can join to form a heterocycloalkyl group; n is 0 or

1; and * is a chiral-carbon center;  ##STR67## wherein: one of X and Y

is C. dbd. O and the other is CH. sub. 2 or C. dbd. O; R is H or

CH. sub. 2OCOR'; (i) each of R. sup. 1, R. sup. 2, R. sup. 3,  or R. sup. 4,

independently of the others, is halo, alkyl of 1 to 4 carbon atoms, or

alkoxy of 1 to 4 carbon atoms or (ii) one of R. sup. 1, R. sup. 2, R. sup. 3,

or R. sup. 4 is nitro or --NHR. sup. 5 and the remaining of R. sup. 1,

91

R. sup. 2, R. sup. 3, or R. sup. 4 are hydrogen; R. sup. 5 is hydrogen or alkyl

of 1 to 8 carbons R. sup. 6 hydrogen, alkyl of 1 to 8 carbon atoms,
benzo,

chloro, or fluoro; R' is R. sup. 7--CHR. sup. 10--N(R. sup. 8R. sup. 9);
R. sup. 7

is m-phenylene or p-phenylene or --(C. sub. nH. sub. 2n)-- in which n has a

value of 0 to 4; each of R. sup. 8 and R. sup. 9 taken independently of the

other is hydrogen or alkyl of 1 to 8 carbon atoms, or R. sup. 8 and

R. sup. 9 taken together are tetramethylene, pentamethylene,

hexamethylene, or --CH. sub. 2CH. sub. 2X. sub. 1CH. sub. 2CH. sub. 2-- in which

X. sup. 1 is --O--, --S--, or --NH--; R. sup. 10 is hydrogen, alkyl of to 8

carbon atoms, or phenyl; and * represents a chiral-carbon center;

##STR68## wherein: one of X and Y is C. dbd. 0 and the other of X and Y
is

C. dbd. 0 or CH. sub. 2; (i) each of R. sup. 1, R. sup. 2, R. sup. 3, or R. sup. 4,

independently of the others, is halo, alkyl of 1 to 4 carbon atoms, or

alkoxy of 1 to 4 carbon atoms or (ii) one of R. sup. 1, R. sup. 2, R. sup. 3,

and R. sup. 4 is --NHR. sup. 5 and the remaining of R. sup. 1, R. sup. 2,

R. sup. 3, and R. sup. 4 are hydrogen; R. sup. 5 is hydrogen or alkyl of 1 to

8 carbon atoms; R. sup. 6 is hydrogen, alkyl of 1 to 8 carbon atoms,

benzo, chloro, or fluoro; R. sup. 7 is m-phenylene or p-phenylene or

--(C. sup. nH. sub. 2n)-- in which n has a value of 0 to 4; each of R. sup. 8

and R. sup. 9 taken independently of the other is hydrogen or alkyl of 1

to 8 carbon atoms, or R. sup. 8 and R. sup. 9 taken together are

92

CELPOM00000451

tetramethylene, pentamethylene, hexamethylene, or

--CH.sub.2CH.sub.2X.sup.1CH.sub.2CH.sub.2-- in which X.sup.1 is --O--,

--S--, or --NH--; and R.sup.10 is hydrogen, alkyl of to 8 carbon atoms,

or phenyl; ##STR69## wherein: one of X and Y is C.dbd.O and the other

of X and Y is C.dbd.O or CH.sub.2; (i) each of R.sup.1, R.sup.2,

R.sup.3, and R.sup.4, independently of the others, is halo, alkyl of 1

to 4 carbon atoms, or alkoxy of 1 to 4 carbon atoms or (ii) one of

R.sup.1, R.sup.2, R.sup.3, and R.sup.4 is nitro or protected amino and

the remaining of R.sup.1, R.sup.2, R.sup.3, and R.sup.4 are hydrogen;

and R.sup.6 is hydrogen, alkyl of 1 to 8 carbon atoms, benzo, chloro,

or

fluoro; ##STR70## wherein: one of X and Y is C.dbd.O and the other of

X

and Y is C.dbd.O or CH.sub.2; (i) each of R.sup.1, R.sup.2, R.sup.3,

and

R.sup.4, independently of the others, is halo, alkyl of 1 to 4 carbon

atoms, or alkoxy of 1 to 4 carbon atoms or (ii) one of R.sup.1,

R.sup.2,

R.sup.3, and R.sup.4 is --NHR.sup.5 and the remaining of R.sup.1,

R.sup.2, R.sup.3, and R.sup.4 are hydrogen; R.sup.5 is hydrogen, alkyl

of 1 to 8 carbon atoms, or CO--R.sup.7--CH(R.sup.10)NR.sup.8R.sup.9 in

which each of R.sup.7, R.sup.8, R.sup.9, and R.sup.10 is as herein

defined; and R.sup.6 is alkyl of 1 to 8 carbon atoms, benzo, chloro, or

fluoro; ##STR71## wherein: one of X and Y is C.dbd.O and the other of

X

93

and Y is C.dbd.O or CH.sub.2; R.sup.6 is hydrogen, alkyl of 1 to 8

carbon atoms, benzyl, chloro, or fluoro; R.sup.7 is m-phenylene,

p-phenylene or --(C.sup.nH.sub.2n)-- in which n has a value of 0 to 4;

