Charles Lizza
William C. Baton
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff*
*Celgene Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CELGENE CORPORATION,**<br><br>    **Plaintiff,**<br><br> v.<br><br>**HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-V, HETERO DRUGS LIMITED, HETERO USA, INC., AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA USA, INC., AUROLIFE PHARMA LLC, EUGIA PHARMA SPECIALTIES LIMITED, APOTEX INC., APOTEX CORP., MYLAN PHARMACEUTICALS, INC., MYLAN INC., MYLAN, N.V., BRECKENRIDGE PHARMACEUTICAL, INC., and TEVA PHARMACEUTICALS USA, INC.,**<br><br>    **Defendants.** | **Civil Action No. 17-3387 (ES)(MAH)**<br><br>**NOTICE OF JOINT MOTION TO SEAL CERTAIN MATERIALS PURSUANT TO L. CIV. R. 5.3**<br><br>**(Filed Electronically)** |

  PLEASE TAKE NOTICE that on March 18, 2019, or as soon thereafter as counsel may be heard, Plaintiff Celgene Corporation ("Celgene") and Defendants Hetero Labs Limited, Hetero Labs Limited Unit-V, Hetero Drugs Limited, Hetero USA, Inc., Aurobindo Pharma Limited, Aurobindo Pharma USA, Inc., Aurolife Pharma LLC, Eugia Pharma Specialties Limited, Apotex Inc., Apotex Corp., Mylan Pharmaceuticals, Inc., Mylan Inc., Mylan, N.V., Breckenridge Pharmaceutical, Inc., and Teva Pharmaceuticals USA, Inc. (collectively,

- 2 -

"Defendants") will move before the Honorable Michael A. Hammer, U.S.M.J., at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for the entry of an Order pursuant to Local Civil Rule 5.3(c) sealing certain portions of: (1) Liza M. Walsh's November 29, 2018 Letter to Judge Hammer and associated exhibits (D.I. 255-56), (2) Charles M. Lizza's January 4, 2019 Letter to Judge Hammer (D.I. 268), and (3) Liza M. Walsh's January 17, 2019 Letter to Judge Hammer and associated exhibits (D.I. 276-77).

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Celgene shall rely upon the accompanying certification of Sarah A. Sullivan.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith for the Court's consideration.

Dated: February 14, 2019

By: s/ Sarah A. Sullivan
Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
clizza@saul.com
wbaton@saul.com
sarah.sullivan@saul.com

*Of Counsel:*

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Andrew S. Chalson
Gabriel P. Brier
Frank C. Calvosa
Marta A. Godecki
Brian J. Forsatz

QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

Anthony M. Insogna
Cary Miller, Ph.D.
JONES DAY
4655 Executive Drive
Suite 1500
San Diego, CA 92121
(858) 314-1200

Matthew J. Hertko
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601
(312) 782-3939

| | |
|---|---|
| OF COUNSEL:<br>Andrew M. Alul<br>Richard T. Ruzich<br>Stephen R. Auten<br>Brian P. Murray<br>Roshan P. Shrestha, Ph.D.<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601<br>312-527-4000<br>aalul@taftlaw.com<br>rruzich@taftlaw.com<br>sauten@taftlaw.com<br>bmurray@taftlaw.com<br>rshrestha@taftlaw.com | By: */s/ Melissa E. Flax*<br>　　Melissa E. Flax, Esq.<br>　　Michael Cross, Esq.<br>　　CARELLA, BYRNE, CECCHI,<br>　　OLSTEIN, BRODY & AGNELLO,<br>　　P.C.<br>　　5 Becker Farm Road<br>　　Roseland, NJ 07068-1739<br>　　973-994-1700<br>　　mflax@carellabyrne.com<br>　　mcross@carellabyrne.com<br><br>　　*Attorneys for Defendants*<br>　　*Apotex Inc. and Apotex Corp.* |
| OF COUNSEL:<br><br>A. Neal Seth (pro hac vice forthcoming)<br>Bethany A. Corbin (pro hac vice forthcoming)<br>WILEY REIN LLP<br>1776 K St. NW<br>Washington, DC 20006<br>(202) 719-7000 | By: */s/ Christina L. Saveriano*<br>　　Eric I. Abraham<br>　　Christina L. Saveriano<br>　　HILL WALLACK, LLP<br>　　21 Roszel Road<br>　　Princeton, New Jersey 08543<br>　　(609) 734-6395<br>　　eabraham@hillwallack.com |

