# EXHIBIT A

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

---

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
---------------------------------------------------
CELGENE CORPORATION,
          Plaintiff,
v.
HETERO LABS LIMITED, HETERO LABS LIMITED
UNIT-V, HETERO DRUGS LIMITED, HETERO USA,
INC., AUROBINDO PHARMA LIMITED, AUROBINDO
PHARMA USA, INC., AUROLIFE PHARMA LLC, EUGIA
PHARMA SPECIALTIES LIMITED, APOTEX INC., APOTEX
CORP., MYLAN PHARMACEUTICALS, INC., MYLAN INC.,
MYLAN, N.V., BRECKENRIDGE PHARMACEUTICAL, INC.,
and TEVA PHARMACEUTICALS USA, INC.,
          Defendants.


Case No:  2:17-cv-03387 (ES)(MAH)
CONSOLIDATED
---------------------------------------------------


VIDEO DEPOSITION OF
Kinam Park, Ph.D.
June 7, 2019
New York, New York
Lead: Frank Calvosa, Esquire
Firm: Quinn Emanuel Urquhart & Sullivan


FINAL COPY
JANE ROSE REPORTING  1.800.825.3341

---

Page 2

A P P E A R A N C E S:


ATTORNEYS FOR PLAINTIFF CELGENE CORPORATION
     QUINN EMANUEL URQUHART & SULLIVAN
     51 Madison Avenue
     22nd Floor
     New York, New York  10010
     212.849.7000
BY:   FRANK C. CALVOSA, ESQUIRE
     212.849.7569
     frankcalvosa@quinnemanuel.com
     BRIAN J. FORSATZ, Ph.D., ESQUIRE
     212.849.7516
     brianforsatz@quinnemanuel.com
     GEOFF KIRSNER, ESQUIRE
     212.849.7597
     geoffkirsner@quinnemanuel.com

---

Page 3

A P P E A R A N C E S (continued):


ATTORNEYS FOR PLAINTIFF CELGENE CORPORATION
     JONES DAY
     77 West Wacker
     Chicago, Illinois  60601
     312.782.3939
BY:   MATTHEW J. HERTKO, ESQUIRE
     312.269.1581 office
     847.204.9402 mobile
     mhertko@jonesday.com

---

Page 4

A P P E A R A N C E S (continued):


ATTORNEYS FOR DEFENDANT TEVA PHARMACEUTICALS
USA, INC. AND THE WITNESS
     KIRKLAND & ELLIS LLP
     601 Lexington Avenue
     New York, New York  10022
     212.446.4800
BY:   CHRISTOPHER T. JAGOE, ESQUIRE
     212.446.4945
     christopher.jagoe@kirkland.com
     MARK C. McLENNAN, ESQUIRE
     212.909.3451
     mark.mclennan@kirkland.com
     ASHLEY CADE, ESQUIRE
     212.390.4218 office
     917.913.3781
     ashley.cade@kirkland

---

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

| Page 5 | Page 7 |
|---|---|

**Page 5**

A P P E A R A N C E S (continued):

ATTORNEYS FOR DEFENDANTS MYLAN
PHARMACEUTICALS AND THE WITNESS
        WILSON SONSINI GOODRICH & ROSATI
        One Market Plaza
        Spear Tower
        Suite 3300
        San Francisco, California  94105
        415.947.2000
BY:    KRISTINA M. HANSON, ESQUIRE
        415.947.2048
        thanson@wsgr.com

**Page 7**

APPEARING BY TELEPHONE (continued):

ATTORNEYS FOR DEFENDANTS APOTEX INC. and
APOTEX CORP.
        TAFT STETTINIUS & HOLLISTER LLP
        111 East Wacker
        Suite 2800
        Chicago, Illinois  60601
        312.527.4000
BY:    BRIAN P. MURRAY, ESQUIRE
        312.840.4307
        bmurray@taftlaw.com


ALSO PRESENT
        Dr. Steven Little, University of Pittsburgh
        Yang Li, Kirkland & Ellis LLP


JANE ROSE REPORTING
        74 Fifth Avenue
        New York, New York  10011
        1.800.825.3341
        Brandon Rainoff, Court Reporter
        Ingrid Rodriguez, Videographer

**Page 6**

APPEARING BY TELEPHONE:

ATTORNEYS FOR DEFENDANTS AUROBINDO PHARMA
LIMITED, AUROBINDO PHARMA USA, INC., and
AUROLIFE PHARMA LLC
        FISHERBROYLES, LLP
        445 Park Avenue
        9th Floor
        New York, New York  10022
        866.211.5914
BY:    GURPREET SINGH ("RAY") WALIA, ESQUIRE
        929.429.5721 office
        gurpreet.walia@fisherbroyles.com


ATTORNEYS FOR DEFENDANT BRECKENRIDGE
PHARMACEUTICAL, INC.
        HAYNES & BOONE, LLP
        800 17th Street, N.W.
        Suite 500
        Washington, D.C.  20006
        202.654.4500
BY:    JOHN W. BATEMAN, ESQUIRE
        202.654.4584
        john.bateman@haynesboone.com

**Page 8**

TABLE OF CONTENTS

Witness:
Kinam Park, Ph.D.

Examination:
By Mr. Calvosa......................Page 10


Reporter Certificate................Page 132

Notice to Read and Sign.............Page 134

Index of Exhibits...................Page 136

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 9

1                  *    *    *
2              P R O C E E D I N G
3              Friday, June 7, 2019
4              New York, New York
5                   9:35 a.m.
6                  *    *    *
7              THE VIDEOGRAPHER:  Here begins media
8      No. 1, Vol. I, in the deposition of Dr. Kinam
9      Park, in the matter of Celgene Corporation
10     versus Par Pharmaceutical, Inc., et al.
11             Today's date is June 7, 2019, and the
12     time is 9:35 a.m.
13             This deposition is being taken at
14     Kirkland & Ellis LLP, New York, New York.
15             I am Ingrid Rodriguez, the
16     videographer, and the court reporter is Brad
17     Rainoff, from Jane Rose Reporting, New York, New
18     York.
19             Will counsel please state your
20     appearances for the record?
21             MR. CALVOSA:  Frank Calvosa from Quinn
22     Emanuel Urquhart & Sullivan, LLP on behalf of
23     plaintiff Celgene.
24             With me is Brian Forsatz and Geoff
25     Kirsner, also of Quinn Emanuel.

Page 10

1              And on behalf of Celgene also, Matthew
2      J. Hertko from Jones Day on behalf of Celgene.
3              And also present is Steve Little.
4              MR. JAGOE:  Where is Steve Little
5      from?  Who is Steve Little?
6              MR. CALVOSA:  He's our expert in the
7      case.
8              MR. JAGOE:  Oh, okay.
9              I'm Christopher Jagoe from Kirkland &
10     Ellis representing Teva and the witness.
11             And with me from Kirkland are
12     colleagues Mark McLennan, Ashley Cade, and Yang
13     Li, who is not an attorney yet.
14             MS. HANSON:  Kristina Hanson from
15     Wilson Sonsini Goodrich & Rosati on behalf of
16     the Mylan defendants and the witness.
17     KINAM PARK, Ph.D.,
18             having been duly sworn, was examined and
19             testified as follows:
20     EXAMINATION
21     BY MR. CALVOSA:
22       Q.   Good morning, Dr. Park.
23       A.   Good morning.
24       Q.   You already said your name for the
25     record.

Page 11

1              Can you say your business address?
2        A.   Purdue University, School of
3      Biomedical Engineering, West Lafayette, Indiana
4      40907.
5              MR. CALVOSA:  I'm going to hand you
6      what I have marked as Park 1 and Park 2.
7                  *      *      *
8              (Exhibit  Park 1, Multipage document
9      entitled: Declaration of Dr. Kinam Park, Ph.D.,
10     dated November 15, 2018 (no Bates Nos.), marked
11     for identification)
12                 *      *      *
13             (Exhibit  Park 2, Multipage document
14     entitled: Supplemental Declaration of Dr. Kinam
15     Park, Ph.D., dated May 29, 2019 (no Bates Nos.),
16     marked for identification)
17                 *      *      *
18     BY MR. CALVOSA:
19       Q.   Just take a look at Park 1.
20             Do you understand Park 1 to be your
21     declaration that was submitted in this case
22     concerning certain terms of U.S. Patent Nos.
23     8,198,262, which I'll refer to as "the 262
24     patent," 8,673,939, which I'll refer to as "the
25     '939 patent," 8,735,428, which I'll refer to as

Page 12

1      "the '428 patent," and 8,828,427, which I'll
2      refer to as "the '427 patent"?
3        A.   Yes.
4        Q.   If you turn to the last page -- page
5      34 -- is that your signature there?
6        A.   Yes.
7        Q.   You signed this declaration on
8      November 15, 2018?
9        A.   Yes.
10       Q.   Did you review this declaration in
11     preparation for your deposition today?
12       A.   Yes, I did.
13       Q.   Did you come across any mistakes or
14     inaccuracies that you would like to correct at
15     this time?
16       A.   Not that I found, nothing.
17       Q.   If you take a look at Park 2 -- which
18     is titled:  Supplemental Declaration of Dr.
19     Kinam Park, Ph.D. -- is this the declaration you
20     submitted concerning the claim term "lubricant"
21     from United States Patent No. 9,993,467, which
22     I'll refer to as "the 467 patent"?
23       A.   Yes.
24       Q.   If you turn to the last page again --
25     page 14 -- is that your signature there?

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

---

Page 13

1    A.   Yes.
2    Q.   You signed this declaration on May 29,
3 2019, right?
4    A.   Right.
5    Q.   Are you represented by counsel here
6 today?
7         MR. JAGOE:  Yes, he is.
8 BY MR. CALVOSA:
9    Q.   And that would be Mr. Jagoe, to your
10 right?
11        MR. JAGOE:  At least.
12   A.   Yes.
13        MR. CALVOSA:  When you say "at least,"
14 what do you mean?
15        MR. JAGOE:  Well, I heard somebody
16 else --
17        MS. HANSON:  The Mylan defendants have
18 also retained Dr. Park.
19        MR. CALVOSA:  Okay.
20        Anybody else?
21 BY MR. CALVOSA:
22   Q.   Dr. Park, have you been retained by
23 any defendants in this matter other than Mylan
24 and Teva?
25   A.   In this case?

---

Page 14

1    Q.   In this case.
2         (Pause)
3    A.   I think other firms that retained me
4 also include Aurobindo and Hetero.
5    Q.   So you have been retained by Teva,
6 Mylan, Aurobindo, and Hetero.
7         Is that right?
8    A.   Yes.
9         And I also recall Apotex, but I'm not
10 sure that I had retained a letter or not.
11   Q.   What about Breckenridge?
12   A.   That is also a part of the talk, but I
13 don't recall whether I have retained a letter
14 signed or not.
15   Q.   Were any attorneys from Breckenridge
16 present in any preparation you did for your
17 deposition today?
18   A.   I don't recall, but -- not here
19 yesterday.
20   Q.   Were they on the phone?
21   A.   Some lawyers were on the phone.
22   Q.   Were any lawyers from Breckenridge on
23 the phone?
24   A.   That's what I don't remember.
25   Q.   Were any lawyers from Apotex on the

---

Page 15

1 phone?
2    A.   I actually don't remember because I
3 don't recall the names.
4    Q.   Have you been deposed before?
5    A.   Yes.
6    Q.   About how many times?
7    A.   I don't recall, but about anywhere
8 between 10 and 20 times.
9    Q.   So I'm sure you might know, but just
10 some simple grounds rules for the day.
11        I'm going to be asking a series of
12 questions.  Your counsel may object from time to
13 time.
14        I ask that you wait for me to finish
15 my question, wait for him to finish his
16 objection.  That way nobody is talking over each
17 other.
18        But unless Mr. Jagoe instructs you not
19 to answer, you do have to answer my question.
20        You could take a break at any time you
21 like, just let me know.
22        I just ask that if a question is
23 pending, you answer that question and then we
24 are free to break.
25        In those 10 to 20 times you have been

---

Page 16

1 deposed, were you serving as an expert in the
2 cases?
3    A.   Yes.
4    Q.   Were they all patent cases?
5    A.   I think so.
6    Q.   Have you heard the phrase "ANDA case"
7 before?
8    A.   Yes.
9    Q.   What do you understand an ANDA case to
10 be?
11   A.   Well, "ANDA" means Abbreviated New
12 Drug Application, so ANDA application by generic
13 companies.
14        Cases usually involve the patents
15 associated with a particular drug.
16   Q.   And you understand it to be ANDA cases
17 oftentimes between the -- the litigation between
18 the patent holder and the generic drug
19 companies?
20   A.   That is my understanding.
21   Q.   Those 10 to 20 times you appeared as
22 an expert for depositions -- were those all in
23 ANDA cases?
24   A.   Not all of them.
25   Q.   About how many of them were ANDA

---

US District Court - New Jersey                    FINAL - June 7, 2019
Celgene v. Hetero Labs                             Kinam Park, Ph.D.

Page 17

1   cases?
2       A.   Majority of them.
3       Q.   In the ones that were ANDA cases, did
4   you testify for the patent holder or the generic
5   company?
6       A.   Both.
7           MR. JAGOE:  Compound.
8       A.   Both.
9           (Pause)
10      Q.   Could you turn to Park 1, your
11  background and qualifications section that
12  begins on page 2, paragraph 6?
13      A.   Yeah.
14      Q.   You say here that you are currently
15  the Showalter Distinguished Professor of
16  Biomedical Engineering, as well as a full
17  professor in the department of pharmaceutics at
18  Purdue University.
19          Do you see that?
20      A.   Yes.
21      Q.   What is the Showalter Distinguished
22  Professor?
23      A.   Each university has a rank called
24  distinguished professor, which is official rank
25  above full professor.  Many times such a

Page 18

1   distinguished professor position comes with some
2   endowment.
3           And in this case, Showalter foundation
4   provide the money to -- as an endowment fund.
5   So it's called Showalter Distinguished
6   Professor.
7       Q.   When you use "Biomedical Engineering"
8   here in paragraph 6 of your declaration, what do
9   you mean by that term?
10      A.   Biomedical Engineering is the name of
11  the department; also sometimes called the School
12  of Biomedical Engineering as -- at Purdue
13  University.
14          The full name is the Showalter
15  Distinguished Professor of Biomedical
16  Engineering because it was given by the Weldon
17  School of Biomedical Engineering.
18      Q.   So for biomedical engineering -- I
19  guess the department -- what is that?
20      A.   You are asking me what is biomedical
21  engineering?
22      Q.   Yes.  I just don't know, so curious
23  about that.
24      A.   You are asking me:  What is biomedical
25  engineering?

Page 19

1           MR. JAGOE:  At Purdue.
2   BY MR. CALVOSA:
3       Q.   Yes.
4       A.   At Purdue?  Or in general?
5       Q.   Is there a difference?
6       A.   Sometimes some department called
7   bioengineering, biomedical engineering -- so
8   depending on how you call it.
9           At Purdue University, biomedical
10  engineering means applying engineering
11  discipline to the issues related to biomedical
12  and pharmaceutical field, vice versa.
13      Q.   What does it mean to apply engineering
14  to, for example, the pharmaceutical field?
15      A.   Well, the pharmaceutical field deals
16  with a variety of different disciplines,
17  starting from making formulation, applying it to
18  patients, measuring throughout concentration in
19  blood, which we call pharmacokinetics, and
20  applying engineering principles to design and
21  develop new drug delivery systems.
22          (Pause)
23      Q.   When you say here "the Department of
24  Pharmaceutics," what is the department of
25  pharmaceutics at Purdue University?

Page 20

1       A.   "Pharmaceutics" indicates formulation
2   development in pharmacokinetics,
3   pharmacodynamics, formulation including variety
4   of different drugs -- water soluble drugs, water
5   insoluble drugs -- large molecular weight drugs,
6   including peptide and proteins, stability
7   study -- a number of different aspect of drug
8   development.
9       Q.   You have used the word "formulation" a
10  couple times.
11          And one time, you said "formulation
12  development"; another time you said "making
13  formulation."
14          What do you mean by "formulation"?
15      A.   Simply for formulation refers to drug
16  delivery system which can be tablet, capsules,
17  injectables, solutions, IV solution, eyedrops --
18  all different types of drug delivery system.
19      Q.   Was that a comprehensive list that you
20  gave of different drug delivery systems for
21  formulations?
22      A.   No.
23      Q.   Are there many more?
24      A.   Yes.
25          (Pause)

JANE ROSE REPORTING                        National Court-Reporting Coverage
1-800-825-3341                             janerose@janerosereporting.com

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 21

```
1        Q.   If you turn the page in part I to page
2   3 of paragraph 8.
3        (Pause)
4        Q.   -- that first sentence there, you say
5   that your expertise relates generally to the
6   development of human pharmaceuticals for the
7   treatment of various conditions.
8        Do you see that?
9        A.   Yes.
10       Q.   When you use "development of human
11  pharmaceuticals," do you mean the same thing as
12  "formulation"?
13       A.   Yeah, formulation designed to use in
14  humans.
15       Q.   Have you, yourself, ever developed a
16  human pharmaceutical?
17       A.   I have been developing many
18  formulation for human applications.
19       Q.   Are any of those formulations marketed
20  today?
21       A.   Not yet.
22       (Pause)
23       Q.   When we talk about a formulation, it
24  has or could have different ingredients in
25  there, right?
```

Page 22

```
1        MR. JAGOE:  Objection to form.
2        A.   Formulation could have a different
3   ingredients.
4        Is that the question?
5        Q.   Yes.
6        A.   Yes.
7        Q.   Two of the terms that I've seen you
8   use -- and I think they are general terms -- one
9   is "active ingredient" could be in formulation?
10       Is that right?
11       A.   Active ingredients, you mean drug
12  itself.
13       Q.   Is that what you mean by active
14  ingredient?
15       MR. JAGOE:  Objection to form.
16       A.   It's my understanding when one said
17  "active pharmaceutical ingredient," it means
18  drug.
19       Q.   Then another term we have seen used is
20  "inactive ingredients."
21       What do you mean by that?
22       A.   Formulation has two ingredients; one
23  is drug and the rest of it called inactive
24  ingredient.
25       (Pause)
```

Page 23

```
1        Q.   Do inactive ingredients have any
2   activity?
3        A.   Otherwise, you don't call it active
4   ingredient.
5        Q.   I think you might have misheard my
6   question.
7        Do inactive ingredients have any
8   activity?
9        MR. JAGOE:  Objection, lacks
10  foundation, and objection to form.
11       A.   Are you talking about inactive
12  ingredient in a formulation?
13       Q.   In a formulation, yes.
14       A.   Any specific formulation?
15       Q.   No specific formulation.
16       A.   So the question was:  Inactive
17  ingredient has any activity?
18       Q.   Yes.
19       A.   I don't think so.
20       Q.   Why do you say:  I don't think so?
21       A.   If an inactive ingredient has an
22  activity, we may not probably call it inactive
23  ingredient.
24       Q.   How do you understand the term
25  "activity"?
```

Page 24

```
1        MR. JAGOE:  Objection, vague, form.
2        A.   Activity of what?
3        Q.   Well, I asked you whether inactive
4   ingredients have any activity.
5        And you said:  If an inactive
6   ingredient has an activity, we may not probably
7   call it inactive ingredient.
8        A.   Right.
9        Q.   So how did you understand "activity"
10  when you were answering that question?
11       A.   We are talking about drug
12  formulation -- active ingredient, which is a
13  drug.  So drug had a certain activity.  That's
14  why we call it drug.
15       Q.   So what do you mean by "activity" when
16  you say the active pharmaceutical ingredient has
17  activity?
18       A.   For example, aspirin has an activity
19  of a lowering temperature.  That's activity.
20       (Pause)
21       Q.   So when you say that an active
22  pharmaceutical ingredient has activity, you mean
23  that it will have some effect in the human body,
24  right?
25       A.   Some intended effect.
```

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 25

1          (Pause)
2      Q.   I think I understand the activity now.
3          So inactive ingredients have
4  functions?
5      A.   Inactive ingredients have their
6  individual functions.
7      Q.   And those functions are in the
8  formulation as opposed to in the body, right?
9          MR. JAGOE:  Objection to form.
10     A.   I'm not quite sure what you mean.
11     Q.   Well, you seem to be drawing a
12  distinction between activity and function when
13  it comes to an active ingredient, so I'm trying
14  to understand what that is.
15         MR. JAGOE:  Objection to form.
16     A.   I thought when you say "function," you
17  meant excipients, inactive ingredient.
18     Q.   Yes.
19         And you told me that inactive
20  ingredients don't have activity.
21         Do you agree they have function?
22         So I'm trying to understand what's the
23  difference between "activity" and "function," as
24  you understand the words.
25     A.   Well, your question in the beginning

Page 26

1  was active ingredient.  So active ingredient has
2  activity of intended bioactivity.
3          And later, you asked me about inactive
4  ingredients.  Yeah, each inactive ingredient has
5  its function.  That's why formulation scientists
6  add certain inactive ingredients, which you also
7  call excipients.
8      Q.   When you say that "each inactive
9  ingredient has its function," do you mean that
10  each inactive ingredient has one function?
11         MR. JAGOE:  Objection to form.
12         And this is outside the scope of the
13  declaration.
14         So if you want a tutorial from Dr.
15  Park, he's not giving it on behalf of Teva.
16     A.   Did I mention anything about it in my
17  report?
18     Q.   I'm just asking you now.  You said:
19  Each ingredient -- each -- sorry, let me start
20  again -- each inactive ingredient has its
21  function.
22         Do you mean that each inactive
23  ingredient has only one function?
24         MR. JAGOE:  Objection to form.
25         And if it's not tied to the

Page 27

1  formulations in this case, it has nothing to do
2  with -- you are not answering on behalf of an
3  expert for Teva.
4          (Pause)
5      A.   Unless it is in my report, I will
6  probably need to know more specifics before
7  giving you an answer.
8      Q.   Well, for example, if we look at -- do
9  you know what the Handbook of Pharmaceutical
10  Excipients is?
11     A.   Yes, I do.
12     Q.   Ask the -- may I call it "the HPE"?
13         Is that okay with you?
14     A.   Sure.
15     Q.   Does the HPE list out different
16  inactive ingredients?
17     A.   Yes, it does.
18     Q.   Does it provide a section for each of
19  those inactive ingredients that talks about the
20  function?
21     A.   Yes, it does.
22     Q.   Does the HPE only list one inactive --
23  sorry.
24         Start again.
25         Does the HPE only list one function

Page 28

1  for each inactive ingredient?
2          MR. JAGOE:  Objection, compound.
3          Can you show him the HPE if you want
4  to ask him questions about it?
5      A.   I would like to see exactly what
6  section of the HPE you are talking about.
7          Can you show me any copy of HPE?
8      Q.   You need to see the HPE to tell me
9  whether, for each inactive ingredient listed in
10  the HPE, it lists only one function?
11     A.   I don't remember the whole HPE itself.
12  So if you can show me specific section, or copy
13  of a chapter, let's talk about that then.
14     Q.   That's not what I'm asking you.
15         I'm asking you -- well, let me ask you
16  this way:  How many times in your career have
17  you looked at the HPE?
18     A.   Many times.
19     Q.   About how many?
20         Ten?
21     A.   I don't recall.
22     Q.   More than 10?
23     A.   I don't recall.
24     Q.   Dr. Park, how long have you been a
25  formulator for?

