

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

WRITER'S DIRECT DIAL: (609) 734-6358

July 18, 2019

**Via ECF**
The Honorable Michael A. Hammer, U.S.M.J.
United States District Court
M.L. King, Jr. Federal Bldg. & Courthouse, Room 4040
50 Walnut Street
Newark, New Jersey 07102

      **Re:**   <u>**Celgene Corporation v. Hetero Labs Limited, et al.**</u>
            **Civil Action No. 17-3387 (ES)(MAH) (consolidated)**

Dear Judge Hammer:

     This Firm, together with Wiley Rein LLP, represents defendants Hetero Labs Limited, Hetero Labs Limited Unit-V, Hetero Drugs Limited, Hetero USA, Inc. ("Hetero") in the above-referenced matter.  We understand that the Court has scheduled the initial conferences in these consolidated matters for the afternoon of July 31, 2019.  The Court has not yet scheduled the initial conference for the <u>Celgene v Hetero</u> matter ( 2:19-cv-05797-ES-MAH).  We have conferred with counsel for Plaintiff and suggest respectfully that the Court consider scheduling the initial conference in this case on the same afternoon as the other matters for purposes of efficiency and judicial economy. We believe that doing so will facilitate the efforts of the Court to oversee these cases together.  Plaintiff does not object.

                                      Respectfully submitted,

                                      <u>s/s Eric I. Abraham</u>
                                      ERIC I. ABRAHAM

Cc: All counsel of record via ECF