Hon. Faith S. Hochberg
Hochberg ADR, LLC
New York, NY 10017
Telephone: 201-677-2378

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

CELGENE CORPORATION,

    Plaintiff,

    v.

HETERO LABS LIMITED, et al,

    Defendants,

Civil Action No. 2:17-cv-03387 (ES)(MAH)


CELGENE CORPORATION,

    Plaintiff,

    v.

APOTEX, INC.,

    Defendant,

Civil Action No. 2:18-cv-16395 (ES)(MAH)

| | |
|---|---|
| CELGENE CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>AUROBINDO PHARMA LIMITED, et al,<br><br>        Defendants, | Civil Action No. 2:19-cv-00143 (ES)(MAH) |
| CELGENE CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>BRECKENRIDGE PHARMACEUTICAL, INC. et al,<br><br>        Defendants, | Civil Action No. 2:18-cv-14715 (ES)(MAH) |
| CELGENE CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>HETERO LABS LIMITED, et al,<br><br>        Defendants, | Civil Action No. 2:18-cv-14111 (ES)(MAH) |

| | |
|---|---|
| CELGENE CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>MYLAN PHARMACEUTICALS, INC. et al,<br><br>      Defendants, | Civil Action No. 2:18-cv-16035 (ES)(MAH) |
| CELGENE CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>PAR PHARMACEUTICAL, INC. et al,<br><br>      Defendants, | Civil Action No. 2:17-cv-03159 (ES)(MAH) |
| CELGENE CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>TEVA PHARMACEUTICALS USA, INC. et al,<br><br>      Defendants, | Civil Action No. 2:18-cv-14366 (ES)(MAH) |

## DECLARATION OF THE HONORABLE FAITH S. HOCHBERG PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 53

I, Faith S. Hochberg, hereby declare and state as follows:

1. I am a United States District Judge (Ret.) and the principal of Hochberg ADR, LLC, which offers alternative dispute resolution services including mediation, arbitration, special master, moot court and monitor services.

2. I respectfully submit this Declaration in support of my appointment as Special Discovery Master pursuant to Federal Rule of Civil Procedure 53.

3. In August 2019, the Honorable Esther Salas, U.S.D.J., and the Honorable Michael A. Hammer, U.S.M.J., informed me that they were considering appointing me to serve as Special Discovery Master in the above-captioned cases.

4. After the Court advised me that I was being considered to be Special Discovery Master in the above-referenced matter, I reviewed the pleadings and checked my conflicts records to determine whether there are any conflicts that would require disclosure to the Court and the parties, or that would otherwise preclude me from serving as Special Discovery Master.

5. Although matters involving Celgene, Mylan, and Aurobindo appear in the conflicts search I ran, these matters are unrelated to the claims and defenses at issue in the above-referenced matter. I also disclosed to the Court that approximately 10 years ago, the law firm of Hodgson Russ (through partner, Cathy Fleming, Esq.) was briefly counsel of record in connection with a minor personal injury matter in which I was involved; the matter was transferred to another firm specializing in the field, and no fees were paid to Hodgson Russ. This matter is also unrelated to the claims and defenses at issue in the above-referenced matter.

6. I am confident that I am not involved in any matter with a party to this case, nor have any relationship with any counsel for a party in this case, that would preclude me from accepting the appointment of the Court pursuant to Rule 53.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: August 12, 2019

_____
Hon. Faith S. Hochberg, U.S.D.J. (ret.)
Hochberg ADR, LLC