

Lerner David Littenberg
Krumholz & Mentlik LLP
600 South Avenue West
Westfield NJ 07090
908 654 5000 main
lernerdavid.com

**Aaron S. Eckenthal**
908.518-6370
aeckenthal@lernerdavid.com

August 12, 2019

**Document Filed Electronically**

Honorable Michael A. Hammer
United States District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    SYNTHO 6.0-001
              Case 2:17-cv-03387-ES-MAH
              *Celgene Corporation v. Hetero Labs Limited et al.*

Dear Judge Hammer:

    We write on behalf of, Synthon B.V., Synthon Pharmaceuticals, Inc., Synthon S.R.O., and Alvogen Pine Brook, LLC (collectively, "Synthon") in response to the Court's July 29, 2019 Order (D.I. 409) regarding the parties' dispute over the production of the agreement between Synthon and Celgene Corp. that resolved Civil Action Nos. 18-10775 and 19-9737 (ES/MAH). D.I. 409.

    The agreement includes provisions to keep the substance confidential.  The confidentiality provisions were included at least in part to protect the terms from potential competitors of Synthon who would use that information to Synthon's detriment.

    In this instance, Apotex and Synthon are potential competitors in the market for generic pomalidomide.  Should Apotex obtain the agreement between Synthon and Celgene, Apotex would gain knowledge that would likely facilitate its ability to negotiate a settlement with Celgene that unfairly benefits Apotex at Synthon's expense.  For this reason, Synthon opposes the production of its agreement with Celgene in this litigation.

                                                       Sincerely,

                                                         LERNER, DAVID, LITTENBERG,
                                                          KRUMHOLZ & MENTLIK, LLP

                                                          AARON S. ECKENTHAL

ASE/cmc
cc:    Counsel of record via ECF

6019288_1.docx