# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CELGENE CORPORATION, | : | |
| | : | |
| Plaintiffs, | : | Civ. Action No. 17-3387 (ES)(MAH) |
| | : | |
| -v- | : | CONSOLIDATED WITH: |
| | : | 17-3159 (ES)(MAH) |
| HETERO LABS LIMITED; HETERO | : | 18-13715 (ES)(MAH) |
| LABS LIMITED UNIT-V; HETERO | : | 19-143 (ES)(MAH) |
| DRUGS LIMITED; HETERO USA, INC.; | : | 18-16035 (ES)(MAH) |
| AUROBINDO PHARMA LIMITED; | : | 18-14111 (ES)(MAH) |
| AUROBINDO PHARMA USA, INC.; | : | 18-14366 (ES)(MAH) |
| AUROLIFE PHARMA LLC; EUGIA | : | 18-16395 (ES)(MAH) |
| PHARMA SPECIALTIES LIMITED; | : | |
| APOTEX INC.; APOTEX CORP.; | : | |
| MYLAN PHARMACEUTICALS, INC.; | : | |
| MYLAN INC.; MYLAN, N.V.; | : | |
| BRECKENRIDGE PHARMACEUTICAL, | : | |
| INC.; TEVA PHARMACEUTICALS | : | |
| USA, INC., | : | **ORDER ON OBJECTIONS TO** |
| EAST, SEIU et al., | : | **SPECIAL DISCOVERY MASTER** |
| | : | **ORDER NO. 2** |
| Defendants. | : | |

This matter having come before the Court by way of the objection by Defendants Aurobindo Pharma Limited, Aurobindo Pharma USA, Inc., Aurolife Pharma LLC, and Eugia Pharma Specialties Limited [D.E. 532] from Special Discovery Master Order No. 2 [D.E. 516];

and Plaintiff Celgene Corporation having opposed the objections [D.E. 535];

and the Court having considered the arguments in support of, and in opposition to the objections;

and for the reasons set forth in in oral opinion delivered on the record on December 20, 2019;[1]

and for good cause shown;

IT IS on this 20th day of December 2019,

ORDERED that the objections of Defendants Aurobindo Pharma Limited, Aurobindo Pharma USA, Inc., Aurolife Pharma LLC, and Eugia Pharma Specialties Limited to Special Discovery Master Order No. 2 are hereby OVERRULED, and the Special Discovery Master's Order No. 2 is hereby AFFIRMED; and it is further

ORDERED that the parties shall file an appropriate motion to seal the Court's oral opinion within fifteen days of receipt of the transcript.

s/Michael A. Hammer
**UNITED STATES MAGISTRATE JUDGE**

---

[1] A copy of this transcript may be obtained from King Transcription Services (973-237-6080).