Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff*
*Celgene Corporation*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CELGENE CORPORATION,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**HETERO LABS LIMITED, et al.,**<br><br>　　　　　　**Defendants.** | No. 17-3387 (ES) (MAH)<br>(CONSOLIDATED)<br><br>(Filed Electronically) |

## NOTICE OF MOTION TO SEAL

PLEASE TAKE NOTICE that on July 6, 2020, or as soon thereafter as counsel may be heard, Plaintiff Celgene Corporation ("Celgene"), through its undersigned counsel, will move before this Court pursuant to L. Civ. R. 5.3(c) for an Order sealing certain portions of Celgene's March 27, 2020 Letter to the Hon. Michael A. Hammer, U.S.M.J. (D.I. 673).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Celgene will rely upon the accompanying Certification of Sarah A. Sullivan. A proposed form of Order, including Proposed Findings of Fact and Conclusions of Law, is also submitted herewith for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that Defendants, through their undersigned counsel, do not object to this motion to seal.

Dated: June 11, 2020

| | |
|---|---|
| s/ Sarah A. Sullivan<br>Charles M. Lizza<br>William C. Baton<br>Sarah A. Sullivan<br>SAUL EWING ARNSTEIN & LEHR LLP<br>One Riverfront Plaza, Suite 1520<br>Newark, New Jersey 07102-5426<br>(973) 286-6700<br>clizza@saul.com<br>wbaton@saul.com<br>sarah.sullivan@saul.com<br><br>OF COUNSEL:<br><br>F. Dominic Cerrito<br>Eric C. Stops<br>Evangeline Shih<br>Andrew S. Chalson<br>Gabriel P. Brier<br>Frank C. Calvosa<br>Marta A. Godecki<br>Brian J. Forsatz, Ph.D.<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000<br><br>Anthony M. Insogna<br>Cary Miller, Ph.D.<br>JONES DAY<br>4655 Executive Drive<br>Suite 1500<br>San Diego, CA 92121<br>(858) 314-1200<br><br>Matthew J. Hertko<br>JONES DAY<br>77 West Wacker Drive, Suite 3500<br>Chicago, IL 60601<br>(312) 782-3939<br><br>*Attorneys for Plaintiff*<br>*Celgene Corporation* | s/ Liza M. Walsh<br>Liza M. Walsh<br>Christine I. Gannon<br>Joseph L. Linares<br>WALSH PIZZI O'REILLY FALANGA LLP<br>100 Mulberry Street, 15th Floor<br>Newark, New Jersey 07102<br>Tel.: (973) 757-1100<br><br>*Of Counsel:*<br>Jay P. Lefkowitz<br>Jeanna M. Wacker<br>Thomas Fleming<br>Christopher T. Jagoe<br>Jeffrey Coleman<br>Mark C. McLennan<br>Ashley Cade<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue New York, NY<br>10022 Tel.: (212) 446-4800<br><br>Kristen P.L. Reichenbach<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Tel.: (415) 439-1400<br><br>*Attorneys for Defendant*<br>*Teva Pharmaceuticals USA, Inc.*<br><br>s/ Eric I. Abraham<br>Eric I. Abraham, Esq.<br>(eabraham@hillwallack.com)<br>HILL WALLACK, LLP<br>21 Roszel Road, P.O. Box 5226<br>Princeton, NJ 08543-5226<br>(609) 734-6358<br><br>OF COUNSEL:<br>Neal Seth, Esq. (nseth@wileyrein.com)<br>Wesley E. Weeks, Esq.<br>(wweeks@wileyrein.com)<br>WILEY REIN, LLP<br>1776 K St. NW<br>Washington, DC 20006 |

(202) 719-7000

*Attorneys for Defendants Hetero Labs Limited, Hetero Labs Limited – Unit V, Hetero Drugs Limited, and Hetero USA, Inc.*

s/ Robert J. Fettweis
Robert J. Fettweis
FLEMING RUVOLDT PLLC
15 Engle Street, Suite 100
Englewood, NJ 07631
Tel.: (201) 518-7878
rfettweis@flemingruvoldt.com

C. Kyle Musgrove
PARKER POE ADAMS & BERNSTEIN LLP
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, NC 28202
Tel.: (704) 372-9000
kylemusgrove@parkerpoe.com

John W. Bateman
Elizabeth M. Crompton
PARKER POE ADAMS & BERNSTEIN LLP
1400 K Street NW, Suite 1000
Washington, D.C. 20005-2403
Tel.: (202) 434-9100
johnbateman@parkerpoe.com
elizabethcrompton@parkerpoe.com

*Attorneys for Defendant Breckenridge Pharmaceutical, Inc.*

s/ Melissa E. Flax
Melissa E. Flax
Michael Cross
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
973-994-1700

MFlax@carellabyrne.com
Mcross@carellabyrne.com

Andrew M. Alul
Richard T. Ruzich
Stephen R. Auten
Roshan P. Shrestha, Ph.D.
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
312-527-4000
aalul@taftlaw.com
rruzich@taftlaw.com
sauten@taftlaw.com
rshrestha@taftlaw.com

*Attorneys for Defendant*
*Apotex Inc.*


s/ Arnold B. Calmann
Arnold B. Calmann
abc@saiber.com
Jakob B. Halpern
jbh@saiber.com
Catherine Soliman
csoliman@saiber.com
Saiber LLC
One Gateway Center, 10th Floor, Suite 1000
Newark, New Jersey 07102
Telephone: (973) 622-3333

Elham Firouzi Steiner
(esteiner@wsgr.com)
Sarah Siedlak (ssiedlak@wsgr.com)
Wilson Sonsini Goodrich & Rosati P.C.
12235 El Camino Real
San Diego, California 92130
Telephone: (858) 350-2300

Tung-On Kong (tkong@wsgr.com)
Kristina M. Hanson (thanson@wsgr.com)
Wilson Sonsini Goodrich & Rosati P.C.
One Market Street

Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000

*Attorneys for Defendants Mylan Pharmaceuticals Inc., Mylan Inc., and Mylan N.V.*


s/ Gurpreet Singh Walia
Gurpreet Singh Walia, M.D.
Gary Ji (pro hac vice)
FISHERBROYLES, LLP
445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: 929-429-5721
gurpreet.walia@fisherbroyles.com
gary.ji@fisherbroyles.com

Karin K. Sage
FISHERBROYLES, LLP
100 Overlook Center, Second Floor
Princeton, New Jersey 08540
Telephone: 732-929-7298
karin.sage@fisherbroyles.com

*Attorneys for Defendants Aurobindo Pharma Limited, Aurobindo Pharma USA, Inc., Aurolife Pharma LLC, and Eugia Pharma Specialties Limited*