# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CELGENE CORPORATION, | : | |
| | : | |
| Plaintiff, | : | Civ. Action No. 17-3387 (ES)(MAH) |
| | : | (Consolidated) |
| -v- | : | |
| | : | |
| HETERO LABS LIMITED; HETERO LABS LIMITED UNIT-V; HETERO DRUGS LIMITED; HETERO USA, INC.; AUROBINDO PHARMA LIMITED; AUROBINDO PHARMA USA, INC.; AUROLIFE PHARMA LLC; EUGIA PHARMA SPECIALTIES LIMITED; APOTEX INC.; APOTEX CORP.; MYLAN PHARMACEUTICALS, INC.; MYLAN INC.; MYLAN, N.V.; BRECKENRIDGE PHARMACEUTICAL, INC.; and TEVA PHARMACEUTICALS USA, INC., | : | |
| | : | **AMENDED SCHEDULING ORDER**: |
| Defendants. | : | |

This matter having come before the Court for a telephone conference held on the record on June 18, 2020;

and for the reasons set forth on the record on June 18, 2020;

and for good cause shown;

IT IS on this 18th day of June 2020,

ORDERED that the April 3, 2020 Amended Scheduling Order [D.E. 684] is amended as follows, and that the below dates shall govern the trial, pre-trial, and post-trial proceedings:

| | |
|---|---|
| Rebuttal Expert Reports: | September 4, 2020 |
| Reply Expert Reports: | October 2, 2020 |
| Close of Expert Discovery: | November 13, 2020 |

| | |
|---|---|
| Pretrial Order with Executive Summary: | December 18, 2020 |
| Trial Briefs: | December 18, 2020 |
| Pretrial Conference: | January 4, 2021 at 12:00 p.m. |
| Trial: | January 11, 2021 |
| Exchange Initial Findings of Fact: | One week after conclusion of trial |
| Exchange Responsive Findings of Fact: | Two weeks after conclusion of trial |
| Joint Proposed Findings of Fact: | Three weeks after conclusion of trial |
| Proposed Conclusions of Law: | Three weeks after conclusion of trial |

and it is further

**ORDERED** that these deadlines shall not be extended absent significant, further exigent circumstances; and it is further

**ORDERED** that the parties shall provide the Court with proposed dates for the next telephone conference, as needed.

*s/Michael A. Hammer*
**UNITED STATES MAGISTRATE JUDGE**