each of R.sup.8 and R.sup.9 taken independently of the other is
hydrogen

or alkyl of 1 to 8 carbon atoms, or R.sup.8 and R.sup.9 taken together

are tetramethylene, pentamethylene, hexamethylene, or

--CH.sub.2CH.sub.2X.sup.1CH.sub.2CH.sub.2-- in which X.sup.1 is --O--,

--S-- or --NH--; and R.sup.10 is hydrogen, alkyl of 1 to 8 carbon
atoms,

or phenyl; ##STR72## wherein: Y is oxygen or H.sup.2 and each of

R.sup.1, R.sup.2, R.sup.3, and R.sup.4, independently of the others, is

hydrogen, halo, alkyl of 1 to 4 carbon atoms, alkoxy of 1 to 4 carbon

atoms, or amino; ##STR73## wherein: each of R.sup.1, R.sup.2, R.sup.3,

and R.sup.4, independently of the others, is halo, alkyl of 1 to 4

carbon atoms, or alkoxy of 1 to 4 carbon atoms; ##STR74## wherein: Y
is

Oxygen or H.sub.2, a first of R.sup.1 and R.sup.2 is halo, alkyl,

alkoxy, alkylamino, dialkylamino, cyano, or carbamoyl, the second of

R.sup.1 and R.sup.2, independently of the first, is hydrogen, halo,

alkyl, alkoxy, alkylamino, dialkylamino, cyano, or carbamoyl, and

R.sup.3 is hydrogen, alkyl, or benzyl; ##STR75## wherein: a first of

R.sup.1 and R.sup.2 is halo, alkyl of from 1 to 4 carbon atoms, alkoxy

of from 1 to 4 carbon atoms, dialkylamino in which each alkyl is of

94

CELPOM00000453

from

1 to 4 carbon atoms, cyano, or carbamoyl; the second of R.sup.1 and

R.sup.2, independently of the first, is hydrogen, halo, alkyl of from 1

to 4 carbon atoms, alkoxy of from 1 to 4 carbon atoms, alkylamino in

which alkyl is of from 1 to 4 carbon atoms, dialkylamino in which each

alkyl is of from 1 to 4 carbon atoms, cyano, or carbamoyl; and R.sup.3

is hydrogen, alkyl of from 1 to 4 carbon atoms, or benzyl;  ##STR76##

wherein: when n is not zero and R.sup.1 is not the same as R.sup.2, C*

is a center of chirality; one of X.sup.1 and X.sup.2 is amino, nitro,

alkyl of one to six carbons, or NH-Z, and the other of X.sup.1 or

X.sup.2 is hydrogen; each of R.sup.1 and R.sup.2 independent of the

other, is hydroxy or NH-Z; R.sup.3 is hydrogen, alkyl of one to six

carbons, halo, or haloalkyl; Z is hydrogen, aryl, alkyl of one to six

carbons, formyl, or acyl of one to six carbons; and n has a value of 0,

1, or 2; provided that if X.sup.1 is amino, and n is 1 or 2, then

R.sup.1 and R.sup.2 are not both hydroxy;  ##STR77## wherein: when n is

not zero and R.sup.1 is not R.sup.2, C* is a center of chirality; one

of

X.sup.1 and X.sup.2 is amino, nitro, alkyl of one to six carbons, or

NH-Z, and the other of X.sup.1 or X.sup.2 is hydrogen; each of R.sup.1

and R.sup.2 independent of the other, is hydroxy or NH-Z; R.sup.3 is

alkyl of one to six carbons, halo, or hydrogen; Z is hydrogen, aryl or

an alkyl or acyl of one to six carbons; and n has a value of 0, 1, or

95

2;