| | |
|---|---|
| nseth@wileyrein.com<br>bcorbin@wileyrein.com | csaveriano@hillwallack.com<br><br>*Attorneys for Defendants Hetero Labs Limited, Hetero Labs Limited Unit-V, Hetero Drugs Limited, and Hetero USA, Inc.* |
| OF COUNSEL:<br><br>Elham Firouzi Steiner<br>Nathaniel R. Scharn<br>Sarah Siedlak<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>12235 El Camino Real<br>San Diego, California 92130<br>Telephone: (858) 350-2300<br>esteiner@wsgr.com<br>nscharn@wsgr.com<br>ssiedlak@wsgr.com<br>Tung-On Kong<br>Kristina Hanson<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>One Market Street<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Telephone: (415) 947-2000<br>tkong@wsgr.com<br>thanson@wsgr.com | By: */s/ Jakob B. Halpern*<br>Arnold B. Calmann<br>Jakob B. Halpern<br>Monvan Hu<br>SAIBER LLC<br>One Gateway Center, 10th Floor, Suite 1000<br>Newark, New Jersey 07102<br>Telephone: (973) 622-3333<br>abc@saiber.com<br>jbh@saiber.com<br>mhu@saiber.com<br><br>*Attorneys for Defendants Mylan Pharmaceuticals Inc., Mylan Inc., and Mylan N.V.* |
| OF COUNSEL:<br><br>Jay P. Lefkowitz<br>Jeanna M. Wacker<br>Christopher T. Jagoe<br>Mark C. McLennan<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br>lefkowitz@kirkland.com<br>jeanna.wacker@kirkland.com<br>christopher.jagoe@kirkland.com<br>mark.mclennan@kirkland.com<br><br><br>Kristen P.L. Reichenbach | By: */s/ Christine I. Gannon*<br>Liza M. Walsh<br>Christine I. Gannon<br>Eleonore Ofosu-Antwi<br>WALSH PIZZI O'REILLY FALANGA<br>One Riverfront Plaza<br>1037 Raymond Boulevard, Suite 600<br>Newark, N.J. 07102<br>Tel.: (973) 757-1100<br>lwalsh@walsh.law<br>cgannon@walsh.law<br>eofosuantwi@walsh.law<br><br>*Attorneys for Defendant* |

| | |
|---|---|
| KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>(415) 439-1400<br>kristen.reichenbach@kirkland.com | *Teva Pharmaceuticals USA, Inc.* |
| OF COUNSEL:<br><br>C. Kyle Musgrove<br>John W. Bateman<br>Yifang Zhao<br>HAYNES & BOONE, LLP<br>800 17th St. NW, Suite 500<br>Washington, D.C. 20006<br>Telephone: (202) 654-4500<br>kyle.musgrove@haynesboone.com<br>john.bateman@haynesboone.com<br>eva.zhao@haynesboone.com<br><br>Bruce D. DeRenzi, Esq.<br>BRECKENRIDGE PHARMACEUTICAL, INC.<br>60 East 42nd Street, Suite 2410<br>New York, NY 10165<br>Telephone: (646) 448-1308<br>bderenzi@bpirx.com | By: */s/ Robert J. Fettweis*<br>   Robert J. Fettweis<br>   FLEMING RUVOLDT PLLC<br>   250 Moonachie Road<br>   Moonachie, NJ 07074<br>   Telephone: (201) 518-7878<br>   rfettweis@flemingruvoldt.com<br><br><br>*Attorneys for Defendant Breckenridge Pharmaceutical, Inc.* |
| OF COUNSEL:<br><br>Gurpreet Singh Walia, M.D.<br>FISHERBROYLES, LLP<br>400 Jericho Turnpike, Suite 209<br>Jericho, New York 11753<br>Telephone: 516-595-3070<br>gurpreet.walia@fisherbroyles.com<br><br>Joseph Schramm, III<br>FISHERBROYLES, LLP<br>100 Overlook Center, Second Floor<br>Princeton, New Jersey 08540<br>Telephone: 856-733-0220<br>joseph.schramm@fisherbroyles.com<br><br>Gongjun (Gary) Ji (admitted pro hac vice)<br>FISHERBROYLES, LLP<br>445 Park Avenue, Ninth Floor | By:  */s/ Gregory D. Miller*<br>   Gregory D. Miller<br>   Jenna Z. Gabay<br>   RIVKIN RADLER LLP<br>   21 Main Street, Suite 158<br>   Court Plaza South- West Wing<br>   Hackensack, New Jersey 07601<br>   Telephone: 201-287-2460<br>   gregory.miller@rivkin.com<br><br><br>*Attorneys for Defendants, Aurobindo Pharma Limited, Aurobindo Pharma USA, Inc., Aurolife Pharma LLC, and Eugia Pharma Specialties Limited* |

| | |
|---|---|
| New York, New York 10022<br>Telephone: 917-733-3963<br>gary.ji@fisherbroyles.com | |