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 29

1      A.   Too long.
2      Q.   Too long, right?
3      A.   Thirty-three years.
4      Q.   That's right.
5           Have you ever testified in court that
6  you have been doing this for 30 years and have
7  looked at the HPE thousands and thousands of
8  times?
9      A.   I'm not sure whether I said:
10 Thousands and thousands of times.  I don't think
11 so.
12     Q.   Okay.
13          Based on your memory of looking at the
14 HPE over the last 33 years, you can't tell me
15 for even one inactive ingredient in there
16 whether it lists multiple functions for inactive
17 ingredient?
18     A.   Again, it is not in my report.
19          And if you want to talk about that
20 particular HPE, I really like to see the section
21 you are talking about.
22     Q.   We'll look at it later.
23          My question is:  Based on your memory
24 of looking at the HPE over the last 33 years,
25 you can't tell me for even one inactive

Page 30

1  ingredient in there whether it lists multiple
2  functions for that inactive ingredient?
3      A.   Again, as I said before, if something
4  you are asking is not in my report, I would like
5  to see some HPE itself, or at least a copy of
6  it, so then we can talk about it.
7      Q.   Are you refusing to answer my
8  question?
9           MR. JAGOE:  He answered your question.
10     A.   I don't have any copy of the handbook
11 you are talking about, so I cannot answer.
12     Q.   Well, that's the whole point.  The
13 question is based on your memory.
14          And if the answer is "no," that's
15 fine.  But I would like an answer to my
16 question, please.
17          MR. JAGOE:  He answered the question.
18 BY MR. CALVOSA:
19     Q.   Based on your memory of looking at the
20 HPE over the last three years, you can't tell me
21 for even one inactive ingredient in there
22 whether it lists multiple functions for that
23 inactive ingredient?
24     A.   Well, again, in the absence of actual
25 HPE -- if I have actual handbook, I can talk

Page 31

1  about it.  But I cannot talk from my memory,
2  okay?  And it's not in my report either.
3           So please show me the handbook.
4      Q.   Okay.
5           I just want to have it clear.
6           You don't remember whether any
7  inactive ingredient listed in the HPE has more
8  than one function listed for that inactive
9  ingredient?
10          MR. JAGOE:  Asked and answered.
11     A.   I simply asked to see the actual
12 handbook before answering.
13     Q.   I'll show it to you, but I want an
14 answer to my question first.
15          Without the handbook, you don't
16 remember whether any inactive ingredient listed
17 in the HPE has more than one function listed for
18 that inactive ingredient?
19          MR. JAGOE:  Asked and answered.
20     A.   If you have a handbook, show me first
21 and I will answer.
22     Q.   I will show you after.  I would
23 like -- the question is without the handbook.
24          MR. JAGOE:  Move on.  You are not
25 going to get an answer.  So you don't have to

Page 32

1  say any more.
2           You have answered it five times.
3           Move on.
4           MR. CALVOSA:  If you want to move for
5  a protective order, I'm happy to have Judge
6  Hammer and Judge Salas on the phone to listen to
7  this.
8           MR. JAGOE:  I'm not moving for a
9  protective order --
10          MR. CALVOSA:  Fine.
11          MR. JAGOE:  -- I'm telling you to move
12 on to another question.
13          MR. CALVOSA:  Oh, no.  I'm going to
14 ask this over and over.
15          MR. JAGOE:  Go ahead.
16          You don't have to respond.
17          MR. CALVOSA:  Yes, he does.  You know
18 he does.
19          MR. JAGOE:  I know he doesn't.
20          MR. CALVOSA:  You have a case that
21 says that?
22          You have move for a protective order.
23 If you don't want to do that, I'm going to ask
24 the same question.
25          MR. JAGOE:  Keeping asking, but he's

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 33

1  not going to respond.
2       MR. CALVOSA:  He has to respond.
3  BY MR. CALVOSA:
4       Q.   Without the HPE in hand, you don't
5  remember whether any inactive ingredient listed
6  in the HPE has more than one function listed for
7  that inactive ingredient?
8       MR. JAGOE:  You don't have to respond
9  beyond what you have already said.
10      MR. CALVOSA:  He has to answer the
11 question.
12      MR. JAGOE:  He did.
13      MR. CALVOSA:  Are you going to move
14 for a protective order?
15      MR. JAGOE:  No.
16      MR. CALVOSA:  Then you can't put
17 speaking objections on the record, or else we
18 are going to move for sanctions.
19      MR. JAGOE:  You are abusing the
20 witness.
21      MR. CALVOSA:  No, I'm not.
22      MR. JAGOE:  Yes, you are.
23      MR. CALVOSA:  I can't get an answer to
24 my question.
25      MR. JAGOE:  You have asked the same

Page 34

1  question five times, and he responded five
2  times.  You are not going to keep asking the
3  same question.
4       MR. CALVOSA:  I have seven hours.
5  I'll ask the same question over and over.
6       MR. JAGOE:  Okay, and you'll get the
7  same answer.
8       MR. CALVOSA:  That's fine.
9       MR. JAGOE:  So you don't have to
10 respond beyond what you already said.
11      MR. CALVOSA:  He has to respond to the
12 question.
13      MR. JAGOE:  Not beyond what he already
14 said.
15 BY MR. CALVOSA:
16      Q.   Dr. Park, without the handbook in
17 front of you, you don't remember whether any
18 inactive ingredient listed in there has more
19 than one function listed for that inactive
20 ingredient?
21      A.   That's not what I said.
22      I simply said Handbook of
23 Pharmaceutical Excipient is a big book.  So if
24 you want to talk about a specific section of the
25 book, show me the book exactly what you are

Page 35

1  talking about.
2       Q.   If you don't want to answer, that's
3  fine.
4       (Pause)
5       Q.   In paragraph 8, last sentence, you
6  say, for example -- this is Park 1:  For
7  example, I have extensive research experience in
8  oral drug delivery formulations ranging from
9  fast dissolving tablets to gastric retention
10 formulations using commonly known pharmaceutical
11 excipients as well as newly synthesized polymers
12 and hydrogels for sustained drug delivery
13 applications.
14      Do you see that?
15      A.   Yes.
16      Q.   What is one example of a commonly
17 known pharmaceutical excipient?
18      (Pause)
19      A.   Like carboxymethyl cellulose.
20      (Pause)
21      Q.   You said carboxy --
22      A.   -- methyl cellulose, CMC.
23      Q.   CMC.
24      What is the function of CMC?
25      A.   CMC, as I recall, can be used as a

Page 36

1  filler or diluent, for example.
2       Q.   You said:  For example.
3       Does it have other functions?
4       A.   Sometimes it may use binder, but that
5  depends on formulation scientists -- how they
6  are using it.
7       Q.   What do you mean -- "it depends on how
8  the formulation scientist is using it"?
9       (Pause)
10      A.   Another common excipient is
11 hydroxypropyl methylcellulose.  So HPMC -- the
12 formulation scientist decide to use it as a
13 filler, he use larger quantity to use as a
14 filler.  So depending on formulation scientist,
15 they define a main function.
16      (Pause)
17      Q.   So the main function of -- here use
18 HPMC as the example -- is defined based on how
19 the formulation scientist wants to use it?
20      MR. JAGOE:  Objection, form.
21      A.   Some formulation scientists, yeah,
22 decide to use one excipient for certain
23 application, certain function.
24      Q.   So for the HPMC, if the formulation
25 scientist decides to use it as a filler, it's a

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 37

1   filler, in your opinion?
2       A.   In that formulation.
3       Q.   And if the pharmaceutical -- sorry.
4       If the formulation scientist decides
5   to use the HPMC as a binder in a specific
6   formulation, then it's a binder in that
7   formulation, in your opinion?
8       A.   That's what the formulation scientist
9   use it as a binder.
10      Q.   What if the formulation scientist
11  decides to use HPMC as, say, a disintegrant in a
12  formulation?
13      Does that make it a disintegrant in
14  that formulation?
15      MR. JAGOE:  Objection to form,
16  incomplete hypothetical.
17      A.   Each formulation is very different, so
18  I need to know exactly what formulation
19  ingredient you are talking about -- not only
20  that, how you make it.  Only then I can tell you
21  what the real function is.
22      Q.   Why is that?
23      Why do you need to know what the
24  formulation is and how it's made to determine
25  the function?

Page 38

1       A.   Otherwise simply having a certain
2   ingredient does not tell me exactly how it
3   function.
4       Q.   So you need to see the actual function
5   in the formulation of the inactive ingredient to
6   determine how it functions?
7       MR. JAGOE:  Objection,
8   mischaracterizes.
9       A.   I like to see the overall ingredients
10  and how a formulation is made.  Then I can tell
11  you what each function of each ingredient is.
12      Q.   In certain formulations, it's possible
13  for the formulator to use one ingredient to
14  serve two different functions, right?
15      MR. JAGOE:  Objection, incomplete
16  hypothetical.
17      A.   Again, I don't know what specific
18  example you are talking about.
19      But each formulation, one ingredient
20  has one function.
21      Q.   I think I understand better.
22      So for any given formulation, one
23  inactive ingredient will only have one function?
24      A.   Well, again, it's too general.
25      But that's why formulation scientist

Page 39

1   will write down individual ingredient and
2   specify its function.
3       (Pause)
4       Q.   Are you familiar with dextrose?
5       A.   You mean carbohydrate?
6       Q.   Yes.
7       A.   Yes.
8       Q.   Do you remember, sitting here today,
9   what the function is of dextrose?
10      A.   I don't recall all of them, but
11  dextrose is used to make a solution formulation
12  for injectables.
13      I don't recall all its function.
14      Q.   Okay.
15      (Pause)
16      MR. CALVOSA:  Handing you what I have
17  marked as Park 3.
18      *      *      *
19      (Exhibit  Park 3, Multipage document
20  entitled: Handbook of Pharmaceutical Excipients,
21  Sixth edition: Dextrose (no Bates Nos.), marked
22  for identification)
23      *      *      *
24      MR. CALVOSA:  I'll represent to you
25  that this is the entry for dextrose for the

Page 40

1   pharmaceutical -- or, sorry -- for the Handbook
2   of Pharmaceutical Excipients, Sixth edition,
3   from 2009.
4       (Pause)
5       THE WITNESS:  Yes.
6   BY MR. CALVOSA:
7       Q.   Is this the -- is this -- sorry.
8       Is an entry like this from the HPE
9   something you are familiar with?
10      (Pause)
11      A.   Yes.
12      Q.   The HPE is something that, in your
13  opinion, a POSA would be familiar with?
14      A.   I think so.
15      Q.   On page 222 here of Park 3, there
16  is --
17      A.   Page 222?
18      Q.   222, yeah.
19      For dextrose, there is a bold heading
20  that says:  6:  Functional Category?
21      A.   Yes.
22      Q.   It lists more than one function for
23  dextrose, right?
24      (Pause)
25      A.   Yes.

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 41

1    Q.   And it lists:  Diluent, therapeutic
2  agent, tonicity agent, and sweetening agent.
3       Right?
4    A.   That's what it says.
5       MR. JAGOE:  It says "tablet and
6  capsule diluent," to be precise.
7    A.   That's right.  You simply said
8  "diluent," but it says "tablet capsule diluent."
9    Q.   Sure, tablet and capsule diluent.
10      Have you ever used dextrose to
11  formulate tablets in your 33 years of
12  experience?
13      MR. JAGOE:  You don't have to disclose
14  any proprietary information that would be
15  confidential to any other party, but I guess you
16  can answer yes or no.
17    A.   Yes.
18    Q.   What was the function of the dextrose
19  in the formulation you made?
20    A.   Sweetening agent.
21      (Pause)
22    Q.   How did you determine that the
23  function of dextrose in the formulation you made
24  was a sweetening agent?
25    A.   In my case, I used glucose to make a

Page 42

1  tablet sweet, so it is sweetening agent in my
2  formulation.
3    Q.   So you determined the function was a
4  sweetening agent because of how you used it in
5  the formulation, right?
6    A.   That's right.
7      (Pause)
8    Q.   Did the dextrose have any other
9  function in the formulation that you made it in?
10      (Pause)
11    A.   The other case I used as a therapeutic
12  agent.
13    Q.   Sorry.  My question wasn't clear.
14      In the specific formulation we were
15  just you talking about where you used it as a
16  sweetening agent, did the dextrose have any
17  other function other than being a sweetening
18  agent?
19    A.   No.
20    Q.   Is it possible that it had another
21  function other than being a sweetening agent?
22    A.   I'm not sure what you mean by:  It's
23  possible.
24      Can you give me a specific example?
25    Q.   Sure.

Page 43

1      So in that specific formulation we
2  were talking about, did you do any tests to
3  confirm that it was a sweetening agent?
4    A.   Did I test it to confirm it was a
5  sweetening agent?
6    Q.   Yes.
7    A.   When you put it in your mouth, it's
8  sweet, so it's a sweetening agent.
9    Q.   Did you actually carry out that test
10  and try it and confirm it was sweet?
11    A.   Myself?
12    Q.   Yes.
13    A.   Of course.
14    Q.   Okay.
15      Do you self-administer every
16  formulation you make?
17    A.   No.
18      (Pause)
19    Q.   What made you do it with this one?
20    A.   This was for a fast-dissolving tablet
21  containing bitter-tasting caffeine, so I added
22  dextrose to make it sweeter.
23      (Pause)
24    Q.   What was the total milligram weight of
25  that formulation?

Page 44

1    A.   I'm sorry?
2    Q.   What was the total milligram weight of
3  that formulation?
4    A.   Formulation can vary depending on how
5  much you deliver the ingredient you want to.  So
6  it can be as mall small as 5-milligram up to
7  500-milligram.
8    Q.   In that specific formulation where you
9  put dextrose for the fast-dissolving tablet, how
10  many milligrams was that formulation?
11    A.   I don't recall.
12    Q.   What other ingredients were in that
13  formulation other than dextrose and the active?
14      (Pause)
15    A.   What I say may have caffeine in --
16      MR. JAGOE:  Caffeine.
17    A.   -- caffeine.
18      (Pause)
19    A.   In other excipients, I don't remember
20  exactly.
21    Q.   In that specific formulation, how much
22  dextrose did you add?
23    A.   It was a while ago, and I just don't
24  recall exactly -- exactly how much excipient I
25  used.

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 45

1    Q.    Do you remember if it was a little
2  bit?
3          Or a lot?
4    A.    Sweetening agent, depending on
5  formulation, can be small or it can be a larger
6  than, you know, small portion that you may need
7  otherwise.
8          So I don't recall.
9    Q.    Why would you use a larger amount of
10 sweetening agent in a given formulation?
11   A.    If you use a higher amount of
12 caffeine, for example, you need proportional
13 larger amount of sweetening agent.
14   Q.    Is there any other reason you would
15 use a larger amount of sweetening agent in a
16 given formulation?
17   A.    At this point, I don't see why.
18   Q.    I mentioned the person of ordinary
19 skill of the POSA in one of my questions before.
20        And you provide a definition for a
21 POSA, if we could look at paragraph 17 of Park
22 1, and also paragraph 5 of Park 2?
23        (Pause)
24   A.    Yes.
25   Q.    And I want to focus on -- in paragraph

Page 46

1  17 of Park 1, this is your definition of a POSA
2  for the '427 patent, right?
3    A.    Yes.
4    Q.    In Park 5 -- sorry -- park 2,
5  paragraph 5, you provide a definition of a POSA
6  for the '467 patent.
7          Is that right?
8    A.    Yes.
9    Q.    And can you just confirm for me that
10 your definition of a POSA for the '467 patent is
11 the same as your definition of a POSA for the
12 '427 patent?
13        (Pause)
14   A.    Yes.
15        (Pause)
16   Q.    And I believe you define the '467 and
17 '427 patent --
18        (Pause)
19   A.    Was there a question to me?
20   Q.    I'll ask a different question.
21        Is it okay if I refer to your POSA for
22 the '467 patent and '427 patent as "the
23 formulation POSA"?
24   A.    That's fair.
25   Q.    So we could just look at Park 1 -- so

Page 47

1  instead of saying paragraph 17.
2          How did you come up with your
3  definition of the formulation POSA?
4          MR. JAGOE:  Don't disclose any
5  communications you've had with counsel.
6          (Pause)
7    A.    Based on my experience, my former
8  students who graduated from Purdue have a Ph.D.
9  degree.  They go to industry and actually
10 develop their own formulation.  And so this
11 definition is based on my experience.
12        And also, throughout the observation I
13 have made over the years, this is definition for
14 a POSA for a formulation scientist.
15   Q.    Did you consider the '427 and '467
16 patents when you were trying to arrive at your
17 definition of a formulation POSA?
18   A.    Could you repeat the question?
19        Was I aware of two patents before
20 coming up to --
21   Q.    So let me answer the -- in coming up
22 with your definition of the formulation POSA,
23 did you consider the two patents that you opine
24 about here -- the '467 patent and the '427
25 patent?

Page 48

1          (Pause)
2    A.    Yes, I did.
3    Q.    If you turn to paragraph 16 of Park
4  1 --
5    A.    Paragraph --
6    Q.    Sixteen -- one page before -- page 5.
7          (Pause)
8    Q.    I'm looking at the third sentence
9  there where you say:  Factors that may be
10 considered in determining the level of ordinary
11 skill in the art may include.
12        And then you list five different
13 factors.
14        Do you see those?
15   A.    Yes.
16   Q.    Then you say, after you list the five
17 factors:  In a given case, not every factor may
18 be present, and one or more factors may
19 predominate.
20        Do you see that?
21   A.    Yes.
22   Q.    Did you consider any of the five
23 factors here in paragraph 16 in coming up with
24 your definition of the formulation POSA?
25        (Pause)

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 49

1    A.    Yeah, this No. 1.
2    Q.    Any others than No. 1?
3    A.    And No. 4.
4    Q.    Any others than 1 and 4?
5    A.    No. 5.
6    Q.    Is there a reason that you didn't
7  consider factors Nos. 2 and 3?
8    A.    I did not say I did not consider.
9       I said that one or more factors may
10  predominate.  So those are factors that
11  predominated, to my mind.
12    Q.    Okay.
13       I was asking you if you considered the
14  factors, not predominate.
15       But did you consider factor 2, then?
16    A.    Yes.
17    Q.    Did you consider factor 3?
18    A.    Yes.
19    Q.    Can you tell me what your
20  consideration was for factor 4:  The
21  sophistication of the technology?
22    A.    To my, when I reviewed the patents,
23  there was really not much sophistication.
24  Formulation was simply a mixture of excipients
25  at certain ratio.

Page 50

1    Q.    What would make a formulation
2  sophisticated, in your opinion?
3    A.    For example, if you have a cancer
4  formulation, that formulation goes to deliver
5  drugs to everywhere in the body.  That's where
6  side effect comes.
7       So if someone comes up with a
8  formulation that mostly direct only to cancer
9  cell, that is really sophisticated formulation.
10       (Pause)
11    Q.    If the formulations in the ones you
12  just mentioned in the formulation patents that
13  we are talking about here do not have much
14  sophistication, why is it your opinion that the
15  person of ordinary skill in the art would have a
16  Ph.D. in the field related to pharmaceutical
17  sciences and at least one year of experience in
18  pharmaceutical formulation; or a lower level of
19  education, such as a Master's degree, if that
20  person had a higher degree of experience?
21    A.    You still need to be trained in
22  certain area to make a formulation.  It's not
23  like anybody can go to the garage and make a
24  tablet or capsule.  They have to be trained to
25  know how to handle excipients or active

Page 51

1  ingredients.
2       And you should be able to make it in
3  such a way that you can get approval from the
4  U.S. Food and Drug Administration.
5       We are not talking about any tablet
6  can you buy on the street.  We are talking about
7  a tablet, capsule, and other formulation that we
8  use.  You have to make it sure that they are
9  safe and effective.  You require training.
10       Pharmacists go four years or six years
11  training; and after that, you may have even more
12  training to make sure you know what you are
13  doing.
14       (Pause)
15    Q.    So someone with just a high school
16  degree and no experience in the pharmaceutical
17  industry wouldn't qualify under your definition
18  of POSA, right?
19    A.    That's right.  No, they are not
20  qualified.
21    Q.    Is it your opinion that they couldn't
22  make a formulation like that described in the
23  formulation patents that we are talking about
24  today?
25    A.    I'm sorry.  The question -- I forgot

Page 52

1  in the first part of your question.
2    Q.    It's your opinion that you need the
3  qualifications that you mentioned before -- the
4  training -- to make the formulations that we are
5  talking about here today, right?
6       MR. JAGOE:  Objection to form.
7    A.    I think I mentioned what may be a
8  person of ordinary skill in the art.  That's why
9  I mentioned, as I explained in my paragraph 17.
10    Q.    Okay.
11       MR. CALVOSA:  Would you like to take a
12  little break?
13       MR. JAGOE:  I would.
14       MR. CALVOSA:  Okay.  Let's do it.
15       MS. HANSON:  Two things before we go
16  off the record.
17       First, to the extent that Mr. Jagoe is
18  objecting outside the scope --
19       (Pause)
20       MS. HANSON:  To the extent that Mr.
21  Jagoe is objecting as outside the scope and that
22  the testimony is not on behalf of the Teva
23  defendants, the Mylan defendants also join this
24  objection, and would like to do so on a standing
25  basis going forward so that I don't need to

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 53

1    continually interject.
2         The other thing I was going to bring
3    up is that we should probably get appearances
4    from those on the phone.
5         MR. JAGOE:  Yes.
6         You are granting her standing
7    objection?
8         MR. CALVOSA:  Of course.
9         (Pause)
10        MR. CALVOSA:  It's okay with me.
11        (Pause)
12        THE VIDEOGRAPHER:  The time now is
13   10:38 a.m.  We are off the record.
14        (Recess from 10:38 a.m. to 10:54 a.m.)
15        THE VIDEOGRAPHER:  This marks the
16   beginning of tape No. 2.  The time now is 10:54
17   a.m.  We are back on the record.
18   BY MR. CALVOSA:
19        Q.   Welcome back, Dr. Park.
20        A.   Thank you.
21        Q.   During the last session, we talked
22   about inactive ingredients or excipients having
23   certain functions.
24        Do you remember that?
25        A.   Yes.

Page 54

1         (Pause)
2         Q.   If you go to Park 1, paragraph 46 --
3    and the span is from page 19 to 20 -- feel free
4    to read the whole thing.  I would like to focus
5    on the last sentence.
6         (Pause)
7         A.   Yes.
8         Q.   You say here:  Thus, excipients are
9    sometimes characterized by their function.
10        And you give certain examples of
11   function of excipients.
12        Is that right?
13        A.   Yes.
14        Q.   The first one listed there is
15   carriers?
16        A.   Yes.
17        Q.   Would a POSA -- the formulation
18   POSA -- be familiar with a carrier?
19        A.   I think so.
20        Q.   What would the formulation POSA
21   understand a carrier to be?
22        A.   Well, sometimes drug molecule -- drug
23   particles may be too small.  Then they can be
24   combined with a larger particle size, which is
25   called carrier.  So, depending on drug itself

Page 55

1    properties, one can choose carrier as an
2    excipient.
3         Q.   And the carrier would be combined with
4    the drug product for what purpose?
5         MR. JAGOE:  Objection to form.
6         A.   Again, if, as I mentioned, for
7    example, if drug particles are too small, it's
8    difficult to handle.  Then you may resort to
9    bigger particle excipients.  Then it carries the
10   drug, so sometimes you use carrier in
11   formulation.
12        Q.   Just so the record is clear, did you
13   say "resort to bigger particle excipients"?
14        Or "absorb"?
15        A.   Small particle drug can bind to bigger
16   particle, so it can be a physical binding, or
17   certain level of adhesions, physical
18   entrapment -- anyway, just part of the bigger
19   particle.
20        Q.   The second sort of functional
21   classification there for excipients that you
22   have is diluent?
23        A.   Yes.
24        Q.   Would a POSA know what a diluent is?
25        (Pause)

Page 56

1         A.   I think so.
2         Q.   And so it's clear, would a formulation
3    POSA know what a diluent is?
4         A.   I'm sure they know.
5         Q.   What would a formulation POSA
6    understand a diluent to be?
7         A.   Well, diluents are usually used when
8    amount of active ingredients or drug is very
9    small.  It is difficult to handle.  So you add
10   other excipient called diluent to bulk up the
11   whole volume so it's easier to handle to make a
12   certain size of tablet or capsules.
13        Q.   The third function listed there --
14   binders -- would a formulation POSA know what a
15   binder is?
16        A.   Oh, absolutely.
17        Q.   And how would a formulation POSA
18   understand binder?
19        A.   For example, sometimes you need to
20   make a granule because granules are easier to
21   flow.  So then to make a granules, you sometimes
22   add a binder to make a powder form into granule.
23   So a binder can be used to make granules.
24        Or sometimes, you just use binder to
25   make a better tablets.

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

---

Page 57

1    Q.    The fourth one -- fillers -- would the
2  formulation POSA know what a filler is?
3    A.    Yes.
4    Q.    What is a filler?
5        Or what would a formulation POSA
6  understand a filler to be?
7    A.    Filler is usually used -- exchangeable
8  term as a diluent.  So filler is also used to
9  make a certain volume of a formulation.
10    Q.    The next one there -- disintegrants --
11  would a formulation POSA know what a
12  disintegrant is?
13    A.    Absolutely.
14    Q.    How would a formulation POSA
15  understand disintegrant?
16    A.    Disintegrants are usually hydrophilic
17  polymer excipients that absorb water and swell.
18  In so doing, it breaks up tablets.  So it is
19  called disintegrant.
20    Q.    Makes sense.
21        The next one -- lubricants -- would a
22  formulation POSA know what a lubricant is?
23    A.    Oh, absolutely.
24    Q.    How would a formulation POSA
25  understand lubricant?

---

Page 58

1    A.    Lubricant is used, for example, when
2  you make a tablet, when you compress a tablet
3  using machine, without lubricant, portion of the
4  tablet may stick to dies, toolings, so that you
5  do not produce intact tablet; so you use
6  lubricants.
7        The lubricants, as you have shown here
8  Handbook of Pharmaceutical Excipient -- they
9  have specific lubricant section.  If you have
10  it, we can go through it, too.
11        There are specific excipients known as
12  a lubricant.  And they are used in a very small
13  quantity to make intact tablet.  Sometimes it
14  may be used in capsule formulation, too, as
15  necessary.
16        So lubricant is a specific class of
17  excipients.  And they are usually hydrophobic,
18  so they are used in a very low quantity.
19    Q.    And the next one -- solubilizers --
20  would a POSA know what a solubilizer is?
21    A.    Yes.
22    Q.    How would a POSA understand
23  solubilizer?
24    A.    Solubilizer is used to dissolve a
25  certain drug, because many drugs are

---

Page 59

1  hydrophobic -- meaning they do not dissolve in
2  water quite easily.  So you use a solubilizer to
3  aid dissolving such drug in water.
4    Q.    The last one you have listed here is
5  thickeners.
6        Would a POSA understand -- or would a
7  formulation POSA understand what a thickener is?
8    A.    Yes.
9    Q.    How would a formulation POSA
10  understand thickener?
11    A.    Thickeners are usually used to make
12  sure that the solution formulation has a certain
13  viscosity, so that particles in the formulation
14  does not settle and become aggregate.  So there
15  are a variety of different reasons to use
16  thickeners.
17    Q.    Let's go back to the lubricants.
18        And as I'm sure you know, that's one
19  of the terms that you opined on in your
20  declaration -- Park 2 -- right?
21    A.    Yes.
22    Q.    For that one, you gave a nice, long
23  answer, so let's break it down.
24        (Pause)
25    Q.    The first part you were talking about

---

Page 60

1  compressing a tablet using a machine.
2        You said:  Without lubricant, a
3  portion of the tablet may stick to dies,
4  tooling, so that you do not produce intact
5  tablet.
6        Is that right?
7    A.    Yes.
8    Q.    Using the -- this compression tablet
9  method -- is it possible to make an intact
10  tablet without using a lubricant?
11        MR. JAGOE:  Objection to form,
12  incomplete hypothetical.
13    A.    Is it possible?  Well, I don't know.
14  Depending on formulation.  Without knowing exact
15  formulation, I cannot say.
16    Q.    Well, I'm telling you there is no
17  lubricant in the formulation.
18        Is it possible to make an intact
19  tablet using the compression method we just
20  discussed without a lubricant?
21        MR. JAGOE:  Same objection.
22    A.    Again, in the absence of detailed
23  information, it is difficult to answer.
24        For example, if you have a very low
25  pressure, you may have a different tablet.  So I

---

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

---

Page 61

1    need exact details or specific example to answer
2    your question.
3        (Pause)
4        Q.    Have you ever testified that billions
5    of tablets are made every day, and all of them
6    use a lubricant?
7        A.    Have I testified before whether --
8        Q.    Have you testified in a courtroom with the
9    following language:  Billions of tablets are
10   made every day and all of them use a lubricant?
11       A.    I don't recall whether I said in a
12   courtroom or not, but that sounds right.
13       Q.    Have you ever testified in a courtroom
14   before, the following:  Without a lubricant, you
15   cannot make an intact tablet from a die?
16       MR. JAGOE:  If you have a basis to
17   think he said that under oath, you should show
18   him the transcript.
19       MR. CALVOSA:  I'm just asking if he
20   said it.
21       He can answer now.
22       MR. JAGOE:  You can't ask the question
23   unless you have a basis for asking it.
24       MR. CALVOSA:  I can ask any question I
25   would like.