##STR78## wherein: when n is not zero and R.sup.1 is not R.sup.2, C* is

a center of chirality; one of X.sup.1 and X.sup.2 is amino, nitro,

alkyl

of one to six carbons, or NH—Z, and the other of X.sup.1 or X.sup.2 is

hydrogen; each of R.sup.1 and R.sup.2 independent of the other, is

hydroxy or NH—Z; R.sup.3 is alkyl of one to six carbons, halo, or

hydrogen; Z is hydrogen, aryl, or an alkyl or acyl of one to six

carbons; and n has a value of 0, 1, or 2;  ##STR79## wherein: one of

X.sup.1 and X.sup.2 is nitro, or NH—Z, and the other of X.sup.1 or

X.sup.2 is hydrogen; each of R.sup.1 and R.sup.2, independent of the

other, is hydroxy or NH—Z; R.sup.3 is alkyl of one to six carbons,

halo,

or hydrogen; Z is hydrogen, phenyl, an acyl of one to six carbons, or

an

alkyl of one to six carbons; n has a value of 0, 1, or 2; and if

—COR.sup.2 and —(CH.sub.2).sub.nCOR.sup.1 are different, C* is a

center of chirality;  ##STR80## wherein: one of X.sup.1 and X.sup.2 is

alkyl of one to six carbons; each of R.sup.1 and R.sup.2, independent

of

the other, is hydroxy or NH—Z; R.sup.3 is alkyl of one to six carbons,

halo, or hydrogen; Z is hydrogen, phenyl, an acyl of one to six

carbons,

or an alkyl of one to six carbons; n has a value of 0, 1, or 2; and if

—COR.sup.2 and —(CH.sub.2).sub.nCOR.sup.1 are different, C* is a

96

center of chirality;  ##STR81## wherein: the carbons are centers of

chirality; X is --C(O)-- or --CH.sub.2--; R.sup.1 is alkyl of 1 to 8

carbon atoms or --NHR.sup.3; R.sup.2 is hydrogen, alkyl of 1 to 8 carbon

atoms, or halogen; and R.sup.3 is hydrogen, alkyl of 1 to 8 carbon

atoms, unsubstituted or substituted with alkoxy of 1 to 8 carbon atoms,

halo, amino, or alkylamino of 1 to 4 carbon atoms, cycloalkyl of 3 to 18

carbon atoms, phenyl, unsubstituted or substituted with alkyl of 1 to 8

carbon atoms, alkoxy of 1 to 8 carbon atoms, halo, amino, or alkylamino

of 1 to 4 carbon atoms, benzyl, unsubstituted or substituted with alkyl

of 1 to 8 carbon atoms, alkoxy of 1 to 8 carbon atoms, halo, amino, or

alkylamino of 1 to 4 carbon atoms, or --COR.sup.4, wherein R.sup.4 is

hydrogen, alkyl of 1 to 8 carbon atoms, unsubstituted or substituted

with alkoxy of 1 to 8 carbon atoms, halo, amino, or alkylamino of 1 to 4

carbon atoms, cycloalkyl of 3 to 18 carbon atoms, phenyl, unsubstituted

or substituted with alkyl of 1 to 8 carbon atoms, alkoxy of 1 to 8

carbon atoms, halo, amino, or alkylamino of 1 to 4 carbon atoms, or

benzyl, unsubstituted or substituted with alkyl of 1 to 8 carbon atoms,

alkoxy of 1 to 8 carbon atoms, halo, amino, or alkylamino of 1 to 4

carbon atoms.


14. The method of claim 13, wherein the immunomodulatory compound is

97

administered before, concurrently with, or after administration of the
anti-CD40 antibody or fragment thereof.

15. The method of claim 14, wherein the immunomodulatory compound is
administered from about 1, 6, 12, or 24 hours to about 2 days, 4 days,
week, or about 2 weeks before administration of the anti-CD40 antibody
or fragment thereof.

16. The method of claim 13, wherein the leukemia is chronic lymphocytic
leukemia (CLL), acute lymphoblastic leukemia (ALL), prolymphocytic
leukemia (PLL), hairy cell leukemia, or small lymphocytic leukemia
(SLL).

17. The method of claim 13, wherein the lymphoma is selected from the
group consisting of Mantle cell lymphoma, splenic lymphoma, hodgkin's
lymphoma, mucosal associated lymphoid tissue lymphoma, diffuse small
lymphocytic lymphoma, follicular lymphoma, mocytoid B cell lymphoma,
Burkitt's lymphoma, AIDS-related lymphoma, diffuse large B-cell
lymphoma, lymphomatoid granulomatosis, intravascular lymphomatosis,
intravascular lymphoma, cutaneous B-cell lymphoma, and non-hodgkins
lymphoma.

98

18. The method of claim 13, wherein said immunomodulatory compound is 1-oxo-2-(2,6-dioxopiperidin-3-yl)-4-aminoisoindoline or 1,3-dioxo-2-(2,6-dioxopiperidin-3-yl)-4-aminoisoindoline.

19. The method of claim 13, wherein said immunomodulatory compound is administered in an amount of between about 2 to about 100 mg/kg.

20. The method of claim 13, wherein said immunomodulatory compound is administered orally, parenterally, or topically.

L25   ANSWER 11 OF 24   USPATFULL on STN

PI    US 20090155265     A1   20090618

CLM   What is claimed is:

      1-21. (canceled)

22. A method of treating multiple myeloma, which comprises administering to a patient having multiple myeloma a therapeutically effective amount of 3-(4-amino-1-oxo-1,3-dihydro-isoindol-2-yl)-piperidine-2,6-dione of the formula:  ##STR9## or a pharmaceutically acceptable salt, solvate or stereoisomer thereof, and administering a therapeutically effective amount of an antibody.

99

CELPOM00000458

23. The method of claim 22, wherein the compound is  ##STR10##

24. The method of claim 22, wherein the compound is a pharmaceutically acceptable salt.

25. The method of claim 22, wherein the compound is a pharmaceutically acceptable solvate.

26. The method of claim 22, wherein the compound is a pharmaceutically acceptable stereoisomer.

27. The method of claim 26, wherein the stereoisomer is an enantiomerically pure R isomer.

28. The method of claim 26, wherein the stereoisomer is an enantiomerically pure S isomer.

29. The method of claim 22, wherein the antibody is a monoclonal or polyclonal antibody.

30. The method of claim 29, wherein the antibody is a monoclonal antibody.

100

CELPOM00000459

31. The method of claim 29, wherein the antibody is trastuzumab, rituximab, bevacizumab, pertuzumab, tositumomab, infliximab, edrecolomab or G250, or a combination thereof.

32. The method of claim 29, wherein the antibody is an anti-TNF-a antibody.

33. The method of claim 22, wherein the compound is administered concurrently, prior to, or following administration of the antibody.

34. The method of claim 22, which further comprises administering radiation therapy, hormonal therapy, biological therapy or immunotherapy.

35. The method of claim 22, wherein the multiple myeloma is relapsed, refractory or resistant to conventional therapy.

36. The method of claim 22, further comprising administering a therapeutically effective amount of dexamethasone, melphalan or prednisone.

37. The method of claim 22, wherein the compound is administered

CELPOM00000460

orally.

38. The method of claim 37, wherein the compound is administered in the form of a capsule or tablet.

39. The method of claim 22, wherein the compound is administered in an amount of about 5, 10, 20, 25, 30 and 50 mg per day.

40. The method of claim 22, wherein the compound is administered in an amount of about 25 mg per day.

41. The method of claim 22, wherein the compound is administered cyclically.

42. The method of claim 41, wherein one cycle comprises four to six weeks.

43. The method of claim 41, wherein one cycle comprises the administration of the compound for 21 days followed by seven days rest.

44. The method of claim 43, wherein the compound is orally administered in an amount of from about 5 to about 25 mg per day for 21 days every

28

102

CELPOM00000461

days.

45. The method of claim 44, wherein dexamethasone is orally administered

in an amount of 40 mg daily on days 1, 8, 15 and 22 every 28 days.

46. The method of claim 41, wherein the compound is orally administered

in an amount of about 25 mg per day for 21 days followed by seven days

rest in a 28 day cycle.

47. The method of claim 22, wherein the antibody is administered

intravenously or subcutaneously once or twice daily in an amount of from

about 1 to about 1000 mg.