---

Page 62

1        MR. JAGOE:  Oh, no, you can't.
2        MR. CALVOSA:  It might not be a proper
3    question, but I can ask any question I would
4    like.
5        MR. JAGOE:  No, you can't.
6        MR. CALVOSA:  Yes, I can.
7        MR. JAGOE:  No, you can't.
8        MR. CALVOSA:  Counsel, please.  I
9    mean, the speaking objections are crazy.
10       MR. JAGOE:  I just made my objection.
11   You engaged me.
12       MR. CALVOSA:  Okay.
13       MR. JAGOE:  If you have a basis for
14   asking that question, you should show him the
15   transcript.
16   BY MR. CALVOSA:
17       Q.    Dr. Park, do you recall ever
18   testifying in open court that:  Without a
19   lubricant, you cannot make an intact tablet
20   formulation with a die?
21       MR. JAGOE:  You have the right to see
22   the transcript, if he has one, Doctor.
23       A.    Again, I don't recall.
24       And if you have any documents you can
25   show me, we can talk about it for the details.

---

Page 63

1        Q.    Sure.  Thank you for answering my
2    question.
3        MR. CALVOSA:  Can we go off the record
4    for a second?
5        THE VIDEOGRAPHER:  The time now is
6    11:07 a.m.  We are off the record.
7        MR. JAGOE:  I didn't agree to go off
8    the record.
9        MR. CALVOSA:  Okay.
10       MR. JAGOE:  Why are we going off the
11   record?
12       MR. CALVOSA:  That's fine.  Go back on
13   the record.  I was just trying to do this as a
14   professional courtesy, but --
15       MR. JAGOE:  If you tell me you want to
16   talk off the record, but you can't just go off
17   the record unilaterally.
18       MR. CALVOSA:  If you have an objection
19   which you do, we don't have to.
20       MR. JAGOE:  Tell me why you want to go
21   off the record.
22       MR. CALVOSA:  Because I would like to
23   talk to you and not put it on the record.  I
24   would think it would be more productive that
25   way.

---

Page 64

1        MR. JAGOE:  Okay, let's go off the
2    record.
3        MR. CALVOSA:  Do you want to excuse
4    the witness?  Or --
5        MR. CALVOSA:  Sure.
6        MR. CALVOSA:  We are now off the
7    record.
8        (Recess from 11:08 a.m. to 11:11 a.m.)
9        THE VIDEOGRAPHER:  The time now is
10   11:11 a.m.  We are back on the record.
11   BY MR. CALVOSA:
12       Q.    Dr. Park, have you ever made a tablet
13   using the compression method we are talking
14   about without using lubricant?
15       A.    We are talking about tablet?
16       Q.    Tablet, yes.
17       A.    I only use lubricant most of the time
18   when I make a tablet.
19       Q.    The second thing you said when you
20   were giving that long definition of lubricant
21   was that:  The lubricants are shown in the
22   Handbook of Pharmaceutical Excipient, they have
23   specific lubricant section --
24       A.    Yes.
25       Q.    -- is that right?

---

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 65

1    A.   Yes.
2    Q.   If something is not in the
3  pharmaceutical -- sorry.
4        If something is not in the HPE as a
5  lubricant, does that mean it's not a lubricant?
6        MR. JAGOE:  Objection to form.
7    A.   Not sure what we are talking about.
8    Can you give me a specific example?
9    Q.   Sure.
10       *      *      *
11       (Exhibit  Park 4, Multipage document
12  entitled: Handbook of Pharmaceutical Excipients,
13  Sixth edition: Colloidal Silicon Dioxide (no
14  Bates Nos.), marked for identification)
15       *      *      *
16       MR. CALVOSA:  Handed you what I've
17  just marked Park 4.
18       I'll represent to you this is an
19  excerpt from the Handbook of Pharmaceutical
20  Excipients we have been talking about, Sixth
21  edition, for -- and correct me if I'm wrong --
22  colloidal silicon dioxide.
23  BY MR. CALVOSA:
24   Q.   Is that how you say it?
25   A.   Yes.

Page 66

1    Q.   And I'm looking at page 185 of Park 4?
2    A.   Yes.
3    Q.   Bottom bolded, again:  6:  Functional
4  Category.
5        It lists several functions here.
6        Is that right?
7    A.   Yes.
8    Q.   It does not list lubricant as one of
9  the functions for colloidal silicon dioxide,
10  right?
11   A.   That's right.
12   Q.   Would a POSA then understand that
13  colloidal silicon dioxide is not a lubricant?
14   A.   Well, a POSA would understand
15  colloidal silicone dioxide probably not used as
16  a lubricant as function.
17       (Pause)
18   Q.   Have you ever referred to colloidal
19  silicon dioxide as a lubricant?
20   A.   I don't think I have.
21   Q.   Do you consider colloidal silicon
22  dioxide to be a lubricant?
23   A.   No.  I considered usually as a glidant
24  or glidant -- however you say it.
25       (Pause)

Page 67

1    Q.   You can put that aside for now.
2        (Pause)
3    Q.   You also said in the answer that a
4  lubricant is a specific class of excipients and
5  they are usually hydrophobic.
6        Is that right?
7    A.   Yes.
8    Q.   Are any lubricants hydrophilic?
9    A.   Sometimes.
10   Q.   What are some examples of hydrophilic
11  lubricants?
12   A.   I think one of them may be
13  polyethylene glycol, sometimes called
14  polyethylene oxide.
15   Q.   Any others you can think of?
16   A.   Not that I can think of now.
17       (Pause)
18   Q.   Polyethylene glycol -- that's what you
19  just said -- right? -- polyethylene glycol?
20   A.   Yes.
21   Q.   So a POSA would understand that
22  polyethylene glycol -- the formulation POSA
23  would understand that polyethylene glycol is a
24  lubricant, right?
25   A.   Not -- that's not what I said.

Page 68

1        You asked me whether there are
2  hydrophilic lubricants.  I remember for a
3  specific formulation I once tried to use
4  polyethylene oxide as a lubricant.
5        So -- but polyethylene oxide or
6  polyethylene glycol are usually used for some
7  other functions.
8    Q.   But in that specific example you are
9  talking about, it was a lubricant because you
10  were trying to use it as a lubricant?
11   A.   That's right.  You have to specify you
12  use it as a lubricant.
13   Q.   Polyethylene glycol is also a binder,
14  right?
15   A.   If you have a Handbook of
16  Pharmaceutical Excipient, you may find the
17  information there, too.
18       But one can -- one may be able to use
19  it as a binder.
20   Q.   Have you ever used polyethylene glycol
21  in the same formulation as both a binder and a
22  lubricant?
23   A.   No, I don't think that's possible.
24  No, I have not.
25   Q.   Why is that not possible?

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 69

1       A.    Binder is used to make things bind
2    together, so its function as a lubricant may be
3    very different in that particular formulation.
4         So I don't think -- I personally have
5    not used one excipient for two different
6    functions.
7         (Pause)
8       Q.    You have never used one excipient for
9    two different functions in any formulation you
10   have made?
11        (Pause)
12      A.    You mean in the same formulation?
13      Q.    In the same formulation, yes.
14      A.    I don't think so.
15      Q.    Is it your opinion that a formulation
16   POSA would not use one excipient for two
17   different functions in the same formulation?
18      A.    No, I don't think so.  I don't think
19   one excipient can be used two different
20   functions in the same formulation.
21      Q.    And it's your opinion that the
22   formulation POSA would have that same
23   understanding, right?
24      A.    At least that is what I have been
25   teaching and that is what I have been

Page 70

1    practicing.
2       Q.    Okay.
3         (Pause)
4       Q.    Would a formulation POSA understand
5    that a lubricant is used to reduce the extent of
6    friction between the ingredients in the
7    formulation and the machinery?
8       A.    I'm sorry.  In the middle was not
9    clear.  I'm sorry.
10      Q.    Sure.
11        Would a formulation POSA understand
12   that a lubricant is used to reduce the extent of
13   friction between the --
14      A.    Used to --
15      Q.    Sorry.  I'll ask it again.
16        Would a formulation POSA understand
17   that a lubricant is used to reduce the extent of
18   friction between the ingredients in the
19   formulation and the machinery used to make the
20   formulation?
21      A.    Yeah -- I think that's the function of
22   lubricant, to reduce the friction between tablet
23   and tool -- tooling machine.
24      Q.    Would a formulation POSA have the same
25   understanding if it was a capsule formulation as

Page 71

1    opposed to a tablet?
2       A.    I think capsule formulation sometime
3    you may not even need the lubricant.  But
4    sometimes you may need the lubricant if you
5    compact the powder into a certain tablet shape.
6    So depending on formulation, especially capsule,
7    you may not even need a lubricant.
8         (Pause)
9       Q.    Okay.
10        (Pause)
11      Q.    Would a formulation POSA understand
12   that a lubricant prevents sticking?
13      A.    Sticking between?
14      Q.    The -- in a tablet formulation between
15   the ingredients in the formulation and the
16   machinery used to make the formulation?
17      A.    Well, that's what we talked about
18   before, yes.
19      Q.    Okay.
20        So sticking is another way -- prevent
21   sticking is another way to say "reduce the
22   extent of friction"?
23        MR. JAGOE:  Objection to form.
24      A.    Extent friction is a different thing.
25        Adhesion, friction, maybe the

Page 72

1    lubricant is used to reduce the sticking between
2    tablet and tooling machine, so that when you
3    eject tablet you have an intact form of tablets.
4       Q.    Okay.
5         Would a formulation POSA understand
6    that a lubricant is a slippery solid?
7         (Pause)
8       A.    I'm not sure what that means, but -- I
9    cannot say, no.
10        What is slippery solid?
11      Q.    I don't know.  I was reading one of
12   your patents.
13        MR. CALVOSA:  Let's take a look at
14   that.
15        *       *       *
16        (Exhibit  Park 5, Multipage document
17   entitled: United States Patent No.: US 6,960,617
18   B2, dated November 1, 2005 (no Bates Nos.),
19   marked for identification)
20        *       *       *
21        MR. CALVOSA:  I've marked for the
22   record Park 5.  This is U.S. Patent No.
23   6,960,617 B2.
24        THE WITNESS:  Yes.
25

US District Court - New Jersey                      FINAL - June 7, 2019
Celgene v. Hetero Labs                               Kinam Park, Ph.D.

Page 73

1    BY MR. CALVOSA:
2        Q.    And there is a -- in the inventor's
3    section up here -- by the (75) in parenthesis --
4    there is listed Kinam Park, West Lafayette
5    Indiana, and then (US) in parenthesis.
6            Is that you?
7        A.    I hope so.
8        Q.    Don't know other Kinam Parks in here?
9        A.    This is me, yeah.
10       Q.    You are listed as an inventor on this
11   patent, right?
12       A.    Yes.
13       Q.    Are you familiar with this patent?
14       A.    Yes, I am, but it was a while ago, but
15   I remember it, yes.
16       Q.    I'm looking in column 31 about line
17   27?
18       A.    Yes.
19       Q.    You see there it says:  A lubricant is
20   necessary.
21           And it goes on?
22       A.    Yes.
23       Q.    The second sentence, you said:  The
24   lubricant is chosen from such slippery solids as
25   talc, magnesium and calcium stearate, stearic

Page 74

1    acid and hydrogenated vegetable oils.
2            Do you see that?
3        A.    Yes.
4        Q.    That's why I asked you if a
5    formulation POSA would understand that a
6    lubricant is a slippery solid?
7            (Pause)
8        A.    Yes.
9            It said:  Slippery solids such as a
10   talc, magnesium and calcium stearate, stearic
11   acid, and hydrogenated vegetable oils, yes.
12       Q.    So are -- would a formulation POSA
13   understand that lubricants are always slippery
14   solids?
15           (Pause)
16       A.    In the beginning when you receive the
17   material, they are solid.  But you use a certain
18   small quantity of it to use it as a lubricant.
19           (Pause)
20       Q.    I was focused more on the "slippery,"
21   but that's okay.
22           Are lubricant -- would a formulation
23   POSA understand that lubricants are always
24   slippery, whether they are solids or in another
25   form?

Page 75

1        A.    I don't think that's how you read
2    that.
3            They are simply saying:  Lubricant
4    such as talc, magnesium, calcium stearate,
5    stearic acid are slippery solid.
6            That does not mean all slippery
7    solid -- whatever they are -- are lubricants.
8        Q.    Does that mean that all -- let me ask
9    it another way.
10           Could you have a lubricant that is not
11   a slippery solid?
12           (Pause)
13       A.    I cannot think of now.
14           But slippery solids like a Teflon, is
15   slippery solid, but it cannot be used as a
16   lubricant.
17       Q.    My question was:  Can you have a
18   lubricant that is not a slippery solid?
19       A.    Again, I cannot think of right now.
20           (Pause)
21       Q.    Okay.
22           You mentioned in that list manganese
23   stearate.
24           Is magnesium stearate -- or would a
25   formulation POSA understand that magnesium

Page 76

1    stearate is a lubricant?
2        A.    Yes.
3        Q.    What if a formulation was made up of
4    50% active ingredient and 50% magnesium
5    stearate?
6            Would the magnesium stearate still be
7    a lubricant?
8            MR. JAGOE:  Objection to form,
9    incomplete hypothetical.
10       A.    First of all, I'm not sure why anybody
11   want to make such a formulation.
12           And I don't think that that's a
13   reasonable formulation in this right now,
14   without any specific goals you can tell me.
15       Q.    I agree it's not a reasonable
16   formulation.  I think I know why.
17           Is it because there is too much
18   magnesium stearate in the formulation at that
19   point?
20           MR. JAGOE:  Objection to form.
21       A.    Again, this is hypothetical.  Unless
22   you give me specific example and why you make it
23   for the goal you have, then I can tell you.  But
24   otherwise, it's just too hypothetical.
25       Q.    Is there a concern that's well known

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 77

1  to formulation POSAs about adding too much
2  magnesium stearate to a formulation?
3       A.   Yes.  That is known.  Because if you
4  add too much magnesium stearate -- for example,
5  more than 1%, 2% -- then whole tablet may become
6  too hydrophobic, so they may not resorb in
7  water.  So tablet may not even disintegrate.
8       (Pause)
9       Q.   Earlier you said -- and please correct
10 me if I'm wrong -- that a capsule formulation
11 you may not need a lubricant.
12      Is that right?
13      A.   Yes.
14      Q.   Why in your opinion is that the case?
15      A.   Sometimes capsule filling is such that
16 in pouring in the powders and swipe them to fill
17 the underneath capsule -- half of the capsule --
18 as long as powder flows well, you don't need a
19 lubricant.
20      Q.   Can you turn to Park 2, paragraph 22,
21 which spans from page 7 to 8?
22      (Pause)
23      A.   Yes.
24      Q.   I just want to confirm that the --
25 that -- I guess, the sentence beginning on the

Page 78

1  very last line of page 7 that begins with "A"
2  through the remainder of the paragraph -- that's
3  still your opinion?
4       (Pause)
5       A.   Yes.
6       Q.   If you could turn back to Park 3, that
7  was one of the earlier portions of the HPE I
8  gave you on dextrose.
9       A.   Yes.
10      Q.   Again I want to focus on page 222,
11 the:  Functional Category.
12      A.   Yes.
13      Q.   At the beginning, it says that
14 dextrose can be a tablet and capsule diluent?
15      A.   Yes.
16      Q.   And I believe before you said that
17 "diluent" and "filler" are often used
18 interchangeably?
19      A.   Yes.
20      Q.   And a formulation POSA would
21 understand that, right?
22      A.   Yes.
23      (Pause)
24      Q.   In what situation could a -- could
25 dextrose be used as a tablet diluent but not a

Page 79

1  sweetening agent?
2       MR. JAGOE:  Objection.
3       A.   You asked me:  What situation?
4       Q.   Yes.
5       A.   Well, again, if tablet or capsule is
6  designed to swallow, you don't need any
7  sweetening function.
8       But in my case, I made a formulation
9  that dissolve in the mouth, so I use it as a
10 sweetening agent.
11      Q.   Okay.
12      In what situation could dextrose be
13 used as a diluent in a dissolvable tablet, but
14 not a sweetening agent?
15      A.   If you -- the goal of a formulation
16 scientist to bulk up the total amount because
17 drug amount is so small, then you use glucose as
18 a diluent.  That's the main function of glucose,
19 specifically used as a diluent.
20      (Pause)
21      Q.   So the function of the excipient is
22 based on the formulator's goal?
23      A.   Absolutely.
24      (Pause)
25      MR. CALVOSA:  Want to take a quick

Page 80

1  break?  Is that okay with you?
2       MR. JAGOE:  Yeah.
3       THE VIDEOGRAPHER:  The time now 11:44
4  a.m. and we are off the record.
5       *   *   *
6       L U N C H   R E C E S S
7       *   *   *
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 81

1          *   *   *
2     A F T E R N O O N   S E S S I O N
3          *   *   *
4          *   *   *
5          (Exhibit Park 6, Multipage document
6     bearing heading on first page: Exhibit 1,
7     entitled: Curriculum Vita: Kinam Park, dated
8     November, 2018 (no Bates Nos.), marked for
9     identification)
10         *   *   *
11        THE VIDEOGRAPHER:  This marks the
12    beginning of tape No. 3.  The time now is 12:32
13    p.m. and we are back on the record.
14    BY MR. CALVOSA:
15        Q.   Welcome back from lunch, Dr. Park.
16        A.   Thank you.
17        MR. CALVOSA:  I'm handing you what is
18    marked as Park 6.  And Park 6 was also Exhibit 1
19    to your original declaration, which is Park 1.
20    BY MR. CALVOSA:
21        Q.   Do you recognize Park 6, Dr. Park?
22        A.   It is my CV.
23        Q.   If you turn to the first page, there
24    is no page number on that one.
25        But at the top it's indicating -- or

Page 82

1     at least it states the date of November, 2018?
2         A.   Yes.
3         Q.   So can I take that to mean that this
4     CV was current as of November, 2018?
5         A.   Yes.
6         Q.   Has there been any significant
7     additions that you would like to add here now?
8         A.   No, other than some more publications.
9         Q.   No new academic appointments on page
10    1?
11        A.   No.
12        Q.   What about any new degrees for
13    education?
14        A.   No.
15        Q.   If you turn to page 5 of Park 6, there
16    is a section entitled:  Books.
17        Do you see that?
18        A.   Yes.
19        Q.   There is 12 books listed.  I would
20    like you to look at the one with the No. 9 in
21    front of it.
22        A.   Yes.
23        Q.   How do you pronounce the other
24    author's name?
25        A.   Wen.

Page 83

1         Q.   That's a book entitled:  Oral
2     Controlled Release Formulation Design and Drug
3     Delivery:  Theory to Practice?
4         A.   Yes.
5         Q.   And that was edited by yourself and
6     Dr. Wen?
7         A.   Yes.
8         Q.   Is that book something a formulator
9     would consider?
10        A.   I sincerely hope so.
11        Q.   Does that book, in your opinion,
12    provide reliable information?
13        A.   Yes, I think so.
14        (Pause)
15        Q.   Dr. Park, you do not hold a medical
16    degree, correct?
17        A.   That's correct.
18        Q.   And you are not a medical doctor,
19    right?
20        A.   Right.
21        Q.   You are not licensed to prescribe
22    pharmaceuticals, right?
23        A.   Right.
24        Q.   And you do not administer
25    pharmaceuticals to -- other than yourself --

Page 84

1     patients, right?
2         A.   Right.
3         Q.   Do you consider yourself a specialist
4     in oncology?
5         A.   I'm not sure what you mean by
6     "specialist" in that particular case.  But I
7     have been studying formulation on cancer drug
8     delivery systems.
9         Q.   That's fair.
10        Do you consider yourself an expert in
11    the field of treating cancerous conditions?
12        A.   In the sense that developing a
13    formulation for treating cancer, I am expert;
14    but not treating with dealing with a patient
15    themselves.
16        Q.   Have you ever developed a
17    pharmaceutical for the treatment of multiple
18    myeloma?
19        A.   Not that particular cancer.
20        But I have made several formulations
21    to treat cancers --
22        Q.   Okay --
23        A.   -- in general.
24        Q.   Sorry for interrupting you.
25        Nothing -- you have not developed any

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 85

1  formulation for the treatment of multiple
2  myeloma specifically.
3       Is that fair?
4       (Pause)
5    A.   Depending on the clinician, they may
6  use a certain drug that I used.  So I'm not sure
7  whether I can say exclusively that it was not
8  related.
9    Q.   To your knowledge, no drug product you
10 have developed has been used for the treatment
11 of multiple myeloma?
12   A.   No.
13   Q.   By "no," you are agreeing that I was
14 correct, right?
15   A.   Yes.
16   Q.   What is multiple myeloma?
17      MR. JAGOE:  That's outside the scope
18 of the declaration.
19      So you can answer, but not on behalf
20 of defendants.
21   A.   One of the cancers.
22   Q.   Okay.
23      But how do you tell if a patient has
24 multiple myeloma?
25   A.   Did I say anything about that in my

Page 86

1  report?
2    Q.   I'm just asking if you know.  We can
3  look at your report in a second.  We will.  And
4  we'll go to your report.
5       I'm just asking if you can tell if a
6  patient has multiple myeloma?
7    A.   Do I know how a patient has multiple
8  myeloma?
9    Q.   Do you know how to tell if a patient
10 has multiple myeloma?
11   A.   I guess one has to do some lab test.
12   Q.   Okay.
13      MR. CALVOSA:  And just to be clear,
14 he is -- this witness -- all of his answers are
15 on behalf of Teva.
16      MR. JAGOE:  No.
17      MR. CALVOSA:  You could object as
18 outside the scope, but all of his answers are on
19 behalf of Teva -- and I understand Mylan and
20 everybody, except Apotex and possibly
21 Breckenridge as well.
22      MR. JAGOE:  Well, I disagree.  And
23 since you explained your position I'll explain
24 mine.
25      MR. CALVOSA:  Go on.

Page 87

1       MR. JAGOE:  He's answering for Teva
2  for the scope of his declaration in the Markman
3  proceeding.
4       And to the extent you ask him
5  questions outside of that, it's not on behalf of
6  Teva.
7       And I drew a line for that last
8  question to tell you.
9       *        *        *
10      (Exhibit  Park 7, Multipage document
11 bearing heading on first page: Exhibit 1,
12 entitled: United States Patent No.: US 8,198,262
13 B2, dated June 12, 2012 (no Bates Nos.), marked
14 for identification)
15      *        *        *
16      MR. CALVOSA:  I have marked as Park 7
17 what is U.S. Patent 8,198,262.
18      THE WITNESS:  Yes.
19      MR. CALVOSA:  And it is also attached
20 as Exhibit 1 to my declaration of the open claim
21 construction brief.
22 BY MR. CALVOSA:
23   Q.   Feel free to look at your report, but
24 this is one of the patents that you opined.
25      Is that right?

Page 88

1    A.   Yes.
2    Q.   Did you read this patent?
3    A.   Yes.
4    Q.   Did you understand everything in the
5  patent when you read it?
6    A.   I understand to the extent that I
7  wrote the report.
8    Q.   So there are some portions of this
9  patent that you understand; some portions that
10 you don't understand.
11      Is that fair?
12   A.   No, I didn't say I did not understand.
13      I just read the portions relevant to
14 my report.
15   Q.   Didn't you want to read the entire
16 patent before writing your report?
17   A.   "Entire" means word-by-word from very
18 beginning until the end?
19   Q.   Yes.
20   A.   I read most of the text and claims.
21 But I don't think I read all these references,
22 word-by-word.
23   Q.   Okay.  So let's start on column 1.
24      Did you read from column 1 through the
25 claims in its entirety?