48. The method of claim 47, wherein the antibody is administered

intravenously or subcutaneously once or twice daily in an amount of from

about 5 to about 500 mg.

49. The method of claim 48, wherein the antibody is administered

intravenously or subcutaneously once or twice daily in an amount of from

about 10 to about 350 mg.

103

50. The method of claim 49, wherein the antibody is administered
intravenously or subcutaneously once or twice daily in an amount of from
about 50 to about 200 mg.

51. The method of claim 36, wherein the capsule comprises the compound,
lactose anhydrous, microcrystalline cellulose, croscarmellose sodium and
magnesium stearate.

52. A pharmaceutical composition suitable for treating multiple
myeloma in a patient having multiple myeloma, comprising a
therapeutically effective amount of
3-(4-amino-1-oxo-1,3-dihydro-isoindol-2-yl)-piperidine-2,6-dione of the
formula:  ##STR11## and a therapeutically effective amount of a
monoclonal antibody.

L25  ANSWER 12 OF 24  USPATFULL on STN

PI      US 20090068210       A1  20090312

CLM     What is claimed is:

1. A method of providing an iNKT cell responsive to multiple myeloma

CELPOM00000463

comprising: (i) isolating an iNKT cell from a patient having multiple myeloma; and (ii) incubating the isolated iNKT cell with an immunomodulatory compound.

2. The method of claim 1, further comprising contacting said iNKT cell with an multiple myeloma cell loaded with .alpha.-GalCer prior to step (ii).

3. The method of claim 1, wherein the iNKT cell is TCRV.alpha.24.sup.+ and TCRV.beta.11.sup.+.

4. The method of claim 1 wherein the multiple myeloma cell is CD1d-expressing primary myeloma cell.

5. The method of claim 4, wherein the primary myeloma cell is a multiple myeloma cell transfected with CD1d.

6. The method of claim 1, wherein the immunomodulatory compound is 1-oxo-2-(2,6-dioxopiperidin-3-yl)-4-aminoisoindoline or 1,3-dioxo-2-(2,6-dioxopiperidin-3-yl)-4 aminoisoindoline.

7. An iNKT cell, which is prepared according to the method of claim 1.

105

CELPOM00000464

8. A pharmaceutical composition comprising the iNKT cell of claim 7.

9. A method of treating multiple myeloma in a patient comprising administering to said patient a therapeutically effective amount of the iNKT cell of claim 7.

10. A method of preparing a vaccine for multiple myeloma comprising:
(i) isolating an iNKT cell from a patient having multiple myeloma;
(ii) incubating said isolated iNKT cell with an immunomodulatory compound; and (iii) irradiating the iNKT cell from step (ii).

11. The method of claim 10, further comprising contacting said iNKT cell
with a multiple myeloma cell loaded with .alpha.-GalCer prior to step (ii).

12. A method of preventing multiple myeloma in a human comprising administering to a human the vaccine prepared using the method of claim 10.

13. A method of treating or preventing multiple myeloma in a patient comprising: (i) isolating an iNKT cell from a patient having multiple myeloma; (ii) irradiating the iNKT cell from step (i); (iii)

106

CELPOM00000465

administering the iNKT cell to the patient; and (iv) administering an

immunomodulatory compound to the patient.


14. The method of claim 13, further comprising contacting said iNKT cell

with a multiple myeloma cell loaded with .alpha.-GalCer prior to step

(ii).



L25  ANSWER 13 OF 24  USPATFULL on STN

PI    US 20090053168      A1  20090226

CLM   What is claimed is:

1. A method of treating a B-cell proliferative disorder, said method

comprising administering to a patient an A2A receptor agonist in an

amount effective to treat said B-cell proliferative disorder.


2. A method of treating a B-cell proliferative disorder, said method

comprising administering to a patient a combination of an A2A receptor

agonist and an antiproliferative compound in amounts that together are

effective to treat said B-cell proliferative disorder.


3. The method of claim 1 or 2, wherein said A2A receptor agonist is

selected from the group consisting of the compounds listed in Tables 1

107

CELPOM00000466

and 2.

4.  The method of claim 2, wherein said A2A receptor agonist and antiproliferative compound are administered simultaneously.

5.  The method of claim 2, wherein said A2A receptor agonist and antiproliferative compound are administered within 14 days of one another.

6.  The method of claim 2, wherein said antiproliferative compound is IL-6.

7.  A method of treating a B-cell proliferative disorder, said method comprising administering to a patient a combination of a PDE inhibitor and an antiproliferative compound other than a glucocorticoid in amounts
   that together are effective to treat said B-cell proliferative disorder.

8.  A method of treating a B-cell proliferative disorder, said method comprising administering to a patient a combination of two or more PDE inhibitors having activity against at least two of PDE 2, 3, 4, and 7 and an antiproliferative compound in amounts that together are effective

108

CELPOM00000467

to treat said B-cell proliferative disorder.

9.  A method of treating a B-cell proliferative disorder, said method comprising administering to a patient a combination of a PDE inhibitor having activity against at least two of PDE 2, 3, 4, and 7 and an antiproliferative compound in amounts that together are effective to treat said B-cell proliferative disorder.

10.  The method of claim 7 or 9, wherein said PDE inhibitor is selected from the group consisting of the compounds listed in Tables 5 and 6.

11.  The method of claim 8, wherein at least one of said PDE inhibitors is selected from the group consisting of the compounds listed in Tables 5 and 6.

12.  The method of claim 7, wherein said PDE inhibitor is active against at least two of PDE 2, 3,4, and 7.

13.  The method of claim 7, wherein said combination comprises two or more PDE inhibitors that when combined are active against at least two of PDE 2, 3, 4, and 7.