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 89

1      A.   That's most of it.
2      Q.   So the answer is no, then, right?
3      A.   That's not what I said.  Again, I
4  didn't say -- I didn't read word-by-word, but I
5  read most of it.
6      Q.   Okay.
7           And you understood everything you
8  read.
9           Is that right?
10     A.   Yes.
11          (Pause)
12     Q.   Can you look at column 4?
13     A.   Yes.
14     Q.   About line 21, it says:  Brief
15  Description of the Figure?
16     A.   Yes.
17     Q.   Did you read that from lines 21
18  through line 30 -- the brief description of the
19  figure?
20          (Pause)
21     A.   Yes.
22     Q.   And you understood that?
23          (Pause)
24     A.   Yes.
25     Q.   Can you explain to me what the Hs

Page 90

1  Sultan MM cell line is?
2           MR. JAGOE:  Outside the scope,
3  objection.
4           (Pause)
5      A.   I think this is one of the -- our
6  cancer cell lines.
7      Q.   What do you mean -- "our cancer cell
8  lines"?
9           MR. JAGOE:  That's not what he said.
10  BY MR. CALVOSA:
11     Q.   It says:  I think it's one of our
12  cancer cell lines.
13          I asked:  What do you mean -- "our
14  cancer cell lines"?
15     A.   One of the cancer cell lines.
16     Q.   Ah.
17          And what are the cancer cell lines?
18     A.   So you are asking me general
19  questions?
20     Q.   Yes.
21     A.   What are not in my reports?
22     Q.   I'm following up.
23          You said you read this patent, you
24  understood it.
25     A.   There are many cancer cells available

Page 91

1  for testing different drugs.
2      Q.   How many?
3           MR. JAGOE:  Outside the scope.
4      A.   Again, I don't know how many exactly
5  there are.
6      Q.   When you say "many," what do you mean?
7      A.   "Many" means plural.  There are more
8  than a dozen.  Exactly I don't know how many,
9  but it's not one.
10     Q.   Did you say "dozen" or "thousand"?
11          I'm sorry.  I didn't hear you.
12     A.   I don't know the exact number.
13          I said:  More than a dozen.  That's
14  many.
15     Q.   But you are certain that the Hs Sultan
16  cell line is an MM cell line?
17          MR. JAGOE:  Objection to form.
18     A.   That's what it says here:  MM cell
19  lines, Sultan.  So I have no reason not to
20  believe it.
21     Q.   Would a formulation POSA understand
22  that the Hs Sultan is an MM cell line?
23     A.   Formulation scientist will focus on
24  formulation, not particular cell lines.
25          Also, this is not what I mentioned in

Page 92

1  my report.
2      Q.   Well, you said you read it all and you
3  understand it.  And you are offering an opinion
4  on it, so I'm trying to understand --
5           MR. JAGOE:  He's not offering an
6  opinion on cell lines.
7           MR. CALVOSA:  He's offering an opinion
8  on the patent.
9           You got to read the whole
10  specification, don't you?
11          You have been educating me on the law
12  all day.
13          MR. JAGOE:  You want to talk about it,
14  or not?
15          MR. CALVOSA:  Yeah, okay.
16          MR. JAGOE:  Okay.  Let's talk about
17  it.
18          He's offering an opinion about what's
19  in his two declarations.  He cited parts of the
20  patent that he's relying on in his declaration,
21  and that's what he's relying on.
22          And this is not cited in his
23  declaration, and he's not being called as an
24  expert on multiple myeloma cell lines.
25          MR. CALVOSA:  So it's your position

US District Court - New Jersey

FINAL - June 7, 2019

Celgene v. Hetero Labs

Kinam Park, Ph.D.

Page 93

1    that he did not consider the patent in whole?
2         MR. JAGOE:  I didn't say that.
3         I said what he's relying on --
4         MR. CALVOSA:  Is it your position that
5    he considered the patent in whole?
6         MR. JAGOE:  You have his testimony.
7    He said he did.
8         I don't have to take a position on a
9    fact.
10        MR. CALVOSA:  Yes, you guys are funny.
11   All right.
12   BY MR. CALVOSA:
13        Q.   What were the -- and we'll get back to
14   the cell lines in just a second.
15             (Pause)
16        Q.   What type of problems were encountered
17   in the art for multiple myeloma in 2002?
18        A.   I come here today to talk about my
19   reports.  That was not in my report.
20        Q.   Okay.  Fair enough.
21        And it's not in your report or -- let
22   me ask you another question.
23        Have you considered in forming the
24   opinions in your report what type of problems
25   were encountered in the art for multiple myeloma

Page 94

1    in 2002?
2             (Pause)
3         A.   What type of problems were there 2002?
4         I was only considering that claim
5    construction of about 1 milligram to about 5
6    milligram, etc.  So that's what I'm here to
7    testify.
8         Q.   Let's look at paragraph 18 of Park 1.
9             (Pause)
10        Q.   It talks about the method of treatment
11   patents.
12        Do you see that?
13        A.   Yes.
14        Q.   You understand the '262 patent is one
15   of the method of treatment patents, right?
16        A.   Yes.
17        Q.   How did you come up with your person
18   of ordinary skill for the method of treatment
19   patents?
20        MR. JAGOE:  Don't disclose any
21   conversations with counsel -- the substance of
22   any conversations with counsel.
23        A.   Method of treatment requires
24   development of a formulation that clinicians can
25   use.

Page 95

1         So in this case, person of ordinary
2    skill in the art may include formulation
3    scientists as well as clinicians, and they may
4    work as a team.
5         Q.   Okay.
6         How did you come up with the idea that
7    the clinician or medical oncologist would need
8    several years of experience in cancer research,
9    for example?
10        A.   To really build up expertise in
11   medical oncology, after finishing medical
12   school, you need to go through intern resident
13   and build up the expertise.  So I thought that
14   several years would be a proper time period.
15        Q.   How many years is "several"?
16        A.   When I mean several, it is like five
17   to six, or around that number.
18        Q.   Okay.
19        What do you mean by "cancer research"
20   when you say that?
21        A.   Cancer research include understanding
22   why cancer is caused, or what kind of drug can
23   be used, or depending on cancer type, which drug
24   may be useful.  Depending on patient, some drug
25   may be beneficial more than others, etc.

Page 96

1         Q.   Okay.
2         How is it determined whether a drug
3    can be used for the cancer type?
4         A.   Depending on the type of cancer, there
5    are certain drugs known to be useful, but same
6    drug may not work for all patients.  So you have
7    to choose the right drug for the right patient.
8         Q.   Will the same drug work for all types
9    of cancer?
10        MR. JAGOE:  Objection to form, outside
11   the scope.
12        A.   Again, that's not in my report.  But
13   you may be asking general questions.
14        And the question was whether one drug
15   works for all types of cancer?
16        Q.   That's right, yeah.
17        A.   I don't think so.
18        Q.   And when you mean "cancer research,"
19   do you mean "laboratory work"?
20        A.   No, it can be a laboratory as well as
21   a clinical settings.
22        Q.   What type of clinical settings are you
23   thinking of?
24        A.   You need to try a certain drug in the
25   cancer patient and see whether it works or not.

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 97

1    Sometimes there is clinical trials.
2         (Pause)
3         Q.   So to see whether the cancer drug
4    works, you need to try it in the patient and see
5    whether it works or not?
6         A.   Yes.
7         (Pause)
8         Q.   Can you turn to page 10 of Park 1?
9         (Pause)
10        Q.   And you talk here -- and it goes on to
11   page, I guess the top of page 13 -- about the
12   '427 patent file history?
13        A.   Yes.
14        Q.   Did you review the entire '427 file
15   history?
16        A.   Again, I'm not sure what you mean
17   "entire."
18        But I did not read the -- word-by-word
19   the whole patent history.
20        Q.   Did you have the entire '427 patent
21   file history available to you?
22        Or were you given just certain
23   portions of it for your review?
24        A.   No, I had the entire file history.
25        Q.   I'd like you to look at paragraph 32.

Page 98

1         (Pause)
2         A.   Yes?
3         Q.   In that last sentence, you say:  For
4    example, the pomalidomide could be less than
5    100% pure or be in salt form, as long as the
6    amount of pomalidomide compound is equivalent to
7    [x] mgs of 100% percent pomalidomide.
8         Do you see that?
9         (Pause)
10        A.   Yes.
11        Q.   What do you mean when you say:  Less
12   than 100% pure?
13        A.   As I said here in this paragraph, if
14   pomalidomide is in a salt form, the weight of
15   salt is added, so pomalidomide will not be 100%
16   pure.
17        Q.   So when you say "less than 100% pure,"
18   you mean if a salt is present?
19        A.   Salt or solvate -- solvent molecules.
20   If there are other molecule is present,
21   pomalidomide will not be 100% pure.
22        Q.   What do you mean by:  Other molecules
23   present?
24        A.   Salt or solvate molecules.
25        Q.   Anything else?

Page 99

1         (Pause)
2         A.   Monohydrate belongs to solvate, too --
3    so anything other than pomalidomide.
4         Q.   What about residual solvents?
5         MR. JAGOE:  Objection to form.
6         A.   Residual solvents of solvate form?
7         Or what?
8         Q.   Sure, of solvate form.
9         MR. JAGOE:  Objection to form.
10        A.   So question is whether solvate solvent
11   remains as a residuals in the drug?
12        Q.   Yeah.
13        A.   If it exists as impurities, then you
14   may have to clean up or remove it.
15        But at least in the patents I opined
16   on it, I was looking into salt form solvate, two
17   forms.
18        Q.   So let me ask it another way.
19        If I have impurities, as you put it,
20   in my pomalidomide, is that 100% pure
21   pomalidomide?
22        MR. JAGOE:  Objection to form.
23        (Pause)
24        A.   I think 100% pomalidomide is
25   pomalidomide in base form.

Page 100

1         So when we talk about salt or solvate,
2    you have more than pomalidomide base.  I think
3    that's what we are talking about.  So 100% pure
4    means pomalidomide base.
5         Q.   So 100% pure pomalidomide, as long as
6    it's the base, can include impurities?
7         MR. JAGOE:  Objection to form.
8         Q.   Minus the solvates and the salts,
9    right?
10        A.   I'm not sure -- I don't know that
11   that's what I opined on it, but I'm not sure
12   your question has specific information.
13        So what kind of a solvate?  What kind
14   of solvate impurity is how you make it.
15        I don't know.  Again, that's not what
16   I opine in my report.  So --
17        Q.   Okay.
18        So you don't have an opinion one way
19   or another whether, if I have an impurity in the
20   pomalidomide free base, that's 100% pure
21   pomalidomide?
22        A.   Until I have more information and more
23   time, at this point, I don't have an opinion.
24        Q.   Okay.
25        (Pause)

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 101

1    Q.   When you say pomalidomide free base
2    and we could use the pomalidomide salt as the
3    other one, and I think you used specifically
4    pomalidomide hydrochloride as an example in your
5    declaration -- let's go look at that.  That
6    might be easier.
7         (Pause)
8    Q.   I'm looking at paragraph 43 of Park 1.
9         (Pause)
10   A.   Yes.
11   Q.   And here you are saying that the
12   molecular weight of the pomalidomide salt is
13   greater than the pomalidomide free base, right?
14   A.   Right.
15   Q.   And that makes sense -- right? --
16   because there is a -- now the -- the counterion
17   has joined the molecule, if you will.
18        Is that accurate?
19   A.   Pomalidomide salt is -- molecular
20   weight-wise -- higher than pomalidomide base
21   because of presence of salt.
22   Q.   If I have pomalidomide, is it possible
23   to have a mixture of the pomalidomide base and
24   the pomalidomide salt?
25        Or is it just one or the other?

Page 102

1         MR. JAGOE:  Objection to form.
2         (Pause)
3    A.   Well, it depends on condition.  But
4    when you make a salt, you will probably make all
5    the salt form.
6    Q.   And if I have a pomalidomide hydrate,
7    again, is it possible to have a portion that's a
8    free base and a portion that's a hydrate?
9         Or is it 100% of the pomalidomide
10   hydrate?
11   A.   In a salt form, depending on pH and
12   other conditions, you -- it's not equilibrium.
13        But in hydrate, condition may be such
14   that you may have a hydrate form.
15   Q.   So I may have.
16        And correct me if I'm wrong.
17        You mentioned equilibrium.  So for the
18   hydrate, I may have portion of the pomalidomide
19   that's in the hydrate form and a portion that's
20   in the free base form.
21        Is that what you are saying?
22        MR. JAGOE:  I object to the extent you
23   are trying to use this proceeding to get
24   evidence for another proceeding.
25        MR. CALVOSA:  Trying to get it for

Page 103

1    claim construction.
2         MR. JAGOE:  I think you are trying to
3    get it for the other case you filed.
4         MR. CALVOSA:  Trying to get it for
5    claim construction --
6         MR. JAGOE:  I think you're not --
7         MR. CALVOSA:  -- talks about hydrates.
8         MR. JAGOE:  -- that's my objection.
9         If you want to debate it, we can.  I
10   just made an objection.
11        MR. CALVOSA:  Okay, go ahead.
12        MR. JAGOE:  Try to use it in the other
13   case, I'll bring it up to the judge that I
14   objected to it.
15        MR. CALVOSA:  Okay.
16        You have no objection to us using it
17   in the claim construction proceeding, correct?
18        MR. JAGOE:  If you think it's somehow
19   relevant.  I don't see why it's relevant in this
20   claim construction proceeding.
21        But -- I mean, I don't know how much
22   you want me to say, but I made my objection.
23        MR. CALVOSA:  Okay.  Back to the
24   question.
25

Page 104

1    BY MR. CALVOSA:
2    Q.   And correct me if I am wrong -- you
3    mentioned equilibrium in the previous answer
4    when you were talking about the salts and the
5    hydrate.
6         The way I understood what you were
7    saying was that it's possible, because of the
8    equilibrium, to have some of pomalidomide in the
9    hydrate form and some of the pomalidomide in the
10   free base form?
11   A.   I didn't say for hydrate.  That was
12   for salt form, which is a function of pH.
13        But, again, my report does not contain
14   it, so I would not opine on that particular
15   point.
16   Q.   You have no opinion one way or another
17   whether the pomalidomide -- if it's with the
18   hydrate -- can be partially with the hydrate and
19   partially free base, versus 100% on the hydrate?
20   A.   I have no opinion on that.
21   Q.   And you have no opinion whether, if
22   the pomalidomide is with the salt, it could be a
23   portion of the pomalidomide salt and a portion
24   in the free base?
25        Or 100% of the pomalidomide salt?

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 105

1      A.   At this point, I have no opinion.
2      Q.   And you have on neither of those
3  offered any opinions in your declarations,
4  right?
5      A.   That's what I said.  I did not present
6  any opinion on that.
7      Q.   Okay.
8           *       *       *
9           (Exhibit Park 8, Document Bates
10  stamped DEFS_POM_00013788 through 13797,
11  multipage document bearing heading on first
12  page: Exhibit 7, entitled: Pharmaceutical
13  Calculations, 13th Edition, marked for
14  identification)
15          *       *       *
16          MR. CALVOSA:  I have just marked as
17  Park 8 what was Exhibit 7 to Dr. Park's original
18  declaration, which is Park 1.
19          THE WITNESS:  Yes.
20  BY MR. CALVOSA:
21      Q.   Do you recognize what I have marked as
22  Park 8?
23      A.   Yes.
24      Q.   What is it?
25          (Pause)

Page 106

1      A.   It is Ansel book on pharmaceutical
2  calculations.
3          (Pause)
4      Q.   I believe you refer to this Park 8 in
5  Park 1 as "2010 Ansel." And I'm looking on page
6  26 of Park 1, the very bottom.
7      A.   Yes.
8      Q.   Is it okay if I call Park 8 "Ansel
9  2010"?
10     A.   Yes.
11     Q.   "2010 Ansel."
12         Would the formulation POSA have been
13  aware of Ansel's 2010?
14     A.   Yes.
15     Q.   What about the POSA for the method of
16  treatment patents that you talk about in
17  paragraph 18 of Park 1?
18         Would that method POSA have been aware
19  of Ansel 2010?
20     A.   They would, as I said, work with the
21  other formulation expert team, so they may have
22  informed them.
23         Also, this calculation is really
24  straightforward arithmetic calculation.
25         (Pause)

Page 107

1      Q.   Would you say that the calculations in
2  Ansel 2010 are well-known calculations in the
3  pharmaceutical industry?
4      A.   In terms of calculating amount of
5  active ingredients in salt form or solvate, any
6  person who has education like a POSA would
7  understand.
8          (Pause)
9      Q.   Do you understand whether the POSA is
10  supposed to be evaluated -- claim
11  construction -- at the time the claim invention
12  was made -- for example, the priority date?
13     A.   Yes, that's what I did.
14     Q.   Okay.
15         I would like to look on Ansel 2010,
16  page 327?
17     A.   Sorry?
18     Q.   Ansel 2010 at page 327.
19     A.   Ansel -- I'm sorry, what page?
20     Q.   Sure, 327.
21     A.   327.  Yes.
22     Q.   I'm going to ask these questions for
23  both of your POSAs -- the method POSA and the
24  formulation POSA.
25         And if it's the -- I'll consider, you

Page 108

1  know, if the method POSA would have been
2  informed by the formulation POSA, that's fine as
3  well.  But I'm asking whether each of them would
4  have known this.
5      A.   Each of them what?
6      Q.   Each of the POSAs would have known
7  this.
8          So the section heading is:  Active
9  Drug Moiety Equivalents?
10     A.   Yes.
11     Q.   Would both of your POSAs have known
12  that in pharmacotherapeutics, it is the
13  pharmacologically active moiety of a drug
14  compound that is responsible for the therapeutic
15  response?
16     A.   That's what it says.
17         The question is?
18     Q.   Would both of your POSAs been aware of
19  that?
20     A.   Oh, I think so.
21     Q.   Would both of your POSAs have been
22  aware of that to accommodate such diverse
23  factors such as -- sorry.
24         Let me start again so I don't mess it
25  up.

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 109

1       Would both of your POSAs have been
2 aware of that -- to accommodate such diverse
3 factors as drug solubility, drug absorption, and
4 formulation/dosage form considerations, an
5 active drug moiety may be developed into a salt,
6 ester, or other complex chemical form?
7       A.   So the question is:  Those POSA would
8 understand?
9       Q.   Would both of your POSAs have been
10 aware of that?
11       A.   I think so.
12       Q.   In the '262 patent and in all the
13 method of treatment patents, the active moiety
14 is pomalidomide, right?
15       (Pause)
16       A.   Yes, pomalidomide, yes.
17       Q.   And specifically, the free base of
18 pomalidomide, right?
19       A.   Yes.
20       Q.   I would like to turn to page 325 of
21 the same exhibit.
22       (Pause)
23       Q.   I'm looking under the section heading:
24 Objectives.
25       A.   Yes.

Page 110

1       Q.   Would both of your POSAs have been
2 aware that:  A pharmacist must be able to
3 calculate the pharmacologically active drug
4 and -- in parenthesis -- (chemical) moiety when
5 present in salt, ester, hydrated, or complex
6 chemical form?
7       A.   Yes.
8       Q.   Would both of your POSAs have been
9 aware that:  Such calculations are essential
10 when quantitively comparing products of the same
11 drug moiety but differing in chemical form?
12       (Pause)
13       A.   Yes.
14       Q.   Would your -- both of your POSAs have
15 been aware that:  These calculations are applied
16 in compounding procedures in which a different
17 form of a drug is used to satisfy formulation
18 requirements while the quantity of the
19 pharmacologically active drug moiety is
20 maintained at the desired therapeutic dose or
21 concentration?
22       (Pause)
23       A.   The question is whether both POSAs
24 would understand that?
25       Q.   Would both of the POSAs have been

Page 111

1 aware of that? -- yes.
2       A.   Well, I think so.  Certainly
3 formulation scientist will understand this.
4       Q.   Under your definition of the method
5 POSA, they would be informed by the formulation
6 scientist, right?
7       A.   I think so, yes.
8       *       *       *
9       (Exhibit  Park 9, Multipage document
10 bearing heading on first page: Exhibit 8,
11 entitled: Pharmaceutical Calculations, 11th
12 Edition: 17: Calculation of Active Drug Moiety
13 (no Bates Nos.), marked for identification)
14       *       *       *
15       MR. CALVOSA:  Marked as Park 9 what is
16 Exhibit 8 to Dr. Park's original declaration,
17 which is Park 1.
18       THE WITNESS:  This is 11th edition?
19       MR. CALVOSA:  I'm sorry?
20       THE WITNESS:  This is 11th edition of
21 Pharmaceutical Calculations?
22       MR. CALVOSA:  Are you asking me?
23 Or telling me?
24       THE WITNESS:  No, no.  It said 11th
25 Edition Pharmaceutical Calculations.

Page 112

1       Yes, this is what you gave me.
2       MR. CALVOSA:  Yes.
3 BY MR. CALVOSA:
4       Q.   And do you recognize Park 9?
5       A.   Yes, but I'm trying to figure out why
6 there is -- my report is 13th edition.
7       (Pause)
8       Q.   I think if you turn the page to page
9 27, this was Exhibit 8 to your report.
10       Or at least trying to confirm that it
11 was, and that is the 11th edition?
12       A.   Okay.  So I was -- yeah, you are
13 right, okay.  This is what it is, yes.
14       Q.   This is 2001 Ansel, right?
15       A.   Yes.
16       Q.   It's your opinion that both of your
17 POSAs would have been aware of 2001 Ansel,
18 right?
19       A.   Certainly formulation scientist will
20 understand this particular book.
21       Q.   And the formulation scientist in your
22 opinion would have informed the method POSA,
23 right?
24       A.   If I asked, yes.
25       Q.   What do you mean:  If I asked?

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 113

1      A.   No, no, if were asked --
2      Q.   Okay.  Sorry.
3           I'm happy to go through the quotes
4    with you, but maybe it's better if you just
5    review your report here.
6           The information that's in Ansel 2001
7    that I've marked as Park 9 is either verbatim or
8    almost verbatim as the information in Park 8,
9    right?
10          (Pause)
11     A.   So what is your question?
12     Q.   I read Park 8 -- sorry.
13          I read Park 9.
14          And it seemed to provide the same
15   information that was in --
16     A.   Which portion --
17     Q.   -- Park 8 --
18     A.   -- did you read?
19     Q.   The whole thing.
20          Did you not?
21     A.   No, no, you said you read this one.
22   You read the portion of Park 9.
23          So which portion did you read?
24          I may have misunderstood your
25   question.

Page 114

1      Q.   Okay.  Let's just ask the questions --
2      A.   Okay.
3      Q.   -- it's easier.
4           (Pause)
5      Q.   I'm looking at page 255 of Park 9.
6      A.   Yes.
7      Q.   And specifically the section that
8    says:  Active Drug Moiety Equivalence?
9      A.   Yes.
10     Q.   If you look at Park 8, that same
11   section on page 327, the first two paragraphs,
12   does that provide the same information?
13     A.   Yes.
14     Q.   And if you look at Park 9 on page 253
15   and Park 8 on page 325 -- the first paragraph on
16   page 253 of Park 9 -- does that provide the same
17   information as the paragraph that begins "A
18   pharmacist must" on page 325 of Park 8?
19          (Pause)
20     A.   Yeah.
21     Q.   If we go to Park 8, page 328, I'm
22   looking at the:  Example Calculations of Active
23   Drug Moiety Equivalence?
24     A.   Yes.
25     Q.   And I'm specifically looking at the

Page 115

1    third example there about lidocaine?
2      A.   The last paragraph?
3      Q.   The last -- the last one there, yeah,
4    at the bottom of the page.
5      A.   Yes.
6      Q.   And here, when they want to use a
7    solution of 300 mgs lidocaine to prepare that
8    solution -- or I guess an example of that
9    solution would be 369 milligrams of lidocaine
10   hydroxide, or -- let me ask the question again.
11          In this example, it shows that, if the
12   desired dose is 300 mgs of lidocaine, and if the
13   pharmacist chooses to use lidocaine
14   hydrochloride to prepare that 300 mg dose, they
15   have to use 369 mgs of lidocaine hydrochloride.
16          Right?
17     A.   That's the calculation.
18     Q.   And why is that calculation done?
19          (Pause)
20     A.   Because it was a lidocaine salt form.
21          (Pause)
22     Q.   And they wanted to keep the amount of
23   the active moiety constant, right?
24          MR. JAGOE:  Objection to form.
25     A.   I'm not sure constant, but the desired

Page 116

1    amount.
2      Q.   Okay.
3           They wanted to achieve the desired
4    amount of 300 mgs of the lidocaine active
5    moiety, right?
6      A.   Yes.
7      Q.   And to do that, you have to use more
8    of the lidocaine hydrochloride, because it's in
9    the salt form, right?
10     A.   Yeah, you need a higher amount because
11   a salt weight is added, yes.
12          (Pause)
13          MR. JAGOE:  Do you need a break,
14   Doctor?
15          THE WITNESS:  Yeah.
16          THE VIDEOGRAPHER:  The time now is
17   1:32 p.m. and we are off the record.
18          (Recess from 1:32 p.m. to 1:49 p.m.)
19          THE VIDEOGRAPHER:  This starts the
20   beginning of tape No. 4.  The time now is 1:49
21   p.m.  We are back on the record.
22   BY MR. CALVOSA:
23     Q.   Welcome back, Dr. Park.
24     A.   Thank you.
25          (Pause)

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 117

1    MR. CALVOSA:  I'm going to hand
2 another exhibit.
3    (Pause)
4    MR. CALVOSA:  Exhibit 9 -- that one is
5 marked Park 10, but Exhibit 9 to your opening
6 declaration, which was Park 1.
7        *    *    *
8    (Exhibit  Park 10, Document Bates
9 stamped DEFS_POM_00013803 through 13816,
10 multipage document bearing heading on first
11 page: Exhibit 9, entitled: The United States
12 Pharmacopeia: The National Formulary, dated May
13 1, 2008, marked for identification)
14        *    *    *
15    MR. CALVOSA:  It says "Exhibit 9" on
16 the front, but it was marked Park 10 for this
17 deposition.
18    THE WITNESS:  Yeah.
19    (Pause)
20 BY MR. CALVOSA:
21    Q.   I would like you to turn to page --
22 well, I guess, first of all, do you recognize
23 what this is?
24    A.   Yeah, USP National Formulary 2008
25 edition.

Page 118

1    Q.   You cited this as one of the exhibits
2 to your opening declaration -- Park 1 -- right?
3    A.   I think so.
4    Q.   Would both of your POSAs have been
5 aware of this USP?
6    A.   Yes, in particular, formulation POSA.
7    Q.   Maybe that's something we need
8 clarification on.
9        You said the formulation POSA could
10 assist the method POSA, right?
11    A.   Well, as I said, a POSA could be a
12 team of scientists.  So clinicians and
13 formulation scientists can be collectively a
14 POSA here.
15    Q.   For your definitions of the POSA,
16 though, the formulation POSA is the one doing
17 the formulation of the drug product, right?
18    A.   Yes, making formulations, yes.
19    Q.   And then the method POSA is the one
20 who is giving the drug product to the patient,
21 right?
22    A.   Using the formulation to treat the
23 patients, yes.
24    Q.   So they -- the method POSA does not
25 make the formulation themself, right?