14.  The method of claim 7 or 9, wherein said PDE inhibitor and

109

CELPOM00000468

antiproliferative compound are administered simultaneously.

15. The method of claim 7 or 9, wherein said PDE inhibitor and antiproliferative compound are administered within 14 days of one another.

16. The method of claim 8, wherein said PDE inhibitors and antiproliferative compound are administered simultaneously.

17. The method of claim 8, wherein said PDE inhibitors and antiproliferative compound are administered within 14 days of one another.

18. The method of claim 7, wherein said PDE inhibitor is active against PDE 4.

19. The method of claim 1, 2, 7, 8, or 9, wherein said B-cell proliferative disorder is selected from the group consisting of autoimmune lymphoproliferative disease, B-cell CLL, B-cell prolymphocyte leukemia, lymphoplasmacytic lymphoma, mantle cell lymphoma, follicular lymphoma, extranodal marginal zone B-cell lymphoma of mucosa-associated lymphoid tissue (MALT type), nodal marginal zone lymphoma, splenic

CELPOM00000469

marginal zone lymphoma, hairy cell leukemia, plasmacytoma, diffuse large

B-cell lymphoma, Burkitt lymphoma, multiple myeloma, indolent

myeloma, smoldering myeloma, monoclonal gammopathy of unknown

significance (MGUS), B-cell non-Hodgkin's lymphoma, small lymphocytic

lymphoma, monoclonal immunoglobin deposition diseases, heavy chain

diseases, mediastinal (thymic) large B-cell lymphoma, intravascular

large B-cell lymphoma, primary effusion lymphoma, lymphomatoid

granulomatosis, precursor B-lymphoblastic leukemia/lymphoma, Hodgkin's

lymphoma, nodular lymphocyte predominant Hodgkin's lymphoma, classical

Hodgkin's lymphoma, nodular sclerosis Hodgkin's lymphoma, mixed

cellularity Hodgkin's lymphoma, lymphocyte-rich classical Hodgkin's

lymphoma, lymphocyte depleted Hodgkin's lymphoma, post-transplant

lymphoproliferative disorder, and Waldenstrom's macroglobulinemia.


20. The method of claim 19, wherein said B-cell proliferative disorder

is multiple myeloma.


21. The method of claim 1, 2, 7, 8, or 9, wherein said patient is not

suffering from a comorbid immunoinflammatory disorder.


22. The method of claim 1, 2, 7, 8, or 9, wherein said antiproliferative

111

CELPOM00000470

compound is selected from the group consisting of alkylating agents,

platinum agents, antimetabolites, topoisomerase inhibitors, antitumor

antibiotics, antimitotic agents, aromatase inhibitors, thymidylate

synthase inhibitors, DNA antagonists, farnesyltransferase inhibitors,

pump inhibitors, histone acetyltransferase inhibitors, metalloproteinase

inhibitors, ribonucleoside reductase inhibitors, TNF alpha

agonists/antagonists, endothelin A receptor antagonist, retinoic acid

receptor agonists, immuno-modulators, hormonal and antihormonal agents,

photodynamic agents, tyrosine kinase inhibitors, antisense compounds,

corticosteroids, HSP90 inhibitors, proteosome inhibitors, CD40

inhibitors, anti-CS1 antibodies, FGFR3 inhibitors, VEGF inhibitors, MEK

inhibitors, cyclin D1 inhibitors, NF-kB inhibitors, anthracyclines,

histone deacetylases, kinesin inhibitors, phosphatase inhibitors, COX2

inhibitors, mTOR inhibitors, calcineurin antagonists, and IMiDs.


23. The method of claim 22, wherein said antiproliferative compound is

selected from the compounds listed in Tables 3 and 4.


24. The method of claim 1, 2, 7, 8, or 9, wherein said antiproliferative

compound is administered in a combination with at least a second

antiproliferative compound.


112

CELPOM00000471

25. The method of claim 24, wherein said combination is selected from the group consisting of CHOP (cyclophosphamide, vincristine, doxorubicin, and prednisone), VAD (vincristine, doxorubicin, and dexamethasone), MP (melphalan and prednisone), DT (dexamethasone and thalidomide), DM (dexamethasone and melphalan), DR (dexamethasone and Revlimid), DV (dexamethasone and Velcade), RV (Revlimid and Velcade), and cyclophosphamide and etoposide.

26. A kit comprising (i) an A2A receptor agonist and (ii) an antiproliferative compound in amounts that together are effective to treat a B-cell proliferative disorder.

27. A kit comprising (i) a PDE inhibitor and (ii) an antiproliferative compound other than a glucocorticoid in amounts that together are effective to treat a B-cell proliferative disorder.

28. A kit comprising (i) a PDE inhibitor having activity against at least two of PDE 2, 3, 4, and 7 and (ii) an antiproliferative compound in amounts that together are effective to treat a B-cell proliferative disorder.

29. A kit comprising (i) two or more PDE inhibitors that when combined

113

CELPOM00000472

have activity against at least two of PDE 2, 3, 4, and 7 and (ii) an antiproliferative compound in amounts that together are effective to treat a B-cell proliferative disorder.


30. The kit of claims 26-29, wherein said antiproliferative compound is selected from the group consisting of alkylating agents, platinum agents, antimetabolites, topoisomerase inhibitors, antitumor antibiotics, antimitotic agents, aromatase inhibitors, thymidylate synthase inhibitors, DNA antagonists, farnesyltransferase inhibitors, pump inhibitors, histone acetyltransferase inhibitors, metalloproteinase inhibitors, ribonucleoside reductase inhibitors, TNF alpha agonists/antagonists, endothelin A receptor antagonist, retinoic acid receptor agonists, immuno-modulators, hormonal and antihormonal agents, photodynamic agents, tyrosine kinase inhibitors, antisense compounds, corticosteroids, HSP90 inhibitors, proteosome inhibitors, CD40 inhibitors, anti-CS1 antibodies, FGFR3 inhibitors, VEGF inhibitors, MEK inhibitors, cyclin D1 inhibitors, NF-kB inhibitors, anthracyclines, histone deacetylases, kinesin inhibitors, phosphatase inhibitors, COX2 inhibitors, mTOR inhibitors, calcineurin antagonists, and IMiDs.