Page 119

1    MR. JAGOE:  Objection to form.
2    A.   I cannot tell in general.
3        But usually, formulation scientists
4 develop formulation, but clinicians sometimes
5 develop formulation, too.
6    Q.   Under your definition of the method
7 POSA, are they a formulator or a clinician?
8    A.   For method treatment?
9    Q.   Yes.
10    A.   Again, as I said, this is a
11 combination of different expertise including
12 clinicians and formulation scientists.
13    (Pause)
14    Q.   By the time the clinician gives the
15 pill to the patient, the pill is already made,
16 right?
17    MR. JAGOE:  Objection to form.
18    A.   Are you talking about clinical
19 settings?
20        Or can you be a little more specific?
21    Q.   Sure, clinical setting.
22    A.   So clinician is giving a pill to a
23 patient, then the formulation is already made
24 and approved by the FDA.
25    Q.   Okay.

Page 120

1    A.   I think you are not talking about
2 clinical trials where you don't need to have an
3 approval or in any experimental settings.
4    Q.   I don't know if I would put that
5 qualification on.
6        Just what I'm trying to understand is:
7 By the time you get to the point where the
8 patient is putting the pill in his or her mouth,
9 the formulation has already been made.
10    A.   Again, I cannot tell in general
11 because formulation development may occur during
12 the clinical trial.  Sometime they can even
13 change after clinical Phase I study, too.
14        So I cannot tell in general whether
15 what you describe is true or not.
16    Q.   Okay.  Would be a little bit more
17 specific then.
18        By the time the patient is putting the
19 actual pill -- or the specific pill -- in his or
20 her mouth, that pill has already been
21 formulated, right?
22    A.   Once anybody take a pill, you may
23 consider it is a formulated tablet, or capsule,
24 or whatever it is.
25    (Pause)

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 121

1    Q.   Let's look at Park 10.
2         Would both of your POSAs have been
3    aware of Park 10?
4    A.   Again, USP is usually for formulation
5    scientist.  So some clinicians who are
6    interested in developing formulation, they may
7    be looking into USP.
8    Q.   Let's look at page 627 of Park 10.
9         (Pause)
10   A.   627?  Yes.
11   Q.   I'd like to look at the section that
12   has the heading:  Calculations in Compounding?
13   A.   Yes.
14   Q.   And specifically that last paragraph
15   in the left-hand column?
16   A.   Yes.
17   Q.   It says -- and correct me if I'm
18   wrong -- it's talking about situations where a
19   drug substance is either in a salt or complex?
20   A.   Or an ion.
21   Q.   Okay.
22        And in those situations, it said the
23   drug substance weighed -- a portion of it
24   represents the pharmacologically active moiety.
25        Is that right?

Page 122

1    A.   Yes, that is what it describes.
2    Q.   Would your POSA have been aware that
3    when a formulation or -- sorry.
4         Would your POSA have been aware that
5    when a drug is in a salt or complex, that a
6    portion of that represents the pharmacologically
7    active moiety?
8    A.   I'm sorry.  I was not clear about your
9    question.  Would you repeat?
10   Q.   Sure.  Let's break it down, just so it
11   is simpler.
12        If we have a drug in a salt form, both
13   of your POSAs would have been aware that a
14   portion of that salt form represents the
15   pharmacologically active moiety.
16        Is that right?
17   A.   A special formulation POSA would
18   understand that.
19   Q.   Your POSA would have been aware that,
20   if a compound is in a salt form, for example, it
21   must be weighed calculated on the basis of the
22   required quantity of the pharmacologically
23   active moiety, right?
24   A.   I'm not sure whether it must.  I don't
25   know -- I don't really know the specific

Page 123

1    circumstances you are talking about.
2         But if instruction said just certain
3    amount which is not clear about exactly what it
4    has -- you know, pure drug active moiety or not,
5    you have to be -- you have to be clear about
6    what you are using, what you need to measure.
7    Q.   I'm reading the last paragraph here
8    and maybe it's easier this way.
9         Would your POSA disagree with the
10   information provided in the last paragraph here
11   in the left-hand column of page 627?
12   A.   I don't think POSA will disagree.
13        This is what I said in my report.  To
14   calculate the active moiety itself, you have to
15   consider the percent of salt, etc.
16        (Pause)
17        MR. JAGOE:  This exhibit you gave the
18   witness has handwriting.  Is that the one you --
19        MR. CALVOSA:  That's the one I was
20   looking for.
21        MR. JAGOE:  If you want to switch it
22   later or --
23        (Pause)
24        MR. CALVOSA:  Thank you for that.
25   BY MR. CALVOSA:

Page 124

1    Q.   For hydrates -- we just talked about
2    salts -- but it says earlier in this section --
3    and I'm looking about halfway down the first
4    paragraph --
5    A.   First paragraph?
6    Q.   Yeah.
7         It says:  Calculations must account
8    for the active ingredient, or active, moiety and
9    water content of drug substances, which includes
10   that in the chemical formulas of hydrates.
11        (Pause)
12   A.   Yeah -- when you calculate amount of
13   active moiety, you, of course, have to consider
14   inactive ingredient.
15   Q.   And this is referring to an active
16   ingredient?
17   A.   What refers to active ingredient?
18        Sentence?
19   Q.   Maybe I misunderstood you.
20        The sentence there -- it says:
21   Calculations must account for the active
22   ingredient, or active moiety, and water content
23   of drug substances, which includes that in the
24   chemical formulas of hydrates.
25        And I'm asking:  Would your POSA agree

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 125

1    with that statement?
2        A.   This POSA will agree, because that's
3    what you need to calculate.  That's what I
4    mentioned in my report.
5        Q.   That's what you mention in your report
6    where you say that --
7        A.   That's what I say in my report.
8        Q.   -- that if it's a hydrate, for
9    example, you would need more of the hydrate to
10   get the same amount of the free base?
11       A.   To calculate the amount -- certain
12   amount of active ingredient, you have to
13   calculate the total amount -- hydrate in this
14   case.
15           Then you have to subtract the amount
16   from total weight.
17           This is how we calculate amount of
18   active ingredient from salt or hydrate.
19       Q.   So for a salt, you would subtract out
20   the salt portion of it.
21           Is that right?
22       A.   Again --
23       Q.   I'm trying to understand.
24           So if you would like to put it in your
25   own words, I'm just trying to understand what

Page 126

1    the opinion is.
2        MR. JAGOE:  Objection to form.
3        A.   So if a person or POSA is asked to
4    calculate exact amount of active ingredient in a
5    salt or hydrate, then they will have to consider
6    the weight of salt or hydrate.
7        Q.   Okay.
8            *     *     *
9           (Exhibit Park 11, Multipage document
10   bearing heading on first page: Exhibit 10,
11   entitled: The United States Pharmacopeia: The
12   National Formulary, dated January 1, 2000,
13   marked for identification)
14           *     *     *
15       MR. CALVOSA:  Marked as Park 11 what
16   is Exhibit 10 to Dr. Park's original
17   declaration, which is Park 1.
18       (Pause)
19   BY MR. CALVOSA:
20       Q.   Do you recognize this document, Dr.
21   Park?
22       A.   The USP 24, NF 19, publication 2000.
23       (Pause)
24       Q.   This was one of the exhibits attached
25   to your original declaration, Park 1.

Page 127

1            Is that right?
2        A.   I think so.  Yeah.
3        (Pause)
4        Q.   Would both of your POSAs have been
5    aware of Park 11?
6        A.   Again, formulation scientist would
7    know USP.
8        Q.   I want to look at the last page that
9    we have here, 2121.
10       A.   Yes.
11       Q.   On the left-hand column on the bottom,
12   it says:  Capsules, Powders, Lozenges, and
13   Tablets?
14       A.   Yes.
15       Q.   Would your POSAs have been aware that
16   when compounding capsules, for example, the
17   pharmacist should prepare an amount of the total
18   formulation sufficient to allow the prescribed
19   amount or quantity to be accurately dispensed?
20       A.   I think it's too general to me.
21           Could you make it a little more
22   specific?
23       Q.   I'm reading a sentence from this
24   document.
25           I'm just asking if your POSA would

Page 128

1    agree with that sentence.
2        A.   So tell me again which sentence you
3    read?
4        Q.   Sure.  The one that begins:  When
5    compounding these dosage forms.
6            I did sub in "capsule" because it's
7    one of the dosage forms, at least as I
8    understand it, to be talking about.
9        A.   So compounding means pharmacist make
10   formulation for a specific patient.
11           So like the example we talked about,
12   lidocaine -- if the question is deliver
13   lidocaine 300 milligram, but it is a salt, you
14   may have to consider how much total you have
15   delivered.
16           But simply saying "deliver lidocaine
17   salt HCl 300 milligram," then pharmacist will
18   compound 300 milligram of salt, resulting in
19   less than 300 milligram lidocaine.
20       Q.   So if the pharmacist is aware that you
21   are supposed to use 300 milligram lidocaine
22   hydrochloride, they would compound 300 milligram
23   lidocaine hydrochloride?
24       A.   If that's the instruction, then they
25   will just use as instructed.

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 129

1    Q.   But if the instruction is "compound
2  300 milligrams lidocaine," and they are using
3  the lidocaine hydrochloride, they would compound
4  a higher amount, right?
5    A.   Well, if the instruction said just
6  "use 300 milligram lidocaine hydrochloride,"
7  then pharmacist will use 300 milligram lidocaine
8  hydrochloride.
9    Q.   Got that.  Different question.
10       If the instruction said "use 300
11 milligrams lidocaine," but the pharmacist used
12 lidocaine hydrochloride for the compounding,
13 they would have to use a higher amount of the
14 lidocaine hydrochloride, right?
15   A.   If the instruction said "use 300
16 milligram pure lidocaine," then pharmacist will
17 consider calculating how much pure -- how much
18 salt form is necessary.
19       But before, the question was:  If
20 instruction simply said deliver -- make a
21 formulation delivering lidocaine hydrochloride
22 300 milligram, then that will be 300 milligram,
23 including salt.
24   Q.   I hear you.
25       My question was not about lidocaine

Page 130

1  hydrochloride.
2        And you added in there:  Pure.
3        Is there a difference between if I
4  just say "lidocaine" on its own and "pure
5  lidocaine"?
6    A.   Well, lidocaine -- depending on
7  situation, you need to clarify exactly whether
8  it is pure form or salt form, hydrate.  So you
9  need to be specific how much each drug is
10 delivered.
11   Q.   So unless I say "pure lidocaine," you
12 would understand lidocaine could possibly
13 include the salt or the hydrate.
14       Is that your testimony?
15   A.   Yes, unless you specify pure
16 lidocaine.  Simply saying "lidocaine," it comes
17 in different form, so that's possible.
18       MR. CALVOSA:  Barring any questions
19 from my good friend over here, we have nothing
20 further.
21       MR. JAGOE:  I have no questions.
22       MR. CALVOSA:  Okay.  Dr. Park, thank
23 you very much for your time.
24       THE WITNESS:  Thanks very much.
25       MR. CALVOSA:  We appreciate it.

Page 131

1        MR. JAGOE:  Thanks.
2        THE VIDEOGRAPHER:  The time is 2:11
3  p.m.  We are off the record.
4              *    *    *
5        E N D   O F   P R O C E E D I N G
6              Time noted 2:11 p.m.
7              *    *    *

Page 132

1              C E R T I F I C A T E
2
3  STATE OF NEW YORK
4  COUNTY OF NEW YORK
5
6        I, BRANDON RAINOFF, a Federal
7  Certified Realtime Reporter and Notary Public
8  within and for the State of New York, do hereby
9  certify:
10       That KINAM PARK, Ph.D., the witness
11 whose deposition is hereinbefore set forth, was
12 duly sworn by me and that such deposition is a
13 true record of the testimony given by the
14 witness.
15       I further certify that I am not
16 related to any of the parties to this action by
17 blood or marriage, and that I am in no way
18 interested in the outcome of this matter.
19       IN WITNESS WHEREOF, I have hereunto
20 set my hand this 7th day of June, 2019.
21
22
23   _____
24   BRANDON RAINOFF, FCRR, RMR, CRR
25

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

| | Page 133 |
|---|---|
| 1 | INSTRUCTIONS FOR ERRATA |
| 2 | |
| 3 | |
| 4 | NOTARY PUBLIC SIGNATURE |
| 5 | Not required unless agreed upon by counsel |
| 6 | that notary public signature is required. |
| 7 | |
| 8 | |
| 9 | |
| 10 | Please return a copy of the signed errata within |
| 11 | 30 days of receipt, unless otherwise agreed upon |
| 12 | by counsel.  Once we receive the signed errata, we |
| 13 | will distribute an electronic copy to all parties. |
| 14 | |
| 15 | |
| 16 | RETURN A SIGNED COPY VIA FAX, EMAIL OR MAIL TO: |
| 17 | FAX:    1-800-825-9055 |
| 18 | EMAIL:  janerose@janerosereporting.com |
| 19 | |
| 20 | Jane Rose Reporting |
| 21 | Administrative Offices |
| 22 | 309 South Main Street |
| 23 | P.O. Box 542 |
| 24 | Luck, WI  54853 |
| 25 | |

| | Page 135 |
|---|---|
| 1 | PAGE    LINE    CHANGE    REASON |
| 2 | ____ / _____ / _____ / _____ |
| 3 | ____ / _____ / _____ / _____ |
| 4 | ____ / _____ / _____ / _____ |
| 5 | ____ / _____ / _____ / _____ |
| 6 | ____ / _____ / _____ / _____ |
| 7 | ____ / _____ / _____ / _____ |
| 8 | ____ / _____ / _____ / _____ |
| 9 | ____ / _____ / _____ / _____ |
| 10 | ____ / _____ / _____ / _____ |
| 11 | ____ / _____ / _____ / _____ |
| 12 | ____ / _____ / _____ / _____ |
| 13 | ____ / _____ / _____ / _____ |
| 14 | ____ / _____ / _____ / _____ |
| 15 | ____ / _____ / _____ / _____ |
| 16 | ____ / _____ / _____ / _____ |
| 17 | ____ / _____ / _____ / _____ |
| 18 | ____ / _____ / _____ / _____ |
| 19 | ____ / _____ / _____ / _____ |
| 20 | ____ / _____ / _____ / _____ |
| 21 | ____ / _____ / _____ / _____ |
| 22 | ____ / _____ / _____ / _____ |
| 23 | ____ / _____ / _____ / _____ |
| 24 | ____ / _____ / _____ / _____ |
| 25 | ____ / _____ / _____ / _____ |

| | Page 134 |
|---|---|
| 1 | NOTICE TO READ AND SIGN |
| 2 | |
| 3 | This transcript was electronically distributed |
| 4 | to KIRKLAND & ELLIS LLP to forward to witness. |
| 5 | |
| 6 | |
| 7 | ACKNOWLEDGMENT OF DEPONENT |
| 8 | |
| 9 | I, Kinam Park, Ph.D., do hereby |
| 10 | certify that I have read the foregoing pages and that |
| 11 | the same is a correct transcription of the |
| 12 | answers given by me to the questions therein |
| 13 | propounded, except for the corrections or |
| 14 | changes in form or substance, if any, |
| 15 | noted in the attached Errata Sheet. |
| 16 | |
| 17 | _____        _____ |
| 18 | Date                        Kinam Park, Ph.D. |
| 19 | |
| 20 | Signed and subscribed to before me this |
| 21 | _____day of_____, 2019. |
| 22 | |
| 23 | _____ |
| 24 | Notary Public |
| 25 | My Commission expires:_____ |

| | Page 136 |
|---|---|
| 1 | I N D E X   O F   E X H I B I T S |
| 2 | |
| 3 | Exhibit Park 1 ...........................Page 11 |
| 4 | Multipage document entitled: Declaration of Dr. Kinam |
| 5 | Park, Ph.D., dated November 15, 2018 (no Bates Nos.) |
| 6 | |
| 7 | Exhibit Park 2 ...........................Page 11 |
| 8 | Multipage document entitled: Supplemental Declaration |
| 9 | of Dr. Kinam Park, Ph.D., dated May 29, 2019 (no |
| 10 | Bates Nos.) |
| 11 | |
| 12 | Exhibit Park 3 ...........................Page 39 |
| 13 | Multipage document entitled: Handbook of |
| 14 | Pharmaceutical Excipients, Sixth edition: Dextrose |
| 15 | (no Bates Nos.) |
| 16 | |
| 17 | Exhibit Park 4 ...........................Page 65 |
| 18 | Multipage document entitled: Handbook of |
| 19 | Pharmaceutical Excipients, Sixth edition: Colloidal |
| 20 | Silicon Dioxide (no Bates Nos.) |
| 21 | |
| 22 | Exhibit Park 5 ...........................Page 72 |
| 23 | Multipage document entitled: United States Patent |
| 24 | No.: US 6,960,617 B2, dated November 1, 2005 (no |
| 25 | Bates Nos.) |

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

---

Page 137

1      Exhibit Park 6 ...........................Page 81
2     Multipage document bearing heading on first page:
3     Exhibit 1, entitled: Curriculum Vita: Kinam Park,
4     dated November, 2018 (no Bates Nos.)
5
6      Exhibit Park 7 ...........................Page 87
7     Multipage document bearing heading on first page:
8     Exhibit 1, entitled: United States Patent No.: US
9     8,198,262 B2, dated June 12, 2012 (no Bates Nos.)
10
11     Exhibit Park 8 ...........................Page 105
12    Document Bates stamped DEFS_POM_00013788 through
13    13797, multipage document bearing heading on first
14    page: Exhibit 7, entitled: Pharmaceutical
15    Calculations, 13th Edition
16
17     Exhibit Park 9 ...........................Page 111
18    Multipage document bearing heading on first page:
19    Exhibit 8, entitled: Pharmaceutical Calculations,
20    11th Edition: 17: Calculation of Active Drug Moiety
21    (no Bates Nos.)
22
23
24
25

---

Page 138

1      Exhibit Park 10 ..........................Page 117
2     Document Bates stamped DEFS_POM_00013803 through
3     13816, multipage document bearing heading on first
4     page: Exhibit 9, entitled: The United States
5     Pharmacopeia: The National Formulary, dated May 1,
6     2008
7
8      Exhibit Park 11 ..........................Page 126
9     Multipage document bearing heading on first page:
10    Exhibit 10, entitled: The United States Pharmacopeia:
11    The National Formulary, dated January 1, 2000
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 134

NOTICE TO READ AND SIGN

This transcript was electronically distributed
to KIRKLAND & ELLIS LLP to forward to witness.


ACKNOWLEDGMENT OF DEPONENT

                I, Kinam Park, Ph.D., do hereby
certify that I have read the foregoing pages and that
the same is a correct transcription of the
answers given by me to the questions therein
propounded, except for the corrections or
changes in form or substance, if any,
noted in the attached Errata Sheet.

June 26, 2019                    _____
Date                             Kinam Park, Ph.D.


Signed and subscribed to before me this
_26_ day of _June_____, 2019.

_____
                 Notary Public
My Commission expires: _4/30/27_

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

Jeremy G Simmons
Notary Public Seal State of Indiana
Tippecanoe County
Commission Number NP0720065
My Commission Expires 04/30/2027

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 135

| PAGE | | LINE | | CHANGE | | REASON |
|---|---|---|---|---|---|---|
| 14 | / | 10 | / | "retained a" | / to "retainer" | Typo |
| 14 | / | 13 | / | "retained a" | / to "retainer" | Typo |
| 19 | / | 6 | / | "called" | / to "calls" | Typo |
| 19 | / | 18 | / | "throughout" | / to "drug" | Typo |
| 20 | / | 2 | / | "in" | / to "and" | Typo |
| 20 | / | 15 | / | "for" | / to "put" | Typo |
| 51 | / | 6 | / | "can you" | / to "you can" | Typo |
| 55 | / | 8 | / | "resort" | / to "adsorb" | Typo |
| 71 | / | 24 | / | "Extent friction" | / to "Extent of friction" | Typo |
| 77 | / | 6 | / | "resorb in" | / to "absorb" | Typo |
| 77 | / | 16 | / | "in pouring" | / to "you pour" | Typo |
| 100 | / | 16 | / | "opine" | / to "opined" | Typo |
| 102 | / | 12 | / | "not equilibrium" | / to "in equilibrium" | Typo |
| 120 | / | 22 | / | "take" | / to "takes" | Typo |
| | / | | / | | / | |
| | / | | / | | / | |
| | / | | / | | / | |
| | / | | / | | / | |
| | / | | / | | / | |
| | / | | / | | / | |
| | / | | / | | / | |
| | / | | / | | / | |
| | / | | / | | / | |
| | / | | / | | / | |

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

Case 2:17-cv-03387-ES-MAH   Document 386   Filed 07/15/19   Page 39 of 49 PageID: 15153

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 139

**A**

**Abbreviated** 16:11
**able** 51:2 68:18 110:2
**absence** 30:24 60:22
**absolutely** 56:16
  57:13,23 79:23
**absorb** 55:14 57:17
**absorption** 109:3
**abusing** 33:19
**academic** 82:9
**accommodate** 108:22
  109:2
**account** 124:7,21
**accurate** 101:18
**accurately** 127:19
**achieve** 116:3
**acid** 74:1,11 75:5
**ACKNOWLEDGMENT**
  134:7
**action** 132:16
**active** 22:9,11,13,17
  23:3 24:12,16,21
  25:13 26:1,1 44:13
  50:25 56:8 76:4
  107:5 108:8,13
  109:5,13 110:3,19
  111:12 114:8,22
  115:23 116:4 121:24
  122:7,15,23 123:4
  123:14 124:8,8,13
  124:15,17,21,22
  125:12,18 126:4
  137:20
**activity** 23:2,8,17,22
  23:25 24:2,4,6,9,13
  24:15,17,18,19,22
  25:2,12,20,23 26:2
**actual** 30:24,25 31:11
  38:4 120:19
**add** 26:6 44:22 56:9
  56:22 77:4 82:7
**added** 43:21 98:15
  116:11 130:2
**adding** 77:1
**additions** 82:7
**address** 11:1
**Adhesion** 71:25
**adhesions** 55:17
**administer** 83:24
**Administration** 51:4
**Administrative** 133:21
**agent** 41:2,2,2,20,24
  42:1,4,12,16,18,21
  43:3,5,8 45:4,10,13
  45:15 79:1,10,14
**aggregate** 59:14
**ago** 44:23 73:14

**agree** 25:21 63:7
  76:15 124:25 125:2
  128:1
**agreed** 133:5,11
**agreeing** 85:13
**Ah** 90:16
**ahead** 32:15 103:11
**aid** 59:3
**al** 9:10
**allow** 127:18
**amount** 45:9,11,13,15
  56:8 79:16,17 98:6
  107:4 115:22 116:1
  116:4,10 123:3
  124:12 125:10,11,12
  125:13,15,17 126:4
  127:17,19 129:4,13
**ANDA** 16:6,9,11,12,16
  16:23,25 17:3
**Ansel** 106:1,5,8,11,19
  107:2,15,18,19
  112:14,17 113:6
**Ansel's** 106:13
**answer** 15:19,19,23
  27:7 30:7,11,14,15
  31:14,21,25 33:10
  33:23 34:7 35:2
  41:16 47:21 59:23
  60:23 61:1,21 67:3
  85:19 89:2 104:3
**answered** 30:9,17
  31:10,19 32:2
**answering** 24:10 27:2
  31:12 63:1 87:1
**answers** 86:14,18
  134:12
**anybody** 13:20 50:23
  76:10 120:22
**anyway** 55:18
**Apotex** 1:9,9 7:3,4
  14:9,25 86:20
**appearances** 9:20
  53:3
**appeared** 16:21
**APPEARING** 6:1 7:1
**application** 16:12,12
  36:23
**applications** 21:18
  35:13
**applied** 110:15
**apply** 19:13
**applying** 19:10,17,20
**appointments** 82:9
**appreciate** 130:25
**approval** 51:3 120:3
**approved** 119:24
**area** 50:22

**arithmetic** 106:24
**arrive** 47:16
**art** 48:11 50:15 52:8
  93:17,25 95:2
**Ashley** 4:16 10:12
**ashley.cade@kirkla...**
  4:19
**aside** 67:1
**asked** 24:3 26:3 31:10
  31:11,19 33:25 68:1
  74:4 79:3 90:13
  112:24,25 113:1
  126:3
**asking** 15:11 18:20,24
  26:18 28:14,15 30:4
  32:25 34:2 49:13
  61:19,23 62:14 86:2
  86:5 90:18 96:13
  108:3 111:22 124:25
  127:25
**aspect** 20:7
**aspirin** 24:18
**assist** 118:10
**associated** 16:15
**attached** 87:19 126:24
  134:15
**attorney** 10:13
**attorneys** 2:4 3:4 4:4
  5:4 6:3,16 7:3 14:15
**Aurobindo** 1:7,7 6:3,4
  14:4,6
**AUROLIFE** 1:8 6:5
**author's** 82:24
**available** 90:25 97:21
**Avenue** 2:6 4:7 6:7
  7:21
**aware** 47:19 106:13
  106:18 108:18,22
  109:2,10 110:2,9,15
  111:1 112:17 118:5
  121:3 122:2,4,13,19
  127:5,15 128:20
**a.m** 9:5,12 53:13,14
  53:14,17 63:6 64:8,8
  64:10 80:4

**B**

**B** 136:1
**back** 53:17,19 59:17
  63:12 64:10 78:6
  81:13,15 93:13
  103:23 116:21,23
**background** 17:11
**Barring** 130:18
**base** 99:25 100:2,4,6
  100:20 101:1,13,20
  101:23 102:8,20