31. The kit of claims 26-29, wherein said antiproliferative compound is selected from the compounds listed in Tables 3 and 4.


114

32. The kit of claims 26-29, further comprising at least a second antiproliferative compound in a combination with said antiproliferative compound.

33. The kit of claims 32, wherein said combination is selected from the group consisting of CHOP (cyclophosphamide, vincristine, doxorubicin, and prednisone), VAD (vincristine, doxorubicin, and dexamethasone), MP (melphalan and prednisone), DT (dexamethasone and thalidomide), DM (dexamethasone and melphalan), DR (dexamethasone and Revlimid), DV (dexamethasone and Velcade), RV (Revlimid and Velcade), and cyclophosphamide and etoposide.

34. The kit of claims 26-29, further comprising instructions for administering (i) and (ii) to a patient for the treatment of a B-cell proliferative disorder.

35. A pharmaceutical composition comprising (i) an A2A receptor agonist and (ii) an antiproliferative compound together in an amount effective to treat a B-cell proliferative disorder and (iii) a pharmaceutically acceptable carrier.

36. A pharmaceutical composition comprising (i) a PDE inhibitor and

115

(ii)

    an antiproliferative compound other than a glucocorticoid together in an

    amount effective to treat a B-cell proliferative disorder and (iii) a

    pharmaceutically acceptable carrier.

37. A pharmaceutical composition comprising (i) two or more PDE inhibitors that when combined have activity against at least two of PDE 2, 3, 4, and 7 and (ii) an antiproliferative compound together in an amount effective to treat a B-cell proliferative disorder and (iii) a pharmaceutically acceptable carrier.

38. A pharmaceutical composition comprising (i) a PDE inhibitor having activity against at least two of PDE 2, 3, 4, and 7 and (ii) an antiproliferative compound in amounts that together are effective to treat a B-cell proliferative disorder and (iii) a pharmaceutically acceptable carrier.

39. A kit comprising: (i) a composition comprising an A2A receptor agonist and an antiproliferative compound; and (ii) instructions for administering said composition to a patient for the treatment of a B-cell proliferative disorder.

116

CELPOM00000475

40. A kit comprising: (i) an A2A receptor agonist; and (ii) instructions

for administering said A2A receptor agonist with an antiproliferative

compound to a patient for the treatment of a B-cell proliferative

disorder.

41. A kit comprising: (i) a composition comprising a PDE inhibitor and

an antiproliferative compound other than a glucocorticoid; and (ii)

instructions for administering said composition to a patient for the

treatment of a B-cell proliferative disorder.

42. A kit comprising: (i) a composition comprising a PDE inhibitor

having activity against at least two of PDE 2, 3, 4, and 7 and an

antiproliferative compound; and (ii) instructions for administering

said

composition to a patient for the treatment of a B-cell proliferative

disorder.

43. A kit comprising: (i) a composition comprising two or more PDE

inhibitors that when combined have activity against at least two of PDE

2, 3, 4, and 7 and an antiproliferative compound; and (iii)

instructions

for administering said composition to a patient for the treatment of a

B-cell proliferative disorder.

117

44. A kit comprising: (i) a PDE inhibitor; and (ii) instructions for administering said PDE inhibitor and an antiproliferative compound to a patient for the treatment of a B-cell proliferative disorder, wherein said antiproliferative compound is not a glucocorticoid or said PDE inhibitor has activity against at least two of PDE 2, 3, 4, and 7.

45. A kit comprising: (i) two or more PDE inhibitors that when combined have activity against at least two of PDE2,3, 4, and 7; and (ii) instructions for administering said two or more PDE inhibitors and an antiproliferative compound to a patient for the treatment of a B-cell proliferative disorder.

L25  ANSWER 14 OF 24  USPATFULL on STN

PI      US 20090047243      A1  20090219

CLM     What is claimed is:

1. A method of treating a B-cell proliferative disorder, said method comprising administering to a patient a combination of an A2A receptor agonist and a PDE inhibitor in amounts that together are effective to treat said B-cell proliferative disorder.

2. The method of claim 1, wherein said A2A receptor agonist is selected

118

CELPOM00000477

from the group consisting of the compounds listed in Tables 1 and 2.

3. The method of claim 1, wherein said PDE inhibitor is selected from the group consisting of the compounds listed in Tables 3 and 4.

4. The method of claim 1, wherein said PDE inhibitor is active against at least two of PDE 2, 3, 4, and 7.

5. The method of claim 1, wherein said combination comprises two or more

PDE inhibitors that when combined are active against at least two of PDE

2, 3, 4, and 7.

6. The method of claim 1, wherein said B-cell proliferative disorder is selected from the group consisting of autoimmune lymphoproliferative disease, B-cell CLL, B-cell prolymphocyte leukemia, lymphoplasmacytic lymphoma, mantle cell lymphoma, follicular lymphoma, extranodal marginal zone B-cell lymphoma of mucosa-associated lymphoid tissue (MALT type), nodal marginal zone lymphoma, splenic marginal zone lymphoma, hairy cell leukemia, plasmacytoma, diffuse large B-cell lymphoma, Burkitt lymphoma, multiple myeloma, indolent myeloma, smoldering myeloma, monoclonal

119

CELPOM00000478

gammopathy of unlcnown significance (MGUS), B-cell non-Hodgkin's
lymphoma, small lymphocytic lymphoma, monoclonal immunoglobin
deposition
diseases, heavy chain diseases, mediastinal (thymic) large B-cell
lymphoma, intravascular large B-cell lymphoma, primary effusion
lymphoma, lymphomatoid granulomatosis, precursor B-lymphoblastic
leukemia/lymphoma, Hodgkin's lymphoma, nodular lymphocyte predominant
Hodgkin's lymphoma, classical Hodgkin's lymphoma, nodular sclerosis
Hodgkin's lymphoma, mixed cellularity Hodgkin's lymphoma,
lymphocyte-rich classical Hodgkin's lymphoma, lymphocyte depleted
Hodgkin's lymphoma, post-transplant lymphoproliferative disorder, and
Waldenstrom's macroglobulineamia.