  104:10,19,24 109:17
  125:10
**based** 29:13,23 30:13
  30:19 36:18 47:7,11
  79:22
**basis** 52:25 61:16,23
  62:13 122:21
**BATEMAN** 6:23
**Bates** 11:10,15 39:21
  65:14 72:18 81:8
  87:13 105:9 111:13
  117:8 136:5,10,15
  136:20,25 137:4,9
  137:12,21 138:2
**bearing** 81:6 87:11
  105:11 111:10
  117:10 126:10 137:2
  137:7,13,18 138:3,9
**beginning** 25:25 53:16
  74:16 77:25 78:13
  81:12 88:18 116:20
**begins** 9:7 17:12 78:1
  114:17 128:4
**behalf** 9:22 10:1,2,15
  26:15 27:2 52:22
  85:19 86:15,19 87:5
**believe** 46:16 78:16
  91:20 106:4
**belongs** 99:2
**beneficial** 95:25
**better** 38:21 56:25
  113:4
**beyond** 33:9 34:10,13
**big** 34:23
**bigger** 55:9,13,15,18
**billions** 61:4,9
**bind** 55:15 69:1
**binder** 36:4 37:5,6,9
  56:15,18,22,23,24
  68:13,19,21 69:1
**binders** 56:14
**binding** 55:16
**bioactivity** 26:2
**bioengineering** 19:7
**biomedical** 11:3 17:16
  18:7,10,12,15,17,18
  18:20,24 19:7,9,11
**bit** 45:2 120:16
**bitter-tasting** 43:21
**blood** 19:19 132:17
**bmurray@taftlaw.c...**
  7:12
**body** 24:23 25:8 50:5
**bold** 40:19
**bolded** 66:3
**book** 34:23,25,25 83:1
  83:8,11 106:1

  112:20
**books** 82:16,19
**BOONE** 6:18
**bottom** 66:3 106:6
  115:4 127:11
**Box** 133:23
**Brad** 9:16
**Brandon** 7:24 132:6
  132:24
**break** 15:20,24 52:12
  59:23 80:1 116:13
  122:10
**breaks** 57:18
**Breckenridge** 1:11
  6:16 14:11,15,22
  86:21
**Brian** 2:13 7:10 9:24
**brianforsatz@quinn...**
  2:15
**brief** 87:21 89:14,18
**bring** 53:2 103:13
**build** 95:10,13
**bulk** 56:10 79:16
**business** 11:1
**buy** 51:6
**B2** 72:18,23 87:13
  136:24 137:9

**C**

**C** 2:1,10 3:1 4:1,13 5:1
  9:2 80:6,6 131:5
  132:1,1
**Cade** 4:16 10:12
**caffeine** 43:21 44:15
  44:16,17 45:12
**calcium** 73:25 74:10
  75:4
**calculate** 110:3
  123:14 124:12 125:3
  125:11,13,17 126:4
**calculated** 122:21
**calculating** 107:4
  129:17
**calculation** 106:23,24
  111:12 115:17,18
  137:20
**calculations** 105:13
  106:2 107:1,2 110:9
  110:15 111:11,21,25
  114:22 121:12 124:7
  124:21 137:15,19
**California** 5:10
**call** 19:8,19 23:3,22
  24:7,14 26:7 27:12
  106:8
**called** 17:23 18:5,11
  19:6 22:23 54:25

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

56:10 57:19 67:13 92:23
**Calvosa** 1:21 2:10 8:8 9:21,21 10:6,21 11:5 11:18 13:8,13,19,21 19:2 30:18 32:4,10 32:13,17,20 33:2,3 33:10,13,16,21,23 34:4,8,11,15 39:16 39:24 40:6 52:11,14 53:8,10,18 61:19,24 62:2,6,8,12,16 63:3 63:9,12,18,22 64:3,6 64:11 65:16,23 72:13,21 73:1 79:25 81:14,17,20 86:13 86:17,25 87:16,19 87:22 90:10 92:7,15 92:25 93:4,10,12 102:25 103:4,7,11 103:15,23 104:1 105:16,20 111:15,19 111:22 112:2,3 116:22 117:1,4,15 117:20 123:19,24,25 126:15,19 130:18,22 130:25
**cancer** 50:3,8 84:7,13 84:19 90:6,7,12,14 90:15,17,25 95:8,19 95:21,22,23 96:3,4,9 96:15,18,25 97:3
**cancerous** 84:11
**cancers** 84:21 85:21
**capsule** 41:6,8,9 50:24 51:7 58:14 70:25 71:2,6 77:10 77:15,17,17 78:14 79:5 120:23 128:6
**capsules** 20:16 56:12 127:12,16
**carbohydrate** 39:5
**carboxy** 35:21
**carboxymethyl** 35:19
**career** 28:16
**carrier** 54:18,21,25 55:1,3,10
**carriers** 54:15
**carries** 55:9
**carry** 43:9
**case** 1:14 10:7 11:21 13:25 14:1 16:6,9 18:3 27:1 32:20 41:25 42:11 48:17 77:14 79:8 84:6 95:1 103:3,13 125:14
**cases** 16:2,4,14,16,23

17:1,3
**Category** 40:20 66:4 78:11
**caused** 95:22
**Celgene** 1:3 2:4 3:4 9:9,23 10:1,2
**cell** 50:9 90:1,6,7,12 90:14,15,17 91:16 91:16,18,22,24 92:6 92:24 93:14
**cells** 90:25
**cellulose** 35:19,22
**certain** 11:22 24:13 26:6 36:22,23 38:1 38:12 49:25 50:22 53:23 54:10 55:17 56:12 57:9 58:25 59:12 71:5 74:17 85:6 91:15 96:5,24 97:22 123:2 125:11
**Certainly** 111:2 112:19
**Certificate** 8:13
**Certified** 132:7
**certify** 132:9,15 134:10
**change** 120:13 135:1
**changes** 134:14
**chapter** 28:13
**characterized** 54:9
**chemical** 109:6 110:4 110:6,11 124:10,24
**Chicago** 3:7 7:8
**choose** 55:1 96:7
**chooses** 115:13
**chosen** 73:24
**Christopher** 4:10 10:9
**christopher.jagoe@...** 4:12
**circumstances** 123:1
**cited** 92:19,22 118:1
**claim** 12:20 87:20 94:4 103:1,5,17,20 107:10,11
**claims** 88:20,25
**clarification** 118:8
**clarify** 130:7
**class** 58:16 67:4
**classification** 55:21
**clean** 99:14
**clear** 31:5 42:13 55:12 56:2 70:9 86:13 122:8 123:3,5
**clinical** 96:21,22 97:1 119:18,21 120:2,12 120:13
**clinician** 85:5 95:7 119:7,14,22

**clinicians** 94:24 95:3 118:12 119:4,12 121:5
**CMC** 35:22,23,24,25
**colleagues** 10:12
**collectively** 118:13
**colloidal** 65:13,22 66:9,13,15,18,21 136:19
**column** 73:16 88:23 88:24 89:12 121:15 123:11 127:11
**combination** 119:11
**combined** 54:24 55:3
**come** 12:13 47:2 93:18 94:17 95:6
**comes** 18:1 25:13 50:6,7 130:16
**coming** 47:20,21 48:23
**Commission** 134:25
**common** 36:10
**commonly** 35:10,16
**communications** 47:5
**compact** 71:5
**companies** 16:13,19
**company** 17:5
**comparing** 110:10
**complex** 109:6 110:5 121:19 122:5
**compound** 17:7 28:2 98:6 108:14 122:20 128:18,22 129:1,3
**compounding** 110:16 121:12 127:16 128:5 129:9 129:12
**comprehensive** 20:19
**compress** 58:2
**compressing** 60:1
**compression** 60:8,19 64:13
**concentration** 19:18 110:21
**concern** 76:25
**concerning** 11:22 12:20
**condition** 102:3,13
**conditions** 21:7 84:11 102:12
**confidential** 41:15
**confirm** 43:3,4,10 46:9 77:24 112:10
**consider** 47:15,23 48:22 49:7,8,15,17 66:21 83:9 84:3,10 93:1 107:25 120:23 123:15 124:13 126:5

128:14 129:17
**consideration** 49:20
**considerations** 109:4
**considered** 48:10 49:13 66:23 93:5,23
**considering** 94:4
**CONSOLIDATED** 1:15
**constant** 115:23,25
**construction** 87:21 94:5 103:1,5,17,20 107:11
**contain** 104:13
**containing** 43:21
**content** 124:9,22
**CONTENTS** 8:1
**continually** 53:1
**continued** 3:1 4:1 5:1 7:1
**Controlled** 83:2
**conversations** 94:21 94:22
**copy** 1:24 28:7,12 30:5,10 133:10,13 133:16
**CORP** 1:10 7:4
**Corporation** 1:3 2:4 3:4 9:9
**correct** 12:14 65:21 77:9 83:16,17 85:14 102:16 103:17 104:2 121:17 134:11
**corrections** 134:13
**counsel** 9:19 13:5 15:12 47:5 62:8 94:21,22 133:5,12
**counterion** 101:16
**COUNTY** 132:4
**couple** 20:10
**course** 43:13 53:8 124:13
**court** 1:1 7:24 9:16 29:5 62:18
**courtesy** 63:14
**courtroom** 61:8,12,13
**crazy** 62:9
**CRR** 132:24
**curious** 18:22
**current** 82:4
**currently** 17:14
**Curriculum** 81:7 137:3
**CV** 81:22 82:4

**D**

**D** 9:2 131:5,5 136:1
**date** 9:11 82:1 107:12 134:18
**dated** 11:10,15 72:18

81:7 87:13 117:12 126:12 136:5,9,24 137:4,9 138:5,11
**day** 3:5 10:2 15:10 61:5,10 92:12 132:20 134:21
**days** 133:11
**dealing** 84:14
**deals** 19:15
**debate** 103:9
**decide** 36:12,22
**decides** 36:25 37:4,11
**declaration** 11:9,14,21 12:7,10,18,19 13:2 18:8 26:13 59:20 81:19 85:18 87:2,20 92:20,23 101:5 105:18 111:16 117:6 118:2 126:17,25 136:4,8
**declarations** 92:19 105:3
**DEFENDANT** 4:4 6:16 **defendants** 1:13 5:4 6:3 7:3 10:16 13:17 13:23 52:23,23 85:20
**define** 36:15 46:16
**defined** 36:18
**definition** 45:20 46:1,5 46:10,11 47:3,11,13 47:17,22 48:24 51:17 64:20 111:4 119:6
**definitions** 118:15
**DEFS_POM_000137...** 105:10 137:12
**DEFS_POM_000138...** 117:9 138:2
**degree** 47:9 50:19,20 51:16 83:16
**degrees** 82:12
**deliver** 44:5 50:4 128:12,16 129:20
**delivered** 128:15 130:10
**delivering** 129:21
**delivery** 19:21 20:16 20:18,20 35:8,12 83:3 84:8
**department** 17:17 18:11,19 19:6,23,24 44:4 45:4 54:25 60:14 71:6 85:5 95:23,24 96:4 102:11 130:6

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

depends 36:5,7 102:3
DEPONENT 134:7
deposed 15:4 16:1
deposition 1:17 9:8,13
  12:11 14:17 117:17
  132:11,12
depositions 16:22
describe 120:15
described 51:22
describes 122:1
description 89:15,18
design 19:20 83:2
designed 21:13 79:6
desired 110:20 115:12
  115:25 116:3
detailed 60:22
details 61:1 62:25
determine 37:24 38:6
  41:22
determined 42:3 96:2
determining 48:10
develop 19:21 47:10
  119:4,5
developed 21:15
  84:16,25 85:10
  109:5
developing 21:17
  84:12 121:6
development 20:2,8
  20:12 21:6,10 94:24
  120:11
dextrose 39:4,9,11,21
  39:25 40:19,23
  41:10,18,23 42:8,16
  43:22 44:9,13,22
  78:8,14,25 79:12
  136:14
die 61:15 62:20
dies 58:4 60:3
difference 19:5 25:23
  130:3
different 19:16 20:4,7
  20:18,20 21:24 22:2
  27:15 37:17 38:14
  46:20 48:12 59:15
  60:25 69:3,5,9,17,19
  71:24 91:1 110:16
  119:11 129:9 130:17
differing 110:11
difficult 55:8 56:9
  60:23
diluent 36:1 41:1,6,8,8
  41:9 55:22,24 56:3,6
  56:10 57:8 78:14,17
  78:25 79:13,18,19
diluents 56:7
dioxide 65:13,22 66:9

66:13,15,19,22
  136:20
direct 50:8
disagree 86:22 123:9
  123:12
discipline 19:11
disciplines 19:16
disclose 41:13 47:4
  94:20
discussed 60:20
disintegrant 37:11,13
  57:12,15,19
disintegrants 57:10
  57:16
disintegrate 77:7
dispensed 127:19
dissolvable 79:13
dissolve 58:24 59:1
  79:9
dissolving 35:9 59:3
distinction 25:12
distinguished 17:15
  17:21,24 18:1,5,15
distribute 133:13
distributed 134:3
DISTRICT 1:1,2
diverse 108:22 109:2
doctor 62:22 83:18
  116:14
document 11:8,13
  39:19 65:11 72:16
  81:5 87:10 105:9,11
  111:9 117:8,10
  126:9,20 127:24
  136:4,8,13,18,23
  137:2,7,12,13,18
  138:2,3,9
documents 62:24
doing 29:6 51:13
  57:18 118:16
dosage 128:5,7
dose 110:20 115:12
  115:14
dozen 91:8,10,13
Dr 7:16 9:8 10:22 11:9
  11:14 12:18 13:18
  13:22 26:14 28:24
  34:16 53:19 62:17
  64:12 81:15,21 83:6
  83:15 105:17 111:16
  116:23 126:16,20
  130:22 136:4,9
drawing 25:11
drew 87:7
drug 16:12,15,18
  19:21 20:7,15,18,20
  22:11,18,23 24:11

24:13,13,14 35:8,12
  51:4 54:22,22,25
  55:4,7,10,15 56:8
  58:25 59:3 79:17
  83:2 84:7 85:6,9
  95:22,23,24 96:2,6,7
  96:8,14,24 97:3
  99:11 108:9,13
  109:3,3,5 110:3,11
  110:17,19 111:12
  114:8,23 118:17,20
  121:19,23 122:5,12
  123:4 124:9,23
  130:9 137:20
drugs 1:6 20:4,4,5,5
  50:5 58:25 91:1 96:5
duly 10:18 132:12
D.C 6:21

E

E 2:1,1 3:1,1 4:1,1 5:1
  5:1 9:2,2 80:6,6 81:2
  81:2 131:5,5,5 132:1
  132:1 136:1,1
earlier 77:9 78:7 124:2
easier 56:11,20 101:6
  114:3 123:8
easily 59:2
East 7:6
edited 83:5
edition 39:21 40:2
  65:13,21 105:13
  111:12,18,20,25
  112:6,11 117:25
  136:14,19 137:15,20
educating 92:11
education 50:19 82:13
  107:6
effect 24:23,25 50:6
effective 51:9
either 31:2 113:7
  121:19
eject 72:3
electronic 133:13
electronically 134:3
Ellis 4:6 7:17 9:14
  10:10 134:4
EMAIL 133:16,18
Emanuel 1:22 2:5 9:22
  9:25
encountered 93:16,25
endowment 18:2,4
engaged 62:11
engineering 11:3
  17:16 18:7,10,12,16
  18:17,18,21,25 19:7
  19:10,10,13,20

entire 88:15,17 97:14
  97:17,20,24
entirety 88:25
entitled 11:9,14 39:20
  65:12 72:17 81:7
  82:16 83:1 87:12
  105:12 111:11
  117:11 126:11 136:4
  136:8,13,18,23
  137:3,8,14,19 138:4
  138:10
entrapment 55:18
entry 39:25 40:8
equilibrium 102:12,17
  104:3,8
Equivalence 114:8,23
equivalent 98:6 115:8
Equivalents 108:9
errata 133:1,10,12
  134:15
ES 1:14
especially 71:6
Esquire 1:21 2:10,13
  2:16 3:9 4:10,13,16
  5:12 6:11,23 7:10
essential 110:9
ester 109:6 110:5
et 9:10
EUGIA 1:8
evaluated 107:10
everybody 86:20
evidence 102:24
exact 60:14 61:1
  91:12 126:4
exactly 28:5 34:25
  37:18 38:2 44:20,24
  44:24 91:4,8 123:3
  130:7
Examination 8:7
  10:20
examined 10:18
example 19:14 24:18
  27:8 35:6,7,16 36:1
  36:2,18 38:18 42:24
  45:12 50:3 55:7
  56:19 58:1 60:24
  61:1 65:8 68:8 76:22
  77:4 95:9 98:4 101:4
  107:12 114:22 115:1
  115:11 122:20 125:9
  127:16 128:11
examples 54:10 67:10
excerpt 65:19
exchangeable 57:7
excipient 34:23 35:17
  36:10,22 44:24 55:2
  56:10 58:8 64:22

68:16 69:5,8,16,19
  79:21
excipients 25:17 26:7
  27:10 35:11 39:20
  40:2 44:19 49:24
  50:25 53:22 54:8,11
  55:9,13,21 57:17
  58:11,17 65:12,20
  67:4 136:14,19
exclusively 85:7
excuse 64:3
exhibit 11:8,13 39:19
  65:11 72:16 81:5,6
  81:18 87:10,11,20
  105:9,12,17 109:21
  111:9,10,16 112:9
  117:2,4,5,8,11,15
  123:17 126:9,10,16
  136:3,7,12,17,22
  137:1,3,6,8,11,14,17
  137:19 138:1,4,8,10
exhibits 8:17 118:1
  126:24
exists 99:13
experience 35:7 41:12
  47:7,11 50:17,20
  51:16 95:8
experimental 120:3
expert 10:6 16:1,22
  27:3 84:10,13 92:24
  106:21
expertise 21:5 95:10
  95:13 119:11
expires 134:25
explain 86:23 89:25
explained 52:9 86:23
extensive 35:7
extent 52:17,20 70:5
  70:12,17 71:22,24
  87:4 88:6 102:22
eyedrops 20:17

F

F 81:2 131:5 132:1
  136:1
fact 93:9
factor 48:17 49:15,17
  49:20
factors 48:9,13,17,18
  48:23 49:7,9,10,14
  108:23 109:3
fair 46:24 84:9 85:3
  88:11 93:20
familiar 39:4 40:9,13
  54:18 73:13
fast 35:9
fast-dissolving 43:20

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

44:9
**FAX** 133:16,17
**FCRR** 132:24
**FDA** 119:24
**Federal** 132:6
**feel** 54:3 87:23
**field** 19:12,14,15
   50:16 84:11
**Fifth** 7:21
**figure** 89:15,19 112:5
**file** 97:12,14,21,24
**filed** 103:3
**fill** 77:16
**filler** 36:1,13,14,25
   37:1 57:2,4,6,7,8
   78:17
**fillers** 57:1
**filling** 77:15
**FINAL** 1:24
**find** 68:16
**fine** 30:15 32:10 34:8
   35:3 63:12 108:2
**finish** 15:14,15
**finishing** 95:11
**Firm** 1:22
**firms** 14:3
**first** 21:4 31:14,20
   52:1,17 54:14 59:25
   76:10 81:6,23 87:11
   105:11 111:10
   114:11,15 117:10,22
   124:3,5 126:10
   137:2,7,13,18 138:3
   138:9
**FISHERBROYLES** 6:6
**five** 32:2 34:1,1 48:12
   48:16,22 95:16
**Floor** 2:7 6:8
**flow** 56:21
**flows** 77:18
**focus** 45:25 54:4
   78:10 91:23
**focused** 74:20
**following** 61:9,14
   90:22
**follows** 10:19
**Food** 51:4
**foregoing** 134:10
**forgot** 51:25
**form** 22:1,15 23:10
   24:1 25:9,15 26:11
   26:24 36:20 37:15
   52:6 55:5 56:22
   60:11 65:6 71:23
   72:3 74:25 76:8,20
   91:17 96:10 98:5,14
   99:5,6,8,9,16,22,25

100:7 102:1,5,11,14
   102:19,20 104:9,10
   104:12 107:5 109:4
   109:6 110:6,11,17
   115:20,24 116:9
   119:1,17 122:12,14
   122:20 126:2 129:18
   130:8,8,17 134:14
**former** 47:7
**forming** 93:23
**forms** 99:17 128:5,7
**Formulary** 117:12,24
   126:12 138:5,11
**formulas** 124:10,24
**formulate** 41:11
**formulated** 120:21,23
**formulation** 19:17
   20:1,3,9,11,13,14,15
   21:12,13,18,23 22:2
   22:9,22 23:12,13,14
   23:15 24:12 25:8
   26:5 36:5,8,12,14,19
   36:21,24 37:2,4,6,7
   37:8,10,12,14,17,18
   37:24 38:5,10,19,22
   38:25 39:11 41:19
   41:23 42:2,5,9,14
   43:1,16,25 44:3,4,8
   44:10,13,21 45:5,10
   45:16 46:23 47:3,10
   47:14,17,22 48:24
   49:24 50:1,4,4,8,9
   50:12,18,22 51:7,22
   51:23 54:17,20
   55:11 56:2,5,14,17
   57:2,5,9,11,14,22,24
   58:14 59:7,9,12,13
   60:14,15,17 62:20
   67:22 68:3,21 69:3,9
   69:12,13,15,17,20
   69:22 70:4,7,11,16
   70:19,20,24,25 71:2
   71:6,11,14,15,16
   72:5 74:5,12,22
   75:25 76:3,11,13,16
   76:18 77:1,2,10
   78:20 79:8,15 83:2
   84:7,13 85:1 91:21
   91:23,24 94:24 95:2
   106:12,21 107:24
   108:2 110:17 111:3
   111:5 112:19,21
   118:6,9,13,16,17,22
   118:25 119:3,4,5,12
   119:23 120:9,11
   121:4,6 122:3,17
   127:6,18 128:10

129:21
**formulations** 20:21
   21:19 27:1 35:8,10
   38:12 50:11 52:4
   84:20 118:18
**formulation/dosage**
   109:4
**formulator** 28:25
   38:13 83:8 119:7
**formulator's** 79:22
**Forsatz** 2:13 9:24
**forth** 132:11
**forward** 52:25 134:4
**found** 12:16
**foundation** 18:3 23:10
**four** 51:10
**fourth** 57:1
**Francisco** 5:10
**Frank** 1:21 2:10 9:21
**frankcalvosa@quin...**
   2:12
**free** 15:24 54:3 87:23
   100:20 101:1,13
   102:8,20 104:10,19
   104:24 109:17
   125:10
**friction** 70:6,13,18,22
   71:22,24,25
**Friday** 9:3
**friend** 130:19
**front** 34:17 82:21
   117:16
**full** 17:16,25 18:14
**function** 25:12,16,21
   25:23 26:5,9,10,21
   26:23 27:20,25
   28:10 31:8,17 33:6
   34:19 35:24 36:15
   36:17,23 37:21,25
   38:3,4,11,20,23 39:2
   39:9,13 40:22 41:18
   41:23 42:3,9,17,21
   54:9,11 56:13 66:16
   69:2 70:21 79:7,18
   79:21 104:12
**functional** 40:20 55:20
   66:3 78:11
**functions** 25:4,6,7
   29:16 30:2,22 36:3
   38:6,14 53:23 66:5,9
   68:7 69:6,9,17,20
**fund** 18:4
**funny** 93:10
**further** 130:20 132:15

_____
                G
_____
**G** 9:2 131:5

**garage** 50:23
**gastric** 35:9
**general** 19:4 22:8
   38:24 84:23 90:18
   96:13 119:2 120:10
   120:14 127:20
**generally** 21:5
**generic** 16:12,18 17:4
**Geoff** 2:16 9:24
**geoffkirsner@quinn...**
   2:18
**give** 42:24 54:10 65:8
   76:22
**given** 18:16 38:22
   45:10,16 48:17
   97:22 132:13 134:12
**gives** 119:14
**giving** 26:15 27:7
   64:20 118:20 119:22
**glidant** 66:23,24
**glucose** 41:25 79:17
   79:18
**glycol** 67:13,18,19,22
   67:23 68:6,13,20
**go** 32:15 47:9 50:23
   51:10 52:15 54:2
   58:10 59:17 63:3,7
   63:12,16,20 64:1
   86:4,25 95:12 101:5
   103:11 113:3 114:21
**goal** 76:23 79:15,22
**goals** 76:14
**goes** 50:4 73:21 97:10
**going** 11:5 15:11
   31:25 32:13,23 33:1
   33:13,18 34:2 52:25
   53:2 63:10 107:22
   117:1
**good** 10:22,23 130:19
**Goodrich** 5:6 10:15
**graduated** 47:8
**granting** 53:6
**granule** 56:20,22
**granules** 56:20,21,23
**greater** 101:13
**grounds** 15:10
**guess** 18:19 41:15
   77:25 86:11 97:11
   115:8 117:22
**GURPREET** 6:11
**gurpreet.walia@fis...**
   6:13
**guys** 93:10

_____
                H
_____
**H** 80:6 136:1
**half** 77:17

**halfway** 124:3
**Hammer** 32:6
**hand** 11:5 33:4 117:1
   132:20
**handbook** 27:9 30:10
   30:25 31:3,12,15,20
   31:23 34:16,22
   39:20 40:1 58:8
   64:22 65:12,19
   68:15 136:13,18
**Handed** 65:16
**handing** 39:16 81:17
**handle** 50:25 55:8
   56:9,11
**handwriting** 123:18
**Hanson** 5:12 10:14,14
   13:17 52:15,20
**happy** 32:5 113:3
**HAYNES** 6:18
**HCl** 128:17
**heading** 40:19 81:6
   87:11 105:11 108:8
   109:23 111:10
   117:10 121:12
   126:10 137:2,7,13
   137:18 138:3,9
**hear** 91:11 129:24
**heard** 13:15 16:6
**hereinbefore** 132:11
**hereunto** 132:19
**Hertko** 3:9 10:2
**Hetero** 1:5,5,6,6 14:4
   14:6
**high** 51:15
**higher** 45:11 50:20
   101:20 116:10 129:4
   129:13
**history** 97:12,15,19,21
   97:24
**hold** 83:15
**holder** 16:18 17:4
**HOLLISTER** 7:5
**hope** 73:7 83:10
**hours** 34:4
**HPE** 27:12,15,22,25
   28:3,6,7,8,10,11,17
   29:7,14,20,24 30:5
   30:20,25 31:7,17
   33:4,6 40:8,12 65:4
   78:7
**HPMC** 36:11,18,24
   37:5,11
**Hs** 89:25 91:15,22
**human** 21:6,10,16,18
   24:23
**humans** 21:14
**hydrate** 102:6,8,10,13