7.  The method of claim 1, wherein said B-cell proliferative disorder is
multiple myeloma.


8.  The method of claim 1, wherein said A2A receptor agonist and PDE
inhibitor are administered simultaneously.


9.  The method of claim 1, wherein said A2A receptor agonist and PDE
inhibitor are administered within 14 days of one another.


10. The method of claim 1, wherein said patient is not suffering from a


120

comorbid immunoinflammatory disorder.


11. The method of claim 1, further comprising administering an
antiproliferative compound.


12. The method of claim 11, wherein said antiproliferative compound is
selected from the group consisting of alkylating agents, platinum
agents, antimetabolites, topoisomerase inhibitors, antitumor
antibiotics, antimitotic agents, aromatase inhibitors, thymidylate
synthase inhibitors, DNA antagonists, farnesyltransferase inhibitors,
pump inhibitors, histone acetyltransferase inhibitors, metalloproteinase
inhibitors, ribonucleoside reductase inhibitors, TNF alpha
agonists/antagonists, endothelin A receptor antagonist, retinoic acid
receptor agonists, immuno-modulators, hormonal and antihormonal agents,
photodynamic agents, tyrosine kinase inhibitors, antisense compounds,
corticosteroids, HSP90 inhibitors, proteosome inhibitors, CD40
inhibitors, anti-CS1 antibodies, FGFR3 inhibitors, VEGF inhibitors, MEK
inhibitors, cyclin D1 inhibitors, NF-kB inhibitors, anthracyclines,
histone deacetylases, kinesin inhibitors, phosphatase inhibitors, COX2
inhibitors, mTOR inhibitors, calcineurin antagonists, and IMiDs.


13. The method of claim 11, wherein said antiproliferative compound is


121

selected from the compounds listed in Tables 5 and 6.

14. The method of claim 1, further comprising administering a combination of at least two antiproliferative compounds.

15. The method of claim 14, wherein said combination is selected from the group consisting of CHOP (cyclophosphamide, vincristine, doxorubicin, and prednisone), VAD (vincristine, doxorubicin, and dexamethasone), MP (melphalan and prednisone), DT (dexamethasone and thalidomide), DM (dexamethasone and melphalan), DR (dexamethasone and Revlimid), DV (dexamethasone and Velcade), RV (Revlimid and Velcade), and cyclophosphamide and etoposide.

16. The method of claim 1, further comprising administering IL-6, a compound that increases IL-6 expression, or an IL-6 receptor agonist to said patient.

17. The method of claim 1, wherein said PDE inhibitor is active against PDE 4.

18. A kit comprising (i) a PDE inhibitor and (ii) an A2A receptor agonist in an amount effective to treat a B-cell proliferative disorder.

122

19. A kit comprising (i) an A2A receptor agonist and (ii) a PDE inhibitor having activity against at least two of PDE 2, 3, 4, and 7.

20. A kit comprising (i) an A2A receptor agonist and (ii) two or more PDE inhibitors that when combined have activity against at least two of PDE 2, 3, 4, and 7.

21. A kit comprising (i) an A2A receptor agonist, (ii) a PDE inhibitor, and (iii) an antiproliferative compound.

22. The kit of claim 18-20, further comprising an antiproliferative compound.

23. The kit of claim 21-22, wherein said antiproliferative compound is selected from the group consisting of alkylating agents, platinum agents, antimetabolites, topoisomerase inhibitors, antitumor antibiotics, antimitotic agents, aromatase inhibitors, thymidylate synthase inhibitors, DNA antagonists, farnesyltransferase inhibitors, pump inhibitors, histone acetyltransferase inhibitors, metalloproteinase inhibitors, ribonucleoside reductase inhibitors, TNF alpha agonists/antagonists, endothelin A receptor antagonist, retinoic acid

123

receptor agonists, immuno-modulators, hormonal and antihormonal agents, photodynamic agents, tyrosine kinase inhibitors, antisense compounds, corticosteroids, HSP90 inhibitors, proteosome inhibitors, CD40 inhibitors, anti-CSI antibodies, FGFR3 inhibitors, VEGF inhibitors, MEK inhibitors, cyclin D1 inhibitors, NF-kB inhibitors, anthracyclines, histone deacetylases, kinesin inhibitors, phosphatase inhibitors, COX2 inhibitors, mTOR inhibitors, calcineurin antagonists, and IMiDs.

24. The kit of claims 21-22, further comprising at least a second antiproliferative compound in a combination with said antiproliferative compound.

25. The kit of claim 24, wherein said combination is selected from the group consisting of CHOP (cyclophosphamide, vincristine, doxorubicin, and prednisone), VAD (vincristine, doxorubicin, and dexamethasone), MP (melphalan and prednisone), DT (dexamethasone and thalidomide), DM (dexamethasone and melphalan), DR (dexamethasone and Revlimid), DV (dexamethasone and Velcade), RV (Revlimid and Velcade), and cyclophosphamide and etoposide.