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

102:14,18,19 104:5
104:9,11,18,18,19
125:8,9,13,18 126:5
126:6 130:8,13
**hydrated** 110:5
**hydrates** 103:7 124:1
124:10,24
**hydrochloride** 101:4
115:14,15 116:8
128:22,23 129:3,6,8
129:12,14,21 130:1
**hydrogels** 35:12
**hydrogenated** 74:1,11
**hydrophilic** 57:16 67:8
67:10 68:2
**hydrophobic** 58:17
59:1 67:5 77:6
**hydroxide** 115:10
**hydroxypropyl** 36:11
**hypothetical** 37:16
38:16 60:12 76:9,21
76:24

**I**

**idea** 95:6
**identification** 11:11
11:16 39:22 65:14
72:19 81:9 87:14
105:14 111:13
117:13 126:13
**Illinois** 3:7 7:8
**impurities** 99:13,19
100:6
**impurity** 100:14,19
**inaccuracies** 12:14
**inactive** 22:20,23 23:1
23:7,11,16,21,22
24:3,5,7 25:3,5,17
25:19 26:3,4,6,8,10
26:20,22 27:16,19
27:22 28:1,9 29:15
29:16,25 30:2,21,23
31:7,8,16,18 33:5,7
34:18,19 38:5,23
53:22 124:14
**include** 14:4 48:11
95:2,21 100:6
130:13
**includes** 124:9,23
**including** 20:3,6
119:11 129:23
**incomplete** 37:16
38:15 60:12 76:9
**Index** 8:17
**Indiana** 11:3 73:5
**indicates** 20:1
**indicating** 81:25

**individual** 25:6 39:1
**industry** 47:9 51:17
107:3
**information** 41:14
60:23 68:17 83:12
100:12,22 113:6,8
113:15 114:12,17
123:10
**informed** 106:22
108:2 111:5 112:22
**ingredient** 22:9,14,17
22:24 23:4,12,17,21
23:23 24:6,7,12,16
24:22 25:13,17 26:1
26:1,4,9,10,19,20,23
28:1,9 29:15,17 30:1
30:2,21,23 31:7,9,16
31:18 33:5,7 34:18
34:20 37:19 38:2,5
38:11,13,19,23 39:1
44:5 76:4 124:8,14
124:16,17,22 125:12
125:18 126:4
**ingredients** 21:24
22:3,11,20,22 23:1,7
24:4 25:3,5,20 26:4
26:6 27:16,19 38:9
44:12 51:1 53:22
56:8 70:6,18 71:15
107:5
**Ingrid** 7:25 9:15
**injectables** 20:17
39:12
**insoluble** 20:5
**instructed** 128:25
**instruction** 123:2
128:24 129:1,5,10
129:15,20
**INSTRUCTIONS** 133:1
**instructs** 15:18
**intact** 58:5,13 60:4,9
60:18 61:15 62:19
72:3
**intended** 24:25 26:2
**interchangeably**
78:18
**interested** 121:6
132:18
**interject** 53:1
**intern** 95:12
**interrupting** 84:24
**invention** 107:11
**inventor** 73:10
**inventor's** 73:2
**involve** 16:14
**ion** 121:20
**issues** 19:11

**IV** 20:17

**J**

**J** 2:13 3:9 10:2
**Jagoe** 4:10 10:4,8,9
13:7,9,11,15 15:18
17:7 19:1 22:1,15
23:9 24:1 25:9,15
26:11,24 28:2 30:9
30:17 31:10,19,24
32:8,11,15,19,25
33:8,12,15,19,22,25
34:6,9,13 36:20
37:15 38:7,15 41:5
41:13 44:16 47:4
52:6,13,17,21 53:5
55:5 60:11,21 61:16
61:22 62:1,5,7,10,13
62:21 63:7,10,15,20
64:1,5 65:6 71:23
76:8,20 79:2 80:2
85:17 86:16,22 87:1
90:2,9 91:3,17 92:5
92:13,16 93:2,6
94:20 96:10 99:5,9
99:22 100:7 102:1
102:22 103:2,6,8,12
103:18 115:24
116:13 119:1,17
123:17,21 126:2
130:21 131:1
**Jane** 1:25 7:20 9:17
133:20
**janerose@janerose...**
133:18
**January** 126:12
138:11
**JERSEY** 1:2
**JOHN** 6:23
**john.bateman@hay...**
6:25
**join** 52:23
**joined** 101:17
**Jones** 3:5 10:2
**judge** 32:5,6 103:13
**June** 1:19 9:3,11
87:13 132:20 137:9

**K**

**keep** 34:2 115:22
**Keeping** 32:25
**Kinam** 1:18 8:5 9:8
10:17 11:9,14 12:19
73:4,8 81:7 132:10
134:9,18 136:4,9
137:3
**kind** 95:22 100:13,13

**Kirkland** 4:6 7:17 9:14
10:9,11 134:4
**Kirsner** 2:16 9:25
**know** 15:9,21 18:22
27:6,9 32:17,19
37:18,23 38:17 45:6
50:25 51:12 55:24
56:3,4,14 57:2,11,22
58:20 59:18 60:13
72:11 73:8 76:16
86:2,7,9 91:4,8,12
100:10,15 103:21
108:1 120:4 122:25
122:25 123:4 127:7
**knowing** 60:14
**knowledge** 85:9
**known** 35:10,17 58:11
76:25 77:3 96:5
108:4,6,11
**Kristina** 5:12 10:14

**L**

**L** 80:6
**lab** 86:11
**laboratory** 96:19,20
**LABS** 1:5,5
**lacks** 23:9
**Lafayette** 11:3 73:4
**language** 61:9
**large** 20:5
**larger** 36:13 45:5,9,13
45:15 54:24
**law** 92:11
**lawyers** 14:21,22,25
**Lead** 1:21
**left-hand** 121:15
123:11 127:11
**letter** 14:10,13
**let's** 28:13 52:14 59:17
59:23 64:1 77:8
88:23 92:16 94:8
101:5 114:1 121:1,8
122:10
**level** 48:10 50:18
55:17
**Lexington** 4:7
**Li** 7:17 10:13
**licensed** 83:21
**lidocaine** 115:1,7,9,12
115:13,15,20 116:4
116:8 128:12,13,16
128:19,21,23 129:2
129:3,6,7,11,12,14
129:16,21,25 130:4
130:5,6,11,12,16,16
**LIMITED** 1:5,5,6,7,9
6:4

**line** 73:16 78:1 87:7
89:14,18 90:1 91:16
91:16,22 135:1
**lines** 89:17 90:6,8,12
90:14,15,17 91:19
91:24 92:6,24 93:14
**list** 20:19 27:15,22,25
48:12,16 66:8 75:22
**listed** 28:9 31:7,8,16
31:17 33:5,6 34:18
34:19 54:14 56:13
59:4 73:4,10 82:19
**listen** 32:6
**lists** 28:10 29:16 30:1
30:22 40:22 41:1
66:5
**litigation** 16:17
**little** 7:16 10:3,4,5
45:1 52:12 119:20
120:16 127:21
**LLC** 1:8 6:5
**LLP** 4:6 6:6,18 7:5,17
9:14,22 134:4
**long** 28:24 29:1,2
59:22 64:20 77:18
98:5 100:5
**look** 11:19 12:17 27:8
29:22 45:21 46:25
72:13 82:20 86:3
87:23 89:12 94:8
97:25 101:5 107:15
114:10,14 121:1,8
121:11 127:8
**looked** 28:17 29:7
**looking** 29:13,24
30:19 48:8 66:1
73:16 99:16 101:8
106:5 109:23 114:5
114:22,25 121:7
123:20 124:3
**lot** 45:3
**low** 58:18 60:24
**lower** 50:18
**lowering** 24:19
**Lozenges** 127:12
**lubricant** 12:20 57:22
57:25 58:1,3,9,12,16
60:2,10,17,20 61:6
61:10,14 62:19
64:14,17,20,23 65:5
65:5 66:8,13,16,19
66:22 67:4,24 68:4,9
68:10,12,22 69:2
70:5,12,17,22 71:3,4
71:7,12 72:1,6 73:19
73:24 74:6,18,22
75:3,10,16,18 76:1,7

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 144

77:11,19
lubricants 57:21 58:6
58:7 59:17 64:21
67:8,11 68:2 74:13
74:23 75:7
**Luck** 133:24
**lunch** 81:15

**M**

**M** 5:12
**machine** 58:3 60:1
70:23 72:2
**machinery** 70:7,19
71:16
**Madison** 2:6
**magnesium** 73:25
74:10 75:4,24,25
76:4,6,18 77:2,4
**MAH** 1:14
**MAIL** 133:16
**main** 36:15,17 79:18
133:22
**maintained** 110:20
**Majority** 17:2
**making** 19:17 20:12
118:18
**mall** 44:6
**manganese** 75:22
**Mark** 4:13 10:12
**marked** 11:6,10,16
39:17,21 65:14,17
72:19,21 81:8,18
87:13,16 105:13,16
105:21 111:13,15
113:7 117:5,13,16
126:13,15
**Market** 5:7
**marketed** 21:19
**Markman** 87:2
**marks** 53:15 81:11
mark.mclennan@ki...
4:15
**marriage** 132:17
**Master's** 50:19
**material** 74:17
**matter** 9:9 13:23
132:18
**Matthew** 3:9 10:1
**McLENNAN** 4:13
10:12
**mean** 13:14 18:9
19:13 20:14 21:11
22:11,13,21 24:15
24:22 25:10 26:9,22
36:7 39:5 42:22 62:9
65:5 69:12 75:6,8
82:3 84:5 90:7,13

91:6 95:16,19 96:18
96:19 97:16 98:11
98:18,22 103:21
112:25
**meaning** 59:1
**means** 16:11 19:10
22:17 72:8 88:17
91:7 100:4 128:9
**meant** 25:17
**measure** 123:6
**measuring** 19:18
**media** 9:7
**medical** 83:15,18 95:7
95:11,11
**memory** 29:13,23
30:13,19 31:1
**mention** 26:16 125:5
**mentioned** 45:18
50:12 52:3,7,9 55:6
75:22 91:25 102:17
104:3 125:4
**mess** 108:24
**method** 60:9,19 64:13
94:10,15,18,23
106:15,18 107:23
108:1 109:13 111:4
112:22 118:10,19,24
119:6,8
**methyl** 35:22
**methylcellulose** 36:11
**mg** 115:14
**mgs** 98:7 115:7,12,15
116:4
mhertko@jonesday....
3:12
**middle** 70:8
**milligram** 43:24 44:2
94:5,6 128:13,17,18
128:19,21,22 129:6
129:7,16,22,22
**milligrams** 44:10
115:9 129:2,11
**mind** 49:11
**mine** 86:24
**Minus** 100:8
**mischaracterizes** 38:8
**misheard** 23:5
**mistakes** 12:13
**misunderstood**
113:24 124:19
**mixture** 49:24 101:23
**MM** 90:1 91:16,18,22
**mobile** 3:11
**moiety** 108:9,13 109:5
109:13 110:4,11,19
111:12 114:8,23
115:23 116:5 121:24

122:7,15,23 123:4
123:14 124:8,13,22
137:20
**molecular** 20:5 101:12
101:19
**molecule** 54:22 98:20
101:17
**molecules** 98:19,22
98:24
**money** 18:4
**Monohydrate** 99:2
**morning** 10:22,23
**mouth** 43:7 79:9 120:8
120:20
**move** 31:24 32:3,4,11
32:22 33:13,18
**moving** 32:8
**multipage** 11:8,13
39:19 65:11 72:16
81:5 87:10 105:11
111:9 117:10 126:9
136:4,8,13,18,23
137:2,7,13,18 138:3
138:9
**multiple** 29:16 30:1,22
84:17 85:1,11,16,24
86:6,7,10 92:24
93:17,25
**MURRAY** 7:10
**myeloma** 84:18 85:2
85:11,16,24 86:6,8
86:10 92:24 93:17
93:25
**Mylan** 1:10,10,11 5:4
10:16 13:17,23 14:6
52:23 86:19

**N**

**N** 2:1 3:1 4:1 5:1 9:2
80:6 81:2,2,2 131:5
131:5 136:1
**name** 10:24 18:10,14
82:24
**names** 15:3
**National** 117:12,24
126:12 138:5,11
**necessary** 58:15
73:20 129:18
**need** 27:6 28:8 37:18
37:23 38:4 45:6,12
50:21 52:2,25 56:19
61:1 71:3,4,7 77:11
77:18 79:6 95:7,12
96:24 97:4 116:10
116:13 118:7 120:2
123:6 125:3,9 130:7
130:9

**neither** 105:2
**never** 69:8
**new** 1:2,20,20 2:8,8
4:8,8 6:9,9 7:22,22
9:4,4,14,14,17,17
16:11 19:21 82:9,12
132:3,4,8
**newly** 35:11
**NF** 126:22
**nice** 59:22
**Nos** 11:10,15,22 39:21
49:7 65:14 72:18
81:8 87:13 111:13
136:5,10,15,20,25
137:4,9,21
**notary** 132:7 133:4,6
134:24
**noted** 131:6 134:15
**Notice** 8:15 134:1
**November** 11:10 12:8
72:18 81:8 82:1,4
136:5,24 137:4
**number** 20:7 81:24
91:12 95:17
**N.V** 1:11
**N.W** 6:19

**O**

**O** 9:2 81:2,2,2 131:5,5
136:1
**oath** 61:17
**object** 15:12 86:17
102:22
**objected** 103:14
**objecting** 52:18,21
**objection** 15:16 22:1
22:15 23:9,10 24:1
25:9,15 26:11,24
28:2 36:20 37:15
38:7,15 52:6,24 53:7
55:5 60:11,21 62:10
63:18 65:6 71:23
76:8,20 79:2 90:3
91:17 96:10 99:5,9
99:22 100:7 102:1
103:8,10,16,22
115:24 119:1,17
126:2
**objections** 33:17 62:9
**Objectives** 109:24
**observation** 47:12
**occur** 120:11
**offered** 105:3
**offering** 92:3,5,7,18
**office** 3:10 4:17 6:12
**Offices** 133:21
**official** 17:24

**oftentimes** 16:17
**Oh** 10:8 32:13 56:16
57:23 62:1 108:20
**oils** 74:1,11
**okay** 10:8 13:19 27:13
29:12 31:2,4 34:6
39:14 43:14 46:21
49:12 52:10,14
53:10 62:12 63:9
64:1 70:2 71:9,19
72:4 74:21 75:21
79:11 80:1 84:22
85:22 86:12 88:23
89:6 92:15,16 93:20
95:5,18 96:1 100:17
100:24 103:11,15,23
105:7 106:8 107:14
112:12,13 113:2
114:1,2 116:2
119:25 120:16
121:21 126:7 130:22
133:12
**oncologist** 95:7
**oncology** 84:4 95:11
**ones** 17:3 50:11
**open** 62:18 87:20
**opening** 117:5 118:2
**opine** 47:23 100:16
104:14
**opined** 59:19 87:24
99:15 100:11
**opinion** 37:1,7 40:13
50:2,14 51:21 52:2
69:15,21 77:14 78:3
83:11 92:3,6,7,18
100:18,23 104:16,20
104:21 105:1,6
112:16,22 126:1
**opinions** 93:24 105:3
**opposed** 25:8 71:1
**oral** 35:8 83:1
**order** 32:5,9,22 33:14
**ordinary** 45:18 48:10
50:15 52:8 94:18
95:1
**original** 81:19 105:17
111:16 126:16,25
**outcome** 132:18
**outside** 26:12 52:18
52:21 85:17 86:18
87:5 90:2 91:3 96:10
**overall** 38:9
**oxide** 67:14 68:4,5

**P**

**P** 2:1,1 3:1,1 4:1,1 5:1

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 145

5:1 7:10 9:2 131:5
**page** 8:8,13,15,17
  12:4,4,24,25 17:12
  21:1,1 40:15,17 48:6
  48:6 54:3 66:1 77:21
  78:1,10 81:6,23,24
  82:9,15 87:11 97:8
  97:11,11 105:12
  106:5 107:16,18,19
  109:20 111:10 112:8
  112:8 114:5,11,14
  114:15,16,18,21
  115:4 117:11,21
  121:8 123:11 126:10
  127:8 135:1 136:3,7
  136:12,17,22 137:1
  137:2,6,7,11,14,17
  137:18 138:1,4,8,9
**pages** 134:10
**Par** 9:10
**paragraph** 17:12 18:8
  21:2 35:5 45:21,22
  45:25 46:5 47:1 48:3
  48:5,23 52:9 54:2
  77:20 78:2 94:8
  97:25 98:13 101:8
  106:17 114:15,17
  115:2 121:14 123:7
  123:10 124:4,5
**paragraphs** 114:11
**parenthesis** 73:3,5
  110:4
**park** 1:18 6:7 8:5 9:9
  10:17,22 11:6,6,8,9
  11:13,15,19,20
  12:17,19 13:18,22
  17:10 26:15 28:24
  34:16 35:6 39:17,19
  40:15 45:21,22 46:1
  46:4,4,25 48:3 53:19
  54:2 59:20 62:17
  64:12 65:11,17 66:1
  72:16,22 73:4 77:20
  78:6 81:5,7,15,18,18
  81:19,21,21 82:15
  83:15 87:10,16 94:8
  97:8 101:8 105:9,17
  105:18,22 106:4,5,6
  106:8,17 111:9,15
  111:17 112:4 113:7
  113:8,12,13,17,22
  114:5,10,14,15,16
  114:18,21 116:23
  117:5,6,8,16 118:2
  121:1,3,8 126:9,15
  126:17,21,25 127:5
  130:22 132:10 134:9

134:18 136:3,5,7,9
  136:12,17,22 137:1
  137:3,6,11,17 138:1
  138:8
**Parks** 73:8
**Park's** 105:17 111:16
  126:16
**part** 14:12 21:1 52:1
  55:18 59:25
**partially** 104:18,19
**particle** 54:24 55:9,13
  55:15,16,19
**particles** 54:23 55:7
  59:13
**particular** 16:15 29:20
  69:3 84:6,19 91:24
  104:14 112:20 118:6
**parties** 132:16 133:13
**parts** 92:19
**party** 41:15
**patent** 11:22,24,25
  12:1,2,21,22 16:4,18
  17:4 46:2,6,10,12,17
  46:22,22 47:24,25
  72:17,22 73:11,13
  87:12,17 88:2,5,9,16
  90:23 92:8,20 93:1,5
  94:14 97:12,19,20
  109:12 136:23 137:8
**patents** 16:14 47:16
  47:19,23 49:22
  50:12 51:23 72:12
  87:24 94:11,15,19
  99:15 106:16 109:13
**patient** 84:14 85:23
  86:6,7,9 95:24 96:7
  96:25 97:4 118:20
  119:15,23 120:8,18
  128:10
**patients** 19:18 84:1
  96:6 118:23
**Pause** 14:2 17:9 19:22
  20:25 21:3,22 22:25
  24:20 25:1 27:4 35:4
  35:18,20 36:9,16
  39:3,15 40:4,10,24
  41:21 42:7,10 43:18
  43:23 44:14,18
  45:23 46:13,15,18
  47:6 48:1,7,25 50:10
  51:14 52:19 53:9,11
  54:1,6 55:25 59:24
  61:3 66:17,25 67:2
  67:17 69:7,11 70:3
  71:8,10 72:7 74:7,15
  74:19 75:12,20 77:8
  77:22 78:4,23 79:20

79:24 83:14 85:4
  89:11,20,23 90:4
  93:15 94:2,9 97:2,7
  97:9 98:1,9 99:1,23
  100:25 101:7,9
  102:2 105:25 106:3
  106:25 107:8 109:15
  109:22 110:12,22
  112:7 113:10 114:4
  114:19 115:19,21
  116:12,25 117:3,19
  119:13 120:25 121:9
  123:16,23 124:11
  126:18,23 127:3
**pending** 15:23
**peptide** 20:6
**percent** 98:7 123:15
**period** 95:14
**person** 45:18 50:15,20
  52:8 94:17 95:1
  107:6 126:3
**personally** 69:4
**pH** 102:11 104:12
**PHARMA** 1:7,8,8,9 6:3
  6:4,5
**pharmaceutical** 1:11
  6:17 9:10 19:12,14
  19:15 21:16 22:17
  24:16,22 27:9 34:23
  35:10,17 37:3 39:20
  40:1,2 50:16,18
  51:16 58:8 64:22
  65:3,12,19 68:16
  84:17 105:12 106:1
  107:3 111:11,21,25
  136:14,19 137:14,19
**pharmaceuticals** 1:10
  1:12 4:4 5:5 21:6,11
  83:22,25
**pharmaceutics** 17:17
  19:24,25 20:1
**pharmacist** 110:2
  114:18 115:13
  127:17 128:9,17,20
  129:7,11,16
**Pharmacists** 51:10
**pharmacodynamics**
  20:3
**pharmacokinetics**
  19:19 20:2
**pharmacologically**
  108:13 110:3,19
  121:24 122:6,15,22
**Pharmacopeia** 117:12
  126:11 138:5,10
**pharmacotherapeut...**
  108:12

**Phase** 120:13
**phone** 14:20,21,23
  15:1 32:6 53:4
**phrase** 16:6
**physical** 55:16,17
**Ph.D** 1:18 2:13 8:5
  10:17 11:9,15 12:19
  47:8 50:16 132:10
  134:9,18 136:5,9
**pill** 119:15,15,22
  120:8,19,19,20,22
**Pittsburgh** 7:16
**plaintiff** 1:4 2:4 3:4
  9:23
**Plaza** 5:7
**please** 9:19 30:16
  31:3 62:8 77:9
  133:10
**plural** 91:7
**point** 30:12 45:17
  76:19 100:23 104:15
  105:1 120:7
**polyethylene** 67:13,14
  67:18,19,22,23 68:4
  68:5,6,13,20
**polymer** 57:17
**polymers** 35:11
**pomalidomide** 98:4,6
  98:7,14,15,21 99:3
  99:20,21,24,25
  100:2,4,5,20,21
  101:1,2,4,12,13,19
  101:20,22,23,24
  102:6,9,18 104:8,9
  104:17,22,23,25
  109:14,16,18
**portion** 45:6 58:3 60:3
  102:7,8,18,19
  104:23,23 113:16,22
  113:23 121:23 122:6
  122:14 125:20
**portions** 78:7 88:8,9
  88:13 97:23
**POSA** 40:13 45:19,21
  46:1,5,10,11,21,23
  47:3,14,17,22 48:24
  51:18 54:17,18,20
  55:24 56:3,5,14,17
  57:2,5,11,14,22,24
  58:20,22 59:6,7,9
  66:12,14 67:21,22
  69:16,22 70:4,11,16
  70:24 71:11 72:5
  74:5,12,23 75:25
  78:20 91:21 106:12
  106:15,18 107:6,9
  107:23,24 108:1,2

109:7 111:5 112:22
  118:6,9,10,11,14,15
  118:16,19,24 119:7
  122:2,4,17,19 123:9
  123:12 124:25 125:2
  126:3 127:25
**POSAs** 77:1 107:23
  108:6,11,18,21
  109:1,9 110:1,8,14
  110:23,25 112:17
  118:4 121:2 122:13
  127:4,15
**position** 18:1 86:23
  92:25 93:4,8
**possible** 38:12 42:20
  42:23 60:9,13,18
  68:23,25 101:22
  102:7 104:7 130:17
**possibly** 86:20 130:12
**pouring** 77:16
**powder** 56:22 71:5
  77:18
**powders** 77:16 127:12
**Practice** 83:3
**practicing** 70:1
**precise** 41:6
**predominate** 48:19
  49:10,14
**predominated** 49:11
**preparation** 12:11
  14:16
**prepare** 115:7,14
  127:17
**prescribe** 83:21
**prescribed** 127:18
**presence** 101:21
**present** 7:15 10:3
  14:16 48:18 98:18
  98:20,23 105:5
  110:5
**pressure** 60:25
**prevent** 71:20
**prevents** 71:12
**previous** 104:3
**principles** 19:20
**priority** 107:12
**probably** 23:22 24:6
  27:6 53:3 66:15
  102:4
**problems** 93:16,24
  94:3
**procedures** 110:16
**proceeding** 87:3
  102:23,24 103:17,20
**produce** 58:5 60:4
**product** 55:4 85:9
  118:17,20

Case 2:17-cv-03387-ES-MAH   Document 386   Filed 07/15/19   Page 46 of 49 PageID: 15160

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 146

productive 63:24
products 110:10
professional 63:14
professor 17:15,17,22
  17:24,25 18:1,6,15
pronounce 82:23
proper 62:2 95:14
properties 55:1
proportional 45:12
propounded 134:13
proprietary 41:14
protective 32:5,9,22
  33:14
proteins 20:6
provide 18:4 27:18
  45:20 46:5 83:12
  113:14 114:12,16
provided 123:10
public 132:7 133:4,6
  134:24
publication 126:22
publications 82:8
Purdue 11:2 17:18
  18:12 19:1,4,9,25
  47:8
pure 98:5,12,16,17,21
  99:20 100:3,5,20
  123:4 129:16,17
  130:2,4,8,11,15
purpose 55:4
put 33:16 43:7 44:9
  63:23 67:1 99:19
  120:4 125:24
putting 120:8,18
p.m 81:13 116:17,18
  116:18,21 131:3,6
P.O 133:23

Q

qualification 120:5
qualifications 17:11
  52:3
qualified 51:20
qualify 51:17
quantitively 110:10
quantity 36:13 58:13
  58:18 74:18 110:18
  122:22 127:19
question 15:15,19,22
  15:23 22:4 23:6,16
  24:10 25:25 29:23
  30:8,9,13,16,17
  31:14,23 32:12,24
  33:11,24 34:1,3,5,12
  42:13 46:19,20
  47:18 51:25 52:1
  61:2,22,24 62:3,3,14