26. A pharmaceutical composition comprising (i) a PDE inhibitor and (ii) an A2A receptor agonist in an amount effective to treat a B-cell

124

proliferative disorder and (iii) a pharmaceutically acceptable carrier.

27. A pharmaceutical composition comprising (i) an A2A receptor agonist and (ii) a PDE inhibitor having activity against at least two of PDE 2, 3, 4, and 7 and (iii) a pharmaceutically acceptable carrier.

28. A pharmaceutical composition comprising (i) an A2A receptor agonist and (ii) two or more PDE inhibitors that when combined have activity against at least two of PDE 2, 3, 4, and 7 and (iii) a pharmaceutically acceptable carrier.

29. A kit comprising: (i) a composition comprising an A2A receptor agonist and a PDE inhibitor; and (ii) instructions for administering said composition to a patient for the treatment of a B-cell proliferative disorder.

30. A kit comprising: (i) an A2A receptor agonist; and (ii) instructions for administering said A2A receptor agonist with a PDE inhibitor to a patient for the treatment of a B-cell proliferative disorder.

31. A kit comprising: (i) a PDE inhibitor; and (ii) instructions for administering said PDE inhibitor with an A2A receptor agonist to a

125

CELPOM00000484

patient for the treatment of a B-cell proliferative disorder.

32. A kit comprising: (i) a PDE inhibitor; (ii) an A2A receptor
agonist;

and (iii) instructions for administering said PDE inhibitor and said
A2A

receptor agonist to a patient for the treatment of a B-cell

proliferative disorder.

33. The kit of any of claims 29-32, wherein said PDE inhibitor has

activity against at least two of PDE 2, 3, 4, and 7.

34. A kit comprising: (i) two or more PDE inhibitors that when combined

have activity against at least two of PDE2, 3, 4, and 7; (ii) an A2A

receptor agonist; and (iii) instructions for administering said two or

more PDE inhibitors and said A2A receptor agonist to a patient for the

treatment of a B-cell proliferative disorder.

L25   ANSWER 15 OF 24   USPATFULL on STN

PI      US 20080317708      A1  20081225

CLM    What is claimed is:

        1-21.  (canceled)

126

CELPOM00000485

22. A method of treating multiple myeloma, which comprises administering to a patient having multiple myeloma from about 0.1 mg to about 10 mg per day of 4-(amino)-2-(2,6-dioxo(3-piperidyl))-isoindoline-1,3-dione of the formula:  ##STR9## or a pharmaceutically acceptable salt, solvate or stereoisomer thereof.

23. The method of claim 22, wherein the compound is  ##STR10##

24. The method of claim 22, wherein the compound is a pharmaceutically acceptable salt.

25. The method of claim 22, wherein the compound is a pharmaceutically acceptable solvate.

26. The method of claim 22, wherein the compound is a pharmaceutically acceptable stereoisomer.

27. The method of claim 26, wherein the stereoisomer is an enantiomerically pure R isomer.

28. The method of claim 26, wherein the stereoisomer is an enantiomerically pure S isomer.

127

CELPOM00000486

29. The method of claim 22, which further comprises administering a therapeutically effective amount of a second active agent.

30. The method of claim 29, wherein the second active agent is hematopoietic growth factor, a cytokine, or an anti-cancer agent.

31. The method of claim 29, wherein the second active agent is granulocyte colony-stimulating factor (G-CSF), granulocyte-macrophage colony-stimulating factor (GM-CSF), erythropoietin (EPO), interleukin (IL) or interferon (IFN), or a combination thereof.

32. The method of claim 29, wherein the second active agent is oblimersen, melphalan, topotecan, pentoxifylline, taxotere, irinotecan, ciprofloxacin, dexamethasone, doxorubicin, vincristine, dacarbazine, Ara-C, vinorelbine, prednisone, cyclophosphamide, bortezomib or arsenic trioxide, or a combination thereof.

33. The method of claim 22, which further comprises administering radiation therapy, hormonal therapy, biological therapy or immunotherapy.

34. The method of claim 22, wherein the multiple myeloma is relapsed,

128

CELPOM00000487

refractory or resistant to conventional therapy.

35. The method of claim 22, wherein the compound is administered orally.

36. The method of claim 35, wherein the compound is administered in the form of a capsule or tablet.

37. The method of claim 22, wherein the compound is administered in an amount of from about 0.5 mg to about 5 mg per day.

38. The method of claim 22, wherein the compound is administered in an amount of about 0.5 mg, 1.5 mg, 2 mg, 4 mg, and 5 mg per day.

39. The method of claim 22, wherein the compound is administered in an amount of from about 0.5 mg to about 2 mg per day.

40. The method of claim 22, wherein the compound is administered in an amount of about 1 mg per day.

41. The method of claim 22, wherein the compound is administered cyclically.

129

CELPOM00000488

42. The method of claim 41, wherein one cycle comprises four to six weeks.

43. The method of claim 41, wherein one cycle comprises the administration of the compound for 21 days followed by seven days rest.

44. The method of claim 41, wherein the compound is administered for four to twenty-four weeks with one to six weeks of rest.

45. The method of claim 22, wherein the compound is administered in an amount of from about 0.5 mg to about 5 mg per day for 21 days followed by seven days rest in a 28 day cycle.

46. The method of claim 22, wherein the multiple myeloma is smoldering myeloma, indolent myeloma, chemotherapy responsive multiple myeloma, refractory myeloma, relapsed myeloma, or relapsed and refractory Dune-Salmon stage III multiple myeloma.

47. A method of treating multiple myeloma, which comprises administering orally to a patient having multiple myeloma from about 0.1 mg to about 10 mg per day of 4-(amino)-2-(2,6-dioxo(3-piperidyl))-isoindoline-1,3-dione of the formula:  ##STR11## or a pharmaceutically acceptable salt, solvate or

130

CELPOM00000489