63:2 75:17 87:8
93:22 96:14 99:10
100:12 103:24
108:17 109:7 110:23
113:11,25 115:10
122:9 128:12 129:9
129:19,25
questions 15:12 28:4
  45:19 87:5 90:19
  96:13 107:22 114:1
  130:18,21 134:12
quick 79:25
Quinn 1:22 2:5 9:21
  9:25
quite 25:10 59:2
quotes 113:3

R

R 2:1 3:1 4:1 5:1 9:2
  80:6 81:2 131:5
  132:1
Rainoff 7:24 9:17
  132:6,24
ranging 35:8
rank 17:23,24
ratio 49:25
RAY 6:11
read 8:15 54:4 75:1
  88:2,5,13,15,20,21
  88:24 89:4,5,8,17
  90:23 92:2,9 97:18
  113:12,13,18,21,22
  113:23 128:3 134:1
  134:10
reading 72:11 123:7
  127:23
real 37:21
really 29:20 49:23
  50:9 95:10 106:23
  122:25
Realtime 132:7
reason 45:14 49:6
  91:19 135:1
reasonable 76:13,15
reasons 59:15
recall 14:9,13,18 15:3
  15:7 28:21,23 35:25
  39:10,13 44:11,24
  45:8 61:11 62:17,23
receipt 133:11
receive 74:16 133:12
Recess 53:14 64:8
  116:18
recognize 81:21
  105:21 112:4 117:22
  126:20
record 9:20 10:25

33:17 52:16 53:13
  53:17 55:12 63:3,6,8
  63:11,13,16,17,21
  63:23 64:2,7,10
  72:22 80:4 81:13
  116:17,21 131:3
  132:13
reduce 70:5,12,17,22
  71:21 72:1
refer 11:23,24,25 12:2
  12:22 46:21 106:4
references 88:21
referred 66:18
referring 124:15
refers 20:15 124:17
refusing 30:7
related 19:11 50:16
  85:8 132:16
relates 21:5
Release 83:2
relevant 88:13 103:19
  103:19
reliable 83:12
relying 92:20,21 93:3
remainder 78:2
remains 99:11
remember 14:24 15:2
  28:11 31:6,16 33:5
  34:17 39:8 44:19
  45:1 53:24 68:2
  73:15
remove 99:14
repeat 47:18 122:9
report 26:17 27:5
  29:18 30:4 31:2 86:1
  86:3,4 87:23 88:7,14
  88:16 92:1 93:19,21
  93:24 96:12 100:16
  104:13 112:6,9
  113:5 123:13 125:4
  125:5,7
reporter 7:24 8:13
  9:16 132:7
Reporting 1:25 7:20
  9:17 133:20
reports 90:21 93:19
represent 39:24 65:18
represented 13:5
representing 10:10
represents 121:24
  122:6,14
require 51:9
required 122:22 133:5
  133:6
requirements 110:18
requires 94:23
research 35:7 95:8,19

95:21 96:18
resident 95:12
residual 99:4,6
residuals 99:11
resorb 77:6
resort 55:8,13
respond 32:16 33:1,2
  33:8 34:10,11
responded 34:1
response 108:15
responsible 108:14
rest 22:23
resulting 128:18
retained 13:18,22 14:3
  14:5,10,13
retention 35:9
return 133:10,16
review 12:10 97:14,23
  113:5
reviewed 49:22
right 13:3,4,10 14:7
  21:25 22:10 24:8,24
  25:8 29:2,4 38:14
  40:23 41:3,7 42:5,6
  46:2,7 51:18,19 52:5
  54:12 59:20 60:6
  61:12 62:21 64:25
  66:6,10,11 67:6,19
  67:24 68:11,14
  69:23 73:11 75:19
  76:13 77:12 78:21
  83:19,20,22,23 84:7
  84:2 85:14 87:25
  89:2,9 93:11 94:15
  96:7,7,16 100:9
  101:13,14,15 105:4
  109:14,18 111:6
  112:13,14,18,23
  113:9 115:16,23
  116:5,9 118:2,10,17
  118:21,25 119:16
  120:21 121:25
  122:16,23 125:21
  127:1 129:4,14
RMR 132:24
Rodriguez 7:25 9:15
Rosati 5:6 10:15
Rose 1:25 7:20 9:17
  133:20
rules 15:10

S

S 2:1 3:1 4:1 5:1 80:6
  80:6 81:2,2,2 136:1
safe 51:9
Salas 32:6
salt 98:5,14,15,18,19

98:24 99:16 100:1
  101:2,12,19,21,24
  102:4,5,11 104:12
  104:22,23,25 107:5
  109:5 110:5 115:20
  116:9,11 121:19
  122:5,12,14,20
  123:15 125:18,19,20
  126:5,6 128:13,17
  128:18 129:18,23
  130:8,13
salts 100:8 104:4
  124:2
San 5:10
sanctions 33:18
satisfy 110:17
saying 47:1 75:3
  101:11 102:21 104:7
  128:16 130:16
says 32:21 40:20 41:4
  41:5,8 73:19 78:13
  89:14 90:11 91:18
  108:16 114:8 117:15
  121:17 124:7,7,20
  127:12
school 11:2 18:11,17
  51:15 95:12
sciences 50:17
scientist 36:8,12,14
  36:19,25 37:4,8,10
  38:25 47:14 79:16
  91:23 111:3,6
  112:19,21 121:5
  127:6
scientists 26:5 36:5
  36:21 95:3 118:12
  118:13 119:3,12
scope 26:12 52:18,21
  85:17 86:18 87:2
  90:2 91:3 96:11
second 55:20 63:4
  64:19 73:23 86:3
  93:14
section 17:11 27:18
  28:6,12 29:20 34:24
  58:9 64:23 73:3
  82:16 108:8 109:23
  114:7,11 121:11
  124:2
see 17:19 21:8 28:5,8
  29:20 30:5 31:11
  35:14 38:4,9 45:17
  48:14,20 62:21
  73:19 74:2 82:17
  94:12 96:25 97:3,4
  98:8 103:19
seen 22:7,19

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 147

self-administer 43:15
sense 57:20 84:12
    101:15
sentence 21:4 35:5
    48:8 54:5 73:23
    77:25 98:3 124:18
    124:20 127:23 128:1
    128:2
series 115:11
serve 38:14
serving 16:1
session 53:21
set 132:11,20
setting 119:21
settings 96:21,22
    119:19 120:3
settle 59:14
seven 34:4
shape 71:5
Sheet 134:15
show 28:3,7,12 31:3
    31:13,20,22 34:25
    61:17 62:14,25
Showalter 17:15,21
    18:3,5,14
shown 58:7 64:21
shows 115:11
side 50:6
Sign 8:15 134:1
signature 12:5,25
    133:4,6
signed 12:7 13:2
    14:14 133:10,12,16
    134:20
significant 82:6
silicon 65:13,22 66:9
    66:13,19,21 136:20
silicone 66:15
simple 15:10
simpler 122:11
simply 20:15 31:11
    34:22 38:1 41:7
    49:24 75:3 128:16
    129:20 130:16
sincerely 83:10
SINGH 6:11
sitting 39:8
situation 78:24 79:3
    79:12 130:7
situations 121:18,22
six 51:10 95:17
Sixteen 48:6
Sixth 39:21 40:2 65:13
    65:20 136:14,19
size 54:24 56:12
skill 45:19 48:11 50:15
    52:8 94:18 95:2

slippery 72:6,10 73:24
    74:6,9,13,20,24 75:5
    75:6,11,14,15,18
small 44:6 45:5,6
    54:23 55:7,15 56:9
    58:12 74:18 79:17
solid 72:6,10 74:6,17
    75:5,7,11,15,18
solids 73:24 74:9,14
    74:24 75:14
solubility 109:3
solubilizer 58:20,23
    58:24 59:2
solubilizers 58:19
soluble 20:4
solution 20:17 39:11
    59:12 115:7,8,9
solutions 20:17
solvate 49:19,24 99:2
    99:6,8,10,16 100:1
    100:13,14 107:5
solvates 100:8
solvent 98:19 99:10
solvents 99:4,6
somebody 13:15
Sonsini 5:6 10:15
sophisticated 50:2,9
sophistication 49:21
    49:23 50:14
sorry 26:19 27:23 37:3
    40:1,7 42:13 44:1
    46:4 51:25 65:3 70:8
    70:9,15 84:24 91:11
    107:17,19 108:23
    111:19 113:2,12
    122:3,8
sort 55:20
sounds 61:12
South 133:22
span 54:3
spans 77:21
speaking 33:17 62:9
Spear 5:8
special 122:17
specialist 84:3,6
SPECIALTIES 1:9
specific 23:14,15
    28:12 34:24 37:5
    38:17 42:14,24 43:1
    44:8,21 58:9,11,16
    61:1 64:23 65:8 67:4
    68:3,8 76:14,22
    100:12 119:20
    120:17,19 122:25
    127:22 128:10 130:9
specifically 79:19
    85:2 101:3 109:17

114:7,25 121:14
specification 92:10
specifics 27:6
specify 39:2 68:11
    130:15
stability 20:6
stamped 105:10 117:9
    137:12 138:2
standing 52:24 53:6
start 26:19 27:24
    88:23 108:24
starting 19:17
starts 116:19
state 9:19 132:3,8
statement 125:1
states 1:1 12:21 72:17
    82:1 87:12 117:11
    126:11 136:23 137:8
    138:4,10
stearate 73:25 74:10
    75:4,23,24 76:1,5,6
    76:18 77:2,4
stearic 73:25 74:10
    75:5
STETTINIUS 7:5
Steve 10:3,4,5
Steven 7:16
stick 58:4 60:3
sticking 71:12,13,20
    71:21 72:1
straightforward
    106:24
street 6:19 51:6
    133:22
students 47:8
study 20:7 120:13
studying 84:7
sub 128:6
submitted 11:21 12:20
subscribed 134:20
substance 94:21
    121:19,23 134:14
substances 124:9,23
subtract 125:15,19
sufficient 127:18
Suite 5:9 6:20 7:7
Sullivan 1:22 2:5 9:22
Sultan 90:1 91:15,19
    91:22
Supplemental 11:14
    12:18 136:8
supposed 107:10
    128:21
sure 14:10 15:9 25:10
    27:14 29:9 41:9
    42:22,25 51:8,12
    56:4 59:12,18 63:1

64:5 65:7,9 70:10
72:8 76:10 84:5 85:6
97:16 99:8 100:10
100:11 107:20
115:25 119:21
122:10,24 128:4
sustained 35:12
swallow 79:6
sweet 42:1 43:8,10
sweetening 41:2,20
    41:24 42:1,4,16,17
    42:21 43:3,5,8 45:4
    45:10,13,15 79:1,7
    79:10,14
sweeter 43:22
swell 57:17
swipe 77:16
switch 123:21
sworn 10:18 132:12
synthesized 35:11
system 20:16,18
systems 19:21 20:20
    84:8

---

T

T 4:10 81:2 132:1,1
    136:1
TABLE 8:1
tablet 20:16 41:5,8,9
    42:1 43:20 44:9
    50:24 51:5,7 56:12
    58:2,2,4,5,13 60:1,3
    60:5,8,10,19,25
    61:15 62:19 64:12
    64:15,16,18 70:22
    71:1,5,14 72:2,3
    77:5,7 78:14,25 79:5
    79:13 120:23
tablets 35:9 41:11
    56:25 57:18 61:5,9
    72:3 127:13
TAFT 7:5
take 11:19 12:17
    15:20 52:11 72:13
    79:25 82:3 93:8
    120:22
taken 9:13
talc 73:25 74:10 75:4
talk 14:12 21:23 28:13
    29:19 30:6,25 31:1
    34:24 62:25 63:16
    63:23 92:13,16
    93:18 97:10 100:1
    106:16
talked 53:21 71:17
    124:1 128:11
talking 15:16 23:11

24:11 28:6 29:21
    30:11 35:1 37:19
    38:18 42:15 43:2
    50:13 51:5,6,23 52:5
    59:25 64:13,15 65:7
    65:20 68:9 100:3
    104:4 119:18 120:1
    121:18 123:1 128:8
talks 27:19 94:10
    103:7
tape 53:16 81:12
    116:20
teaching 69:25
team 95:4 106:21
    118:12
technology 49:21
Teflon 75:14
TELEPHONE 6:1 7:1
tell 28:8 29:14,25
    30:20 37:20 38:2,10
    49:19 63:15,20
    76:14,23 85:23 86:5
    86:9 87:8 119:2
    120:10,14 128:2
telling 32:11 60:16
    111:23
temperature 24:19
Ten 28:20
term 12:20 18:9 22:19
    23:24 57:8
terms 11:22 22:7,8
    59:19 107:4
test 43:4,9 86:11
testified 10:19 29:5
    61:4,7,8,13
testify 17:4 94:7
testifying 62:18
testimony 52:22 93:6
    130:14 132:13
testing 91:1
tests 43:2
Teva 1:12 4:4 10:10
    13:24 14:5 26:15
    27:3 52:22 86:15,19
    87:1,6
text 88:20
thank 53:20 63:1
    81:16 116:24 123:24
    130:22
Thanks 130:24 131:1
thanson@wsgr.com
    5:14
themself 118:25
Theory 83:3
therapeutic 41:1
    42:11 108:14 110:20
thickener 59:7,10

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

thickeners 59:5,11,16
thing 21:11 53:2 54:4
  64:19 71:24 113:19
things 52:15 69:1
think 14:3 16:5 22:8
  23:5,19,20 25:2
  29:10 38:21 40:14
  52:7 54:19 56:1
  61:17 63:24 66:20
  67:12,15,16 68:23
  69:4,14,18,18 70:21
  71:2 75:1,13,19
  76:12,16 83:13
  88:21 90:5,11 96:17
  99:24 100:2 101:3
  103:2,6,18 108:20
  109:11 111:2,7
  112:8 118:3 120:1
  123:12 127:2,20
thinking 96:23
third 48:8 56:13 115:1
Thirty-three 29:3
thought 25:16 95:13
thousand 91:10
thousands 29:7,7,10
  29:10
three 30:20
tied 26:25
time 9:12 12:15 15:12
  15:13,20 20:11,12
  53:12,16 63:5 64:9
  64:17 80:3 81:12
  95:14 100:23 107:11
  116:16,20 119:14
  120:7,18 130:23
  131:2,6
times 15:6,8,25 16:21
  17:25 20:10 28:16
  28:18 29:8,10 32:2
  34:1,2
titled 12:18
today 12:11 13:6
  14:17 21:20 39:8
  51:24 52:5 93:18
Today's 9:11
told 25:19
tonicity 41:2
tool 70:23
tooling 60:4 70:23
  72:2
toolings 58:4
top 81:25 97:11
total 43:24 44:2 79:16
  125:13,16 127:17
  128:14
Tower 5:8
trained 50:21,24

training 51:9,11,12
  52:4
transcript 61:18 62:15
  62:22 134:3
transcription 134:11
treat 84:21 118:22
treating 84:11,13,14
treatment 21:7 84:17
  85:1,10 94:10,15,18
  94:23 106:16 109:13
  119:8
trial 120:12
trials 97:1 120:2
tried 68:3
true 120:15 132:13
try 43:10 96:24 97:4
  103:12
trying 25:13,22 47:16
  63:13 68:10 92:4
  102:23,25 103:2,4
  112:5,10 120:6
  125:23,25
turn 12:4,24 17:10
  21:1 48:3 77:20 78:6
  81:23 82:15 97:8
  109:20 112:8 117:21
tutorial 26:14
two 22:7,22 38:14
  47:19,23 52:15 69:5
  69:9,16,19 92:19
  99:16 114:11
type 93:16,24 94:3
  95:23 96:3,4,22
types 20:18 96:8,15

U

U 80:6
underneath 77:17
understand 11:20
  16:9,16 23:24 24:9
  25:2,14,22,24 38:21
  54:21 56:6,18 57:6
  57:15,25 58:22 59:6
  59:7,10 66:12,14
  67:21,23 70:4,11,16
  71:11 72:5 74:5,13
  74:23 75:25 78:21
  86:19 88:4,6,9,10,12
  91:21 92:3,4 94:14
  107:7,9 109:8
  110:24 111:3 112:20
  120:6 122:18 125:23
  125:25 128:8 130:12
understanding 16:20
  22:16 69:23 70:25
  95:21
understood 89:7,22

90:24 104:6
unilaterally 63:17
United 1:1 12:21 72:17
  87:12 117:11 126:11
  136:23 137:8 138:4
  138:10
UNIT-V 1:6
university 7:16 11:2
  17:18,23 18:13 19:9
  19:25
Urquhart 1:22 2:5 9:22
USA 1:6,8,12 4:5 6:4
use 18:7 21:10,13
  22:8 36:4,12,13,13
  36:17,19,22,25 37:5
  37:9,11 38:13 45:9
  45:11,15 51:8 55:10
  56:24 58:5 59:2,15
  61:6,10 64:17 68:3
  68:10,12,18 69:16
  74:17,18 79:9,17
  85:6 94:25 101:2
  102:23 103:12 115:6
  115:13,15 116:7
  128:21,25 129:6,7
  129:10,13,15
useful 95:24 96:5
USP 117:24 118:5
  121:4,7 126:22
  127:7
usually 16:14 56:7
  57:7,16 58:17 59:11
  66:23 67:5 68:6
  119:3 121:4
U.S 11:22 51:4 72:22
  87:17

V

v 1:5
vague 24:1
variety 19:16 20:3
  59:15
various 21:7
vary 44:4
vegetable 74:1,11
verbatim 113:7,8
versa 19:12
versus 9:10 104:19
vice 19:12
VIDEO 1:17
videographer 7:25 9:7
  9:16 53:12,15 63:5
  64:9 80:3 81:11
  116:16,19 131:2
viscosity 59:13
Vita 81:7 137:3
Vol 9:8

volume 56:11 57:9

W

W 6:23
Wacker 3:6 7:6
wait 15:14,15
WALIA 6:11
want 26:14 28:3 29:19
  31:5,13 32:4,23
  34:24 35:2 44:5
  45:25 63:15,20 64:3
  76:11 77:24 78:10
  79:25 88:15 92:13
  103:9,22 115:6
  123:21 127:8
wanted 115:22 116:3
wants 36:19
Washington 6:21
wasn't 42:13
water 20:4,4 57:17
  59:2,3 77:7 124:9,22
way 15:16 28:16 51:3
  63:25 71:20,21 75:9
  99:18 100:18 104:6
  104:16 123:8 132:17
weighed 121:23
  122:21
weight 20:5 43:24
  44:2 98:14 101:12
  116:11 125:16 126:6
weight-wise 101:20
Welcome 53:19 81:15
  116:23
Weldon 18:16
well-known 107:2
Wen 82:25 83:6
West 3:6 11:3 73:4
we'll 29:22 86:4 93:13
WHEREOF 132:19
WI 133:24
Wilson 5:6 10:15
witness 4:5 5:5 8:4
  10:10,16 33:20 40:5
  64:4 72:24 86:14
  87:18 105:19 111:18
  111:20,24 116:15
  117:18 123:18
  130:24 132:10,14,19
  134:4
word 20:9
words 25:24 125:25
word-by-word 88:17
  88:22 89:4 97:18
work 95:4 96:6,8,19
  106:20
works 96:15,25 97:4,5
wouldn't 51:17

write 39:1
writing 88:16
wrong 65:21 77:10
  102:16 104:2 121:18
wrote 88:7

X

x 98:7 136:1,1

Y

Yang 7:17 10:12
yeah 17:13 21:13 26:4
  36:21 40:18 49:1
  70:21 73:9 80:2
  92:15 96:16 99:12
  112:12 114:20 115:3
  116:10,15 117:18,24
  124:6,12 127:2
year 50:17
years 29:3,6,14,24
  30:20 41:11 47:13
  51:10,10 95:8,14,15
yesterday 14:19
York 1:20,20 2:8,8 4:8
  4:8 6:9,9 7:22,22 9:4
  9:4,14,14,17,18
  132:3,4,8

1

1 9:8 11:6,8,19,20
  17:10 35:6 45:22
  46:1,25 48:4 49:1,2
  49:4 54:2 72:18 81:6
  81:18,19 82:10
  87:11,20 88:23,24
  94:5,8 97:8 101:8
  105:18 106:5,6,17
  111:17 117:6,13
  118:2 126:12,17,25
  136:3,24 137:3,8
  138:5,11
1% 77:5
1-800-825-9055
  133:17
1.800.825.3341 1:25
  7:23
1:32 116:17,18
1:49 116:18,20
10 8:8 15:8,25 16:21
  28:22 97:8 117:5,8
  117:16 121:1,3,8
  126:10,16 138:1,10
10:38 53:13,14
10:54 53:14,16
100% 98:5,7,12,15,17
  98:21 99:20,24
  100:3,5,20 102:9

JANE ROSE REPORTING
1-800-825-3341

National Court-Reporting Coverage
janerose@janerosereporting.com

US District Court - New Jersey
Celgene v. Hetero Labs

FINAL - June 7, 2019
Kinam Park, Ph.D.

Page 149

104:19,25
**10010** 2:8
**10011** 7:22
**10022** 4:8 6:9
**105** 137:11
**11** 126:9,15 127:5
136:3,7 138:8
**11th** 111:11,18,20,24
112:11 137:20
**11:07** 63:6
**11:08** 64:8
**11:11** 64:8,10
**11:44** 80:3
**111** 7:6 137:17
**117** 138:1
**12** 82:19 87:13 137:9
**12:32** 81:12
**126** 138:8
**13** 97:11
**13th** 105:13 112:6
137:15
**132** 8:13
**134** 8:15
**136** 8:17
**13797** 105:10 137:13
**13816** 117:9 138:3
**14** 12:25
**15** 11:10 12:8 136:5
**16** 48:3,23
**17** 45:21 46:1 47:1
52:9 111:12 137:20
**17th** 6:19
**18** 94:8 106:17
**185** 66:1
**19** 54:3 126:22

**2**

**2** 11:6,13 12:17 17:12
45:22 46:4 49:7,15
53:16 59:20 77:20
136:7
**2%** 77:5
**2:11** 131:2,6
**2:17-cv-03387** 1:14
**20** 15:8,25 16:21 54:3
**2000** 126:12,22 138:11
**20006** 6:21
**2001** 112:14,17 113:6
**2002** 93:17 94:1,3
**2005** 72:18 136:24
**2008** 117:13,24 138:6
**2009** 40:3
**2010** 106:5,9,11,13,19
107:2,15,18
**2012** 87:13 137:9
**2018** 11:10 12:8 81:8
82:1,4 136:5 137:4

**2019** 1:19 9:3,11 11:15
13:3 132:20 134:21
136:9
**202.654.4500** 6:22
**202.654.4584** 6:24
**21** 89:14,17
**212.390.4218** 4:17
**212.446.4800** 4:9
**212.446.4945** 4:11
**212.849.7000** 2:9
**212.849.7516** 2:14
**212.849.7569** 2:11
**212.849.7597** 2:17
**212.909.3451** 4:14
**2121** 127:9
**22** 77:20
**22nd** 2:7
**222** 40:15,17,18 78:10
**24** 126:22
**253** 114:14,16
**255** 114:5
**26** 106:6
**262** 11:23 94:14
109:12
**27** 73:17 112:9
**2800** 7:7
**29** 11:15 13:2 136:9

**3**

**3** 21:2 39:17,19 40:15
49:7,17 78:6 81:12
136:12
**30** 29:6 89:18 133:11
**300** 115:7,12,14 116:4
128:13,17,18,19,21
128:22 129:2,6,7,10
129:15,22,22
**309** 133:22
**31** 73:16
**312.269.1581** 3:10
**312.527.4000** 7:9
**312.782.3939** 3:8
**312.840.4307** 7:11
**32** 97:25
**325** 109:20 114:15,18
**327** 107:16,18,20,21
114:11
**328** 114:21
**33** 29:14,24 41:11
**3300** 5:9
**34** 12:5
**369** 115:9,15
**39** 136:12

**4**

**4** 49:3,4,20 65:11,17
66:1 89:12 116:20

136:17
**40907** 11:4
**415.947.2000** 5:11
**415.947.2048** 5:13
**427** 12:2 46:2,12,17,22
47:15,24 97:12,14
97:20
**428** 12:1
**43** 101:8
**445** 6:7
**46** 54:2
**467** 12:22 46:6,10,16
46:22 47:15,24

**5**

**5** 45:22 46:4,5 48:6
49:5 72:16,22 82:15
94:5 136:22
**5-milligram** 44:6
**50%** 76:4,4
**500** 6:20
**500-milligram** 44:7
**51** 2:6
**542** 133:23
**54853** 133:24

**6**

**6** 17:12 18:8 40:20
66:3 81:5,18,18,21
82:15 137:1
**6,960,617** 72:17,23
136:24
**601** 4:7
**60601** 3:7 7:8
**627** 121:8,10 123:11
**65** 136:17

**7**

**7** 1:19 9:3,11 77:21
78:1 87:10,16
105:12,17 137:6,14
**7th** 132:20
**72** 136:22
**74** 7:21
**75** 73:3
**77** 3:6

**8**

**8** 21:2 35:5 77:21
105:9,17,22 106:4,8
111:10,16 112:9
113:8,12,17 114:10
114:15,18,21 137:11
137:19
**8,198,262** 11:23 87:12
87:17 137:9
**8,673,939** 11:24

**8,735,428** 11:25
**8,828,427** 12:1
**800** 6:19
**81** 137:1
**847.204.9402** 3:11
**866.211.5914** 6:10
**87** 137:6

**9**

**9** 82:20 111:9,15 112:4
113:7,13,22 114:5
114:14,16 117:4,5
117:11,15 137:17
138:4
**9th** 6:8
**9,993,467** 12:21
**9:35** 9:5,12
**917.913.3781** 4:18
**929.429.5721** 6:12
**939** 11:25
**94105** 5:10